# PLAINTIFF'S EXHIBIT 1

**From:** Rick Blanke
**Sent:** Wednesday, January 6, 2021 11:20 AM
**To:** 'Anderson, Kelley' <andersonke@stlouis-mo.gov>; 'raimondoa@stlouis-mo.gov' <raimondoa@stlouis-mo.gov>
**Cc:** Paul Schmitz <pschmitz@ugbblaw.com>
**Subject:** RE: James Garavaglia v City of St. Louis & Darlene Green, Case No. 4:20-cv-01681-CDP, In the US District Court for the Eastern District of Missouri
**Importance:** High

Mr. Anderson,

    I am in receipt of your motion for extension of time to respond to our 1st Amended Complaint.

    While I did state that "after [our amended complaint] is filed, we will certainly not object to **_an_** extension of time to plead after your voluntary entry of appearance" {see below, emphasis supplied}, I don't believe I ever specifically consented to an additional 60 days. That is a tad excessive, don't you think?

    As you know, federal court tracking system deadlines and case management orders are based at least in part on the date of filing. Extending the time for your response an additional _two months_ will unnecessarily squeeze all parties regarding such upcoming deadlines (_especially_ if you intend to file any motion(s) to dismiss). I think a 2-3-week extension would be more reasonable.

    Please advise if you voluntarily amend your request or if I must respond to your motion as set forth herein. Thank you.

**Richard B. Blanke**



# UTHOFF, GRAEBER, BOBINETTE & BLANKE
## ATTORNEYS AT LAW

"Maximizing the Power of Partnerships"
906 Olive Street (Frisco Bldg), Suite 300, St. Louis, Missouri 63101-1426
Web Site: ugbblaw.com
Phone: (314) 621-9550 [Ext.130] • Fax: (314) 621-2697 • Email: rblanke@ugbblaw.com

The message included with this e-mail and any attached document(s) contains information from the law firm of Uthoff, Graeber, Bobinette & Blanke (UGBB) which is confidential and/or privileged. This information is intended to be for the use of the addressee named. If you are not the addressee, note that any disclosure, retransmission, dissemination, photocopying, distribution or use of the contents of this e-mail information is prohibited. If you received this transmission in error, please reply to the sender to advise of the error and then delete this transmission and any attachments. Thank you for your cooperation.

*Note that: (1) email communications are not a secure method of communication, (2) any email that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or mine or even some computer unconnected to either of us which the email passes through. I am communicating to you via email because you have consented to receive communications via this medium in your agreement with our firm. If you change your mind, and want future communications to be sent in a different manner, please advise our offices.*

 *Please consider the environmental impact when determining whether to print this e-mail message. Thank you.*