SJ Exhibit 3



Green, Darlene <greend@stlouis-mo.gov>

## Deeds of Trust [IWOV-iDocs.FID324204]

**Thomas J. Ray** <tray@armstrongteasdale.com>      Thu, Aug 11, 2016 at 10:18 AM
To: "Green, Darlene (greend@stlouis-mo.gov)" <greend@stlouis-mo.gov>
Cc: "garavagliaj@stlouis-mo.gov" <garavagliaj@stlouis-mo.gov>

Darlene, Jim called yesterday and inquired about his executing certain Deeds of Trust processed by Marsha Veal. As I recall these are loans of CDA money to homeowners.

As you know the Charter, Article XV, Section 3 authorizes a designation of a subordinate to affix the comptroller's signature on warrants. In order to do so, the designation must be in writing, in duplicate, filed with the mayor and treasury division. This Section has been interpreted to allow the comptroller to authorize subordinates to sign for the you in certain events, such as illness or absence from the City or the like. If you authorize Jim to sign these deeds, I would follow your normal procedure of designating him as such. I am uncertain as to how you have done it in the past but I recall a letter to the Register. Please advise if you require further assistance.

Best,

Tom Ray



Armstrong Teasdale LLP
Thomas J. Ray
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4730 | FAX: 314.6?? ???? | MAIN OFFICE: 314.621.5070
tray@armstrongteasdale.com
www.armstrongteasdale.com

**************************PRIVATE AND CONFIDENTIAL************************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

SJ Exhibit 3

Garavaglia Depo. Exhibit 11

DEPARTMENT OF PERSONNEL
CITY OF ST. LOUIS

REPORT OF DELEGATION OF AUTHORITY

**INSTRUCTIONS:** Prepare this form in triplicate. Submit the original to the Department of Personnel, one copy to delegate and retain one copy for your records.

I hereby delegate _____Beverly J. Fitzsimmons_____  _____Deputy Comptroller_____
                            (Name of Delegate)                         (Title)

_____[signature]_____ the authority to act in my stead as Appointing Authority (as
(Signature of Delegate)

designated by Charter or Ordinance) for the employees of
160 - Comptroller's Office
162 - Municipal Parking Garage
163 - Records Retention
(Organization Unit and Budget Account Number)

with regard to the actions indicated under the purview of Article XVIII of the City Charter.

Please indicate by an "X" in the actions which you are authorizing the delegate to sign for you.

     X    All Personnel Actions

**Only the actions specified below:**

_____ Appointments

_____ Dismissals

_____ Disciplinary actions, including suspensions, demotions, and reductions in pay

_____ Personnel Requisitions

_____ Granting of Status

_____ Review of Service Ratings

_____ Other Actions (Specify) _____

The above delegation is approved until I am no longer Appointing Authority under the Charter or Ordinance.

Signed: _____Darlene Green_____      Date: _1-30-17_

Your Title: _____Comptroller_____

REV 10/16

GRN000461

DEPARTMENT OF PERSONNEL
CITY OF ST. LOUIS

REPORT OF DELEGATION OF AUTHORITY

INSTRUCTIONS: Prepare this form in triplicate. Submit the original to the department of Personnel, one copy to delegate and retain one copy for your records.

I hereby delegate  Judy L. Armstrong                    Executive Assistant II
                   (Name)                                (Title)

the authority to act in my stead as Appointing Authority (As designated by Charter or Ordinance) for the employees of:
  160 - Comptroller's Office
  162 - Municipal Parking Garage
  163 - Records Retention

(Organizational Unit and Budget Account Number)

with regard to the actions indicated below under the purview of Article XVIII of the City Charter:

(Please indicate b an "X" mark in the actions which you are authorizing the delegate to sign for you )

  ☒   All personnel actions

Only the actions specified below:

  ☐   Appointments

  ☐   Dismissals

  ☐   Disciplinary actions, including suspensions, demotions and reductions in pay

  ☐   Personnel Requisitions

  ☐   Granting of Status

  ☐   Review of Service Ratings

  ☐   Other Actions (Specify) _____

The above delegation is approved until I am no longer Appointing Authority under the Charter or Ordinance.

Signed: *Darlene Green*                                  Date: 5/20/16

Your Title  COMPTROLLER

Rev 1/10
GARAVAGLIA 386