# SJ Exhibit 6

 

OFFICE OF THE COMPTROLLER
CITY OF ST. LOUIS

16817

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

May 20, 2016

Mr. Richard R. Frank
Director of Personnel
1114 Market St., Rm. 700
St. Louis, MO 63101

Dear Mr. Frank:

I would like to respectfully request that the Department of Personnel approve a 10% salary increase for Mr. Jim Garavaglia, upon his promotion to Deputy Comptroller, as of May 13, 2016.

I appreciate your consideration of this request, and look forward to your response. Please feel free to contact me, or my office, if you have any questions or need additional information.

Sincerely,

Darlene Green
COMPTROLLER

DG/cdm

2016 JUN -3 PH 4:50
CITY OF ST. LOUIS

on the web: www.stlouis-mo.gov/comptroller



Frank Depo Ex. 11

SJ Exhibit 6

STL000707



# The City of St. Louis

**DEPARTMENT OF PERSONNEL**

RICHARD R. FRANK
DIRECTOR OF PERSONNEL

1114 MARKET STREET, ROOM 700
ST. LOUIS, MISSOURI 63101-2043

FRANCIS G. SLAY
MAYOR

June 6, 2016

Ms. Darlene Green
Comptroller
Comptroller's Office
Room 212 City Hall
St. Louis, Missouri 63103

Dear Ms. Green:

The Department of Personnel is in receipt of your letter dated May 20, 2016 requesting a ten (10%) salary adjustment over James Garavaglia's current salary upon his promotion to the position of Deputy Comptroller.

Based on your recommendation, please be advised that in accordance with Section 6(a)(1), I am hereby approving your request. Therefore, upon Mr. Garavaglia's appointment to the position of Deputy Comptroller (01488-21M-1) his salary shall be $4,867.00 bi-weekly (step 15), approximately 10%.

If you should have any questions regarding this letter, please contact the Classification and Compensation Section at 622-3565.

Very truly yours,

DEPARTMENT OF PERSONNEL

Richard R. Frank
Director

RRF:KFH

Copy: Terry Dabrowski