# SJ Exhibit 14



OFFICE OF THE COMPTROLLER
CITY OF ST. LOUIS



**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-3297
FAX 622-4026

# MEMORANDUM

**TO:**       Mr. Paul Schmitz

**FROM:**    Comptroller Darlene Green

**DATE:**    August 27, 2019

**RE:**       James Garavaglia

Please find, enclosed, documentation regarding Forced Leave for Mr. James Garavaglia.

Thank you.

c:    Kelley Anderson, Esq. – Special Assistant
     Ms. Judy Armstrong, Appointing Authority
     Ms. Nancy Kistler, City Counselor's Office

SJ Exhibit

14

Garavaglia
Depo.
Exhibit 4

GARAVAGLIA 39



OFFICE OF THE COMPTROLLER
CITY OF ST. LOUIS

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

From:   Comptroller Darlene Green

Date:   August 26, 2019

Re:     James Garavaglia Hearing & Investigation

Mr. Garavaglia was put on forced leave on July 18, 2019 after an investigation uncovered he has put the city of St. Louis at risk by signing city contracts without being authorized to do so.

Several examples have been discovered where Mr. Garavaglia has signed city contracts and or contract extensions including automatic extensions without authorization dating back to 2009 when his title and job duties were that of Asset Manager. Mr. Garavaglia allowed some department telecommunication invoices and some city-wide telecommunication invoices to remain past due and unpaid without working to do the research to resolve the issues and without reporting the same to his superior dating back to January 2018 and earlier.

The investigation has been broadened to include the state auditor's audit and review. The areas of concern currently include, but are not limited to, contacts at both the Transportation Center and the Telecommunications Division of the Comptroller's Office. It was discovered during the investigation that the internal audit section of the Comptroller's Office also requested to audit the Transportation Center, but was denied by Mr. Garavaglia.

As background, the investigation ensued after Mr. Garavaglia was put on forced leave for insubordination and subterfuge on July 2, 2019. It was discovered that Mr. Garavaglia had misrepresented the facts to his superior for a real estate closing transaction and subsequently mishandled closing documents for the same. In summary, Mr. Garavaglia:

1. failed to perform or delegate a simple tax clearance task before causing real estate closing transaction (item) to be posted on the Estimate and Apportionment (E&A) Agenda, and

2. at the same time Mr. Garavaglia attempted to cause the item to be posted via subterfuge by misrepresenting the truth to his superior about the item and misrepresenting the truth about his superior's support for the item to other employees. This episode and the actual handling of the closing documents caused much chaos and a reason for the first forced leave dated 7/2/19 and to take a closer look at Mr. Garavaglia actions lead to the investigation.

Sincerely,

Darlene Green
COMPTROLLER

 

OFFICE OF THE COMPTROLLER
CITY OF ST. LOUIS

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-3297
FAX 622-4026

# MEMORANDUM

**TO:**     Comptroller Darlene Green

**FROM:**   Judy L Armstrong

**DATE:**   August 26, 2019

**RE:**     James Garavaglia's AT&T and Waste Management
Investigation

---

On January 30, 2009, Mr. Garavaglia signed a "Master Agreement" with AT&T. AT&T is utilizing this as a contract with the City of St. Louis. Mr. Garavaglia is not able to sign a contract obligating the City. AT&T has several accounts with the City of which Mr. Garavaglia, or his representative, are to maintain and balance each month. It is difficult to know exactly when these accounts first became out of balance by carrying a past due amount. There was a settlement agreement submitted by AT&T in 2013, but it was never brought to the attention of the Deputy or Comptroller until July 2019.

1. On July 10, 2019 Mary Harp, the City's AT&T representative, sent a Master Agreement to us which was signed by James Garavaglia. AT&T considers this agreement to be a contract between AT&T and the City. (See Attached)
2. Account # 314 A79-3006 600 5, as of the invoice for June 27, 2019, has a past due amount of $902,904.61. This past due amount has been escalating for several years. On the May 27, 2018 invoice the past due amount was $465,066.15. (See Attached)
3. Parks Department also has an AT&T bill that has escalated over the last few years. Greg Hayes contacted Mr. Garavaglia and was told not to pay the bill until it was corrected. The issue was they were out of contract so their service price increased. As of July 10, 2019 they had a past due balance of $418,240.47. Since they were using the AT&T service, they should have been paying something on the invoice while the particulars were being worked out. (See Attached)
4. On July 12, 2019, Sheri Cross asked if we could have a meeting with AT&T and Nice inContact. Nice inContact were planning to disconnect the service for non-payment with our call centers in CSB, SLAAA, and City Courts. Later we discovered that the Building Division was also not paying inContact. This service was contracted with AT&T who subcontracted with Nice inContact, but there is a part of the service that AT&T is not authorized to invoice, so

inContact has to invoice for that service directly. The problem is, the City does not have a contract with Nice inContact, so these departments have not been able to pay these invoices. Each of these departments signed for the service, so inContact believes they have a contract with each department. Mr. Garavaglia was the overseer of these contracts. He also signed the Statement of Work Addendum to Comprehensive Service Order Attachment on March 17, 2017. (See Attached)

5. Waste Management (WM) is the vendor selected to remove trash at the Gateway Transportation Center. Their original contract was for July 1, 2015 – June 30, 2017 with the City having the right to extend for three (3) additional one-year periods for a maximum of five (5) years. James Garavaglia signed an extended contract for 36 months on May 22, 2017. WM is now out of contract because the extension should have been done as an amendment and gone through the proper channels of getting signatures along with tax and license clearance. (See Attached)
   - WM believes they have an extension that is good until 2020.
   - Mr. Garavaglia is not authorized to sign a contract.
   - To extend, an amendment should have been done each of the three (3) years.
   - It states in WM contract that Mr. Garavaglia signed, "it shall automatically renew thereafter for additional terms of 36 months (Renewal terms) unless terminated as set forth herein." The City is not authorized to automatically renew contracts past five (5) years. They must go out for bid again.
   - 

6. In December 2014, Equipment Services questioned an amount posted to their account that was not theirs. They continued to pay their current service invoices since that was actually what they owed. ESD continued to carry a surplus amount every month. Not getting a resolution from AT&T, they reached out to Mr. Garavaglia on May 27, 2015. His response to her was, "We don't know that....Don't need to do their jobs.....Let them figure it out." As the Asset Manager at this time, and being over Telecommunications or just being helpful he could have requested from Accounts Payable the documentation for this payment. As of Friday, August 23, 2019 this has not been corrected. I just received the documentation that AT&T asked for and will work with AT&T to resolve this issue after almost five (5) years. (See Attached)

c:    Kelley Anderson, Esq.
      Special Assistant to the Comptroller

GARAVAGLIA 43


**AGREEMENT**  20090130 -0534

| Customer | AT&T |
|---|---|
| City of St. Louis | AT&T Corp. |
| 1200 Market, Room 311<br>St. Louis, MO<br>63103<br>USA | |
| **Customer Contact (for notices)** | **AT&T Contact (for notices)** |
| Name: Jim Garavaglia<br>Title:<br><br>St. Louis , MO<br>63103<br>United States<br>Telephone: 314 622 4830<br>Fax:<br>Email: garavagliaj@stlouiscity.com | 12851 MANCHESTER RD<br>DES PERES, MO<br>63131<br>With a copy to:<br>AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752<br>ATTN: Master Agreement Support Team<br>Email: mast@att.com |
| **Customer (by its authorized representative)** | **AT&T (by its authorized representative)** |
| By: *CITY OF ST LOUIS* | By: *Merri Moore* |
| Name: *James M Garavaglia* | Name: |
| Title: *ASSET MANAGER* | Title: Merri Moore on behalf of S. Markiewicz |
| Date: *1-30-09* | Date: *01-30-09* |

This Agreement between the customer named above ("Customer") and AT&T Corp. ("AT&T"), is effective when signed by both parties, and continues as long as Services are provided under this Agreement.

The terms and conditions of the services and equipment that AT&T provides to Customer under this Agreement ("Services") are found in this document and the following additional documents: (i)Tariffs, Guidebooks and Service Guides found at att.com/service publications; (ii) Pricing Schedules or other attachments now or later attached to this Agreement; (iii) the Acceptable Use Policy ("AUP") found at att.com/aup. AT&T may revise Tariffs, Guidebooks, Service Guides, or the AUP (collectively "Service Publications") at any time, and may direct Customer to websites other than listed above. The order of priority of the documents that form this Agreement is: Pricing Schedules; this Agreement; the AUP; and Tariffs, Guidebooks and Service Guides; provided that, Tariffs will be first in priority in any jurisdiction where existing law or regulation does not permit contract terms to take precedence over inconsistent tariff terms.

An AT&T Affiliate or Customer Affiliate may sign a Pricing Schedule referencing this Agreement in its own name and such Affiliate contract will be a separate but associated contract incorporating the terms of this Agreement. Customer and AT&T will have their respective Affiliates comply with this Agreement. An "Affiliate" of a party is an entity that controls, is controlled by, or is under common control with such party.

Services: AT&T will either provide or arrange to have its Affiliate provide Services to Customer under this Agreement, subject to availability and operational limitations of systems, facilities and equipment. Where required, an AT&T Affiliate authorized by the appropriate regulatory authority will be the service provider. Customer may not resell the Services to third parties (excluding Customer's Affiliates) without AT&T's written consent. Customer will cause Users (anyone who uses or accesses any Service provided to Customer) to comply with this Agreement, and Customer is responsible for their use of any Services, unless expressly provided to the contrary in a Service Publication. If a Service is provided over or accesses the Internet, Customer, its Affiliates, and Users will comply with the AUP.

Customer will in a timely manner allow AT&T to access, or at Customer's expense obtain timely access for AT&T to, property (other than public property) and equipment reasonably required to provide the Services. Access includes information and the right to construct, install, repair, maintain, replace and remove access lines and network facilities, and use ancillary equipment space within the building, necessary for Customer's connection to AT&T's network. Customer will furnish any conduit, holes, wireways, wiring, plans, equipment, space, power/utilities, and other items required to perform installation of the Services, and obtain any necessary licenses, permits and consents (including easements and rights-of-way).

AT&T and Customer Confidential Information
Page 1 of 4

MSA UA VER I  07/14/2008

eCRM ID _____

GARAVAGLIA 44

obtain any necessary licenses, permits and consents (including easements and rights-of-way).

Customer will ensure that the location at which AT&T installs, maintains or provides Services is a suitable and safe working environment, free of any substance or material that poses an unreasonable risk to health, safety, or property or whose use, transport, storage, handling, disposal, or release is regulated by any law related to pollution, protection of air, water, or soil, or health and safety. If AT&T encounters any such hazardous materials at a Customer location, AT&T may terminate the affected Service, or suspend performance until Customer removes the hazardous materials.

AT&T Equipment: Services may include use of certain equipment owned by AT&T that is located at the address in a Pricing Schedule ("AT&T Equipment"), but title to the AT&T Equipment will remain with AT&T. Customer must provide electric power for the AT&T Equipment and keep the AT&T Equipment physically secure and free from liens and encumbrances. Customer will bear the risk of loss or damage (other than ordinary wear and tear) to AT&T Equipment.

Prices, Pricing Schedule Term, and Taxes: Unless a Pricing Schedule states otherwise, the prices listed in a Pricing Schedule are stabilized until the end of the Pricing Schedule Term. No promotion, credit or waiver set forth in a Service Publication will apply unless the Pricing Schedule states otherwise. At the end of a Pricing Schedule Term, Customer will have the option to either: (a) cease using the Service (which will require Customer to take all steps required by AT&T to terminate the Service); or (b) continue using the Service under a month-to-month service arrangement. Unless a Pricing Schedule states otherwise, during any month-to-month service arrangement, the prices, terms and conditions in effect on the last day of the Pricing Schedule Term will continue until changed by AT&T on 30 days' prior notice to Customer.

Prices in the Pricing Schedules are exclusive of, and Customer will pay, all current and future taxes, regulatory surcharges, recovery fees, shipping charges, and other similar charges specified or allowed by any governmental entity relating to the sale, use or provision of the Services.

Billing, Payments, Deposits and MARC: Payment is due 30 days after the invoice date (unless another date is specified in an applicable Tariff or Guidebook) and must refer to the invoice number. Restrictive endorsements or other statements on checks are void. If Customer does not dispute a charge in writing within 6 months after the invoice date, Customer waives the right to dispute the charge (except to the extent applicable law or regulation requires otherwise). AT&T may charge a late fee for overdue payments: (i) for Services contained in a Tariff or Guidebook, at the rate specified therein; or (ii) for all other Services, at the lower of 1.5% per month (18% per annum) or the maximum rate allowed by law; plus (iii) all costs (including attorney fees) of collecting delinquent or dishonored payments. AT&T may require Customer to establish a deposit as a condition of providing Services. Customer authorizes AT&T to investigate Customer's credit and share information about Customer with credit reporting agencies. If the Pricing Schedule includes a MARC, and Customer's annual MARC-Eligible charges (after deducting discounts and credits (other than outage or SLA credits) are less than the MARC in any period, Customer will be billed for the shortfall, and payment will be due 30 days after the invoice date.

Termination and Suspension: Either party may terminate this Agreement immediately upon notice if the other party becomes insolvent, ceases operations, is the subject of a bankruptcy petition, or makes an assignment for the benefit of its creditors. AT&T may terminate or suspend a Service, and if the activity implicates the

entire Agreement, terminate the entire Agreement, immediately upon notice if Customer: (i) commits a fraud upon AT&T; (ii) utilizes the Service to commit a fraud upon another party; (iii) unlawfully uses the Service; (iv) abuses or misuses AT&T's network or Service; or (v) interferes with another customer's use of AT&T's network or services. Customer may terminate an affected Service for material breach by AT&T, and AT&T may terminate or suspend (and later terminate) an affected Service for material breach by Customer, if such breach is not cured within 30 days of notice. If Customer fails to rectify a violation of the AUP within 5 days after receiving notice from AT&T, then AT&T may suspend or terminate the affected Service. AT&T has the right, however, to suspend or terminate the applicable portion of the Service immediately when: (i) AT&T's suspension or termination is in response to multiple or repeated AUP violations or complaints; (ii) AT&T is acting in response to a court order or governmental notice that certain conduct must be stopped; or (iii) AT&T reasonably determines: (a) that it may be exposed to sanctions, liability, prosecution, or other adverse consequences under applicable law if AT&T were to allow the violation to continue; (b) that such violation may cause harm to or interfere with the integrity or normal operations or security of AT&T's network or networks with which AT&T is interconnected or interfere with another customer's use of AT&T Services or the Internet; or (c) that such violation otherwise presents imminent risk of harm to AT&T or AT&T's customers or their respective employees.

Notwithstanding that a Pricing Schedule may commit AT&T to provide a Service to Customer for a Pricing Schedule Term, and unless applicable local law or regulation mandates otherwise, AT&T may discontinue providing a Service upon 12 months' notice, or a Service Component upon 120 days' notice, but only where AT&T generally withdraws the Service or Service Component for similarly-situated customers.

If Customer terminates a Service prior to the date Customer's obligation to pay for Services begins, Customer will reimburse AT&T for time and materials, including any third party charges incurred prior to the effective date of termination. Thereafter, if Customer terminates a Service for Customer's convenience, or AT&T terminates a Service for any of the reasons specified in the first paragraph of this Section, Customer must pay all applicable termination charges: (i) if termination occurs before the end of the Minimum Payment Period (the minimum period specified in Pricing Schedules for which Customer is required to pay recurring charges for the Service), Customer must pay 50% (unless a different percentage is specified in the Pricing Schedule) of the monthly recurring charges for the terminated Service multiplied by the months remaining in the Minimum Payment Period, plus any waived or unpaid non-recurring charges identified in the Pricing Schedule (including, but not limited to, any charges related to a failure to satisfy a Minimum Retention Period), plus any third-party charges incurred by AT&T due to the termination, all of which will be, if applicable, applied to Customer's MARC-Eligible Charges; and (ii) if Customer terminates a Pricing Schedule that has a MARC, Customer must pay an amount equal to 50% of the unsatisfied MARC for the balance of the Pricing Schedule Term, after applying amounts received pursuant to (i). The termination charge set forth in (i) above will not apply if a terminated Service is replaced with an upgraded Service at the same location, but only if (a) the Minimum Payment Period and associated charge for the replacement Service are equal to or greater than the Minimum Payment Period and associated charge for the terminated Service, and (b) the upgrade is not restricted in the Service Publication. In addition, Customer may terminate a Service

AT&T and Customer Confidential Information
Page 2 of 4

MSA UA VER I  07/14/2008

eCRM ID _____

GARAVAGLIA 45

without incurring termination charges if (a) AT&T revises a Service Publication and the revision has a materially adverse impact upon Customer; (b) Customer gives 30 days' notice of termination to AT&T within 90 days of the date of the revision; and (c) AT&T does not remedy the materially adverse impact prior to the effective date of termination. "Materially adverse impacts" do not include changes to non-stabilized rates, changes required by governmental authority, or changes in additional charges such as surcharges or taxes.

Disclaimer of Warranties and Liability: AT&T MAKES NO EXPRESS OR IMPLIED WARRANTY AND DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT OR THOSE ARISING FROM USAGE OF TRADE OR COURSE OF DEALING. FURTHER, AT&T MAKES NO WARRANTY THAT TELEPHONE CALLS OR OTHER TRANSMISSIONS WILL BE ROUTED OR COMPLETED WITHOUT ERROR OR INTERRUPTION (INCLUDING 911 CALLS), OR WARRANTY REGARDING NETWORK SECURITY, THE ENCRYPTION EMPLOYED BY ANY SERVICE, THE INTEGRITY OF ANY DATA THAT IS SENT, BACKED UP, STORED OR LOAD BALANCED, THAT AT&T'S SECURITY PROCEDURES WILL PREVENT THE LOSS OR ALTERATION OF OR IMPROPER ACCESS TO CUSTOMER'S DATA, OR THAT SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE. AT&T WILL NOT BE LIABLE FOR ANY DAMAGES RELATING TO: INTEROPERABILITY, ACCESS TO OR INTERCONNECTION OF THE SERVICES WITH APPLICATIONS, EQUIPMENT, SERVICES, CONTENT OR NETWORKS PROVIDED BY CUSTOMER OR OTHERS; SERVICE DEFECTS, SERVICE LEVELS, DELAYS OR INTERRUPTIONS (EXCEPT FOR LIABILITY FOR SUCH EXPLICITLY SET FORTH HEREIN); ANY INTERRUPTION OR ERROR IN ROUTING OR COMPLETING CALLS OR OTHER TRANSMISSIONS (INCLUDING 911 CALLS); LOST OR ALTERED TRANSMISSIONS; OR UNAUTHORIZED ACCESS TO OR THEFT, ALTERATION, LOSS, OR DESTRUCTION OF CUSTOMER'S OR OTHERS' APPLICATIONS, CONTENT, DATA, NETWORK OR SYSTEMS.

Limitation of Liability: AT&T'S ENTIRE LIABILITY, AND CUSTOMER'S EXCLUSIVE REMEDY, FOR DAMAGES ARISING OUT OF MISTAKES, OMISSIONS, INTERRUPTIONS, DELAYS, ERRORS OR DEFECTS IN THE SERVICES, AND NOT CAUSED BY CUSTOMER'S NEGLIGENCE, SHALL IN NO EVENT EXCEED THE APPLICABLE CREDITS SPECIFIED IN THE SERVICE PUBLICATION, OR IF NO CREDITS ARE SPECIFIED, AN AMOUNT EQUIVALENT TO THE PROPORTIONATE CHARGE TO CUSTOMER FOR THE PERIOD OF SERVICE DURING WHICH SUCH MISTAKE, OMISSION, INTERRUPTION, DELAY, ERROR OR DEFECT IN THE SERVICES OCCURS AND CONTINUES. IN NO EVENT SHALL ANY OTHER LIABILITY ATTACH TO AT&T. THIS LIMITATION WILL NOT APPLY TO: (I) BODILY INJURY, DEATH, OR DAMAGE TO REAL OR TANGIBLE PROPERTY DIRECTLY CAUSED BY AT&T'S NEGLIGENCE; OR (II) SETTLEMENT, DEFENSE OR PAYMENT OBLIGATIONS UNDER THE 'THIRD PARTY CLAIMS' PARAGRAPH.

NEITHER PARTY WILL BE LIABLE TO THE OTHER PARTY UNDER ANY CIRCUMSTANCES FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR SPECIAL DAMAGES.

These disclaimers and limitations of liability will apply regardless of the form of action, whether in contract, tort, strict liability or otherwise and whether damages were foreseeable. These disclaimers and limitations of liability will survive failure of any exclusive remedies provided in this Agreement.

Third Party Claims: AT&T agrees at its expense to defend or settle any claim against Customer, its Affiliates, and its and their employees and directors, and to pay all compensatory damages finally awarded against such parties where the claim alleges that a Service infringes any patent, trademark, copyright, or trade secret, except where the claim arises out of: (i) Customer's or a User's content; (ii) modifications to the Service by Customer or third parties, or combinations of the Service with any services or products not provided by AT&T; (iii) AT&T's adherence to Customer's written requirements; or (iv) use of the Service in violation of this Agreement. AT&T may at its option either procure the right for Customer to continue using, or may replace or modify, the alleged infringing Service so that the Service becomes non-infringing, or failing that to terminate the Service without further liability to Customer.

Customer agrees at its expense to defend or settle any claim against AT&T, its Affiliates, and its and their employees, directors, subcontractors, and suppliers, and to pay all compensatory damages finally awarded against such parties where: (i) the claim alleges that a Service infringes any patent, trademark, copyright or trade secret, and falls within the exceptions under (i)–(iv) above; or (ii) the claim alleges a breach by Customer, its Affiliates, or Users of a software license agreement governing software provided with the Services.

Import/Export Control: Customer, not AT&T, is responsible for complying with import and export control laws, conventions and regulations for all equipment, software, or technical information. Customer moves or transmits between countries using the Services.

ARBITRATION: ALL CLAIMS OR DISPUTES ARISING FROM THIS AGREEMENT SHALL BE SETTLED BY BINDING ARBITRATION ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION UNDER ITS COMMERCIAL ARBITRATION RULES (SUBJECT TO THE REQUIREMENTS OF THE FEDERAL ARBITRATION ACT) AND ANY JUDGMENT ON ANY AWARD RENDERED MAY BE ENTERED AND ENFORCED IN ANY COURT HAVING JURISDICTION. THE PARTIES WAIVE ANY RIGHT TO TRIAL BY JURY OR TO PARTICIPATE IN OR INITIATE CLASS ACTIONS; IF THE PARTIES CANNOT WAIVE THESE RIGHTS, THIS ENTIRE SECTION IS NULL AND VOID.

General Provisions: This Agreement and any pricing or other proposals are confidential to Customer and AT&T. Neither party may publicly disclose any confidential information without the prior written consent of the other, unless authorized by applicable law, regulation or court order. Until directed otherwise by Customer in writing, if AT&T designates a dedicated account representative as Customer's primary contact with AT&T, Customer authorizes that representative to discuss and disclose Customer's customer proprietary network information to any employee or agent of Customer without a need for further authentication or authorization. This Agreement may not be assigned by either party without the prior written consent of the other party, which consent will not be unreasonably withheld or delayed. AT&T may: (i) assign in whole or relevant part its rights and obligations under this Agreement to an Affiliate, or (ii) subcontract work to be performed under this Agreement, but AT&T will in each such case remain financially responsible for the performance of such obligations. Any claim or dispute arising out of this Agreement must be filed within two years after the cause of action arises. This Agreement does not provide any third party (including Users) any remedy, claim, liability, cause of action or other right or privilege. Regulated Services will be governed by the law and regulations applied by the regulatory commission having jurisdiction over the Services. Otherwise, this Agreement will be governed by the law and regulations of the State set forth above for Customer's address, without regard to

msa_us_ver_i.rtf

AT&T and Customer Confidential Information
Page 3 of 4

MSA UA VER I  07/14/2008

eCRM ID _____

GARAVAGLIA 46

its conflict of law principles. This Agreement is limited to Services to be provided in the United States. The United Nations Convention on Contracts for International Sale of Goods will not apply. Except for payment of amounts due, neither party will be liable for any delay, failure in performance, loss or damage due to causes beyond such party's reasonable control. Any notice required or permitted under this Agreement must be in writing and addressed to the parties at the address set forth above. This Agreement constitutes the entire agreement between the parties concerning the Services provided under this Agreement and supersedes all other written or oral agreements. This Agreement will not be modified or supplemented by any written or oral statements, proposals, service descriptions, or purchase order forms.

msa_ua_ver_j.rtf

AT&T and Customer Confidential Information
Page 4 of 4

MSA UA VER I 07/14/2008

eCRM ID _____

GARAVAGLIA 47



CITY OF ST LOUIS
% JIM GARAVAGLIA
1520 MARKET ST RM 3006
SAINT LOUIS MO 63103 - 2830

Page 1 of 2
Account Number 314 A79-3006 600 5
Billing Date May 27, 2018

Web Site att.com

# Monthly Statement



## Bill-At-A-Glance

| | |
|---|---|
| Previous Consolidated Bill | 467,830.07 |
| Payment Received 4-20 | 2,763.92CR |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 465,066.15 |
| Current Charges | 102,091.85 |
| **Total Amount Due** | **$567,158.00** |
| Current Charges Due in Full by | Jun 26, 2018 |

## Billing Summary

| Online: att.com/myatt | Page | |
|---|---|---|
| Plans and Services | | 21.61 |
| 1 800 321-2000 | | |
| Service Changes: | | |
| 1 800 321-2000 | | |
| Repair Services: | | |
| 1 800 286-8313 | | |
| Individual Account Summary | 1 | 102,070.24 |
| **Total Current Charges** | | **102,091.85** |

## Plans and Services

**Monthly Service - May 27 thru Jun 26**
Charges for 314 A79-3006
1. Dept-Cust Billing Reports Pkg ........ 20.00

**Surcharges and Other Fees**
2. Municipal Gross Receipts Surcharge .... 1.61

**Taxes**
| | |
|---|---|
| 3. Federal | .00 |
| 4. State and Local | .00 |
| Total Taxes | .00 |

**Total Plans and Services** ........ 21.61

## Individual Account Summary

### Consolidated Summary of Current Charges

| Account Number | Plans and Services | Other Providers | Taxes | Total Charges |
|---|---|---|---|---|
| 061 199-2709 344 | .00 | 49.00 | .00 | 49.00 |
| | Service Provider Number ( 314 381-5095 ) | | | |
| 314 241-1865 831 | 163.29 | .00 | .00 | 163.29 |
| 314 241-2953 611 | 372.60 | .00 | .00 | 372.60 |
| 314 241-4306 266 | 163.29 | .00 | .00 | 163.29 |
| 314 361-0432 949 | 1,113.32 | .00 | .00 | 1,113.32 |
| 314 436-7301 297 | 486.87 | .00 | .00 | 486.87 |
| 314 436-7405 818 | 163.29 | .00 | .00 | 163.29 |
| 314 534-9378 776 | 326.58 | .00 | .00 | 326.58 |
| 314 598-0203 996 | 163.29 | .00 | .00 | 163.29 |
| 314 598-9550 850 | 163.29 | .00 | .00 | 163.29 |
| 314 586-1081 822 | 326.58 | .00 | .00 | 326.58 |
| 314 588-1762 495 | 211.46 | 26.33 | .00 | 238.79 |
| 314 588-7779 107 | 326.58 | .00 | .00 | 326.58 |
| 314 588-8125 327 | 163.29 | .00 | .00 | 163.29 |
| 314 588-8128 328 | 163.29 | .00 | .00 | 163.29 |
| 314 921-1088 370 | 326.57 | .00 | .00 | 326.57 |
| 314 921-2781 719 | 163.29 | .00 | .00 | 163.29 |
| 314 921-3206 682 | 163.29 | .00 | .00 | 163.29 |
| 314 921-4598 603 | 5,343.80 | 91.35 | .00 | 5,435.15 |
| 314 921-8608 116 | 163.29 | .00 | .00 | 163.29 |
| 314 922-4008 602 (610) | 90,710.37 | 463.88 | .00 | 91,174.25 |
| 314 771-1336 483 | 168.79 | 91.36 | .00 | 260.15 |
| Totals | 101,349.32 | 720.92 | .00 | 102,070.24 |

## News You Can Use Summary

* PREVENT DISCONNECT     * LONG DIST. PROVIDERS
See "News You Can Use" for additional information

Local Services provided by AT&T Arkansas, AT&T Kansas, AT&T Missouri,
AT&T Oklahoma, or AT&T Texas based upon the service address location.

Return bottom portion with your check in the enclosed envelope.

GO GREEN - Enroll in paperless billing.     GARAVAGLIA 48



**AT&T**

CITY OF ST LOUIS
% JIM GARAVAGLIA
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103 - 2630

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Consolidated Bill | 876,743.74 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 876,743.74 |
| Current Charges | 89,458.30 |
| **Total Amount Due** | **$966,202.04** |
| Current Charges Due in Full by | Jun 26, 2019 |

## Billing Summary

| | Page | |
|---|---|---|
| Online: att.com/myatt | | |
| **Plans and Services** | | 21.61 |
| 1 800 321-2000 | | |
| Service Changes: | | |
| 1 800 321-2000 | | |
| Repair Services: | | |
| 1 800 286-8313 | | |
| Individual Account Summary | 1 | 89,436.69 |
| **Total Current Charges** | | **89,458.30** |

## Plans and Services

**Monthly Service - May 27 thru Jun 26**
Charges for 314 A79-3006

| | |
|---|---|
| 1.  Dept-Cust Billing Reports Pkg | 20.00 |

**Surcharges and Other Fees**

| | |
|---|---|
| 2.  Municipal Gross Receipts Surcharge | 1.61 |

**Taxes**

| | |
|---|---|
| 3.  Federal | .00 |
| 4.  State and Local | .00 |
| Total Taxes | .00 |

**Total Plans and Services** **21.61**

## Individual Account Summary

**Consolidated Summary of Current Charges**

| Account Number | Plans and Services | Other Providers | Taxes | Total Charges |
|---|---|---|---|---|
| 051 199-2799 344 | .00 | 49.00 | .00 | 49.00 |
| | | Service Provider Number ( 314 361-6005 ) | | |
| 314 174-2438 043 | 1,045.00 | .00 | .00 | 1,045.00 |
| 314 241-1865 831 | 195.52 | .00 | .00 | 195.52 |
| 314 241-2095 511 | 434.77 | .00 | .00 | 434.77 |
| 314 241-4309 256 | 195.52 | .00 | .00 | 195.52 |
| 314 361-0432 945 | 1,467.73 | .00 | .00 | 1,467.73 |
| 314 436-7301 297 | 586.66 | .00 | .00 | 586.66 |
| 314 436-7406 816 | 195.52 | .00 | .00 | 195.52 |
| 314 634-9376 775 | 391.04 | .00 | .00 | 391.04 |
| 314 689-0203 906 | 195.52 | .00 | .00 | 195.52 |
| 314 689-0660 850 | 195.52 | .00 | .00 | 195.52 |
| 314 588-1061 622 | 391.04 | .00 | .00 | 391.04 |
| 314 588-7779 107 | 391.04 | .00 | .00 | 391.04 |
| 314 588-8125 327 | 195.52 | .00 | .00 | 195.52 |
| 314 588-8128 328 | 195.52 | .00 | .00 | 195.52 |
| 314 621-1069 379 | 391.06 | .00 | .00 | 391.06 |
| 314 621-2781 719 | 195.52 | .00 | .00 | 195.52 |
| 314 621-3208 562 | 195.52 | .00 | .00 | 195.52 |
| 314 621-4598 603 | 6,375.18 | 94.27 | .00 | 6,469.45 |
| 314 621-8608 118 | 195.52 | .00 | .00 | 195.52 |
| 314 822-4006 602 (810) | 75,048.88 | 510.14 | .00 | 75,559.02 |
| 314 771-1338 483 | 201.02 | 104.76 | .00 | 305.78 |
| Totals | 88,678.52 | 758.17 | .00 | 89,436.69 |

## News You Can Use Summary

*  PREVENT DISCONNECT
*  WHITE PAGE (WP) DIR.
*  LONG DIST. PROVIDERS
*  FEE DESCRIPTIONS
See "News You Can Use" for additional information

Local Services provided by AT&T Arkansas, AT&T Kansas, AT&T Missouri,
AT&T Oklahoma, or AT&T Texas based upon the service address location.
GO GREEN - Enroll in paperless billing.

GARAVAGLIA 49

Return bottom portion with your check in the enclosed envelope.



att.com

CITY OF ST LOUIS
% JIM GARAVAGLIA
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103 - 2630

Page   1 of 2
Account Number   314 A79-3006 600  5
Billing Date   Jun 27, 2019

Web Site   att.com

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Consolidated Bill | 966,202.04 |
| Payment Received  6-22 | 63,297.43CR |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 902,904.61 |
| Current Charges | 89,157.44 |
| **Total Amount Due** | **$992,062.05** |
| Current Charges Due in Full by | Jul 26, 2019 |

## Billing Summary

| | | |
|---|---|---|
| Online: att.com/myatt | Page | |
| **Plans and Services** | | 21.61 |
| 1 800 321-2000 | | |
| Service Changes: | | |
| 1 800 321-2000 | | |
| Repair Services: | | |
| 1 800 286-8313 | | |
| Individual Account Summary | 1 | 89,135.83 |
| **Total Current Charges** | | 89,157.44 |
| | checks | 22,912.78 |
| | | 66,244.66 |

## Plans and Services

**Monthly Service - Jun 27 thru Jul 26**

Charges for 314 A79-3006
1.  Dept-Cost Billing Reports Pkg ......... 20.00

**Surcharges and Other Fees**
2.  Municipal Gross Receipts Surcharge ......... 1.61

**Taxes**
3.  Federal ......... .00
4.  State and Local ......... .00
Total Taxes ......... .00

**Total Plans and Services ......... 21.61**

### Individual Account Summary

**Consolidated Summary of Current Charges**

| Account Number | Plans and Services | Other Providers | Taxes | Total Charges |
|---|---|---|---|---|
| 051 198-2789 344 | .00 | 49.00 | .00 | 49.00 |
| | | Service Provider Number ( 314 381-5095 ) | | |
| 314 174-2436 643 | 1,046.00 | .00 | .00 | 1,046.00 |
| 314 241-1886 831 | 195.52 | .00 | .00 | 195.52 |
| 314 241-2063 611 | 434.77 | .00 | .00 | 434.77 |
| 314 241-4309 288 | 195.52 | .00 | .00 | 195.52 |
| 314 361-0432 845 | 1,467.73 | .00 | .00 | 1,467.73 |
| 314 436-7301 297 | 686.66 | .00 | .00 | 686.66 |
| 314 436-7405 618 | 195.52 | .00 | .00 | 195.52 |
| 314 534-9376 775 | 391.04 | .00 | .00 | 391.04 |
| 314 588-0203 996 | 195.52 | .00 | .00 | 195.52 |
| 314 588-0550 860 | 195.52 | .00 | .00 | 195.52 |
| 314 588-1081 822 | 391.04 | .00 | .00 | 391.04 |
| 314 588-7779 107 | 391.04 | .00 | .00 | 391.04 |
| 314 588-8125 327 | 195.52 | .00 | .00 | 195.52 |
| 314 588-8128 328 | 195.52 | .00 | .00 | 195.52 |
| 314 621-1008 379 | 391.06 | .00 | .00 | 391.06 |
| 314 621-2701 719 | 195.52 | .00 | .00 | 195.52 |
| 314 621-3206 662 | 195.52 | .00 | .00 | 195.52 |
| 314 621-4598 603 | 8,375.18 | 94.27 | .00 | 8,469.45 |
| 314 621-6806 118 | 195.52 | .00 | .00 | 195.52 |
| 314 622-4005 602 (810) | 74,748.02 | 510.14 | .00 | 75,258.16 |
| 314 771-1538 463 | 201.02 | 104.76 | .00 | 305.78 |
| Totals | 88,377.08 | 758.17 | .00 | 89,135.83 |

## News You Can Use Summary

* PREVENT DISCONNECT
* FEE DESCRIPTIONS
* LONG DIST. PROVIDERS

See "News You Can Use" for additional information

RECEIVED
JUL 23 2019
Comptroller's Office

Local Services Provided by AT&T Southwest (Kansas, AT&T Missouri,
AT&T Oklahoma, or AT&T Texas based upon the service address location.
GO GREEN - Enroll in paperless billing.

GARAVAGLIA 50

Return bottom portion with your check in the enclosed envelope.



Armstrong, Judy <armstrongju@stlouis-mo.gov>

## Re: FW: 314 A01 0085 212 City of St. Louis Parks Dept
1 message

Armstrong, Judy <armstrongju@stlouis-mo.gov>
To: "HARP, MARY L" <mh503u@att.com>
Cc: "hayesga@stlouis-mo.gov" <hayesga@stlouis-mo.gov>, "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>, "smithjt@stlouis-mo.gov" <smithjt@stlouis-mo.gov>, "Cross, Sheri"
<capraroe@stlouis-mo.gov>, "BROADWAY, NICOLE" <nb0275@att.com>, "FORD, KEVIN" <kf572w@att.com>

Thanks Mary, this looks great!

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/



On Wed, Jul 10, 2019 at 3:33 PM HARP, MARY L <mh503u@att.com> wrote:

Re-sending. I had Greg's email address wrong. Please follow up on this email.

From: HARP, MARY L
Sent: Wednesday, July 10, 2019 3:30 PM
To: "hayesga@stlouis-mo.gov" <hayesga@stlouis-mo.gov>; "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>; "armstrongju@stlouis-mo.gov" <Armstrongju@stlouis-mo.gov>;
"smithjt@stlouis-mo.gov" <smithjt@stlouis-mo.gov>; 'Capraro, Emma' <capraroe@stlouis-mo.gov>
Cc: 'BROADWAY, NICOLE' (nb0275@att.com) <nb0275@att.com>; 'FORD, KEVIN' (kf572w@att.com) <kf572w@att.com>
Subject: 314 A01 0085 212 City of St. Louis Parks Dept
Importance: High

Greg,

Thank you, Judy, Kelley, Sheri, Tyler, and Emma for meeting with us today so that we can work through the issues with the contracts and billing.

I wanted to recap the elements of our discussion.

Our discussion today was predominately about 314 289 5100 802 which is the account that bills your PRI and a good number of POTS (plain old telephone lines). This account rolls up to [...]

We understand that you had a meeting in February of 2018 with AT&T and you requested assistance with bringing these lines under contract. Sometime after that meeting, it was decided resolved.

I sincerely want to work with the City to resolve this and build a good working relationship.

FROM YOUR CONSOLIDATED ACCOUNT: June 1, 2019 (this is not the most current)

- City of St. Louis Parks Dept, through June 1, 2019 invoice, had a Total Amount Due of $418,240.47 on this consolidated account.    $ 418,240.47

  - Through the June 1, 2019 bill date, the total in Late Fees charged was $71,949.54.

    - We have submitted a request to adjust these late fees from the bill.      $ 71,949.54      80

    - Pending Total Amount Due through June 1, 2019.

- Over the period of time below, the total in "Current Charges" billed was $1,135,440.65.

  - The total amount paid on the Current Charges:      -803,439.24

  - The total amount of missing payments:      $ 331,701.41

  - Less the Late Fee Charges:      - 71,949.54

  - Through June 1, 2019 shortfall in payments      $ 259,751.87

*** The "Current Charges" for these accounts is running approximately $18,500 per month. This represents approximately 14 months of payments. The chart below shows th[...]

- Greg Hayes requested that $140,000 from 2019 funding year be paid on the account balance (through June 1, 2019 billing) of $259,751.87.

  - This would bring the amount due through June 2019 (with the adjustment of the late fees) to was 110,75 1.87.

GARAVAGLIA 51

HOW TO TACKLE THE REMAINING BALANCE: $119,751.87

* Nicole Broadway, SM AT&T, offered to request ~ approximately ½ of the invoiced amount for 6 months as a goodwill credit, in an effort to bring resolution. This would bring the $119,7!

  ○ July current charges are: $21,088.25. Enmar would pay Current Charges in an effort to make up the $69,751.87.

    • There is a late fee charge in the July bill. We will continue to request credits for those late fees but this should help to reduce the $69,751.87 balance, within 3-6 r

  ○ AT&T will send a new PRI pricing schedule with the City of St. Louis Master Agreement, requesting new rates that will be in excess of $2,600 less per month than the cu

    • We will request language that allows the City to migrate to the Hosted Voice Service that is being proposed, without Early Termination Fees. Therefore, the Park the risk of ETF's.

  ○ AT&T will send a new BLC (Business Local Calling) pricing schedule along with the Master Agreement, to further reduce the monthly recurring charges on the BLC lines

* We expect to have the new pricing schedules within the next 10 days. Within 30 days of signature, we will be able to implement these new contract rates. The earlier this happens in y within your budgeted expenses.

This Monthly Invoices will continue to be a little frightening until all the adjustments, pricing schedule implementations, and payments are posted. We will work with the City Parks Dept. to n

I hope this summary is in line with what you heard today. The very tiny printout is pasted below for your viewing pleasure. Please note that all of these numbers are estimates until they a

I look forward to working with you.

Mary Harp

Mary Harp

AT&T

Client Solutions Executive

State Local and Education

618-719-0037

maryharp@att.com

Nation's Fastest Network¹       Nation's Best Network.¹¹

¹Based on analysis by Ookla¹ of Speedtest Intelligence¹¹ data average download speeds for Q1 2019. ¹¹According to America's biggest test as announced by Global Wireless Solutions.

¹¹ Jody, Shirl and Kelley, I will follow up in a separate email about the other bills you brought to this meeting.

### AT&T BILL RECONCILIATION FORM

| Cust Name | Acct Number | Inv Date | Prev Bill | Payments | Adjustments | Past Due | Current Chgs | Total Due | Late Fees | Pmt Adj Detail |
|---|---|---|---|---|---|---|---|---|---|---|
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2013 | $14,589.52 | ($8,193.01) | $159.91 | $6,556.42 | $8,173.02 | $14,729.44 | $159.91 | 1. 5-30 Payment 8,193.01 & |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2013 | $14,729.44 | ($11,340.46) | $84.72 | $3,473.68 | $9,095.39 | $12,569.07 | $84.72 | 1. 7-22 Payment 11,340.46 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2013 | $12,569.07 | ($9,095.39) | $86.84 | $3,560.52 | $9,069.78 | $12,630.30 | $86.84 | 1. 8-24 Payment 9,095.39 & |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2013 | $12,630.30 | ($5,000.00) | $190.76 | $7,821.06 | $9,071.03 | $16,892.09 | $190.76 | 1. 9-10 Payment 5,000.00 & |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2013 | $16,892.09 | ($9,058.78) | $195.59 | $8,017.87 | $9,086.73 | $17,604.60 | $195.59 | 1. 10-07 Payment 9,069.78 |

| | Account | Date | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2013 | $17,084.60 | ($18,137.76) | $0.00 | $0.00 | $10,252.44 | $9,199.28 | $0.00 | 1. 10-25 Payment 9,071.03 |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2014 | $9,199.28 | $0.00 | $229.98 | $9,429.26 | $10,006.74 | $19,436.00 | $229.98 | 1. 1-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2014 | $19,436.00 | ($10,252.44) | $229.59 | $9,413.15 | $10,002.86 | $19,416.01 | $229.59 | 1. 1-20 Payment 10,252.44 |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2014 | $19,416.01 | ($10,006.74) | $235.23 | $9,644.60 | $10,088.99 | $19,733.49 | $235.23 | 1. 2-04 Payment 10,006.74 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2014 | $19,733.49 | $0.00 | $493.34 | $20,226.83 | $10,135.99 | $30,362.82 | $493.34 | 1. 4-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2014 | $30,362.82 | ($20,091.85) | $256.77 | $10,527.74 | $9,908.58 | $20,436.32 | $256.77 | 1. 4-14 Payment 20,091.85 |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2014 | $20,436.32 | $0.00 | $510.91 | $20,947.23 | $10,725.44 | $31,672.67 | $510.91 | 1. 6-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2014 | $31,672.67 | ($20,044.57) | $290.70 | $11,916.80 | $10,725.66 | $22,644.46 | $290.70 | 1. 6-09 Payment 20,044.57 |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2014 | $22,644.46 | ($21,451.10) | $29.83 | $1,223.19 | $11,541.76 | $12,764.95 | $29.83 | 1. 8-01 Payment 21,451.10 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2014 | $12,764.95 | ($11,541.76) | $30.58 | $1,253.77 | $11,175.09 | $12,428.86 | $30.58 | 1. 8-23 Payment 11,541.76 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2014 | $12,428.86 | ($11,175.09) | $31.34 | $1,285.11 | $11,449.16 | $12,734.27 | $31.34 | 1. 9-20 Payment 11,175.09 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2014 | $12,734.27 | ($11,449.16) | $32.13 | $1,317.24 | $11,299.95 | $12,617.19 | $32.13 | 1. 10-30 Payment 11,449.1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2014 | $12,617.19 | ($11,299.95) | $32.93 | $1,350.17 | $11,279.97 | $12,630.14 | $32.93 | 1. 11-29 Payment 11,299.9 |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2015 | $12,630.14 | $0.00 | $315.75 | $12,945.89 | $11,274.51 | $24,220.40 | $315.75 | 1. 1-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2015 | $24,220.40 | ($11,279.07) | $323.51 | $13,263.94 | $14,046.88 | $27,310.82 | $323.51 | 1. 1-10 Payment 11,279.07 |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2015 | $27,310.82 | ($11,274.51) | $400.91 | $16,437.22 | $12,994.17 | $29,431.39 | $400.91 | 1. 2-07 Payment 11,274.51 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2015 | $29,431.39 | $0.00 | $735.78 | $30,167.17 | $12,985.59 | $43,152.76 | $735.78 | 1. 4-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2015 | $43,152.76 | ($27,041.05) | $402.79 | $16,514.50 | $12,986.52 | $29,901.02 | $402.79 | 1. 4-04 Payment 27,041.05 |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2015 | $29,901.02 | ($12,985.59) | $412.89 | $16,928.32 | $12,995.57 | $29,923.89 | $412.89 | 1. 5-08 Payment 12,985.59 |
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2015 | $29,923.89 | ($12,985.52) | $0.00 | $16,937.37 | $13,004.36 | $29,941.73 | $0.00 | Payment Received 6-27 12 |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2015 | $29,941.73 | ($25,989.93) | $0.00 | $3,941.80 | $14,911.84 | $18,853.64 | $0.00 | 1. 7-27 Payment 25,989.93 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2015 | $18,853.64 | ($14,911.84) | $0.00 | $3,941.80 | $14,446.03 | $18,387.83 | $0.00 | Payment Received 8-22 14 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2015 | $18,387.83 | ($14,446.03) | $0.00 | $3,941.80 | $14,668.64 | $18,610.44 | $0.00 | Payment Received 9-28 14 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2015 | $18,610.44 | ($14,668.64) | $0.00 | $3,941.80 | $14,444.65 | $18,386.45 | $0.00 | Payment Received 10-26 1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2015 | $18,386.45 | $0.00 | $0.00 | $18,386.45 | $14,456.19 | $32,842.64 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2016 | $32,842.64 | ($14,444.65) | $0.00 | $18,397.99 | $14,667.51 | $33,065.50 | $0.00 | Payment Received 12-21 1 |

| Name | Account | Date | | | | | | | | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2016 | $33,065.50 | $0.00 | $47.06 | $33,112.56 | $16,772.64 | $49,865.20 | $47.06 | 1. 2-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2016 | $49,865.20 | ($14,456.19) | $52.35 | $35,461.36 | $16,493.14 | $51,974.50 | $52.35 | 1. 2-15 Payment 14,456,19 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2016 | $51,974.50 | ($14,667.51) | $106.15 | $37,413.14 | $17,598.31 | $55,311.45 | $106.15 | 1. 3-18 Payment 14,667.51 |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2016 | $55,311.45 | ($33,265.78) | $0.00 | $22,045.87 | $17,092.77 | $39,138.44 | $0.00 | 1. 5-02 Payment 33,265.78 |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2016 | $39,138.44 | $0.00 | $138.26 | $39,276.70 | $17,093.32 | $56,370.02 | $138.26 | 1. 6-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2016 | $56,370.02 | ($17,698.31) | $118.12 | $38,669.83 | $17,126.11 | $55,715.94 | $118.12 | 1. 6-18 Payment 17,698.31 |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2016 | $55,715.94 | ($51,312.20) | $0.00 | $4,403.74 | $17,838.53 | $22,242.27 | $0.00 | 1. 7-08 Payment 34,186,09 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2016 | $22,242.27 | ($17,838.53) | $0.00 | $4,403.74 | $17,582.02 | $21,985.76 | $0.00 | Payment Received 8-15 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2016 | $21,985.76 | ($17,587.02) | $0.00 | $4,403.74 | $17,590.44 | $21,994.18 | $0.00 | Payment Received 9-23 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2016 | $21,994.18 | ($17,590.44) | $0.00 | $4,403.74 | $17,578.91 | $21,982.65 | $0.00 | Payment Received 10-26 1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2016 | $21,982.65 | $0.00 | $0.00 | $21,982.65 | $17,580.51 | $39,563.16 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2017 | $39,563.16 | ($35,159.42) | $0.00 | $4,403.74 | $17,565.67 | $21,969.41 | $0.00 | 1. 12-09 Payment 17,578.9 |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2017 | $21,969.41 | ($17,565.67) | $0.00 | $4,403.74 | $17,565.65 | $21,969.29 | $0.00 | Payment Received 2-03 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2017 | $21,969.29 | ($17,565.55) | $0.00 | $4,403.74 | $18,041.04 | $22,444.78 | $0.00 | Payment Received 3-08 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2017 | $22,444.78 | $0.00 | $0.00 | $22,444.78 | $17,950.49 | $40,395.27 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2017 | $40,395.27 | $0.00 | $148.23 | $40,543.50 | $17,950.65 | $58,494.15 | $148.23 | 1. 5-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2017 | $58,494.15 | ($18,041.04) | $145.97 | $40,599.08 | $16,156.76 | $56,755.84 | $145.97 | 1. 5-30 Payment 18,041,04 |
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2017 | $56,755.84 | $0.00 | $598.44 | $59,354.28 | $18,307.56 | $77,661.84 | $598.44 | 1. 7-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2017 | $77,661.84 | ($72,217.39) | $0.00 | $5,444.45 | $18,311.68 | $23,756.13 | $0.00 | 1. 7-10 Payment 35,753.07 18,307.56 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2017 | $23,756.13 | ($18,311.68) | $0.00 | $5,444.45 | $18,330.83 | $23,775.28 | $0.00 | Payment Received 8-21 18 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2017 | $23,775.28 | ($18,330.83) | $0.00 | $5,444.45 | $18,321.99 | $23,766.44 | $0.00 | Payment Received 9-28 18 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2017 | $23,766.44 | $0.00 | $0.00 | $23,766.44 | $18,322.35 | $42,088.79 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2017 | $42,088.79 | ($36,644.34) | $0.00 | $5,444.45 | $18,324.82 | $23,769.27 | $0.00 | 1. 11-08 Payment 18,321.9 |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2018 | $23,769.27 | ($18,324.82) | $0.00 | $5,444.45 | $18,499.71 | $23,944.16 | $0.00 | Payment Received 12-26 1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2018 | $23,944.16 | $0.00 | $0.00 | $23,944.16 | $18,421.30 | $42,365.46 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2018 | $42,365.46 | $0.00 | $185.72 | $42,551.18 | $19,753.73 | $62,304.91 | $185.72 | 1. 3-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2018 | $62,304.91 | ($18,480.71) | $183.76 | $43,988.96 | $19,831.22 | $63,820.18 | $183.76 | 1. 3-10 Payment 18,499.71 |

GARAVAGLIA 54



Armstrong, Judy <armstrongju@stlouis-mo.gov>

## FW: 314 A01 0085 212 ATTACHED PLEASE FIND 36 month PRI PRICING SCHEDULE FOR YOUR SIGNATURE ALONG WITH THE MASTER AGREEMENT.
1 message

**HARP, MARY L** <mh503u@att.com>
To: "hayesga@stlouis-mo.gov" <hayesga@stlouis-mo.gov>, "ArmstrongJu@stlouis-mo.gov" <ArmstrongJu@stlouis-mo.gov>, "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>, "C
Cc: "BROADWAY, NICOLE" <nb0275@att.com>

Greg, Judy & Kelley;

Attached, please find a contract for the PRI for a 36-month term which will result in a monthly reduction of $2,876.00 (plus any applicable fees). The Master Agreement is attached and I sent

The additional term does allow for time to consider all of your options and migration to IPFLEX or HVS is allowed with this legacy service.

As soon as I receive a signature (page 1 of 318037 City of St.Louis 314 2895300 36mo PRI .doc) , I will get it countersigned and send it for implementation. This process can take 30 days t time.

Please let me know if you have any questions. I will follow up with the PCFES lines.

Mary

From the list below, the following notes have been added:

> -> AT&T will send a new PRI pricing schedule with the City of St. Louis Master Agreement, requesting new rates that will be in excess of $2,600 less per month than the curre *schedule and Master forwarded to Greg, Judy and Kelley.*

> - We will request language that allows the City to migrate to the Hosted Voice Service that is being proposed, without Early Termination Fees. Therefore, the Parts t the risk of ETF's.- 7/11/2019- This is standard procedure and part of every PRI renewal.

*Mary Harp*

*AT&T*

*Client Solutions Executive,*

*State Local and Education*

*619 218-0037*

*mary.harp@att.com*

*Nation's Fastest Network* *Nation's Best Network.*

*"Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019. "According to America's biggest test as announced by Global Wireless Solutions*

Helpful Maintenance Numbers:

888-613-6330 MIS/ IP Maintenance

800-332-1321 Legacy SBC

800-247-2020 Legacy BellSouth

800-829-1041 AT&T Local Service Tech Support

800-222-1099 Outage/ Service Troubles/ Service Assurance

800-325-5555 Advanced Toll Free Features

CARAVAGLIA 56



Armstrong, Judy <armstrongju@stlouis-mo.gov>

## Outstanding Usage and Connectivity Bill - inContact and ATT Meeting request
1 message

**Cross, Sheri** <crosss@stlouis-mo.gov>                Fri, Jul 12, 2019 at 5:01 PM
To: "Stoever, Anneliese" <stoevera@stlouis-mo.gov>, David Sykora <sykorad@stlouis-mo.gov>, Yvette Mayham
<mayhamy@stlouis-mo.gov>, Dawn Brown <brownd@stlouis-mo.gov>, Essence Owens <OwensE@stlouis-mo.gov>
Cc: "HARP, MARY L" <mh503u@att.com>, Judy Armstrong <ArmstrongJU@stlouis-mo.gov>

Good Afternoon,

As you know Mary Harp (ATT) has replaced Ray Blair. In Nov 2018 each department received a Usage Bill from
inContact for services critical to the functionality of the inContact Call Center System used currently by the City of St.
Louis. At that time we learned from Jun 2017-Nov 2018 inContact did not send out the Usage Bill to the departments in
error but owed. Ray Blair met with (CSB, SLAAA and City Courts) the departments to discuss the Usage bills.

To my understanding, no department except perhaps the Building Division has paid their outstanding Usage bills.

Mary Harp (ATT) and an inContact Representative have requested a meeting do discuss a possible disconnection to the
Call Centers. Would you be available to discuss with ATT and inContact on **Tuesday, 7/16 10 am** or **Wed 7/17 at 9 am** to
regarding payment or disconnection?

If you have paid any portion of the Usage Bill and it has been applied inappropriately to an existing ATT account, bring
that information with you. I will reserve a conference room for the meeting. Thank you in advance.

 **at&t**

Addendum to Comprehensive Service Order Attachment

GBS247476

132039UA

MA Reference No.: 132039UA
AT&T Network Integration Tracking ID:247476
Document Version 3/14/17

| CUSTOMER Legal Name ("Customer:") | AT&T Corp. ("AT&T") (designate other entity if signing entity other than AT&T Corp) | AT&T Branch Sales Contact Name |
|---|---|---|
| City of St. Louis | AT&T | Name: Ray Blair |

| CUSTOMER Address | AT&T Corp. Address and Contact | AT&T Branch Sales Contact Information |
|---|---|---|
| Street Address: 1200 Market<br>City: St. Louis<br>State / Province: MO<br>Country: USA<br>Domestic / Intl / Zip Code: 63103 | One AT&T Way<br>Bedminster, NJ 07921-0752<br>Contact: Master Agreement Support Team<br>Email : mast@att.com | Address: 12851 Manchester Rd<br>City: St. Louis<br>State / Province: MO Country: USA<br>Domestic / Intl / Zip Code: 63131<br>Fax: 314-505-0535<br>Email: gb8373@att.com<br>Sales/Branch Mgr: Jerry Butler<br>SCVP Name: Jeffery J Maggi |

| CUSTOMER Contact | AT&T Address and Contact | AT&T NI Contact Information |
|---|---|---|
| Name: Jim Garavaglia<br>Title: Deputy Controller for Finance<br>Telephone: 314-657-3410<br>Fax:<br>Email: garavagliaj@stlouiscity.com | Name:<br>Title:<br>Telephone:<br>Street Address:<br>City:<br>State / Province: Country:<br>Domestic / Intl / Zip Code: | Name: Andrew Magersupp<br>Address:<br>City:<br>State / Province: Country:<br>Domestic / Intl / Zip Code:<br>Telephone: 440-834-0992<br>Email: am6700@att.com |

| CUSTOMER Billing Address | | |
|---|---|---|
| Street Address: 1520 Market Street<br>City: St Louis<br>State / Province: Country: MO<br>Domestic / Intl / Zip Code: 63103 | | |

This Statement of Work ("SOW") is an attachment to the contract identified below:

☐ (1) The AT&T Network Integration Service Order Attachment dated _____ [Date]

☒ (2) The AT&T Network Integration Addendum to Comprehensive Service Order Attachment dated 10/31/2014

The AT&T Network Integration Services provided under this SOW shall be governed by the Terms and Conditions of the Attachment/Addendum. To the extent any terms set forth in this SOW conflict with those of the Attachment/Addendum, the terms of this SOW shall prevail with respect to the AT&T Network Integration Services provided hereunder.

This SOW is effective, and incorporated in and made part of the Attachment/Addendum, on the latter of the dates when signed by both the Customer and AT&T ("Effective Date").

AGREED:                                         AGREED:

City of St. Louis                               AT&T

By: _James M Garavaglia_                        By: _Michelle Senderson_
(Authorized Agent or Representative)            (Authorized Agent or Representative)

(Typed or Printed Name) JAMES M. GARAVAGLIA     (Typed or Printed Name)   Michelle Senderson

(Title) DEPUTY COMPTROLLER                      (Title)   Associate Director

(Date)  3-17-17                                 (Date)   23 Mar 2017            CS-MJ368U

GARAVAGLIA 57



1.  **Scope of Work**

1.1 **Supplier shall provide the following Services:**

AT&T ("Supplier") will provide the City of St. Louis ("Customer") with an inContact cloud based contact handling solution for their 29 agents in three service bureaus that will address the deficiencies in the current premise solution while increasing reliability, enhancing functionality, and providing exceptional customer service to their customers.

The inContact solution will consist of the following components:

- ACD functionality
  - o Priority, Skills & Proficiency Based Routing
  - o Inbound and Outbound
  - o Channels including: Voice, Chat, Email
- Personnel Connection Out Bound Dialer
- Social Media monitoring for Facebook and Twitter
- Promise keeper/commitment manager
- Real-Time status displays and historical reporting tools
- 100% contact recording
- Call monitor, coach and barge w/option for supervisor takeover
- Disaster Recovery

A Business Requirements Document (BRD) defines project-specific activities, deliverables, timelines, and functional requirements necessary for supplier providing services to Customer as identified during the sales process. It will include detailed technical requirements that identify systems and other integration points to interface with inContact. Because this results in the BRD being a blueprint for development, Professional Services will only perform implementation tasks related to functionality that are specified in this document. To ensure the accuracy of the BRD, the development and approval of the BRD by the customer will be performed after the project kick-off meeting.

Supplier has completed over 1,300 successful cloud implementations. Through these implementations, we have determined that the best way to ensure success is to use a methodology that provides customers with a scalable, consistent, predictable, and repeatable approach.

| Phase | Description |
|---|---|
| Align | This is the most critical phase of the project and requires that the project team to be diligent in completing deliverables that will impact the success of future phases. The planning and alignment completed here will lay the foundation for the Build and Connect phases. |
| Build | During the Build phase, the inContact solution is configured in accordance with the business requirements. This phase includes both inContact testing as well as customer acceptance testing of the build. Testing should be conclusive of all modules that have been purchased and can extend over several service engagements or phases. |
| Connect | During the Connect phase, the telecom and, if necessary, data connectivity to the inContact cloud is procured and tested. The connectivity plan for the project is defined by what has been purchased. But the tasks to implement the connectivity design happen during this Connect phase. Any integration to external systems is also considered during this phase. |
| Deploy | Preparations for the customer's go-live date include final testing and end user training. The inContact software applications and the connectivity solution are ready at this point and the customer begins using the inContact platform in production. |

The table below summarizes the products and services that were included in your contract and will be implemented as part of this project.

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 2 of 14

GARAVAGLIA 58



| Products | Integration | Custom Reporting |
|---|---|---|
| ☐ Dual-tone multi-frequency (DTMF) IVR | ☐ DB Provider | ☐ DataDownload Report |
| ☒ Skills-based Routing (SBR) | ☐ Web Table Consumption | ☐ Direct Data Access |
| ☐ Speech Recognition IVR | ☐ Web Service Consumption | ☐ InView |
| ☒ "Blind" Transfer (BlindXFR)* | ☐ FTP via Studio | |
| ☒ "Managed" Transfer (Transfer)* | ☐ FTP via System | |
| ☒ Email | ☐ Customer Spawned inContact URL | |
| ☒ Chat | ☐ inContact Hosted Database Development | |
| ☐ Voicemail | ☐ CRM API | |
| ☐ Work Item Routing | ☐ CRM Screen Pop | |
| ☐ SMS | | |

## 2.2 Customer Site(s):
Customer is located at 1520 Market Street in Saint Louis, Missouri 63103.

## 2.3 Material/Equipment provided by Supplier
a. The inContact solution is a fully cloud based solution. All services, EXCEPT FOR SCREEN RECORDING, require no hardware to be installed at the customer premise location(s). Screen recording DOES require servers to be installed on site at the customer's premise location(s). Supplier will NOT provide equipment for screen recording, should it be ordered. It will be the responsibility of AT&T, AT&T's subcontractor, or the customer to provide screen recording equipment and core software, per the latest screen recording equipment requirements.

## 2.4 Project Timeline Dates and Service Hours
a. Start Date: 15 calendar days after Effective Date of SOW
b. End Date: 105 calendar days after Effective Date of SOW
c. Supplier shall provide Services during normal business hours (8:00-17:00 local time).

## 3.0 Term of SOW and Termination of SOW

## 3.1 Term of SOW: Supplier shall provide Services for a term of: 36 months.

## 3.2 Termination of SOW: The Termination provisions of the Agreement apply unless set forth as follows:

1. In the event of a breach of any material term or condition of this SOW by AT&T where such failure continues un-remedied for thirty (30) days after AT&T's receipt of such written notice.

2. Any time prior to the end of the SOW Term, by giving AT&T at least thirty (30) days' prior written notice and paying unpaid Charges set forth in this document.

## 4.0 Supplier Responsibilities
Supplier will assign a team of professionals who will implement, support and service your account ongoing. During the implementation a project manager will act as your primary point of contact. Once implementation has been completed City of Saint Louis will be cared for by Supplier's Customer Care/ Customer Success teams.

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 3 of 14

GARAVAGLIA 59

 at&t

4.1 **Supplier Project Management.** In support of the Services provided to Customer, Supplier will:

   a. Assign a designated Project Manager to interface directly with the Customer Project Manager and serve as the primary interface to the Customer organization.
   b. Conduct a formal project kick-off meeting and review the contract and associated services.
   c. Provide a Project Timeline draft for Customer review. Customer will mutually agree to the Project Timeline.
   d. Participate and provide status and project planning meetings as required.
   e. Own the launch checklist, timeline, and overall coordination of launch activities associated with vendor services:
      1. Create and regularly groom project plans.
      2. Capture project risks and work to resolve risks with minimal impact to team, schedule, or budget.
      3. Schedule and host regular core team synchs.
      4. Schedule ad-hoc meetings as needed.
      5. Coordinate all launch activities as identified in the project plan.
      6. Communicate timelines and next steps to launch team regularly.

4.2 **Staging - Infrastructure Configuration....NA**

4.3 **Installation and Configuration**
   a. Post contract signature, Supplier will initiate a kickoff call between the implementation team and customer project team to design the project plan from kickoff to "go live". Supplier and customer will agree on a project plan that will include all implementation services required. Some of the milestone checkpoints will be:

   • Kickoff Call
   • Business Requirements Gathering
   • Training
   • Create Test Cases
   • Provide API and API test data
   • Configure Products Based on BRD
   • User Acceptance Testing
   • Validate Connectivity
   • End User Training
   • Site Preparation for Go Live
   • Go Live

   b. An early milestone to the project plan is the identification and documentation of all design details which will be created and documented in a Business Requirements Document (BRD). The Professional Services Implementation team will only implement the design included in this document.

   c. This document includes detail such as:

   • Global Contact Center Settings
   • Reporting Specifications
   • Contact Routing Configuration
   • Post Contact Experience
   • Call Recording Specifications
   • Hours of Operation
   • Functional Design - Flows
   • Integration Specifications

4.4 **Test and Turn-up**
   a. During the development of the vendor solution test numbers will be established along with points of contacts and test call flows to ensure the quality of the application before converting it to the production numbers and points of contacts. InContact will work with customers test PC's and databases to ensure quality connections and software performance are intact. Vendor will develop a test plan as part of the Statement of Work to ensure testing, integration, and development success.

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 4 of 14

GARAVAGLIA 60

b. After successful implementation, vendor will stay on the project during Beta rollout, monitoring the application, reviewing failed call transactions, tuning the grammars, making necessary application changes and ensuring that the system achieves the desired quality and results.

## 4.5 Training (including E-Rate training, to the extent applicable)

a. Access to online integrated web-help tools, self-paced training modules, all-a carte webinar and instructor-led sessions, as well as access to quarterly product release trainings are provided for continuing education.
b. Agents will receive self-paced eLearning on Getting to know the system, Navigation, Call Handling, Agent Reports Overview (approximately a ½ hour course). They will also receive 2 hour instructor-led webinar training on: InContact Agent Overview, Connecting to InContact, Contact Handling, Using Email, Handling Chat, and Agent Reports.
c. Supervisors will receive self-paced training on reporting, to include: Getting Started, Real Time Reports, Historical Reports, Custom Reports (approximately a ½ hour course).
d. Customers can also open requests for technical support and check or comment on the current status of cases. The following training tools are made available to all customer users: Self-paced e-learning modules (agent through admin), Detailed quick start guides (hard and soft copies), Detailed user manuals (hard and soft copies)

## 4.6 Change Control Process

a. In the event either Party requests a change, it will submit the requested change in writing to the other Party, substantially in the form of Appendix B to this SOW. The receiving Party shall issue a written response within five (5) business days of the receipt of the request, indicating whether the receiving Party accepts or rejects the change(s).

## 4.7 Acceptance/Approval

a. Acceptance shall be as set forth in the Agreement, unless otherwise set forth in a subsequent appendix.
b. In the event AT&T's Customer does not accept the Services, AT&T will notify Supplier in writing of all deviations from the requirements and specifications in Supplier's performance, including any deviations identified by Customer.

## 5.0 Customer Responsibilities

a. Customer must ensure that they meet the requirements as defined in Appendix C. This document describes the minimum system requirements that are required for a good user experience when using Supplier. Please review Appendix C to make sure that each agent's workstation will meet these requirements. Also, please note that Managers and Supervisors using Studio (for call flows) and/or Reports 2.0 will need .NET Framework 4.0 installed.
b. Customer must ensure that network ports are available as described: Appendix C describes ports on the AT&T or Customer firewall that need to be opened and IP address ranges that need to be granted access for AT&T and Customer to be able to correctly access and interact with the Supplier network.

## 5.1 Contacts:

| Contact | Details |
|---|---|
| AT&T NI Engagement Manager | • Name: Andrew Maggersupp<br>• Email: am6700@att.com<br>• Phone: (440) 247-3183 |
| InContact Sales Representative | • Name: Terry Porter<br>• Email: terry.porter@incontact.com<br>• Phone: (801) 531-4028 |

## 6.0 Schedule of Charges

6.1 All fees, charges and expenses charged by Supplier to AT&T will be as set forth in the table below, and not the Agreement. Except as set forth herein, no other fees, charges and expenses may be charged by Supplier to AT&T for the Services and Materials provided hereunder.

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 5 of 14

GARAVAGLIA 61



## 6.2 Fees, Charges, and Expenses Table

### Monthly Recurring Charges (MRC)

| Qty | Part Number | Description | Unit Type | Unit Price | Total Price |
|---|---|---|---|---|---|
| 29 | 307-6-163 | InContact Seat License (per Configured User) | per configured user | $99.75 | $2,718.75 |
| 30 | 308-8-167 | Additional Configured Universal Port (Beyond 1 port included) | per port (usage-based) | $46.90 | $1,407.00 |
| 3 | 309-11-171 | Additional Data Storage beyond 1 GB included (per Configured License) | per gigabyte (usage-based) | $6.25 | $18.75 |
| 29 | 3157-18-204 | Chat & Email (per Configured User) | per core license | $6.25 | $181.25 |
| 2 | 1500-241-000 | InContact Social Media (per Configured User) | per configured user | $162.50 | $325.00 |
| 6 | 3613-98-208 | Personal Connection (per Configured User) | per configured user | $18.75 | $112.50 |
| 29 | 799-13-159 | InContact Call Recording (per Configured User) | per core license | $6.25 | $181.25 |
| | | | | | $4,944.50 |

### Non-Recurring Charges (NRC)

| Qty | Part Number | Description | Unit Type | Unit Price | Total Price |
|---|---|---|---|---|---|
| 1 | 610133-242-000 | InContact Social Media Implementation | per implementation | $5,625.00 | $5,625.00 |
| 1 | 610074-350-000 | Personal Connection Implementation | per implementation | $3,000.00 | $3,000.00 |
| 1 | 610067-312-000 | Workgroup – Professional Services Implementation | per implementation | $7,400.00 | $7,400.00 |
| 2 | 610060-296-000 | Instructor-Led Interactive Training (At Customer Facility) | per day, 2 day minimum | $2,500.00 | $5,000.00 |
| | | | | | $21,025.00 |

### ADDITIONAL PRICING TERMS AND CONDITIONS

(a) Fixed pricing is based on the currently defined Scope of Work. Any additions or changes to this Scope of Work will necessitate changes in pricing. It is also assumed that no project delays occur that would require AT&T to stop work. AT&T will not be held financially responsible for project delays outside of its control.

(b) AT&T will invoice the Service Fees upon Acceptance by the Customer. AT&T invoices will be presented on a monthly basis, and will cover Accepted Services and Equipment ordered during the previous calendar month.

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 6 of 14

GARAVAGLIA 62



(c) Prices quoted herein are valid for thirty (30) days from the date this SOW is presented to the Customer for execution; in the event this SOW is not executed by the Customer within thirty (30) days, AT&T reserves the right to modify the pricing, terms and/or conditions herein. This engagement must commence within thirty (30) days of the Effective Date, or AT&T reserves the right to modify the pricing, terms and/or conditions herein.

(d) Travel and related expenses: The pricing does not include expenses for AT&T travel to Customer's facilities. Standard business expenses (e.g., transportation, food, lodging) incurred by AT&T in connection with delivery of the Services will be billed at cost as a separate line item on Customer's invoice. AT&T personnel will incur travel expenses only after receiving permission from the Customer's authorized Project Manager.

(e) Time and Material ("T&M") Rate expenses: In the event that the scope of work changes from the described services in this SOW, AT&T will bill Customer at a T&M rate of two-hundred fifty dollars ($250.00) per hour per AT&T Consultant for the additional time spent on the change requests. All such out of scope matters will be handled via the Change Control process outlined in section 5.1.

(f) Work Locations: All Services described in this SOW will be provided within the Contiguous United States (excludes Alaska and Hawaii). All prices and estimates are submitted in U.S. dollars ("USD").

## 7.0 Special Terms and Conditions:

This is designed as an inContact deployment. InContact PSTN telco services will be utilized to receive traffic from City of Saint Louis existing DID numbers. A Leg (ingress calls will be call forwarded from Saint Louis's existing DID local numbers to Saint Louis local numbers provided by inContact in our data center.) B Leg (egress will use the PSTN from inContact with per-minute usage charges). The B Leg will require a separate contract between inContact and the City of Saint Louis directly.

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AMG700

3/17/2017
Page 7 of 14

GARAVAGLIA 63

 at&t

## APPENDIX A: MATERIAL/EQUIPMENT LIST

*NA.*

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 8 of 14

GARAVAGLIA 64

 **at&t**

## APPENDIX B: CHANGE REQUEST FORM

| Change Request Number: | | | |
|---|---|---|---|
| AT&T Requestor: | | NI Tracking #: | |
| Title: | | Date of Request: | |

**Nature of the Change Request:**
(Please list specific details explaining the Change):

Change Priority:

Attached Materials: (list of additional documents required for other sources -- i.e. engineering drawings, Purchased Equipment order list, etc.)

**To be completed by the Project Manager:**
Impact of Change on the Project :

Impact of Project Time and Scheduled Delivery Date:

Impact on Pricing and Work Order(s):

**Notes or Additional Information:**

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 9 of 14

GARAVAGLIA 65



## APPENDIX C: CUSTOMER RESPONSIBILITIES

To facilitate a good inContact user experience, each agent needs a computer with mouse, keyboard, and color monitor. Below are the minimum workstation requirements.

**Computer Operating System**
☐  Windows 2000 SP4
☐  Windows XP SP2/3
☐  Windows Vista SP1
☐  Windows 7 & 8 32/64 bit

**Computer Speed**
☐  Pentium 4 Processor at 2Ghz or better
☐  1GB RAM or more

**Screen Resolution**
☐  1024 x 768 or above for improved user experience

**Supported Browsers**
☐  Internet Explorer 9, 10 & 11
☐  Google Chrome
☐  Safari 6
☐  HTML5 supported browsers

NOTE: *Chrome and Safari do not support Studio. Also, inContact does not support browser versions earlier than the ones listed here.*

**Browser Configuration & Add-ons**
☐  Cookies Enabled
☐  Popups Enabled
☐  JavaScript Enabled
☐  Adobe Shockwave Flash Player 9 or above
☐  Java Applets Enabled with Java Virtual Machine 6.11 or above installed
☐  Windows Media Player Plugin

**Internet Broadband Access Required:**
☐  256kbps bandwidth per workstation
☐       Less than 200ms average round-trip ping reply between workstation and inContact servers

**VoIP Bandwidth Requirements**
☐  Based on the CODEC implementation
o G.711 CODEC requires 100kbps per simultaneous calls
o G.729 CODEC requires 50kbps per simultaneous calls
(For example *number of simultaneous calls* x *CODEC kbps* = total bandwidth needed)

<u>InContact Open Port Request</u>

IT Help Desk:

Customers using the inContact software application must be able to reach the inContact network at specific IP addresses and port ranges. For most customers, no change is required on their side as inContact's software application utilizes standard Web (HTTP) and Secure Web (HTTPS) transactions. Customers using Reports 2.0 will need to ensure Port 4747 is also open outbound to the inContact networks.

NOTE: Open Port Requests are based on which cluster the client is on. Pro Clusters have their own set of ports, Next Generation clusters have their own set of ports, and European clusters have their own set of ports. The cluster the client is on will determine which document/ports they need to utilize.

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 10 of 14

GARAVAGLIA 66

The table below lists the InContact IP Addresses and the Outgoing Ports Used:

| Server IP Address | Outgoing Ports Used |
|---|---|
| 207.166.85.* | 80 and 443 |
| 207.166.86.* | 80 and 443 |
| 207.166.94.* | 80 and 443 |
| 207.166.109.* | 80 and 443 |
| 207.166.91.* | 4747 |
| 207.166.92.* | 4747 |

Customers that require Inbound FTP (i.e. SendFile script action) or Web traffic (i.e. Snippet or GetPage script actions), will require the following inContact IP Addresses and Ports to be open for inbound traffic from InContact:

| Server IP Address | Inbound Ports Used |
|---|---|
| 207.166.80.* | 80, 443 and 21 |
| 207.166.90.* | 80, 443 and 21 |

All equipment within these IP ranges belongs to inContact and represents inContact sites in Los Angeles, California and Dallas, Texas. inContact client-side applications do not access all IP addresses within these ranges, but we require the flexibility to move services to alternate devices within the defined ranges.
Services on these ports provide connectivity to features such as ACD, resource discovery, reporting, voice/chat /em all communication, etc.

## APPENDIX D: PRODUCT DESCRIPTIONS

### PRODUCT DESCRIPTIONS (MRCs)

**[307-6-163] - InContact Seat License (per Configured User) >>> Former Part Number: [858]**

- 1 User License - billed based on the highest number of users set up on the platform at any one time during the month
- 1 Universal Port ($75 value) – Used for IVR, and Voice
- Call Monitoring
- Virtual Hold
- Agent Scripting
- Text to Speech
- Call conferencing (long distance charges apply)
- Monitor, Coach, and Barge functionality
- Additional features and services Included with this contract:
  - 1 GB of storage per BU for recordings, prompts, scripts, messages, and files. Additional charges may apply for more storage
  - If Call Recording is selected, customer will get 1 GB of storage per seat
  - Contact Center all-inclusive reporting
  - IVR programming toolset
  - Capability for CTI and Connectivity (Standard, Encrypted, VPN, FTP, SFTP, Web Service, and HTML Connector)
  - 24 x 7 Network Operations Center monitoring
  - Redundant servers in Software as a Service model
  - Standard technical support





- Product maintenance and enhancement releases
- inContact University with the latest eLearning product courses
- Online documentation and help
- The use of this product may be governed by additional terms found online at
inContact.com/terms/GeneralSoftwareTerms and inContact.com/terms/ACDIVR

### [308-8-167] - Additional Configured Universal Port (Beyond 1 port included)    >>> Former Part Number: [3148]

- Universal Port in excess of port included with seat
- Used for IVR, Voice, Email, and Chat
- The use of this product may be governed by additional terms found online at
inContact.com/terms/GeneralSoftwareTerms

- A port is a measure of the maximum number of simultaneous phone calls permitted for an inContact business unit.
- One port supports the ability to handle one voice-related (phone) contact
- A port can be used for inbound calls (for IVR, ACD, or "pass-through" transfers) or outbound calls (agent-requested dials, dialer / callback / or other system generated dials, or the outbound leg of call transfers)
- One port is included with each user license. Additional "stand-alone" ports may be required to properly support activities such as ACD queuing, IVR-only implementations (where no stations have been purchased), or campaign dialing programs (such as predictive dialing) where more the number of simultaneous calls often exceeds the number of stations.
- These ports are required when base licenses are purchased. The ordered quantity is factored into the number of total ports originally configured, but the actual monthly invoice is based on usage (which is the difference between the total number of ports on the business unit and the number of ports included with the base and Personal Connection licenses).
- If no additional ports are needed (beyond what is included with the core and Personal Connection licenses), the quote / order should simply indicate a quantity of zero (0).

### [309-11-171] - Additional Data Storage beyond 1 GB included (per Configured License)    >>> Former Part Number: [3152]

- Storage and management of recordings, prompts, scripts, messages, and files
- Billed per GB beyond the included first GB of storage
- The use of this product may be governed by additional terms found online at
inContact.com/terms/GeneralSoftwareTerms

- File server disk space used by end users to store files such as call recordings and prompts.
- Measured per peak number of gigabytes of disk space utilized during the billing interval LESS 1 (one) gigabyte (used to store typical audio prompts required by scripts). Billing is per month.
- Storage is required when base licenses are purchased. The actual monthly invoice is based on usage (which is the difference between the total storage used in the business unit and any storage included in other parts).
- The quote / order should simply indicate a quantity of zero (0).

### [3157-18-204] - Chat & Email (per Configured User)    >>> Former Part Number: [877]

- Chat & Email allows agents to be able to accept and respond to incoming chat requests and emails from customers. Using inContact's routing engine, scripting, and other utilities, any agent will be able to blend responding to emails, chats, and voice calls as needed
- Configured Users are billed based on the highest number of users set up on the platform at any one time during the month

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AMS700

3/17/2017
Page 12 of 14

GARAVAGLIA 68



• The ordered and billed quantity must match the total number of seat licenses.
• Key product features & components:
  • Chat function includes access to the customer-facing chat application that can be embedded in the customer's webpage or other interfaces
  • Email can receive communications directly from the customer's email solution and send out responses using inContact's secure gateway
  • Both solutions can be enhanced using custom scripting tolls in inContact's Studio application
  • The use of this product may be governed by additional terms found online at
inContact.com/terms/GeneralSoftwareTerms

### [1500-241-000] - inContact Social Media (per Configured User)
• Allows blended agents the ability to receive, handle, and post social media interactions via Facebook and Twitter on both private and public channels
• Configured Users (agents or supervisors) are billed based on the highest number of users set up on the platform at any one time during the month.
• Licenses can be used for Agents or Administrators
• The use of this product may be governed by additional terms:
  1. Access. Social Media Routing may be powered by a third party provider, and may be accessible only through a third party portal.
  2. Data. Customer data may need to be provided to third parties for the sole purpose of providing the Service.
  3. Maintenance and Updates. Product updates, enhancements, or repairs may be deployed during the following maintenance schedule: General maintenance and updates are scheduled for review on the first Monday of each month, after which, maintenance will occur the next day (Tuesday) between 12:30 AM CT -- 1:00 AM CT. In cases where a month begins on a Tuesday, the Monday from the previous month will be used as the review date. Urgent updates and enhancements may be deployed outside of the published maintenance window without notice if deemed necessary.

### [3613-38-208] - Personal Connection (per Configured User)      >>> Former Part Number: [3613]
• Outbound dialing solution that includes 1 universal port and 2 Personal Connection software ports
• Configured Users are billed based on the highest number of users set up on the platform at any one time during the month
• Included in the license:
  • 1 User License
  • 2 Personal Connection Software Ports
• Additional Personal Connection Requirements and Information:
  • Personal Connection requires the use of an inContact ACD license.
  • An ACD User License includes a Universal Port that may also be used by Personal Connection meaning a total of three Ports (1 Universal Port and 2 Personal Connection Software Ports) are accessible by Personal Connection
  • The use of this product may be governed by additional terms found online at
inContact.com/terms/GeneralSoftwareTerms and inContact.com/terms/Dialer

### [799-13-159] - inContact Call Recording (per Configured User)      >>> Former Part Number: [799]
• This is an audio only recording product for voice calls through inContact
• 1 GB of storage included per user
• Configured Users are billed based on the highest number of users set up on the platform at any one time during the month
• The use of this product may be governed by additional terms found online at
inContact.com/terms/GeneralSoftwareTerms

### SERVICE DESCRIPTIONS (NRCs)

### [610133-242-000] - inContact Social Media Implementation

AT&T and Customer Proprietary
Do not disclose or duplicate     Confidential
AM8700     3/17/2017
Page 13 of 14

GARAVAGLIA 69



- Implementation and setup of InContact Social Media
- Billed as a one time (non-recurring) charge
- Implementation includes:
  - Creation of a single instance of the Social Media application for the BU
  - Setup of the base configuration/social feed collection
  - Setup of routing logic for social contacts in the InContact platform (work item)
  - Up to 10 live search keywords/terms configured within the solution
  - 2 hours of education/training from Social Media

### [610074-350-000] - Personal Connection Implementation    >>> Former Part Number: [925]
- Implementation and setup of the Personal Connection outbound dialer
- Billed as a one time (non-recurring) charge
- Implementation includes:
  - Assigned Implementation Consultant who remotely oversees the implementation end-to-end
  - 1-hour Business Requirements call that will serve as the basis for the Business Requirements Document (BRD). The Implementation Consultant will validate the configured software according to the BRD
  - Delivery of one custom Studio script. For example, the scripts can be used to provide standard call recording or a message laydown (agentless) application
  - Configuration of one campaign (skill)
  - Training provided with a combination of eLearning and remote webex courses
  - Implementation Consultant provides remote launch support during the day of the go live. The Implementation Consultant is available up to 2 weeks after the go live date to provide remote advice and answer questions
  - Onsite support and additional scope is available at extra cost

### [610067-312-000] - Workgroup - Professional Services Implementation    >>> Former Part Number: [2805]
- Experienced Implementation Consultant overseeing the implementation end-to-end for up to 20 stations/agents
- Remote enablement, readiness, and support during go-live
- 1-hour of collaborative review of the production build
- Provided comprehensive testing guide for customer
- Up to 25 Menu Options
- Includes voice, email, and chat capability
- Email alerting on emergency conditions
- Virtual queue capability
- Up to 50 Points of Contact
- Up to 2-hours of virtual train-the-trainer education
- Timeline target of 30 days

### [610060-296-000] - Instructor-Led Interactive Training (At Customer Facility)    >>> Former Part Number: [1076]
- Education and training from InContact at customer's facility
- Billed as a one time (non-recurring) charge
- Training includes:
  - Price is charged per day
  - Topics can be chosen from course catalog

AT&T and Customer Proprietary
Do not disclose or duplicate

Confidential
AM6700

3/17/2017
Page 14 of 14

GARAVAGLIA 70



Armstrong, Judy <armstrongju@stlouis-mo.gov>

## City of St. Louis and NICE inContact Contract
1 message

**Michelle Staffen** <michelle.staffen@niceincontact.com>    Wed, Jul 24, 2019 at 2:49 PM
To: "Armstrongju@stlouis-mo.gov" <Armstrongju@stlouis-mo.gov>, "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>
Cc: "HARP, MARY L" <mh503u@att.com>, Dakota Bowman <dakota.bowman@niceincontact.com>, Jamie Laub <jamie.laub@niceincontact.com>

Hi Judy,

I was given your name by our mutual contact, Mary Harp over at AT&T. My team has brought me up to speed on the current circumstances relating to direct billing. I understand that the next step would be for NICE inContact to become an approved vendor for the City. Can you please point me in the direction of how I can begin that process?

Thank you,

Michelle Staffen

District Sales Manager, Government & Education

**m.** (614) 657-5438

**e.** michelle.staffen@niceincontact.com

**w.** www.niceincontact.com

# NICE inContact





Email Confidentiality Notice: The information contained in this transmission is confidential, proprietary or privileged and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is

DocuSign Envelope ID: 8CC2C3DB-7EF7-427F-8823-165126126998


# inContact.

## Service Contract

**Customer Information**

| | | | |
|---|---|---|---|
| Company Name: | City of St. Louis | Street Address: | 1620 Market Street, #4086 |
| Contact: | Erik Bates | City: | St. Louis |
| Phone Number: | +1.314.657.1732 | State: | MO |
| Email: | batese@stlouis-mo.gov | Zip: | 63103 |
| | | | |
| Quote Number: | Q-08146 | Sales Rep: | Terry Porter |
| Rep Phone: | 8015314028 | Rep Email: | terry.porter@incontact.com |

### Minimum Technology MRC: $0

Actual billed amounts for software MRCs and software usage items are applied to the Minimum Technology MRC. Note that the sum of the software MRCs and software usage items may be lower or higher than the agreed upon total Minimum Technology MRC.

### NETWORK CONNECTIVITY NRC

| Product | Quantity | List Price | Disc. (%) | Unit Price | Total Price |
|---|---|---|---|---|---|
| Local Number Activation | 1.00 | $100.00 | 0.00 | $100.00 | $100.00 |
| Local Number - Setup | 3.00 | $1.00 | 0.00 | $1.00 | $3.00 |
| Toll Free Activation | 0.00 | $10.00 | 0.00 | $10.00 | $0.00 |
| Toll Free- Setup | 0.00 | $1.00 | 0.00 | $1.00 | $0.00 |

**NETWORK CONNECTIVITY NRC TOTAL:** $103.00

### NETWORK CONNECTIVITY MRC

| Product | Quantity | List Price | Disc. (%) | Unit Price | Total Price |
|---|---|---|---|---|---|
| Local Number - Regular | 3.00 | $5.00 | 0.00 | $5.00 | $15.00 |
| CNAM | 3.00 | $1.00 | 0.00 | $1.00 | $3.00 |
| inContact Toll Free | 0.00 | $1.00 | 0.00 | $1.00 | $0.00 |

**NETWORK CONNECTIVITY MRC TOTAL:** $18.00

Length of Service Term: 36 Month Contract

### Contract Terms

All services listed on this Service Contract are provided under the inContact Standard Terms of Use accessible at inContact.com/terms, which are incorporated herein by reference. In the event of any conflict between this Service Contract and the inContact Standard Terms of Use, this Service Contract shall govern. By signing below, Customer acknowledges that it has read, understood, and agreed to inContact's Standard Terms of Use. Both parties agree to the services and charges listed in this Service Contract, including all Schedules attached hereto, which are hereby incorporated by reference. Each of the undersigned represents that he or she is duly authorized to execute this Service Contract on behalf of the party he or she represents. inContact does not accept additional terms or conditions included on purchase orders or similar documents.

### Term

The Service Term will commence on the earlier of (i) the first day of the calendar month following the Go-Live Date, or (ii) the first day of the calendar month after the passage of Forty-Five (45) days from the execution of the Service Contract by Customer. The Service Term will automatically renew for successive terms of the same duration as the initial Service Term unless either Party gives written notice of intent to not renew any Service Contract, inContact Software, and/or Services at least thirty (30) days before expiration of the then current Service Term. Either Party may terminate this Agreement for Cause by delivering written notice to the other Party reasonably describing such Cause, with such termination being effective thirty (30) days following delivery of the written notice unless such Cause is cured by the other Party within the thirty (30) day period. In the event of Early Termination of any Service Contract or any Services, Customer agrees to pay Early Termination charges including: (i) the Minimum Technology MRC, multiplied by the number of months remaining in the then-current term; (ii) any early termination fees and costs incurred by inContact from its underlying carrier or vendor(s), for cancellation of underlying services, related to both MRC and NRC; (iii) any Services actually

Page 1 of 5

GARAVAGLIA 72

# inContact.

## Service Contract

received through the date of the Early Termination; (iv) any outstanding NRC; and (v) any credits, discounts, or waived installation or expedition costs that had been applied to Customer's account. Notice of termination must be sent by Customer to inContact at Contract-Unsubscribe@inContact.com. Notice of termination via alternate methods shall not constitute notice.

### 911/E911 Services

INCONTACT DOES NOT OFFER 911 OR E911 SERVICES. For more information, please see inContact.com/terms/911.

### Payment Terms

Invoices will be issued monthly. Customer agrees to pay inContact in U.S. dollars for all Services, charges, surcharges, fees, and taxes before the Past Due Date. Notwithstanding anything in the Agreement, "Past Due Date" shall mean 45 days from the invoice date. Invoice payments not made by the Past Due Date will be considered delinquent, and Services to Customer will be subject to suspension until payment is received by inContact. inContact will use reasonable efforts to communicate with Customer to resolve payment issues before suspension of any Services. Late payments may, at inContact's option, be subject to a late payment charge equal to the lesser of: (a) one and one-half percent (1.5%) per month on the late balance, compounded; or (b) the maximum rate allowed by applicable law applied against the late balance. Unless otherwise specified, payments received will be applied first to late charges and related expenses, if any; followed by past due amounts, recurring fees, telecom-related fees, and other fees; and then to the current invoice. Customer must provide inContact with written notice of an invoice dispute. In the event that Customer does not provide such written notice, such invoice shall be deemed to be correct and binding. inContact will make reasonable efforts to notify Customer verbally and in writing prior to such suspension or disconnection. Customer shall be responsible for all reasonable costs and expenses, including but not limited to, attorneys' fees, expenses, court costs and service charges incurred by inContact in collecting payment under this Agreement. Customer confirms they have notified (or will notify) inContact of a valid physical location where the Services are to be utilized ("Service Location"), if different from the Customer's main contractual address. inContact reserves the right to reject any request to treat an alternative physical location as Customer's Service Location if inContact discovers that the address is invalid or otherwise inaccurate. The Minimum Technology MRC will commence on the first day of the month of the Service Term and may not be postponed because of a delay in implementation of Services regardless of cause. NRC will commence and be invoiced upon Service Contract execution. Upon renewal of any Service Term, inContact may increase inContact Software rates for renewed Service Term by a rate not to exceed five percent (5%). inContact reserves the right to review the MRC and may increase or decrease charges in line with industry or third party carrier charge changes after completion of the initial Service Term with prior written notice to Customer. Additional charges shall apply for other Services, including without limitation for costs associated with installing, modifying or reprogramming Customer's equipment or interconnection circuit(s) to render them compatible with the Services, to include but not limited to extending demarcation points, or extending wiring inside the Customer's premises. Customer may assert exemption from taxes or fees by providing an exemption certificate as permitted by applicable law to inContact. By doing so, Customer agrees to indemnify and hold inContact harmless for Customer's claim of exemption. Additional Professional Services time may be purchased at $250.00 per hour (additional rates may apply).

### CNAM Terms

Customer warrants that they are authorized to use the Calling Names and associated local telephone numbers provided by them for input into the CNAM databases. Customer understands that input of Calling Name into CNAM databases does not ensure Calling Name delivery by receiving carriers to the Customer's called parties.

GARAVAGLIA 73

# inContact.

## Service Contract

By initialing here, I customer, give inContact authorization to provide confidential contract information to my Agent of Record.

*eb*

My Agent of Record is:

ERIK BATES

Customer:

inContact, Inc.:

Sign: *[signature]*

Sign: *DocuSigned by:* Tracy Pettinger 7070SDFE6CBF4E4...

Name (Print): ERIK BATES

Name (Print): Tracy Pettinger

Title: CUSTOMER SERVICE MANAGER

Title: Sr. Pricing Desk Analyst

Date: 4-24-17

Date: 4/24/2017

Sign: *DocuSigned by:* Jason Christiansen 6F636C5181FFC...

Name (Print): Jason Christiansen

Title: Sr. Manager Finance

Date: 4/25/2017

GARAVAGLIA 74

DocuSign Envelope ID: 8CC2C3DB-7EF7-427F-8823-165126128996

# inContact.

## Service Contract

## inContact Usage Rates Schedule

|  |  |  |
|---|---|---|
| Domestic | $0.0130 | $0.0110 |
| Alaska | $0.1918 | $0.0132 |
| Hawaii | $0.0292 | $0.0114 |
| Canada | $0.0225 | $0.0100 |
| Guam | $0.2718 | $0.0310 |
| Puerto Rico | $0.1525 | $0.0194 |
| Saipan/ Mariana Islands | $0.4079 | $0.0389 |
| US Virgin Islands | $0.1014 | $0.0134 |
| International | See International Rates Sheet | See International Rates Sheet |
| Local Inbound | $0.0100 | NA |
| Outbound Toll Free | NA | $0.0100 |
| Indeterminate | $0.0150 | $0.0150 |

Domestic calls are billed in 6 second increments with a 6 second minimum
Extended calls are billed in 6 second increments with a 30 second minimum

GARAVAGLIA 75

# inContact.

## Service Contract

## Product Descriptions Schedule

Network Connectivity Descriptions Schedule

### Local Number Activation
- Required one-time activation fee with Local Number - Regular

### Local Number – Regular
- Local telephone numbers for area codes within the 48 contiguous United States for client inbound calling to the inContact platform
- Billed monthly per local number

### Local Number – Setup
- Required setup fee for Local Numbers
- Billed as a one time (non-recurring) charge

### CNAM
- CNAM (CallingNAMe) provides the ability for receiving carriers to display the calling party's name to go with their 10-digit telephone number on Caller ID screens
- Billed on a monthly basis per local number that is input into the CNAM databases

### Toll Free Activation
- Required one-time activation fee if inContact Toll Free is selected.

### inContact Toll Free
- Toll Free telephone numbers for client inbound calls within the 48 contiguous United States.

### Toll Free- Setup
- Required setup fee for inContact Toll Free.

### Network Connectivity
The use of inContact Network Connectivity products may be subject to additional terms found online at inContact.com/terms/GeneralLD, inContact.com/terms/Voice, and inContact.com/terms/IntlOutboundTerminationRates.

GARAVAGLIA 76

DocuSign Envelope ID: 8CC2C3DB-7EF7-427F-8823-165126128996



## Service Contract

**Customer Information**

| | | | |
|---|---|---|---|
| Company Name: | City of St. Louis | Street Address: | 1520 Market Street<br>Room 4000 |
| Contact: | Jim Garavaglia | City: | St. Louis |
| Phone Number: | (314) 657-3410 | State: | MO |
| Email: | garavagliaj@stlouis-mo.gov | Zip: | 63103 |
| Quote Number: | Q-04839 | Sales Rep: | Terry Porter |
| Rep Phone: | 8015314028 | Rep Email: | terry.porter@incontact.com |

### Minimum Technology MRC:          $0

Actual billed amounts for software MRCs and software usage items are applied to the Minimum Technology MRC. Note that the sum of the software MRCs and software usage items may be lower or higher than the agreed upon total Minimum Technology MRC.

### NETWORK CONNECTIVITY NRC

| Product | Quantity | List Price | Disc. (%) | Unit Price | Total Price |
|---|---|---|---|---|---|
| Local Number Activation | 1.00 | $100.00 | 0.00 | $100.00 | $100.00 |
| Local Number - Setup | 10.00 | $1.00 | 0.00 | $1.00 | $10.00 |
| Toll Free Activation | 0.00 | $10.00 | 0.00 | $10.00 | $0.00 |
| Toll Free- Setup | 0.00 | $1.00 | 0.00 | $1.00 | $0.00 |

**NETWORK CONNECTIVITY NRC TOTAL:**          $110.00

### NETWORK CONNECTIVITY MRC

| Product | Quantity | List Price | Disc. (%) | Unit Price | Total Price |
|---|---|---|---|---|---|
| Local Number - Regular | 10.00 | $5.00 | 0.00 | $5.00 | $50.00 |
| inContact Toll Free | 0.00 | $1.00 | 0.00 | $1.00 | $0.00 |
| CNAM | 10.00 | $1.00 | 0.00 | $1.00 | $10.00 |

**NETWORK CONNECTIVITY MRC TOTAL:**          $60.00

Length of Service Term:          36 Month Contract

### Contract Terms

All services listed on this Service Contract are provided under the inContact Standard Terms of Use accessible at inContact.com/terms, which are incorporated herein by reference. In the event of any conflict between this Service Contract and the inContact Standard Terms of Use, this Service Contract shall govern. By signing below, Customer acknowledges that it has read, understood, and agreed to inContact's Standard Terms of Use. Both parties agree to the services and charges listed in this Service Contract, including all Schedules attached hereto, which are hereby incorporated by reference. Each of the undersigned represents that he or she is duly authorized to execute this Service Contract on behalf of the party he or she represents. inContact does not accept additional terms or conditions included on purchase orders or similar documents.

### Term

The Service Term will commence on the earlier of (i) the first day of the calendar month following the Go-Live Date, or (ii) the first day of the calendar month after the passage of Forty-Five (45) days from the execution of the Service Contract by Customer. The Service Term will automatically renew for successive terms of the same duration as the initial Service Term unless either Party gives written notice of intent to not renew any Service Contract, inContact Software, and/or Services at least thirty (30) days before expiration of the then current Service Term. Either Party may terminate this Agreement for Cause by delivering written notice to the other Party reasonably describing such Cause, with such termination being effective thirty (30) days following delivery of the written notice unless such Cause is cured by the other Party within the thirty (30) day period. In the event of Early Termination of any Service Contract or any Services, Customer agrees to pay Early Termination

GARAVAGLIA 78

**Service Contract**

By initialing here, I customer, give inContact authorization to provide confidential contract information to my Agent of Record.

My Agent of Record is:

## Customer:

Sign: _____

Name (Print): SCOTT MILLIKAN

Title: Court ADMINISTRATOR

Date: 5/1/2017

## inContact, Inc.:

Sign: *Merari Garcia*
— 70706DFE8CBF4E4...

Name (Print): Merari Garcia

Title: Pricing Desk Analyst

Date: 5/15/2017

Sign: *Jason Christiansen*
— BF8C3C01BE174FC...

Name (Print): Jason Christiansen

Title: Sr. Manager Finance

Date: 5/17/2017

GARAVAGLIA 80



## Service Contract

## inContact Usage Rates Schedule

| Endpoint | Inbound Rate (per minute) | Outbound Rate (per minute) |
|---|---|---|
| Domestic | $0.0130 | $0.0110 |
| Alaska | $0.1918 | $0.0132 |
| Hawaii | $0.0292 | $0.0114 |
| Canada | $0.0225 | $0.0100 |
| Guam | $0.2718 | $0.0310 |
| Puerto Rico | $0.1525 | $0.0194 |
| Saipan/ Mariana Islands | $0.4079 | $0.0389 |
| US Virgin Islands | $0.1014 | $0.0134 |
| International | See International Rates Sheet | See International Rates Sheet |
| Local Inbound | $0.0100 | NA |
| Outbound Toll Free | NA | $0.0100 |
| Indeterminate | $0.0150 | $0.0150 |

Domestic calls are billed in 6 second increments with a 6 second minimum
Extended calls are billed in 6 second increments with a 30 second minimum

GARAVAGLIA 81



### Service Contract

### **Product Descriptions Schedule**

Network Connectivity Descriptions Schedule

**Local Number Activation**
  • Required one-time activation fee with Local Number - Regular

**Local Number - Regular**
  • Local telephone numbers for area codes within the 48 contiguous United States for client inbound calling to the inContact platform
  • Billed monthly per local number

**Local Number - Setup**
  • Required setup fee for Local Numbers
  • Billed as a one time (non-recurring) charge

**Toll Free Activation**
  • Required one-time activation fee if inContact Toll Free is selected.

**inContact Toll Free**
  • Toll Free telephone numbers for client inbound calls within the 48 contiguous United States.

**Toll Free- Setup**
  • Required setup fee for inContact Toll Free.

**CNAM**
  • CNAM (CallingNAMe) provides the ability for receiving carriers to display the calling party's name to go with their 10-digit telephone number on Caller ID screens.
  • Billed on a monthly basis per local number that is input into the CNAM databases

**Network Connectivity**
The use of inContact Network Connectivity products may be subject to additional terms found online at inContact.com/terms/GeneralLD, inContact.com/terms/Voice, and inContact.com/terms/IntlOutboundTerminationRates.

GARAVAGLIA 82

DocuSign Envelope ID: 951BA7DC-8E91-434A-AA16-B023AB334FFB



## Service Contract

InContact, Inc
75 West Town Ridge Parkway, Tower 1
Sandy, UT 84070
Phone: 888-826-0080

| | |
|---|---|
| **Invoice number:** | 1-17804 |
| **BILL DATE:** | 3/24/2017 |
| **FOR:** | InContact telecom services |
| **BILL TO:** | City of St. Louis 1520 Market Street Room 4000 St. Louis, MO 63103 |

| Description | Item | Amount |
|---|---|---|
| Advance Payment for Software Installation | Upon Go Live | $15,075.00 |
| Deposit for Software Installation | | |
| Remittance Instructions: | | |
| Wells Fargo Bank Northwest, N.A.<br>One California Street<br>San Francisco, California 94104<br>Account name: InContact, Inc<br>Account number: 100-8850-354<br>ABA routing number (wire payment): 121.000.248<br>ABA routing number (ACH payment): 124.002.971 | | |
| Internation customers include SWIFT code WFBIUS6S | | |
| Be sure to include company name and InContact account in the advice/comments section | | |
| After payment is initiated please notify Receivables@inContact.com and Doug.Bauer@inContact.com | | |
| If you have questions contact Douglas Bauer, Credit Director @ 801.320.3237 | | |
| THANK YOU FOR YOUR BUSINESS! | | |
| | **Total** | $15,075.00 |

GARAVAGLIA 83



## Service Contract

**Customer Information**

| | | | |
|---|---|---|---|
| Company Name: | City of St. Louis | Street Address: | 1520 Market Street, #4087 |
| Contact: | Anneliese Stoever | City: | St. Louis |
| Phone Number: | +1.314.657.1669 | State: | MO |
| Email: | stoevera@stlouis-mo.gov | Zip: | 63103 |
| | | | |
| Quote Number: | Q-0B149 | Sales Rep: | Terry Porter |
| Rep Phone: | 8015314028 | Rep Email: | terry.porter@incontact.com |

### Minimum Technology MRC: $0

Actual billed amounts for software MRCs and software usage items are applied to the Minimum Technology MRC. Note that the sum of the software MRCs and software usage items may be lower or higher than the agreed upon total Minimum Technology MRC.

### NETWORK CONNECTIVITY NRC

| Product | Quantity | List Price | Disc. (%) | Unit Price | Total Price |
|---|---|---|---|---|---|
| Local Number Activation | 1.00 | $100.00 | 0.00 | $100.00 | $100.00 |
| Local Number - Setup | 3.00 | $1.00 | 0.00 | $1.00 | $3.00 |
| Toll Free Activation | 0.00 | $10.00 | 0.00 | $10.00 | $0.00 |
| Toll Free- Setup | 0.00 | $1.00 | 0.00 | $1.00 | $0.00 |

**NETWORK CONNECTIVITY NRC TOTAL:** $103.00

### NETWORK CONNECTIVITY MRC

| Product | Quantity | List Price | Disc. (%) | Unit Price | Total Price |
|---|---|---|---|---|---|
| Local Number - Regular | 3.00 | $5.00 | 0.00 | $5.00 | $15.00 |
| CNAM | 3.00 | $1.00 | 0.00 | $1.00 | $3.00 |
| inContact Toll Free | 0.00 | $1.00 | 0.00 | $1.00 | $0.00 |

**NETWORK CONNECTIVITY MRC TOTAL:** $18.00

Length of Service Term: 36 Month Contract

### Contract Terms

All services listed on this Service Contract are provided under the inContact Standard Terms of Use accessible at inContact.com/terms, which are incorporated herein by reference. In the event of any conflict between this Service Contract and the inContact Standard Terms of Use, this Service Contract shall govern. By signing below, Customer acknowledges that it has read, understood, and agreed to inContact's Standard Terms of Use. Both parties agree to the services and charges listed in this Service Contract, including all Schedules attached hereto, which are hereby incorporated by reference. Each of the undersigned represents that he or she is duly authorized to execute this Service Contract on behalf of the party he or she represents. inContact does not accept additional terms or conditions included on purchase orders or similar documents.

Term

The Service Term will commence on the earlier of (i) the first day of the calendar month following the Go-Live Date, or (ii) the first day of the calendar month after the passage of Forty-Five (45) days from the execution of the Service Contract by Customer. The Service Term will automatically renew for successive terms of the same duration as the initial Service Term unless either Party gives written notice of intent to not renew any Service Contract, inContact Software, and/or Services at least thirty (30) days before expiration of the then current Service Term. Either Party may terminate this Agreement for Cause by delivering written notice to the other Party reasonably describing such Cause, with such termination being effective thirty (30) days following delivery of the written notice unless such Cause is cured by the other Party within the thirty (30) day period. In the event of Early Termination of any Service Contract or any Services, Customer agrees to pay Early Termination charges including: (i) the Minimum Technology MRC, multiplied by the number of months remaining in the then-current term; (ii) any early termination fees and costs incurred by inContact from its underlying carrier or vendor(s), for cancellation of underlying services, related to both MRC and NRC; (iii) any Services actually

GARAVAGLIA 84



## Service Contract

received through the date of the Early Termination; (iv) any outstanding NRC; and (v) any credits, discounts, or waived installation or expedition costs that had been applied to Customer's account. Notice of termination must be sent by Customer to inContact at Contract-Unsubscribe@inContact.com. Notice of termination via alternate methods shall not constitute notice.

### 911/E911 Services
INCONTACT DOES NOT OFFER 911 OR E911 SERVICES. For more information, please see inContact.com/terms/911

### Payment Terms
Invoices will be issued monthly. Customer agrees to pay inContact in U.S. dollars for all Services, charges, surcharges, fees, and taxes before the Past Due Date. Notwithstanding anything in the Agreement, "Past Due Date" shall mean 45 days from the invoice date. Invoice payments not made by the Past Due Date will be considered delinquent, and Services to Customer will be subject to suspension until payment is received by inContact. inContact will use reasonable efforts to communicate with Customer to resolve payment issues before suspension of any Services. Late payments may, at inContact's option, be subject to a late payment charge equal to the lesser of: (a) one and one-half percent (1.5%) per month on the late balance, compounded; or (b) the maximum rate allowed by applicable law applied against the late balance. Unless otherwise specified, payments received will be applied first to late charges and related expenses, if any; followed by past due amounts, recurring fees, telecom-related fees, and other fees; and then to the current invoice. Customer must provide inContact with written notice of an invoice dispute. In the event that Customer does not provide such written notice, such invoice shall be deemed to be correct and binding. inContact will make reasonable efforts to notify Customer verbally and in writing prior to such suspension or disconnection. Customer shall be responsible for all reasonable costs and expenses, including but not limited to, attorneys' fees, expenses, court costs and service charges incurred by inContact in collecting payment under this Agreement. Customer confirms they have notified (or will notify) inContact of a valid physical location where the Services are to be utilized ("Service Location"), if different from the Customer's main contractual address. inContact reserves the right to reject any request to treat an alternative physical location as Customer's Service Location if inContact discovers that the address is invalid or otherwise inaccurate. The Minimum Technology MRC will commence on the first day of the month of the Service Term and may not be postponed because of a delay in implementation of Services regardless of cause. NRC will commence and be invoiced upon Service Contract execution. Upon renewal of any Service Term, inContact may increase inContact Software rates for renewed Service Term by a rate not to exceed five percent (5%). inContact reserves the right to review the MRC and may increase or decrease charges in line with industry or third party carrier charge changes after completion of the initial Service Term with prior written notice to Customer. Additional charges shall apply for other Services, including without limitation for costs associated with installing, modifying or reprogramming Customer's equipment or interconnection circuit(s) to render them compatible with the Services, to include but not limited to extending demarcation points, or extending wiring inside the Customer's premises. Customer may assert exemption from taxes or fees by providing an exemption certificate as permitted by applicable law to inContact. By doing so, Customer agrees to indemnify and hold inContact harmless for Customer's claim of exemption. Additional Professional Services time may be purchased at $250.00 per hour (additional rates may apply).

### CNAM Terms

Customer warrants that they are authorized to use the Calling Names and associated local telephone numbers provided by them for input into the CNAM databases. Customer understands that input of Calling Name into CNAM databases does not ensure Calling Name delivery by receiving carriers to the Customer's called parties.

GARAVAGLIA 85



### Service Contract

By initialing here, I customer, give inContact authorization to provide confidential contract information to my Agent of Record.

*AS*

My Agent of Record is:

| Customer: | | InContact, Inc.: | |
|---|---|---|---|
| Sign: | *Al Stoever* | Sign: | DocuSigned by: *Tracy Pettinger* ─70706DFE8CDF4EA... |
| Name (Print): | Anneliese Stoever | Name (Print): | Tracy Pettinger |
| Title: | Program, Manager I | Title: | Sr. Pricing Desk Analyst |
| Date: | 4-21-17 | Date: | 4/24/2017 |

| | | | |
|---|---|---|---|
| | | Sign: | DocuSigned by: *Jason Christiansen* ─B7BC3C01YEY4FC... |
| | | Name (Print): | Jason Christiansen |
| | | Title: | Sr. Manager Finance |
| | | Date: | 4/25/2017 |



## Service Contract

## Product Descriptions Schedule

Network Connectivity Descriptions Schedule

### Local Number Activation
- Required one-time activation fee with Local Number - Regular

### Local Number - Regular
- Local telephone numbers for area codes within the 48 contiguous United States for client inbound calling to the inContact platform
- Billed monthly per local number

### Local Number - Setup
- Required setup fee for Local Numbers
- Billed as a one time (non-recurring) charge

### CNAM
- CNAM (CallingNAMe) provides the ability for receiving carriers to display the calling party's name to go with their 10-digit telephone number on Caller ID screens
- Billed on a monthly basis per local number that is input into the CNAM databases

### Toll Free Activation
- Required one-time activation fee if inContact Toll Free is selected.

### inContact Toll Free
- Toll Free telephone numbers for client inbound calls within the 48 contiguous United States.

### Toll Free - Setup
- Required setup fee for inContact Toll Free.

### Network Connectivity
The use of inContact Network Connectivity products may be subject to additional terms found online at inContact.com/terms/GeneralLD, inContact.com/terms/Voice, and inContact.com/terms/IntlOutboundTerminationRates.

GARAVAGLIA 87



Armstrong, Judy <armstrongju@stlouis-mo.gov>

## Re: Outstanding Usage and Connectivity Bill - inContact and ATT Meeting request

1 message

**Owens, Essence** <OwensE@stlouis-mo.gov>      Mon, Jul 15, 2019 at 9:01 AM
To: "Mayham, Yvette" <mayhamy@stlouis-mo.gov>
Cc: "Cross, Sheri" <crosss@stlouis-mo.gov>, "Stoever, Anneliese" <stoevera@stlouis-mo.gov>, David Sykora
<sykorad@stlouis-mo.gov>, Dawn Brown <brownd@stlouis-mo.gov>, "HARP, MARY L" <mh503u@att.com>, Judy Armstrong
<ArmstrongJU@stlouis-mo.gov>

I am available on Tuesday.



Essence Owens
Customer Service Manager, Citizens' Service Bureau
314-657-1716 | owense@stlouis-mo.gov
www.stlouis-mo.gov/csb





Please consider the environment before printing this e-mail!

Create your own email signature

On Mon, Jul 15, 2019 at 8:53 AM Mayham, Yvette <mayhamy@stlouis-mo.gov> wrote:
I am available either day.

On Mon, Jul 15, 2019 at 8:22 AM Cross, Sheri <crosss@stlouis-mo.gov> wrote:
Mary Harp (ATT) and an inContact Representative have requested a meeting do discuss a possible disconnection to
the Call Centers. Would you be available to discuss with ATT and inContact on **Tuesday, 7/16 10 am** or **Wed 7/17 at
9 am** to regarding payment or disconnection?

On Sun, Jul 14, 2019 at 8:26 AM Stoever, Anneliese <stoevera@stlouis-mo.gov> wrote:
Good Morning,

Thank you for working to resolve this issue. I do not have e-mails or anything on my schedule showing a meeting
with Ray Blair after we started getting the bills in November 2018. I searched my e-mails and do not see anything.
I must just be missing it. When did that meeting occur?

Sincerely,

Anneliese

Anneliese Stoever, MSW
Community Programs Manager
St. Louis Area Agency on Aging
1520 Market, Room #4086
St. Louis, MO 63103
(314) 657-1669
stoevera@stlouis-mo.gov



GARAVAGLIA 88



Waste Management of Missouri, Inc.
700 E Butterfield Rd 4th FL
Lombard, IL, 60148-0000
(800) 789-8868

| | |
|---|---|
| WM Agreement # | 90000797019 |
| Customer Acct # | 100-195123 |
| Acct. Name | ST LOUIS GATEWAY TRANSPRTN CTR |
| Salesperson | Dena Rossi |
| Effective Date | 8/1/2017 |
| Last API Date | 05/22/2012 |

## Service Agreement
Non-Hazardous Waste Service Summary

### Service Information

| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | ROBIN S JONES |
|---|---|---|---|
| Address | 430 S 13TH ST | Telephone # | 3146121430 |
| City State Zip | SAINT LOUIS, MO 63102-2807 | Fax # | |
| County/Parish | SAINT LOUIS CITY | Email | jonesr@sllouisrealty.com |

Customer Comments:

### Billing Information

| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | VICKY |
|---|---|---|---|
| Address | 430 15TH ST S | Telephone # | 3146121430 |
| City State Zip | SAINT LOUIS, MO 63102-2807 | Fax # | 3146121440 |
| County/Parish | MOSLI | Email | wakelandv@stlouis-mo.gov |
| PO# | | | |

### Service Description & Recurring Rates

| Quantity | Equipment | Material Stream | Frequency | | | |
|---|---|---|---|---|---|---|
| | 4 Yard FEL | MSW Commercial | 6x Per Week | Base Rate | $ | 240.00 |
| | | | | Fuel & Environmental/RCR | $ | 0.00 |

Current rate for Extra Pickup (per Lift): $ 100.00

Customer's Waste Materials not to exceed an average weight of lbs/yard.

**Initial One Time Service Charges***

**As Needed Services***
The above listed Charges are for recurring services only. Charges for all additional services will be at current rates at the time of service. These include but are not limited to; extra pickups, container removal, overages and contamination. Contact Waste Management for a full list of such additional services and current prices.

*Fuel Surcharge, Environmental Charge, and Regulatory Cost Recovery ("RCR") Charge apply to all other Charges whether or not listed on this summary; any amounts shown above are estimated, and actual amounts will be calculated at the time of invoicing based on a percentage of the Charges. Information about these charges can be found at www.wm.com/billhelp. State & Local taxes, and/or fees and a Recycle Material Offset, if applicable, will also be added to the Charges. An Administrative Charge per invoice will be assessed and can be removed by enrolling in paperless statements and automated payments.

Contract Term for monthly rate services is for 3 year(s) from the Effective Date ('Initial Term') and it shall automatically renew thereafter for additional terms of 36 months ('Renewal Term') unless terminated as set forth herein.

The individual signing this agreement on behalf of customer acknowledges that he/she has read and accepts the terms and conditions of this agreement which accompany this service summary sheet and that he/she has the authority to sign on behalf of the customer.

| | | | |
|---|---|---|---|
| *(signature)* Customer Signature | JAMES M GARAVAGLIA Printed Name | DEPUTY COMPTROLLER Title | 5-22-17 Date |
| *(signature)* Company Waste Management of Missouri the.) | Dena Rossi Printed Name | Waste Management Sales Rep. Title | 5/25/17 Date |

Terms and Conditions on following page(s)

#5



**Waste Management of Missouri, Inc.**
700 E Butterfield Rd 4th FL
Lombard, IL, 60148-6006
(800) 796-9696

WM Agreement #     S0008787019
Customer Acct #    100-185123
Acct. Name         ST LOUIS GATEWAY
                   TRANSPRTN CTR
Salesperson        Dena Rossi
Effective Date     6/1/2017
Last API Date      05/22/2012

# Service Agreement
## Non-Hazardous Waste Service Summary

### Service Information

| | | | |
|---|---|---|---|
| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | Jim Garavaglia |
| Address | 430 S 15TH ST | Telephone # | (314) 657-3410 |
| City State Zip | SAINT LOUIS, MO 63103-2607 | Fax # | |
| County/Parish | SAINT LOUIS CITY | Email | garavagliaj@stlouis-mo.gov |
| Customer Comments: | | | |

### Billing Information

| | | | |
|---|---|---|---|
| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | Jim Garavaglia |
| Address | 430 15TH ST S | Telephone # | (314) 657-3410 |
| City State Zip | SAINT LOUIS, MO 63103-2607 | Fax # | |
| County/Parish | MOSLI | Email | garavagliaj@stlouis-mo.gov |
| PO# | | | |

### Service Description & Recurring Rates

| Quantity | Equipment | Material Stream | Frequency | | |
|---|---|---|---|---|---|
| 2 | 4 Yard FEL | MSW Commercial | 6x Per Week | Base Rate | $ 340.00 |
| | | | | Fuel & Environmental/RCR | $ 0.00 * |

Current rate for Extra Pickup (per Lift): $ 180.00

| | |
|---|---|
| TOTAL : | $ 340.00* |

Customer's Waste Materials not to exceed an average weight of lbs/yard.
**Initial One Time Service Charges⁵**

| | |
|---|---|
| GRAND TOTAL | $ 340.00* |

**As Needed Services⁵**
The above listed Charges are for recurring services only. Charges for all additional services will be at current rates at the time of service. These include but are not limited to: extra pickups, container removal, overages and contamination. Contact Waste Management for a full list of such additional services and current prices.

*Fuel Surcharge, Environmental Charge, and Regulatory Cost Recovery ("RCR") Charge apply to all other Charges whether or not listed on this summary; any amounts shown above are estimated, and actual amounts will be calculated at the time of invoicing based on a percentage of the Charges. Information about these charges can be found at www.wm.com/billhelp. State & Local taxes, and/or fees and a Recycle Material Offset, if applicable, will also be added to the Charges. An Administrative Charge per invoice will be assessed and can be removed by enrolling in paperless statements and automated payments.

**Contract Term for monthly rate services is for 3 year(s) from the Effective Date ('Initial Term') and it shall automatically renew thereafter for additional terms of 36 months ('Renewal Term') unless terminated as set forth herein.**

The individual signing this agreement on behalf of customer acknowledges that he/she has read and accepts the terms and conditions of this agreement which accompany this service summary sheet and that he/she has the authority to sign on behalf of the customer.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Customer Signature | Printed Name | Title | Date |

| | | | |
|---|---|---|---|
| _____ | _____ | Waste Management Sales Rep. | _____ |
| Company Waste Management of Missouri, Inc. | Printed Name | Title | Date |

Terms and Conditions on following page(s)

**1. SERVICES RENDERED; WASTE MATERIALS.** Customer grants to Company the exclusive right, and Company through itself and its subsidiaries and corporate affiliates, shall furnish equipment and services, to collect and dispose of and/or recycle all of Customer's Waste Materials at Customer's Service Address(es) listed on the Service Summary. Customer represents and warrants that the materials to be collected under this Agreement shall be only "Waste Materials" as defined herein. For purposes of this Agreement, "Waste Materials" means all non-hazardous solid waste, organic waste and Recyclable Materials (as defined in Section 12 below) generated by Customer or at Customer's Service Address. Waste Materials includes Special Waste, such as industrial process wastes, asbestos-containing material, petroleum contaminated soils, treated/de-characterized wastes, and demolition debris, for which Customer shall complete a Special Waste Profile sheet to be approved by Company in writing. Waste Materials excludes, and Customer shall not deposit or permit the deposit for collection of, any waste that is radioactive, volatile, corrosive, flammable, explosive, biomedical, infectious, bio-hazardous, regulated medical or hazardous waste, toxic substance or material, as defined by, characterized or listed pursuant to federal, state, or local laws or regulations, any materials containing information protected by federal, state or local privacy and security laws or regulations (collectively, "Excluded Materials"). Title to and liability for Excluded Material shall remain with Customer at all times. Title to Customer's Waste Materials is transferred to Company upon Company's receipt or collection unless otherwise provided in this Agreement or applicable law.

**2. TERM.** The Term of this Agreement is set forth on the Service Summary. Unless otherwise specified on the Service Summary, the Term shall automatically renew for the period set forth therein unless either party gives to the other party written notice (See Section 11(e)) of termination at least ninety (90) days, but not more than one hundred eighty (180) days, prior to the termination of the then-existing term. Notice of termination received at any other time will be considered ineffective and the contract will be considered automatically renewed upon completion of the then-existing term.

**3. SERVICES GUARANTY; CUSTOMER TERMINATION.** If Company fails to perform the services described within five business days of its receipt of a written demand from Customer (See Section 11(e)), Customer may terminate this Agreement with the payment of all monies due through the termination date. If Company increases the Charges payable by Customer hereunder for reasons other than as set forth in Section 4 below, Customer shall have the right to terminate this Agreement by written notice to the Company no later than thirty (30) days after Company notifies Customer of such increase in Charges in writing. If Customer so notifies Company of its termination of this Agreement, such termination shall be of no force and effect if Company withdraws or removes such increase within fifteen (15) days after Customer provides timely notification of termination. Absent such termination, the increased Charges shall be binding and enforceable against Customer under this Agreement.

**4. CHARGES; PAYMENTS; ADJUSTMENTS.** Upon receipt of an invoice, Customer shall pay any and all charges, fees and other amounts payable under this Agreement for the services and/or equipment (including repair and maintenance) furnished by Company ("Charges"). Company reserves the right to increase the Charges payable by Customer during the Term (a) for any changes to, or differences between, the actual composition and services provided by Company to Customer and those specified on the Service Summary; (b) for any change in the composition of the Waste Materials or if the average weight per yard of Customer's Waste Materials exceeds the amount specified on the Service Summary; (c) for any increase in other modification to the Company's Fuel Surcharge, Regulatory Cost Recovery Charge, Recycle Material Offset, Environmental Charge, and/or any Fees/Charges included in the Service Summary; (d) to cover any increases in disposal and/or third party transportation costs, including fuel surcharges; (e) to cover increased costs due to uncontrollable circumstances, including, without limitation, changes in local, state or federal laws or regulations, imposition of taxes, fees or surcharges or acts of God such as floods, fires, hurricanes and natural disasters; and (f) no more often than annually from the Effective Date (or if specified on the Service Summary, Customer's Last Annual Price Increase ("API") Date) for increases in any Customer Price Index or component thereof applicable to the Services provided under this Agreement plus that percent of the then current Charges. Any increase in Charges enumerated in clauses (a) through (c) above may include an amount for Company's operating or profit margin. Company also reserves the right to charge Customer additional charges if additional services are provided as needed to Customer, including, but not limited to: container relocation or removal gates, enclosure or roll out services; account resume services; and trip charges. In the event Company adjusts the Charges as provided in this Section 4, the parties agree that this Agreement as so adjusted will continue in full force and effect. Increases for reasons other than as specified herein are subject to Customer's rights under Section 3.

Any Customer invoice balance not paid within thirty (30) days of the date of invoice is subject to a late charge, and any Customer check returned for insufficient funds is subject to a Non Sufficient Funds fee, both in the maximum extent allowed by applicable law. Customer acknowledges that any late charge charged by the Company is not to be considered as interest on debt, is not a penalty, and is a reasonable charge for late payment. In the event that payment is not made when due, Company retains the right to suspend service until the past due balance is paid in full. If Company reinstates suspended services after receipt of an outstanding balance, Customer shall pay a reactivation charge in the event that service is suspended in excess of fifteen (15) days, Company may terminate this Agreement for such default and recover any equipment and all amounts owed hereunder, including liquidated damages under Section 7.

**5. CHANGES.** Changes in the frequency of collection service, schedule, number, capacity and/or type of equipment, and any changes in amounts payable under this Agreement, may be agreed to orally, in writing, by payment of the invoice or by the actions and practices of the parties. If Customer changes its Service Address during the Term, this Agreement shall remain valid and enforceable with respect to services rendered at Customer's new service location if such location is within Company's service area.

**6. EQUIPMENT; ACCESS.** All equipment furnished by Company shall remain its property; however, Customer shall have care, custody and control of the equipment and shall be liable for all loss or damage to the equipment and for its contents while at Customer's location. Customer shall not overload, move or alter the equipment or allow a third party to do so, and shall use it only for its intended purpose. At the termination of this Agreement, Customer shall return the equipment to Company in the condition in which it was provided, normal wear and tear excepted. Customer shall provide safe and unobstructed access to the equipment on the scheduled collection day. Company may suspend services or terminate this Agreement in the event Customer violates any of the requirements of this provision. Customer shall pay, if changed by Company, an additional fee for any service modifications caused by or resulting from Customer's failure to provide access. Customer warrants that Customer's property is sufficient to bear the weight of Company's equipment and vehicles and that Company shall not be responsible for any damage to the Customer's pavement or any other surface resulting from the equipment or Company's services.

**7. LIQUIDATED DAMAGES.** In the event Customer terminates this Agreement prior to the expiration of the initial or Renewal Term ("Term") for any reason other than as set forth in Section 3, or in the event Company terminates this Agreement for Customer's default, Customer shall pay the following liquidated damages in addition to the Company's legal fees, if any: (a) if the remaining Term (including any applicable Renewal Term) under this Agreement is six or more months, Customer shall pay the average of its six most recent monthly Charges (or, if the Effective Date is within six months of Company's last invoice date, the average of all monthly Charges) multiplied by six; or (b) if the remaining Term under this Agreement is less than six months, Customer shall pay the average of its six most recent monthly Charges (or the average of all monthly Charges) multiplied by the number of months remaining in the Term. Customer shall pay liquidated damages of $100 for every Customer waste tire that is found at the disposal facility. Customer acknowledges that the actual damage to Company in the event of termination is impractical or extremely difficult to fix or prove, and the foregoing liquidated damages amount is reasonable and commensurate with the anticipated loss to Company resulting from such termination and is an agreed upon fee and is not imposed as a penalty.

**8. INDEMNITY.** The Company agrees to indemnify, defend and save Customer, its parent, subsidiaries, and corporate affiliates, harmless from and against any and all liability which Customer may be responsible for or pay as a result of bodily injuries (including death), property damage, or any violation or alleged violation of law, to the extent caused by any negligent act or omission or willful misconduct of the Company or its employees, which occurs (a) during the collection or transportation of Customer's Waste Materials, or (b) as a result of the disposal of Customer's Waste Materials in a facility owned by the Company or a Waste Management company, provided that the Company's indemnification obligations will not apply to occurrences involving Excluded Materials. Customer agrees to indemnify, defend and save the Company, its parent, subsidiaries, corporate affiliates and their joint venture partners, harmless from and against any and all liability which the Company may be responsible for or pay out as a result of bodily injuries (including death), property damage, or any violation or alleged violation of law to the extent caused by Customer's breach of this Agreement or by any negligent act or omission or willful misconduct of the Customer or its employees, agents or contractors of Customer's use, operation or possession of any equipment furnished by the Company. Neither party shall be liable to the other for consequential, incidental or punitive damages arising out of the performance or breach of this Agreement.

**9. RIGHT OF FIRST REFUSAL.** Customer grants to Company a right of first refusal to match any offer relating to services similar to those provided hereunder which Customer receives (or intends to make) upon termination of this Agreement for any reason and Customer shall give Company prompt written notice of any such offer and a reasonable opportunity to respond to it.

**10. DISPUTE RESOLUTION; ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. BINDING ARBITRATION:** Except for those claims expressly excluded below (EXCLUDED CLAIMS), Customer and Company agree that ANY and all existing or future controversy or claim between them arising out of or related to this Agreement or any prior agreements between the parties, whether based in contract, law or equity or alleging that may either legal theory, or arising prior to, in connection with, or after the termination of this Agreement or any prior agreements, shall be resolved by mandatory binding arbitration (see www.wm.com for details on arbitration procedures). CLASS ACTION WAIVER: Customer and Company agree that under no circumstances, whether in arbitration or otherwise, may customer bring any claim against the Company, or allow any claim that the Customer may have against the Company to be asserted, as part of a class action, on a consolidated or representative basis or otherwise aggregated with claims brought by, or on behalf of, any other entity or person, including other customers of the Company. EXCLUDED CLAIMS: The following are not subject to mandatory binding arbitration: (A) either party's claims against the other in connection with bodily injury or real property damage and for environmental indemnification; and (B) Company's claims against Customer for collection or payment of Charges, damages (liquidated or otherwise) or any other amounts due or payable to the Company by the Customer under this Agreement or any prior agreements between the parties, but Customer and Company may mutually agree to arbitrate any Excluded Claims.

**11. MISCELLANEOUS.** (a) Except for the obligation to make payments hereunder, neither party shall be in default for its failure to perform or delay in performance caused by events or significant threats of events beyond its reasonable control, whether or not foreseeable, including, but not limited to, strikes, labor trouble, riots, imposition of laws or governmental orders, fires, acts of war or terrorism, acts of God, and the inability to obtain equipment, and the affected party shall be excused from performance during the occurrence of such events. (b) This Agreement shall be binding on and shall inure to the benefit of the parties hereto and their respective successors and assigns. (c) This Agreement represents the entire agreement between the parties and supersedes any and all other agreements for the same services, whether written or oral, that may exist between the parties. (d) This Agreement shall be construed in accordance with the law of the state in which the services are provided. (e) All written notification to Company required by this Agreement shall be by Certified Mail, Return Receipt Requested to Company's address on the first page of the Service Summary. (f) If any provision of this Agreement is declared invalid or unenforceable, the severed item and shall not affect the remainder of this Agreement; however, the parties shall amend this Agreement to give effect, to the maximum extent allowed, to the intent and meaning of the severed provision. (g) In the event the Company successfully enforces its rights against Customer hereunder, the Customer shall be required to pay Company's attorneys' fees and court costs.

**12. RECYCLING SERVICES.** The following shall apply to fiber and non-fiber recyclables ("Recyclable Materials") and recycling services: a. (i) Single stream, commingled Recyclable Materials ("Single Stream") shall consist of 100% of Customer's clean, dry, paper or cardboard without wax liners; clean, dry and empty aluminum food and beverage containers; ferrous (iron) or steel cans; aerosol cans; and rigid container plastics #1-7, including narrow neck containers and tubs, but excluding Glass and film plastics. No individual items may be excluded from Single Stream service. Glass may be included with specific approval of Company. Any material set forth above, including tissue or paper that has been in contact with food, is unacceptable ("Unacceptable Materials"). (ii) All other Recyclable Materials Unacceptable Materials: (i) Customer shall provide wastepaper in accordance with the most current SRI/Scrap Specifications Circular and any amendments thereto or replacements thereof. (iii) All other Recyclable Materials will be delivered in accordance with the Company specifications that are available at www.recyclematerials.com or such specifications communicated to Customer by Company. b. Recyclable Materials may not contain Excluded Materials or chemical or other properties that are deleterious or capable of causing material damage to any part of Company's property, its personnel or the public or materially impair the strength or the durability of the Company's structure or equipment. Company may reject in whole or in part Recyclable Materials not meeting the specifications, and Customer shall reimburse Company for all losses incurred with respect to such Recyclable Materials including costs of transportation and disposal. c. Where Company has agreed to provide a market-based rebate to Customer, the following shall apply. Customer acknowledges that the market value for Recyclable Materials will fluctuate based upon various factors, and such materials may at times have no value or that the value may be negative. Company will establish the value of Recyclable Materials each month based upon such various factors, including but not limited to quantity, quality and location. For recycling services, Company shall pay or charge Customer on or about the last day of each month for Recyclable Materials accepted during the preceding month, after deduction of any Charges owed to Company by Customer. Any invoice shall be payable upon receipt. Where recycling services are provided, Charges may include expense that and environmental surcharges as set forth in www.wm.com. d. Notwithstanding anything to the contrary set forth above, the Liquidated Damages calculation, set forth in Section 7 of this Agreement, shall not apply to any Customer breach of the Agreement pertaining to services for Recyclable Materials, which have been determined by Company to have a positive value. If a breach occurs under such circumstances, the damages shall be determined by calculating actual damages rather than Liquidated Damages.

e. Service arrangements will be agreed upon between Customer and Company for the service locations set forth in this Agreement. For trailer load quantities, Customer shall load trailers to full visible capacity to achieve 40,000 pounds minimum shipping weight and trailers shall be loaded or caused to be loaded in accordance with the most current ISRI/AF&PA Shipping Guide. Freight and/or adjustments may apply to freight. For trailer loads, Customer will be responsible for any loss, damage or destruction to equipment including trailers for any cause while located at Customer's location. For baled wastepaper picked up in less than trailer load quantities, minimum quantity for pickup is six (6) bales and for purposes of payment, weights shall be estimated weights. Company reserves the right at its sole discretion upon notice to discontinue acceptance of any category of Recyclable Materials as a result of market conditions related to such materials and makes no representations as to the recyclability of the materials which are subject to this contract.



Travers, Karen <traversk@stlouis-mo.gov>

# City of St. Louis - Equipment Services Division - account number 314-534-7979 252 9
10 messages

Travers, Karen <traversk@stlouis-mo.gov>                                    Fri, Dec 19, 2014 at 1:42 PM
To: gp3039@att.com
Bcc: Karen Travers <TraversK@stlouis-mo.gov>

Hi

At&t
Monthly Statement
account number: 314-534-7979 252 9
billing date: 12/09/14

The Detail of Payment and Adjustments

date: 11-24
I need a check number for the payment of $341.16.

see attached files

Thanks
Karen Travers
City of St. Louis - Equipment Services Division
314-589-6603

2 attachments

🗎 At&t - Equipment Services - 1.pdf
   734K

🗎 At&t - Equipment Services - 2.pdf
   915K

FORREST, GERALDINE <gp3039@att.com>                                    Mon, Dec 22, 2014 at 11:35 AM
To: "Travers, Karen" <traversk@stlouis-mo.gov>

Hello Karen,

Here is the information below you needed:

| Check Amount | ABA # | Last 4 # of check acct | Check # |
|---|---|---|---|
| 341.16 (USD) | 081000032 | XXXXXXXXXXX2160 | 0001172126 |

Let me know if I can further assist you.

*THANK YOU AND MERRY CHRISTMAS.*

*GERALDINE FORREST*

*Credit and Collections Rep. for GEM Accounts*

*gp3039@att.com*

*308 Clinton Avenue NW*

*Huntsville, AL 35801*

*(888) 995-4357 Ext 5657567 office*

 at&t "I can help you with that"

*This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."*

[Quoted text hidden]

---

**Travers, Karen** <traversk@stlouis-mo.gov>          Fri, Jan 23, 2015 at 9:56 AM
To: "FORREST, GERALDINE" <gp3039@att.com>
Cc: Karen Travers <TraversK@stlouis-mo.gov>

Hi,

At&t
account number: 314-534-7979 252
billing date/invoice date: Dec 09, 2014
amount 341.16

The payment of $341.16 to account number 314-534-7979 252 is posted to the wrong account number.

see attached file

Thanks
Karen Travers

City of St. Louis/Equipment Services Division
314-589-6603

[Quoted text hidden]

**2 attachments**

📄 **At&t - Equipment Services - 1.pdf**
734K

📄 **At&t - Equipment Services - 2.pdf**
915K

---

**FORREST, GERALDINE** <gp3039@att.com>                    Mon, Jan 26, 2015 at 2:43 PM
To: "Travers, Karen" <traversk@stlouis-mo.gov>

Hello Karen,

The payment of $ 341.16 posting on 11/24/14 was on check # 1172126 that was the total amount of the check as
well. I would need to know where the payment should of gone to make the transfer if you request this to be done.

Let me know how I can assist you further.

*Thank you and enjoy the rest of your day.*

[Quoted text hidden]

---

**Travers, Karen** <traversk@stlouis-mo.gov>                    Mon, Feb 23, 2015 at 11:46 AM
To: Angela Brown <brownan@stlouis-mo.gov>

[Quoted text hidden]

---

**Travers, Karen** <traversk@stlouis-mo.gov>                    Tue, May 26, 2015 at 11:00 AM
To: gp3039@att.com
Bcc: Karen Travers <TraversK@stlouis-mo.gov>

Hi,

Account number 314-534-7979 252

Monthly statement 4/20/15 Payment amount $341.16 At&t posted to the wrong account number.

see attached file

Karen Travers
City of St. Louis
314-589-6603

[Quoted text hidden]

**4 attachments**

📄 **At&t - Equipment Services - 1.pdf**
734K

📄 **At&t.pdf**
1348K

📄 **At&t - 1.pdf**
1102K

📄 **At&t.doc**
113K

---

**FORREST, GERALDINE** <gp3039@att.com>
To: "Travers, Karen" <traversk@stlouis-mo.gov>

Tue, May 26, 2015 at 3:39 PM

Hello Karen,

The check number for the payment of $ 341.16 posted on 4/20/15 is check # 1184164 and the payment was for a total amount of the check. The payment of 338.34 that was posted on 4/27/15 is check # 1184702 and the total of the check was 338.34.

Let me know how else I can help you.

[Quoted text hidden]

---

**FORREST, GERALDINE** <gp3039@att.com>
To: "Travers, Karen" <traversk@stlouis-mo.gov>

Wed, May 27, 2015 at 12:08 PM

Hello Karen,

I received your voice mail..

I am sorry for the confusion on this misapplied payment issue. In order to move the money I need to know exactly what account/accounts it belongs too. The backup was hard to see and I do not want to make a mistake in the transfer.

Please advise,

*Thank you and enjoy the rest of your day.*

*GERALDINE FORREST*

*Credit and Collections Rep. for GEM Accounts*

gp3039@att.com

*308 Clinton Avenue NW*

*Huntsville, AL 35801*

*(888) 995-4357 Ext 5657567 office*

 **at&t** *"I can help you with that"*

*"This e-mail and any files transmitted with it are AT&T property, are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."*

[Quoted text hidden]

---

**Travers, Karen** <traversk@stlouis-mo.gov>      Wed, May 27, 2015 at 1:26 PM
To: James Garavaglia <garavagliaj@stlouis-mo.gov>

[Quoted text hidden]

---

**Garavaglia, James** <garavagliaj@stlouis-mo.gov>      Wed, May 27, 2015 at 1:39 PM
To: "Travers, Karen" <traversk@stlouis-mo.gov>

We don't know that..... Don't need to do their jobs...... Let them figure it out.

James M. Garavaglia, Asset Manager
Comptroller's Office , Room 3005
1520 Market St
St. Louis Mo. 63110
314-657-3410
[Quoted text hidden]

AP

H 314534 - 7979 - 252 - 9
PAYMENT LIST

NEXT FUNCTION: _____  ACTION: _____          12/19/2014  13:24:57

═══════════════════════════════════════════════════════════════════

PAY ENTITY: ____  VENDOR NBR: _____  SHORT NAME: _____
BAP CODE  : REG  PAYMENT REFERENCE NUMBER: 1151172311

| BAP CODE | PYMT REF NUMBER | AMOUNT | DATE | TYPE | STAT | CLEARANCE DATE | REPLACE PYMT REF | S |
|---|---|---|---|---|---|---|---|---|
| REG | 1151172311 | 299.10 | 11/26/14 | S | CLEARED | 12/01/14 | | - |
| REG | 1151172312 | 567.00 | 11/26/14 | S | CLEARED | 12/03/14 | | - |
| REG | 1151172313 | 1,406.78 | 11/26/14 | S | CLEARED | 12/02/14 | | - |
| REG | 1151172314 | 7.79 | 11/26/14 | S | CLEARED | 12/08/14 | | - |
| REG | 1151172315 | 4,089.00 | 11/26/14 | S | CLEARED | 12/12/14 | | - |
| REG | 1151172316 | 1,141.07 | 11/26/14 | S | CLEARED | 12/03/14 | | - |
| REG | 1151172317 | 1,200.00 | 11/26/14 | S | OPEN | | | - |
| REG | 1151172318 | 1,200.00 | 11/26/14 | S | CLEARED | 12/01/14 | | - |
| REG | 1151172319 | 31.62 | 11/26/14 | S | CLEARED | 12/08/14 | | - |
| REG | 1151172320 | 10,787.07 | 11/26/14 | S | CLEARED | 12/02/14 | | - |
| REG | 1151172321 | 246.31 | 11/26/14 | S | CLEARED | 12/08/14 | | - |

STATUS: MORE

The detail of Payment + Adjustments

Date: 11-24
payment: 341.16
I need the check number for $ amount
$ 341.16.

Karen travers
City of St. Louis/
Equipment Service
314-589-6603

GARAVAGLIA 97

```
AP                                                                  IRL
                      INVOICES BY PAYMENT REFERENCE NUMBER

NEXT FUNCTION: _____ ACTION: _____ HISTORY: _     12/19/2014  13:25:11
==============================================================================
BANK ACCT PAY CODE: REG              PYMT REF NUMBER: 1151172311
PAYMENT DATE        : 11/26/2014     PAYMENT AMOUNT :           299.10
VENDOR NUMBER       : 9990078700     AT&T
FACTOR NUMBER       :                PO BOX 5001

                                     CAROL STREAM                 IL

PAY          INVOICE        INVOICE     PYMT  PRTL       PAYMENT
ENTITY       NUMBER         DATE        NBR   NBR        AMOUNT         ACT
REHO     3145347979DEC-14  11/09/2014   001   000        299.10
```

STATUS: END OF LIST





CITY OF ST LOUIS
FOREST PARK EQUIPMENT SVC
1200 MARKET ST RM 301
SAINT LOUIS MO 63103 - 2000

REC... i v l...ed

DEC 1 9 2014

BOARD OF PUBLIC SERVICE
ACCOUNTING

No text is worth a life.
Take the pledge at itcanwait.com

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 289.10 |
| Payment - Thank You! | 849.20CR |
| Adjustments | .00 |
| Balance | 541.10CR |
| Current Charges | 299.04 |
| **Balance** | **$42.12CR** |
| Payment is Not Required | |

## Billing Summary

Billing Questions? Visit att.com/billing Page

| | | |
|---|---|---|
| Plans and Services | 1 | 299.04 |
| 1 877 490-0041 | | |
| Payment Arrangements: | | |
| 1 800 924-1743 | | |
| Service Changes: | | |
| 1 877 438-0041 | | |
| Repair Services: | | |
| 1 800 286-8313 | | |
| **Total Current Charges** | | **299.04** |

## Detail of Payments and Adjustments

| Item No. | Date | Description | Adjustments | Payments |
|---|---|---|---|---|
| 1. | 11-24 | Payment | | 541.10 |
| 2. | 11-20 | Payment | | 289.10 |
| Totals | | | | 849.20 |

## Plans and Services

Monthly Service - Dec 9 thru Jan 8

| | |
|---|---|
| Charges for 314 534-7979 | |
| 3. Monthly Charges | 66.00 |
| Charges for 314 534-7996 | |
| 4. Monthly Charges | 66.00 |
| Charges for 314 535-8465 | |
| 5. Monthly Charges | 66.00 |
| Total Monthly Service | 258.00 |

Surcharges and Other Fees

| | |
|---|---|
| 6. Federal Subscriber Line Charge | 17.97 |
| 7. Federal Universal Service Fee | 3.48 |
| 8. Relay Missouri Surcharge | .18 |
| 9. MO Universal Service Fund | .27 |
| 10. Municipal Gross Receipts Surcharge | 22.20 |
| Total Surcharges and Other Fees | 44.04 |

Taxes

| | |
|---|---|
| 11. Federal | .03 |
| 12. State and Local | .09 |
| Total Taxes | .06 |

**Total Plans and Services** | **299.04**

## News You Can Use Summary

* PREVENT DISCONNECT    * LONG DIST. PROVIDERS
* EXPRESS TICKETING

See "News You Can Use" for additional information

Local Service provided by AT&T Arkansas, AT&T Kansas, AT&T Missouri,
AT&T Oklahoma, or AT&T Texas based upon the service address location.

GO GREEN - Enroll in paperless billing.    Printed on Recyclable Paper

---

Payment is Not Required     Balance     **$42.12CR**

Billing Date Dec 9, 2014    Account Number   314 534-7979 252 9

CITY OF ST LOUIS
FOREST PARK EQUIPMENT SVC
1200 MARKET ST RM 301
SAINT LOUIS MO 63103 - 2000

AT&T
PO BOX 6001
CAROL STREAM IL 60197-6001

9750 31453479792529 7000000000000 17703000000034136000000004212

GARAVAGLIA 99



Harmon, Lisa <harmonl@stlouis-mo.gov>

## AT&T - 3145347979
2 messages

**Harmon, Lisa** <harmonl@stlouis-mo.gov>
To: Jeanne DAVIS <davisj@stlouis-mo.gov>

Thu, Aug 22, 2019 at 1:54 PM

Jeanne,

We received your response for explanation of credit balance on the above account. How long have you tried to resolve this issue with AT&T? What were their response? Did they give you the okay to take the credit? If not, could you get verification from AT&T to take the credit?

Let me know. Thanks.

Lisa Harmon
Accounting Manager
Comptroller's Office
1520 Market Street, Suite 3005
St. Louis, MO 63103
OFFICE: (314) 657-3408
FAX:(314) 552-7670
HarmonL@stlouis-mo.gov

**Travers, Karen** <traversk@stlouis-mo.gov>
To: Lisa Harmon <harmonl@stlouis-mo.gov>, Jeanne DAVIS <davisj@stlouis-mo.gov>
Cc: Karen Travers <TraversK@stlouis-mo.gov>

Thu, Aug 22, 2019 at 2:35 PM

Hi

At&t account number 314-534-7979

see attached file

On Thu, Aug 22, 2019 at 1:58 PM DAVIS, Jeanne <davisj@stlouis-mo.gov> wrote:

Can you answer Lisa's questions in this?
[Quoted text hidden]

📄 AT&T.pdf
523K

GARAVAGLIA 100

# CITY OF ST. LOUIS
## DISBURSEMENT VOUCHER

DATE _____ 7/22/19

DESCRIPTION:
Telephone Service

FOR USE BY COMPTROLLER'S OFFICE

_____ Auditor

Voucher No. _____ Voucher Date

Dept **910** EQUIPMENT SERVICES DIVISION

NO.  NAME
AT & T
PO Box 5001
Carol Stream IL 61097-5001

VENDOR NUMBER

| INVOICE NUMBER | I/T | L1 | L2 | INV. DATE | CHK | POS | DP | GROSS AMOUNT | MANUAL CHECK NO. | | FY | ACCOUNT | FUND | FA | CWIP | CENTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3145347979Aug-19 | | RE | HO | 07/09/19 | 4 | 1 | D | $ 588.93 | | | 20 | 5636000 | 1010 | N | | 9100000 |
| LINE QTY AMOUNT | | | | REF. P.O. | POL | CPO | | FY 20 | | | | | | | | |
| 01 $ 588.93 | | | | | | | | | | | | | | | |

| INVOICE NUMBER | I/T | L1 | L2 | INV. DATE | CHK | POS | DP | GROSS AMOUNT | MANUAL CHECK NO. | | FY | ACCOUNT | FUND | FA | CWIP | CENTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RE | HO | | 4 | 1 | D | | | | 19 | 5636000 | 1010 | N | | 9100000 |
| LINE QTY AMOUNT | | | | REF. P.O. | POL | CPO | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | |

| INVOICE NUMBER | I/T | L1 | L2 | INV. DATE | CHK | POS | DP | GROSS AMOUNT | MANUAL CHECK NO. | | FY | ACCOUNT | FUND | FA | CWIP | CENTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RE | HO | | 4 | 1 | D | | | | 19 | 5636000 | 1010 | N | | 9100000 |
| LINE QTY AMOUNT | | | | REF. P.O. | POL | CPO | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | |

| INVOICE NUMBER | I/T | L1 | L2 | INV. DATE | CHK | POS | DP | GROSS AMOUNT | MANUAL CHECK NO. | | FY | ACCOUNT | FUND | FA | CWIP | CENTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RE | HO | | 4 | 1 | D | | | | 19 | 5636000 | 1010 | N | | 9100000 |
| LINE QTY AMOUNT | | | | REF. P.O. | POL | CPO | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | |

| INVOICE NUMBER | I/T | L1 | L2 | INV. DATE | CHK | POS | DP | GROSS AMOUNT | MANUAL CHECK NO. | | FY | ACCOUNT | FUND | FA | CWIP | CENTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RE | HO | | 4 | 1 | D | | | | 19 | 5636000 | 1010 | N | | 9100000 |
| LINE QTY AMOUNT | | | | REF. P.O. | POL | CPO | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | |

| INVOICE NUMBER | I/T | L1 | L2 | INV. DATE | CHK | POS | DP | GROSS AMOUNT | MANUAL CHECK NO. | | FY | ACCOUNT | FUND | FA | CWIP | CENTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RE | HO | | 4 | 1 | D | | | | 19 | 5636000 | 1010 | N | | 9100000 |
| LINE QTY AMOUNT | | | | REF. P.O. | POL | CPO | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | |

TOTAL $ 588.93

I CERTIFY that the attached invoices and amounts, which necessary, and that I have no previous time certified to same, or any part thereof.

are correct; that the expenditures authorized and was

AUTHORIZED SIGNATURE _____

Approved:

Prepared By Karen Travers

Phone No.: 589-6603

GARAVAGLIA 101

OFFICE OF THE COMPTROLLER
## REJECTION MEMORANDUM

TO: _910 Equipment Services_     DATE: _8/7/19_

ATTENTION: _Karen Travers_

RE: _AT&T_

Certain data is missing or incorrect on the attached. It is being returned for the reason(s) checked below. Please correct and return for further processing, along with this form.

- ___ Incomplete coding
- ___ No provisions in budget
- ___ Incorrect G/L distribution
- ___ Incomplete / incorrect invoice number
- ___ Insufficient funds available
- ___ Incorrect extension or addition
- ___ Incorrect invoice date
- ___ Invoice and voucher amounts different
- ___ Explanation needed for delay in submitting this invoice
- ___ This copy of invoice unacceptable for payment (originals needed)
- ___ Insufficient supporting documentation
- ___ POL Field incomplete
- ___ FAM incomplete / invalid
- ___ Authorized signature missing
- ___ Comptroller's document number needed
- ___ Sales tax included
- ___ Batched incorrectly
- ✓ Other

Explanation: _Needs clarity on credit and amounts requesting to be paid._

_AT&T posted many payments incorrectly. We gave up calling them & trying to get it fixed._

_Jeanne Schine_

_Slease_

Accountant / Account Clerk
Phone: 622-3588

APPROVED: _Lisa Harmon_

_8/20/19_

160-109 (8/13)

GARAVAGLIA 102

FOR USE BY COMPTROLLER'S OFFICE

Auditor    11/19/14

Voucher No.    Voucher Date

NO 2014711386

**DISBURSEMENT VOUCHER**

DEPT #126 Civil Rights Enforcement Agency

NO.    NAME

TO: AT&T

DESCRIPTION:
Phone Service

CCF

11/5/14 2/13 PC

RECEIVED
COMPTROLLER'S OFFICE
NOV 18 AM
RECEIVED

| VENDOR NUMBER | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| INVOICE NUMBER | UT | L1 | L2 | INV. DATE | CHK/POS | DP | GROSS AMOUNT | MANUAL CHECK NO. | CMP | FUND | ACCOUNT | CENTER |

INVOICE NUMBER: 9990078700
5592

LINE: 1   QTY: 1   AMOUNT: 341.16

UT: RE   L1: MA   L2: 11/10/14   4   1   D   341.16/FY15   N   FA   CMP   FUND: 1168   ACCOUNT: 5636000   CENTER: 1261900

REF. P.O.

I CERTIFY that the attached invoices and amounts, which TOTAL $ 341.16 are correct, that the expenditure was authorized and was necessary, and that I have at no previous time certified to same, or any part thereof.

Prepared By: Angela Brown    Approved:    AUTHORIZED SIGNATURE

Phone No.: 314-622-3301

RECEIVED

©NAVAGEIA 103



# Monthly Statement

at&t

CITY OF ST LOUIS
FOREST PARK EQUIPMENT SVC
1200 MARGRET ST RM 380
SAINT LOUIS MO 63115 - 2306

Invoice

Page        1 of 2
Account Number   314 534-2785 282  9
Billing Date     Apr 9, 2015
Web Site   att.com

BOARD OF PUBLIC SERVICE
ACCOUNTING

RECEIVED
APR 20 2015

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 3.03CR |
| Payment Received 3-30   Thank you! | 338.13CR |
| Adjustments | .00 |
| Balance | 341.16CR |
| Current Charges | 338.34 |
| **Balance** | **$2. 82CR** |

Payment Is Not Required

## Billing Summary

Billing Questions? Visit att.com/billing

Plans and Services                    338.34

Payment Arrangements:
1 877 438-0041

Service Changes:
1 877 438-0041

Repair Services:
1 800 266-8913

**Total Current Charges**           338.34

## News You Can Use Summary

- PRESENT DISCONNECT
- WHITE PAGES (WP)
- DIRECTORY ASSISTANCE
See "News You Can Use" for additional information

- LONG DIST. PROVIDERS
- UNIVERSAL SVC FEE

## Plans and Services

Monthly Service - Apr 9 thru May 8
Charges for 314 534-2829
  1   Monthly Charges                97.00

Charges for 314 534-2396
  2   Monthly Charges                97.00

Charges for 314 535-4405
  3   Monthly Charges                97.00
Total Monthly Service              291.00

**Additions and Changes to Service:**
This portion of your bill reflects charges and credits recurring
from account activity.

| Item No. | Description | | Amount |
|---|---|---|---|
| | Monthly Charges are Prorated from Apr 1, 2015 through Apr 8, 2015 | | |
| 4 | Federal Universal Service Fee | | .81 |
| 5 | Federal Universal Service Fee | | .81 |
| 6 | Federal Universal Service Fee | | .63 |
| | Total Additions and Changes to Service | | |

**Surcharges and Other Fees:**
| 7 | Federal Subscriber Line Charge | | 17.52 |
| 8 | Federal Universal Service Fee | | 3.76 |
| 9 | Rising Missouri Surcharge | | .16 |
| 10 | MO Universal Service Fund | | .38 |
| 11 | Municipal Gross Receipts Surcharge | | 25.55 |
| | Total Surcharges and Other Fees | | 47.37 |

**Taxes:**
| 12 | Federal | | .00 |
| 13 | State and Local | | .00 |
| | Total Taxes | | .00 |

**Total Plans and Services**        338.34

Local Services provided by AT&T Arkansas, AT&T Kansas, AT&T Missouri,
AT&T Oklahoma, or AT&T Texas based upon the Service address location.
Or call 611 - Email in question billing.

Printed on Responsible Paper

GARAVAGLIA 104