SJ Exhibit 16


**PLAINTIFF'S EXHIBIT**

**From:** HARP, MARY L <mh503u@att.com>
**Sent:** Thursday, October 10, 2019 10:39 AM
**To:** gantr@stlouis-mo.gov <gantr@stlouis-m​̶​̶​̶​̶​̶​̶@stlouis-mo.gov>; andersonke@stlouis-mo.gov <andersonke@stlouis-mo.gov>; Armstrong, Judy <armstrongju@stlouis-mo.gov>
**CC:** Maxwell, Marilyn <maxwellm@stlouis-mo.gov>
**Subject:** FW: FW: 20140314-8368 Fire.pdf
**Attachment(s):** "66102024 FIRE DEPT 2019 RENEWAL LETTER (005).pdf","66103351 PARKS DEPT 2019 RENEWAL LETTER.pdf","66103487 STREETS DEPT 2019 RENEWAL LETTER.pdf"

Judy, Kelley, Ray, Sheri and Marilyn:

These are the annual renewal letters for the Maintenance for Fire, Parks and Streets.

These do not require signatures from AT&T. But, we do need to know if you want to continue as AT&T pays a third party for these parts.

An email to confirm that you do not wish to cancel, is needed. (If these are allowed to expire, these rates will need to be redone if you choose to place them back under maintenance.).

Thanks.

Mary

*Mary Harp*
*AT&T*
*Client Solutions Executive,*
*State Local and Education*
*618 219-0037*
*mary.harp@att.com*
**Nation's Fastest Network*     Nation's Best Network.\*\***
*\*Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019. \*\*According to America's biggest test as announced by Global Wireless Solutions last fall.*
**Helpful Maintenance Numbers:**
**888-613-6330  MIS/ IP Maintenance**
**800-332-1321  Legacy SBC**
**800-247-2020  Legacy BellSouth**
**800-829-1011  AT&T Local Service Tech Support**
**800-222-1000  Outage/ Service Troubles/ Service Assurance**
**800-325-5555  Advanced Toll Free Features**

Fire:
The annual rate for the maintenance service commencing September 11, 2019 is $11,374.42. No action is required on your part to renew this contract for the upcoming year. If a purchase order is needed for billing purposes, please email a copy to my attention at ls2821@att.com

Parks:
The terms and conditions of the contract will remain in effect and be renewed for one (1) year. The annual rate for the maintenance service commencing September 11, 2019 is $8,584.09. No action is required on your part to renew this contract for the upcoming year. If a purchase order is needed for billing purposes, please email a copy to my attention at ls2821@att.com.

Streets
The terms and conditions of the contract will remain in effect and be renewed for one (1) year. The annual rate for the maintenance service commencing September 11, 2019 is $9,184.69. No action is required on your part to renew this contract for the upcoming year. If a purchase order is needed for billing purposes, please email a copy to my attention at ls2821@att.com.

**From:** Gant, Ray [mailto:gantr@stlouis-mo.gov]
**Sent:** Thursday, September 19, 2019 2:03 PM
**To:** HARP, MARY L <mh503u@att.com>; BEAUCHAMP, LISA R <ls2821@att.com>
**Subject:** Re: FW: 20140314-8368 Fire.pdf

Hello Mary & Lisa, please send a annual payment renewewal letter for all three SOWs.

On Tue, Sep 17, 2019 at 8:30 AM HARP, MARY L <mh503u@att.com> wrote:
Thanks Sheri,

Ray,

**SJ Exhibit**

**16**

STL001854

Please let Lisa Beauchamp and myself know if you would like a renewal letter prepared for all three SOWs. In the past, you paid annually, in advance. Lisa suggested you may want to indicate a Quarterly or Semi-Annual Payment if you anticipate moving any of these systems over.

Most importantly, they have moved to "Time & Materials". If you want them moved back, please direct Lisa Beauchamp and she can move them back in renewal letters and set the billing preference right away.

Is a "renewal letter" sufficient for City purposes or do you need a SOW?

Thanks.

Mary

**From:** Cross, Sheri [mailto:crosss@stlouis-mo.gov]
**Sent:** Tuesday, September 17, 2019 8:25 AM
**To:** HARP, MARY L <mh503u@att.com>
**Cc:** gantr@stlouis-mo.gov; Maxwell, Marilyn <maxwellm@stlouis-mo.gov>; andersonke@stlouis-mo.gov; Armstrong, Judy <armstrongju@stlouis-mo.gov>; BEAUCHAMP, LISA R <ls2821@att.com>; GANT, PATRICK J <pg9751@att.com>
**Subject:** Re: FW: 20140314-8368 Fire.pdf

Ray Gant may be the decider on the maintenance agreements in regards to type of coverage needed.

On Tue, Sep 17, 2019 at 8:22 AM HARP, MARY L <mh503u@att.com> wrote:

Judy, Kelley, Ray, Sheri and Marilyn:

Lisa can assist with renewals of the Maintenance agreements that we discussed. They have moved to Time & Materials. If you want to move them back to Maintenance, just reply and you will be covered while we address the paperwork and payment.

These are the SOW's from last year.

Lisa can draw up a renewal letter for all three, based on your new request.

* Maintenance is typically billed in advance yearly.

* If you anticipate replacing any of this equipment, you may want to go to quarterly or semi-annual billing. That way you do not pay for what you do not use.

* This renewal term and payment preference can be documented in your renewal letter.

Please reply with your preference so that we can take care of this request.

Mary

Mary Harp
AT&T
Client Solutions Executive,
State Local and Education
618 219-0037
mary.harp@att.com<mailto:mary.harp@att.com>
Nation's Fastest Network*     Nation's Best Network.**
*Based on analysis by Ookla(r) of Speedtest Intelligence(r) data average download speeds for Q1 2019. **According to America's biggest test as announced by Global Wireless Solutions last fall.
Helpful Maintenance Numbers:
888-613-6330  MIS/ IP Maintenance
800-332-1321  Legacy SBC
800-247-2020  Legacy BellSouth
800-829-1011  AT&T Local Service Tech Support
800-222-1000  Outage/ Service Troubles/ Service Assurance
800-325-5555  Advanced Toll Free Features

 **at&t**

September 20, 2019

City of Saint Louis
Fire Department
1421 N Jefferson
ST. Louis, MO 63106

Re: Contract # 66102024 - AVAYA PASS CS1K & CALLPILOT

The above service agreement, which provides maintenance coverage for the equipment listed in the present contract with AT&T Global Services, was due for renewal on September 10, 2019. Per the terms of the agreement the contract has automatically renewed.

The terms and conditions of the contract will remain in effect and be renewed for one (1) year. The annual rate for the maintenance service commencing September 11, 2019 is $11,374.42. No action is required on your part to renew this contract for the upcoming year. If a purchase order is needed for billing purposes, please email a copy to my attention at ls2821@att.com.

Please feel free to give me a call at 248-456-9643 if you have any questions. AT&T Global Services values you as a customer and we thank you for the continuing opportunity to meet your service needs.

Sincerely,


Lisa Beauchamp
Maintenance Contract Manager

STL001859

 **at&t**

September 20, 2019

City of Saint Louis
Parks Dept.
5600 Clayton Road
ST. Louis, MO 63110

Re: Contract # 66103487 - AVAYA PASS CS1K & CALLPILOT

The above service agreement, which provides maintenance coverage for the equipment listed in the present contract with AT&T Global Services, was due for renewal on September 10, 2019. Per the terms of the agreement the contract has automatically renewed.

The terms and conditions of the contract will remain in effect and be renewed for one (1) year. The annual rate for the maintenance service commencing September 11, 2019 is $8,584.09. No action is required on your part to renew this contract for the upcoming year. If a purchase order is needed for billing purposes, please email a copy to my attention at ls2821@att.com.

Please feel free to give me a call at 248-456-9643 if you have any questions. AT&T Global Services values you as a customer and we thank you for the continuing opportunity to meet your service needs.

Sincerely,

Lisa Beauchamp
Maintenance Contract Manager

 **at&t**

September 20, 2019

City of Saint Louis
Streets Department
1900 Hampton
ST. Louis, MO 63139

Re: Contract # 66103487 - AVAYA PASS CS1K & CALLPILOT

The above service agreement, which provides maintenance coverage for the equipment listed in the present contract with AT&T Global Services, was due for renewal on September 10, 2019. Per the terms of the agreement the contract has automatically renewed.

The terms and conditions of the contract will remain in effect and be renewed for one (1) year. The annual rate for the maintenance service commencing September 11, 2019 is $9,184.69. No action is required on your part to renew this contract for the upcoming year. If a purchase order is needed for billing purposes, please email a copy to my attention at ls2821@att.com.

Please feel free to give me a call at 248-456-9643 if you have any questions. AT&T Global Services values you as a customer and we thank you for the continuing opportunity to meet your service needs.

Sincerely,

Lisa Beauchamp
Maintenance Contract Manager

**STL001861**

**From:** BROADWAY, NICOLE <nb0275@att.com>
**Sent:** Wednesday, August 07, 2019 12:37 PM CDT
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Subject:** 8310005754458
**Attachment(s):** "8310005754458 Sept Invoice.pdf","8310005754458 5-2019 Invoice.pdf","8310005754458 7-2019 Invoice.pdf"

Judy,

Below are 3 months of missed payment invoices. I believe this will get you current. This is your hosted voice solution.

Payment history on accounts.

| Contract Account | Contract Account Name | Invoice Date | Invoice Number | Previous Balance | Current Charges | Payments |
|---|---|---|---|---|---|---|
| 200000750642 | City of St. Louis | 8/22/2018 | 3094683400 | $12,285.36 | $11,527.69 | ($533.64) |
| 200000750642 | City of St. Louis | 9/22/2018 | 3404204400 | $23,279.41 | $11,624.05 | $0.00 |
| 200000750642 | City of St. Louis | 10/22/2018 | 5258124400 | $34,903.46 | $11,823.18 | ($10,917.13) |
| 200000750642 | City of St. Louis | 11/22/2018 | 2444265406 | $35,809.51 | $11,823.18 | ($23,447.23) |
| 200000750642 | City of St. Louis | 12/22/2018 | 2651965401 | $24,185.46 | $11,823.18 | ($11,823.18) |
| 200000750642 | City of St. Louis | 1/22/2019 | 331295403 | $24,185.46 | $11,843.63 | ($11,823.18) |
| 200000750642 | City of St. Louis | 2/22/2019 | 8308396402 | $24,205.91 | $11,843.63 | ($11,843.63) |
| 200000750642 | City of St. Louis | 3/22/2019 | 6439547407 | $24,205.91 | $12,148.91 | ($11,843.63) |
| 200000750642 | City of St. Louis | 4/22/2019 | 7447797406 | $24,511.19 | $11,841.34 | ($12,148.91) |
| 200000750642 | City of St. Louis | 5/22/2019 | 4887678402 | $24,203.62 | $11,936.80 | $0.00 |
| 200000750642 | City of St. Louis | 6/22/2019 | 1670698407 | $36,140.42 | $11,936.80 | ($23,778.14) |
| 200000750642 | City of St. Louis | 7/22/2019 | 8201739402 | $24,299.08 | $12,418.58 | $0.00 |

Nicole Broadway
Regional Sales Manager
Public Sector
501-830-7607 mobile
866-533-3036 fax

STL001862

 **AT&T**

City of St. Louis
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

| | |
|---|---|
| Page | 1 of 2 |
| Account Number | 831-000-5754 458 |
| Billing Date | May 22, 2019 |
| Questions? | 1 800 235-7524 |
| Web Site | att.com |
| Invoice | 4887678402 |
| AT&T Tax ID | 13-4924710 |

# Invoice

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 24,203.62 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 24,203.62 |
| Current Charges | 11,936.80 |
| **Total Amount Due** | **$36,140.42** |
| Current Charges Due in Full by | **Jun 21, 2019** |

## Billing Summary

Questions?
Call:      1 800 235-7524
Online:    www.businessdirect.att.com

**AT&T Business Services**

Group #000001
Sub-Account #831-000-5754 492      11,936.80
Total Group #000001                          11,936.80

**Total Current Charges              11,936.80**

## Current Charges

**Group #000001**

Sub-Account #831-000-5754 492 1520 Market St.
**AT&T Hosted Voice Service**
One Time Charges:
Service Order: N275329-00000201
Completion Date: May 15, 2019
1. HVS Basic Feature Package            9.50
   Monthly Charge
   May 15, 2019
   Qty: 1.00 Items at 9.50

Service Order: N275329-00000202
Completion Date: May 15, 2019
2. HVS Premium Feature Package       3,202.50
   Monthly Charge
   May 15, 2019
   Qty: 305.00 Items at 10.50

**Group #000001 - Continued**

One Time Charges:
Service Order: N275329-00000204
Completion Date: May 15, 2019
3. HVS Broadtouch Communicator Client    24.00
   Monthly Charge
   May 15, 2019
   Qty: 1.00 Items at 24.00

Service Order: N275329-00000205
Completion Date: May 15, 2019
4. HVS Premium Feature Package         3,801.00
   Monthly Charge
   May 15, 2019
   Qty: 362.00 Items at 10.50

Service Order: N275329-00000207
Completion Date: May 15, 2019
5. HVS Basic Feature Package              9.50
   Monthly Charge
   May 15, 2019
   Qty: 1.00 Items at 9.50

Service Order: N275329-00000208
Completion Date: May 15, 2019
6. HVS Premium Feature Package         1,785.00
   Monthly Charge
   May 15, 2019
   Qty: 170.00 Items at 10.50

Service Order: N275336-00000307
Completion Date: May 15, 2019
7. HVS Premium Feature Package           66.00
   Monthly Charge
   May 15, 2019
   Qty: 6.00 Items at 11.00

Service Order: N275336-00000309
Completion Date: May 15, 2019
8. HVS Broadtouch Communicator Client    288.00
   Monthly Charge
   May 15, 2019
   Qty: 12.00 Items at 24.00
**Total AT&T Hosted Voice Service      9,185.50**

**Surcharges and Other Fees**
9. Universal Connectivity Charge - Interstate     1,261.40
10. Administrative Expense Fee - Interstate          81.06
11. Property Tax Allotment - Interstate             286.73
12. Federal Regulatory Fee - Interstate             380.35
13. MO MUNI BUS LIC SURCH                           317.50
14. MO PUBLIC SERVICE COMM FEE                        4.66
15. MO UNIVERSAL SERVICE FUND                         3.81
   Total Surcharges and Other Fees               2,335.51

**Taxes**
State:
16. MO/MISSOURI                                     179.72
17. MO/RELAY MISSOURI SURCHARGE                       4.00

Return bottom portion with your check in the enclosed envelope.

---

 **AT&T**      Billing Date May 22, 2019

Set up electronic payments:

www.att.com/attsmartpayments

**DUE BY: Jun 21, 2019      $36,140.42**

Account Number   **831-000-5754 458**
Please include your account number on your check

Make checks payable to:

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

City of St. Louis
ATTN: Jim Garavaglia
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

831000575445848876784020182000003614042000011936803

 **AT&T**

City of St. Louis
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

| | |
|---|---|
| Page | 2 of 2 |
| Account Number | 831-000-5754 458 |
| Billing Date | May 22, 2019 |
| Questions? | 1 800 235-7524 |
| Web Site | att.com |

## Current Charges

**Group #000001 - Continued**

| | |
|---|---|
| **Taxes** | |
| Local: | |
| 1. LOCAL TAXES | 232.07 |
| Total Taxes | 415.79 |
| **Total Sub-Account #831-000-5754 492** | **11,936.80** |
| **Total Group #000001** | **11,936.80** |

**Total Current Charges**　　　　　　　　　**11,936.80**

## News You Can Use

**News You Can Use**

ACCOUNT STATUS
STILL GETTING PAPER?
Email us at GoPaperless@att.com to sign-up for paperless
billing today!

Where allowed by law, AT&T may implement late payment interest of no
more than 18% annually. Rates will vary based on state regulations.
Interest will be calculated based upon daily balances and will be
applicable for each day that a delinquent balance is outstanding. This
charge will apply to all balances that are delinquent through such time
that payment in full is received at AT&T. The late payment interest
will be billed on a monthly basis. Accounts billed outside the US will
not be charged LPI.

Where allowed by law, AT&T may implement a $25 service fee for
restoration of service where delinquency has caused an interruption.
This fee will be applicable to each account that is being restored and
will be included on your monthly billing statement.

Some products require electronic billing as their official bill media.
When electronic billing is the official bill media, an informational
statement may be sent containing some of the same information as the
electronic bill. The informational statement is not your bill. However,
if you choose to mail your payment instead of paying electronically, the
informational statement has a tear-off that can be used to submit your
payment.

REGULATORY NEWS
Attention Customers:
Having trouble using the telephone? Phone your family,
friends or vital services even if you have a hearing,
speech or physical disability.
Telecommunications Relay Service (TRS) provides free and full telephone
accessibility to anyone who is hard of hearing, deaf or speech disabled.
To make a relay call, dial 711 and request to be connected through TCA.

Attention California Customers:

The following charges are "Government Fees and Taxes": Federal Excise
Tax; CHCF-A, CHCF-B, Univ Lifeline Tele Serv Sur, Com Dev Fnd/Deaf &
Disabled, California Teleconnect Fund, State 9-1-1 Surcharge, Utility
User's Tax, and Local 911 Charge.

Thank You For Choosing AT&T Where Every Customer Counts!

Copyright 2019 AT&T Intellectual Property. All Rights Reserved.


**AT&T**

City of St. Louis
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

| | |
|---|---|
| Page | 1 of 2 |
| Account Number | 831-000-5754 458 |
| Billing Date | Jul 22, 2019 |
| Questions? | 1 800 235-7524 |
| Web Site | att.com |
| | |
| Invoice | 8201739402 |
| AT&T Tax ID | 13-4924710 |

# Invoice

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 24,299.08 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 24,299.08 |
| Current Charges | 12,418.58 |
| **Total Amount Due** | **$36,717.66** |
| Current Charges Due in Full by | **Aug 21, 2019** |

## Billing Summary

**Questions?**
**Call:** 1 800 235-7524
**Online:** www.businessdirect.att.com

**AT&T Business Services**

Group #000001
Sub-Account #831-000-5754 492      12,418.58
Total Group #000001                            12,418.58

**Total Current Charges**                      **12,418.58**

## Current Charges

**Group #000001**
Sub-Account #831-000-5754 492 1520 Market St.
**AT&T Hosted Voice Service**
One Time Charges:
Service Order: N291748-00000198
Completion Date: Jul 15, 2019
 1. HVS Basic Feature Package                             9.50
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 1.00 Items at 9.50

Service Order: N291748-00000199
Completion Date: Jul 15, 2019
 2. HVS Premium Feature Package                        3,723.50
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 307.00 Items at 10.50

**Group #000001 - Continued**
One Time Charges:
Service Order: N291748-00000201
Completion Date: Jul 15, 2019
 3. HVS Broadtouch Communicator Client                   24.00
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 1.00 Items at 24.00

Service Order: N291748-00000202
Completion Date: Jul 15, 2019
 4. HVS Premium Feature Package                        3,811.50
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 363.00 Items at 10.50

Service Order: N291748-00000204
Completion Date: Jul 15, 2019
 5. HVS Basic Feature Package                             9.50
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 1.00 Items at 9.50

Service Order: N291748-00000205
Completion Date: Jul 15, 2019
 6. HVS Premium Feature Package                        1,785.00
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 170.00 Items at 10.50

Service Order: N291755-00000443
Completion Date: Jul 15, 2019
 7. HVS Premium Feature Package                          66.00
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 6.00 Items at 11.00

Service Order: N291755-00000445
Completion Date: Jul 15, 2019
 8. HVS Broadtouch Communicator Client                  288.00
    Monthly Charge
    Corrected Charges
    Jul 15, 2019
    Qty: 12.00 Items at 24.00
    **Total AT&T Hosted Voice Service**                9,217.00

**Surcharges and Other Fees**
 9. Universal Connectivity Charge - Interstate         1,649.92
10. Administrative Expense Fee - Interstate              81.35
11. Property Tax Allotment - Interstate                 317.04
12. Federal Regulatory Fee - Interstate                 381.66
13. MO MUNI BUS LIC SURCH                               330.30
14. MO PUBLIC SERVICE COMM FEE                            4.87
15. MO UNIVERSAL SERVICE FUND                             3.96
    **Total Surcharges and Other Fees**               2,769.10

**Taxes**
State:
16. MO/MISSOURI                                         187.04
17. MO/RELAY MISSOURI SURCHARGE                           4.00

Return bottom portion with your check in the enclosed envelope.

---

**DUE BY: Aug 21, 2019    $36,717.66**


**AT&T**

Billing Date Jul 22, 2019

Set up electronic payments:

www.att.com/attsmartpayments

Account Number    **831-000-5754 458**
Please include your account number on your check

Make checks payable to:

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

City of St. Louis
ATTN: Jim Caravaglia
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

ılıludluuılllıludulıllıluuulllıluudluklıluul

83100057544588201739402018200000367176600012418588

 **AT&T**

City of St Louis
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

## Current Charges

**Group #000001 - Continued**

| | |
|---|---|
| **Taxes** | |
| Local: | |
| 1. LOCAL TAXES | 241.44 |
| Total Taxes | 432.48 |
| **Total Sub-Account #831-000-5754 492** | **12,418.58** |
| **Total Group #000001** | **12,418.58** |
| **Total Current Charges** | **12,418.58** |

## News You Can Use

**News You Can Use**

ACCOUNT STATUS
STILL GETTING PAPER?
Email us at GoPaperless@att.com to sign-up for paperless
billing today!

Where allowed by law, AT&T may implement late payment interest of no
more than 18% annually. Rates will vary based on state regulations.
Interest will be calculated based upon daily balances and will be
applicable for each day that a delinquent balance is outstanding. This
charge will apply to all balances that are delinquent through such time
that payment in full is received at AT&T. The late payment interest
will be billed on a monthly basis. Accounts billed outside the US will
not be charged LPI.

Where allowed by law, AT&T may implement a $25 service fee for
restoration of service where delinquency has caused an interruption.
This fee will be applicable to each account that is being restored and
will be included on your monthly billing statement.

Some products require electronic billing as their official bill media.
When electronic billing is the official bill media, an informational
statement may be sent containing some of the same information as the
electronic bill. The informational statement is not your bill. However,
if you choose to mail your payment instead of paying electronically, the
informational statement has a tear-off that can be used to submit your
payment.

REGULATORY NEWS
FEE DESCRIPTIONS
The Administrative Expense Fee recovers a portion of AT&T's
internal costs associated with the Federal Communications Commission's
Universal Service Fund and related programs. The Federal Regulatory
Fee recovers amounts paid to the federal government for regulatory
costs and telecommunications services for the hearing impaired,
and costs associated with local number portability administration.
These fees are not taxes or charges that the government requires
AT&T to collect from its customers.

Attention California Customers:

The following charges are "Government Fees and Taxes": Federal Excise
Tax; CHCF-A, CHCF-B, Univ Lifeline Tele Serv Sur, Com Dev Fnd/Deaf &
Disabled, California Teleconnect Fund, State 9-1-1 Surcharge, Utility
User's Tax, and Local 911 Charge.

**News You Can Use**

REGULATORY NEWS - Continued
Attention Customers:
If you do not pay your bill by the date it is due, AT&T may assess a
late payment charge. The rate shall be 1.5% per month (18% annually)
unless an applicable law or regulation specifies a lower rate to be
charged, and then that lower rate shall apply. Alternatively, a minimum
late payment charge of $5.00 may be assessed if permitted by applicable
law or regulation. In Maine, the monthly rate for 2019 is 1.04%.
In Massachusetts, the monthly rate for 2019 is 0.99%, effective
2/1/2019.

Thank You For Choosing AT&T Where Every Customer Counts!

Copyright 2019 AT&T Intellectual Property. All Rights Reserved.

STL001866

 **AT&T**

City of St. Louis
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

| | |
|---|---|
| **Page** | 1 of 2 |
| **Account Number** | 831-000-5754 458 |
| **Billing Date** | Sep 22, 2018 |
| **Questions?** | 1 800 235-7524 |
| **Web Site** | att.com |
| | |
| **Invoice** | 3404204400 |
| **AT&T Tax ID** | 13-4924710 |

# Invoice

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 23,279.41 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 23,279.41 |
| Current Charges | 11,624.05 |
| **Total Amount Due** | **$34,903.46** |
| Current Charges Due in Full by | **Oct 22, 2018** |

## Billing Summary

**Questions?**
Call: 1 800 235-7524
Online: www.businessdirect.att.com

**AT&T Business Services**

| Group #000001 | | |
|---|---|---|
| Sub-Account #831-000-5754 492 | 11,624.05 | |
| Total Group #000001 | | 11,624.05 |
| **Total Current Charges** | | **11,624.05** |

## Current Charges

**Group #000001**
Sub-Account #831-000-5754 492 1520 Market St.
AT&T Hosted Voice Service
One-Time Charges:
Service Order: N213063-00000460
Completion Date: Sep 15, 2018

| | |
|---|---|
| 1. HVS Basic Feature Package<br>Monthly Charge<br>Sep 15, 2018<br>Qty: 1.00 Items at 9.50 | 9.50 |

Service Order: N213063-00000461
Completion Date: Sep 15, 2018

| | |
|---|---|
| 2. HVS Premium Feature Package<br>Monthly Charge<br>Sep 15, 2018<br>Qty: 652.00 Items at 10.50 | 6,846.00 |

**Group #000001 - Continued**
One Time Charges:
Service Order: N213063-00000463
Completion Date: Sep 15, 2018

| | |
|---|---|
| 3. HVS Basic Feature Package<br>Monthly Charge<br>Sep 15, 2018<br>Qty: 1.00 Items at 9.50 | 9.50 |

Service Order: N213063-00000464
Completion Date: Sep 15, 2018

| | |
|---|---|
| 4. HVS Premium Feature Package<br>Monthly Charge<br>Sep 15, 2018<br>Qty: 169.00 Items at 10.50 | 1,774.50 |

Service Order: N213090-00000296
Completion Date: Sep 15, 2018

| | |
|---|---|
| 5. HVS Premium Feature Package<br>Monthly Charge<br>Sep 15, 2018<br>Qty: 6.00 Items at 11.00 | 66.00 |

Service Order: N213090-00000298
Completion Date: Sep 15, 2018

| | |
|---|---|
| 6. HVS Broadtouch Communicator Client<br>Monthly Charge<br>Sep 15, 2018<br>Qty: 12.00 Items at 24.00 | 288.00 |
| **Total AT&T Hosted Voice Service** | **8,993.50** |

**Surcharges and Other Fees**

| | |
|---|---|
| 7. Universal Connectivity Charge - Interstate | 1,175.91 |
| 8. Administrative Expense Fee - Interstate | 79.37 |
| 9. Property Tax Allotment - Interstate | 280.73 |
| 10. Federal Regulatory Fee - Interstate | 372.41 |
| 11. MO MUNI BUS LIC SURCH | 300.83 |
| 12. MO PUBLIC SERVICE COMM FEE | 4.55 |
| 13. MO UNIVERSAL SERVICE FUND | 3.71 |
| **Total Surcharges and Other Fees** | **2,225.51** |

**Taxes**
State:

| | |
|---|---|
| 14. MO/MISSOURI | 175.03 |
| 15. MO/RELAY MISSOURI SURCHARGE | 4.00 |
| Local: | |
| 16. LOCAL TAXES | 226.01 |
| **Total Taxes** | **405.04** |
| **Total Sub-Account #831-000-5754 492** | **11,624.05** |
| **Total Group #000001** | **11,624.05** |
| **Total Current Charges** | **11,624.05** |

## News You Can Use

News You Can Use

ACCOUNT STATUS

---

Return bottom portion with your check in the enclosed envelope.

**DUE BY: Oct 22, 2018**   **$34,903.46**

 **AT&T**   Billing Date Sep 22, 2018

Account Number **831-000-5754 458**
Please include your account number on your check

Make checks payable to:

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

City of St. Louis
ATTN: Jim Garavaglia
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

8310005754458340420440001820000034903460001162405 7

STL001867

 **AT&T**

City of St. Louis
1520 MARKET ST RM 3005
SAINT LOUIS MO 63103

| | |
|---:|:---|
| Page | 2 of 2 |
| Account Number | 831-000-5754 458 |
| Billing Date | Sep 22, 2018 |
| Questions? | 1 800 235-7524 |
| Web Site | att.com |

## News You Can Use

**News You Can Use**

ACCOUNT STATUS - Continued
Where allowed by law, AT&T may implement late payment interest of no
more than 18% annually. Rates will vary based on state regulations.
Interest will be calculated based upon daily balances and will be
applicable for each day that a delinquent balance is outstanding. This
charge will apply to all balances that are delinquent through such time
that payment in full is received at AT&T. The late payment interest
will be billed on a monthly basis. Accounts billed outside the US will
not be charged LPI.

Where allowed by law, AT&T may implement a $25 service fee for
restoration of service where delinquency has caused an interruption.
This fee will be applicable to each account that is being restored and
will be included on your monthly billing statement.

Some products require electronic billing as their official bill media.
When electronic billing is the official bill media, an informational
statement may be sent containing some of the same information as the
electronic bill. The informational statement is not your bill. However,
if you choose to mail your payment instead of paying electronically, the
informational statement has a tear-off that can be used to submit your
payment.

REGULATORY NEWS
Attention California Customers:

The following charges are "Government Fees and Taxes": Federal Excise
Tax, CHCF-A, CHCF-B, Univ Lifeline Tele Serv Sur, Com Dev Fnd/Deaf &
Disabled, California Teleconnect Fund, State 9-1-1 Surcharge, Utility
User's Tax, and Local 911 Charge.

Thank You For Choosing AT&T Where Every Customer Counts!

Copyright 2017 AT&T Intellectual Property. All Rights Reserved.

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Thursday, July 11, 2019 10:46 AM CDT
**To:** Chana Morton <MortonC@stlouis-mo.gov>
**Attachment(s):** "Items for Resolution.xlsx"

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

ITEMS FROM JAMES GARAVAGLIA'S OFFICE

| ITEM | NAME | REC'D | Service Date | AMOUNT | ISSUE | RECEIVED FROM/REFERRED TO | RESOLUTION DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | NICB-InContact | 2/28/2019 | 1/31/2019 | $3,224.38 | Is it paid | Richard Tonack, Court Administrator 657-1878 | | | |
| | | | | | | | | | |
| Invoice | Schindler | 6/4/2019 | 5/24/2019 | $794.64 | not paid | Sonia Day, GTC / Shelia Woods | Will pay | 7/12/2019 | |
| Invoice | Schindler | 1/16/2019 | 1/8/2019 | $410.30 | not paid | rec'd from Sonia Day | | | |
| Invoice | Schindler | 1/16/2019 | 1/8/2019 | $1,051 | not paid | rec'd from Sonia Day | | | |
| Invoice | Schindler | 3/21/2019 | 3/14/2019 | $709.25 | not paid | rec'd from Sonia Day | | | |
| Invoice | Schindler | 4/8/2019 | 3/28/2019 | $1,776.90 | not paid | rec'd from Sonia Day | | | |
| Invoice | Schindler | 6/13/2019 | 5/31/2019 | $18,885.00 | not paid | rec'd from Sonia Day | | | |
| Invoice | Schindler | | 1/30/2018 | $1,285.56 | not paid | ON Jim's desk | | | |
| TOTAL | Schindler | | | $24,912.55 | | | | | |
| | | | | | | | | | |
| Invoice | Will Electronics | 7/10/2019 | 10/4/2018 | $519.50 | not paid | rec'd from Sonia Day | | | |
| Invoice | Will Electronics | 7/10/2019 | 11/14/2018 | $1,368.89 | not paid | rec'd from Sonia Day | | | |
| Invoice | Will Electronics | 7/10/2019 | 2/28/2019 | $1,657.46 | not paid | rec'd from Sonia Day | | | |
| Invoice | Will Electronics | 7/10/2019 | 2/28/2019 | $769.82 | not paid | rec'd from Sonia Day | | | |
| TOTAL | Will Electronics | | | $4,315.67 | | | | | |
| | | | | | | | | | |
| Past Due | AT&T Parks | 7/9/2019 | 2018-Present | $418,240.47 | | Kelley & I met with Parks & AT&T on 7/10/2019 | Late fees waived reduced ammount to $... | | |
| | | | | | | Per Greg Hayes, Dir. Of Parks, he was told by | has been reduced to $259,751.87 -$140,0... | | |
| | | | | | | Jim not to pay the AT&T bill until the correct | encumbered from FY19 Parks budget, le... | | |
| | | | | | | amount could be worked out. | $119,751.87 which will be reduced appr... | | |
| | | | | | | | 6 months which will bring the final amo... | | |
| | | | | | | | Parks Dept to approximately $69,751.87... | | |
| | | | | | | | To be paid over 12-24 months. See atta... | | |
| | | | | | | | | | |
| Past Due | AT&T Comptroller | 7/9/2019 | | $902,904.61 | | Kelley, Jason & Leonard | Mary Harp & Nicole from AT&T will m... | | |
| | | | | | | May 25, 2018 past due was $283,811.07 | August to work on settlement for this ov... | | |
| | | | | | | Jul 26, 2019 past due is $902,904.61 | Previous Release and Settlement Agreeme... | | |
| | | | | | | Amount continues to escalate with no | to be voided if not signed by 9/24/2018 | | |
| | | | | | | resolution.4 | See attached from Jim's desk | | |
| Contract | Waste Mangement | | | | | Contract was 7-1-1-15 thru 6-30-17 amendment | Will submit an amendment request to Co... | | |
| | | | | | | should have been done for extentions. We are | finding out if vendor is agreeable to an... | | |
| | | | | | | now on the last of the 3- 1 year extensions. | obtaining tax and license clearance. | | |

STL001870

**From:** HARP, MARY L <mh503u@att.com>
**Sent:** Wednesday, October 16, 2019 11:49 AM CDT
**To:** ArmstrongJu@stlouis-mo.gov <ArmstrongJu@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>; Sheri Cross <crosss@stlouis-mo.gov>; Marilyn Maxwell <maxwellm@stlouis-mo.gov>; Ray Gant <gantr@stlouis-mo.gov>
**Subject:** Fwd: 20140314-8368 Fire.pdf. All 3 Maintenance agreements- presigned
**Attachment(s):**
"image001.png","ATT00001.htm","image002.png","ATT00002.htm","image001.png","ATT00003.htm","image001.png","ATT00004.htm","image002.png","ATT00005.htm","City of St Louis CPE 20191015-6583 (ATT Signed).pdf","ATT00006.htm","City of St Louis CPE 20191015-6574 (ATT Signed).pdf","ATT00007.htm","City of St Louis CPE 20191015-6570 (ATT Signed).pdf","ATT00008.htm"

Judy, Kelley, Ray, Sheri, Marilyn,

There are the PRE-signed agreements for maintenance at the 3 sites you require renew. Please sign and return.

Mary Harp
618.219.0037

Sent from my iPhone

Begin forwarded message:

> **From:** "BEAUCHAMP, LISA R" <ls2821@att.com>
> **Date:** October 16, 2019 at 10:41:18 AM CDT
> **To:** "HARP, MARY L" <mh503u@att.com>
> **Subject:** RE: 20140314-8368 Fire.pdf
>
>
> Mary,
>
> Attached are the presigned SOWs for signature. The contract will be backdated to September. Please forward to the customer for signature.
>
> Lisa
>
> **From:** HARP, MARY L <mh503u@att.com>
> **Sent:** Thursday, October 10, 2019 1:26 PM
> **To:** BEAUCHAMP, LISA R <ls2821@att.com>
> **Subject:** FW: 20140314-8368 Fire.pdf
> **Importance:** High
>
> Lisa
>
> They are trying to find out if they need a new SOW. (like these); afterall.
>
> If I do need these, yes. they'd need to be pre-signed and the contact would have to be changed.
>
> I'll let you know.
>
> **From:** HARP, MARY L
> **Sent:** Thursday, October 10, 2019 11:52 AM
> **To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
> **Subject:** FW: 20140314-8368 Fire.pdf
> **Importance:** High
>
>
> **From:** HARP, MARY L
> **Sent:** Tuesday, September 17, 2019 8:22 AM
> **To:** 'gantr@stlouis-mo.gov' <gantr@stlouis-mo.gov>; 'Cross, Sheri' <crosss@stlouis-mo.gov>; 'Maxwell, Marilyn' <mxxwellm@stlouis-mo.gov>; 'andersonke@stlouis-mo.gov' <andersonke@stlouis-mo.gov>; Armstrong, Judy <armstrongju@stlouis-mo.gov>
> **Cc:** 'BEAUCHAMP, LISA R (ls2821@att.com)' <ls2821@att.com>; GANT, PATRICK J <pg9751@att.com>
> **Subject:** FW: 20140314-8368 Fire.pdf
> **Importance:** High
>
> Judy. Kelley. Ray; Sheri and Marilyn;
>
> Lisa can assist with renewals of the Maintenance agreements that we discussed. They have moved to Time & Materials. If you want to move them back to Maintenance. just reply and you will be covered while we address the paperwork and payment.
>
> These are the SOW's from last year.
>
> Lisa can draw up a renewal letter for all three, based on your new request.
>
> * Maintenance is typically billed in advance yearly.
> * If you anticipate replacing any of this equipment, you may want to go to quarterly or semi-annual billing. That way you do not pay for what you do not use.
> * This renewal term and payment preference can be documented in your renewal letter.
>
> Please reply with your preference so that we can take care of this request.
>
> Mary
>
> *Mary Harp*
> *AT&T*
> *Client Solutions Executive.*
> *State Local and Education*
> *618 219-0037*
> *mary.harp@att.com*
> Nation's Fastest Network*     Nation's Best Network.**
> *"Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019. **According to America's biggest test as announced by Global Wireless Solutions test fall*
> Helpful Maintenance Numbers:
> 888-613-6336  MIS/ IP Maintenance
> 800-332-1321  Legacy SBC
> 800-247-2020  Legacy BellSouth
> 800-828-1011  AT&T Local Service Tech Support
> 800-222-1006  Outage/ Service Troubles/ Service Assurance
> 800-335-5555  Advanced Toll Free Features

STL001878

**From:** Green, Darlene <greend@stlouis-mo.gov>
**Sent:** Wednesday, June 19, 2019 11:05 AM CDT
**To:** Ald. Lyda Krewson <krewsonL@stlouis-mo.gov>; Mayor Krewson <mayorkrewson@stlouis-mo.gov>; Stephen Conway <conways@stlouis-mo.gov>; Todd Waelterman <waeltermant@stlouis-mo.gov>; Denise Roberts <RobertsD@stlouis-mo.gov>; Addo, Koran <addok@stlouis-mo.gov>; Emily Thenhaus <thenhause@stlouis-mo.gov>; Cindy Riordan <riordanc@stlouis-mo.gov>; Sonja Pelli <pellis@stlouis-mo.gov>; Lewis Reed <ReedL@stlouis-mo.gov>; Shepard, Tom <ShepardT@stlouis-mo.gov>
**CC:** Beverly Fitzsimmons <FitzsimmonsB@stlouis-mo.gov>; James Garavaglia <GaravagliaJ@stlouis-mo.gov>; Judy Armstrong <armstrongju@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>; Stephanie Green <greenste@stlouis-mo.gov>; Tyson Pruitt <pruittt@stlouis-mo.gov>; Payne, Paul <PayneP@stlouis-mo.gov>; Michael Garvin <GarvinM@stlouis-mo.gov>; Thomas J. Ray <tray@armstrongteasdale.com>
**Subject:** BOARD OF E&A PROCEDURES
**Attachment(s):** "E&AProcedures.6.19.19.doc"

Please see the attached letter from Comptroller Darlene Green.


Thank you,
Chana Morton

On behalf of:
*Darlene Green*
COMPTROLLER
City of St. Louis
greend@stlouis-mo.gov

Office: 314-622-4389
fax: 314-622-4026

**STL001903**



**OFFICE OF THE COMPTROLLER**
CITY OF ST. LOUIS



**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

June 19, 2019

Mayor Lyda Krewson
Steve Conway
Todd Waelterman
Denise Roberts
Koran Addo
Emily Thenhaus
Cindy Riordan
Sonja Pelli
President Lewis Reed
Tom Shephard

**Via Email**

Dear All:

On Tuesday, June 18 the mayor's office bypassed the Board of Estimate and Apportionment (E&A) Secretary to post an addendum to the June 19 E&A agenda. This addendum was posted physically in City Hall and to the Comptroller's website without notifying the Comptroller's staff.

The mayor's office T.O. does not include E&A secretary and should not usurp the process or job duties thereof.

Article XVI, Section 1 of the City Charter states: "There shall be a board of estimate and apportionment which shall consist of the mayor, comptroller and president of the board of aldermen. It shall keep a record of its proceedings and appoint *an employee of the comptroller's office to act as secretary* without additional compensation."

As an employee of the Comptroller's office, the E&A Secretary has set up a process that includes procedures for receiving, processing and distributing materials related to proposed E&A agenda items. These procedures include a date for submittal in advance of a regular meeting, such that she can fulfill her necessary duties in assuring the items are complete, valid and correct to form.

Under no circumstances is an item for the agenda of E&A to be distributed outside of the E&A secretary's procedures.

An established process already exists enabling any of the three members of E&A to bring an item up to be added, discussed and voted on that is not part of the agenda assembled by the secretary; that standing item calls for "any additional items the E&A members wish to discuss."

*on the web: www.stlouis-mo.gov/comptroller*

STL001904

To post these items without the knowledge and permission of the E&A secretary, and to post them on the Comptroller's website without the knowledge and permission of Comptroller's webmaster, is a breach of security and an egregious violation of the trust that must exist between intragovernmental offices for the city government to function.

There is no legal reason or precedence established for the actions that were taken on June 18. These actions unnecessarily strain an already tenuous relationship.

We demand that the mayor's staff respect the professionalism of other offices' staff and operate within the established process to have agenda items added, deleted, or amended.

To be clear: no meetings, agendas or items for E&A are to be posted, altered or removed without the permission of the E&A secretary, and no materials may be posted to, altered or removed from the Comptroller's website without the permission of the Comptroller's webmaster.

Sincerely,

Darlene Green
COMPTROLLER

c:

Bev Fitzsimmons
Jim Garavaglia
Judy Armstrong
Kelley Anderson
Stephanie Green
Tyson Pruitt
Paul Payne
Michael Garvin
Tom Ray

STL001905

**From:** Green, Darlene <greend@stlouis-mo.gov>
**Sent:** Monday, July 22, 2019 10:54 AM CDT
**To:** NSS Help Desk NSS Help Desk NSS Help Desk <helpdesk@stlouis-mo.gov>
**CC:** Judy Armstrong <armstrongju@stlouis-mo.gov>; Morton, Chana <MortonC@stlouis-mo.gov>
**Subject:** Computer File Access - James Garavaglia

Good morning:

I would like to request access to James Garavaglia's computer files. Mr. Garavaglia is currently on leave and we need to be able to have access to all work-related files located on his computer (e.g. C, F, G drives).

I would like to grant access to these files to my Executive Assistant, Ms. Judy Armstrong. You can reach Ms. Armstrong by calling: 314-657-3409 or by emailing her at: Armstrongju@stlouis-mo.gov.

We thank you in advance for your assistance - please feel free to contact Ms. Armstrong or my assistant, Chana Morton, if you need any additional information.

Sincerely,
*Darlene Green*
COMPTROLLER
City of St. Louis
greend@stlouis-mo.gov

Office: 314-622-4389
fax: 314-622-4026

**STL001912**

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Thursday, October 31, 2019 3:15 PM CDT
**To:** Darlene Green <GreenD@stlouis-mo.gov>
**Subject:** Fwd: 20140314-8368 Fire.pdf. All 3 Maintenance agreements- presigned
**Attachment(s):** "Cty of St Louis CPE 20191015-6570 (ATT Signed).pdf"

This is the agreement for Fire Dept that needs to be signed.

Thanks,
Judy

**Judy L Armstrong | Fiscal Operations Support Manager**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

---------- Forwarded message ---------
From: **HARP, MARY L** <mh503u@att.com>
Date: Wed, Oct 16, 2019 at 11:50 AM
Subject: Fwd: 20140314-8368 Fire.pdf. All 3 Maintenance agreements- presigned
To: ArmstrongJu@stlouis-mo.gov <ArmstrongJu@stlouis-mo.gov>, Kelley Anderson <andersonke@stlouis-mo.gov>, Sheri
Cross <crosss@stlouis-mo.gov>, Marilyn Maxwell <maxwellm@stlouis-mo.gov>, Ray Gant <gantr@stlouis-mo.gov>

Judy, Kelley, Ray, Sheri, Marilyn,

There are the PRE-signed agreements for maintenance at the 3 sites you require renew. Please sign and return.

Mary Harp
618.219.0037

Sent from my iPhone

Begin forwarded message:

> **From:** "BEAUCHAMP, LISA R" <ls2821@att.com>
> **Date:** October 16, 2019 at 10:41:18 AM CDT
> **To:** "HARP, MARY L" <mh503u@att.com>
> **Subject: RE: 20140314-8368 Fire.pdf**
>
> Mary,
>
> Attached are the presigned SOWs for signature. The contract will be backdated to September. Please forward
> to the customer for signature.
>
> Lisa
>
> **From:** HARP, MARY L <mh503u@att.com>
> **Sent:** Thursday, October 10, 2019 1:26 PM
> **To:** BEAUCHAMP, LISA R <ls2821@att.com>
> **Subject:** FW: 20140314-8368 Fire.pdf
> **Importance:** High
>
> Lisa

STL001913

They are trying to find out if they need a new SOW, (like these), afterall.

If I do need these, yes, they'd need to be pre-signed and the contact would have to be changed.

I'll let you know.

**From:** HARP, MARY L
**Sent:** Thursday, October 10, 2019 11:52 AM
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Subject:** FW: 20140314-8368 Fire.pdf
**Importance:** High

**From:** HARP, MARY L
**Sent:** Tuesday, September 17, 2019 8:22 AM
**To:** 'gantr@stlouis-mo.gov' <gantr@stlouis-mo.gov>; 'Cross, Sheri' <crosss@stlouis-mo.gov>; 'Maxwell, Marilyn' <maxwellm@stlouis-mo.gov>; 'andersonke@stlouis-mo.gov' <andersonke@stlouis-mo.gov>; Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Cc:** 'BEAUCHAMP, LISA R (ls2821@att.com)' <ls2821@att.com>; GANT, PATRICK J <pg9751@att.com>
**Subject:** FW: 20140314-8368 Fire.pdf
**Importance:** High

Judy, Kelley, Ray, Sheri and Marilyn:

Lisa can assist with renewals of the Maintenance agreements that we discussed. They have moved to Time & Materials. If you want to move them back to Maintenance, just reply and you will be covered while we address the paperwork and payment.

These are the SOW's from last year.

Lisa can draw up a renewal letter for all three, based on your new request.

- Maintenance is typically billed in advance yearly.
- If you anticipate replacing any of this equipment, you may want to go to quarterly or semi-annual billing. That way you do not pay for what you do not use.
- This renewal term and payment preference can be documented in your renewal letter.

Please reply with your preference so that we can take care of this request.

Mary

STL001914

*Mary Harp*

*AT&T*

*Client Solutions Executive,*

*State Local and Education*

*618 219-0037*

*mary.harp@att.com*

**Nation's Fastest Network\***   **Nation's Best Network.\*\***

*\*Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019. \*\*According to America's biggest test as announced by Global Wireless Solutions last fall.*

**Helpful Maintenance Numbers:**

**888-613-6330  MIS/ IP Maintenance**

**800-332-1321  Legacy SBC**

**800-247-2020  Legacy BellSouth**

**800-829-1011  AT&T Local Service Tech Support**

**800-222-1000  Outage/ Service Troubles/ Service Assurance**

**800-325-5555  Advanced Toll Free Features**

**From:** BEAUCHAMP, LISA R
**Sent:** Tuesday, September 17, 2019 8:04 AM
**To:** maxwellm@stlouis-mo.gov; Garavaglia, James <garavagliaj@stlouis-mo.gov>
**Cc:** GANT, PATRICK J <pg9751@att.com>; HARP, MARY L <mh503u@att.com>; COOPER, DEBRA E <dc7254@att.com>
**Subject:** FW: 20140314-8368 Fire.pdf

Marilyn & Jim,

I am following up on the attached 3 maintenance agreements which are up for renewal this month. Can you please let me know how you want to proceed?

Lisa Beauchamp

Customer Contracts Specialist

AFO – Business Services

AT&T Technology and Operations

54 N Mill Street Pontiac, MI  48342

STL001915

**From:** Morton, Chana <mortonc@stlouis-mo.gov>
**Sent:** Monday, October 14, 2019 10:47 AM CDT
**To:** Boeckelmann, Bryan <boeckelmannb@stlouis-mo.gov>
**CC:** Swearngin, Aaron <swearngina@stlouis-mo.gov>; Armstrong, Judy <ArmstrongJU@stlouis-mo.gov>
**Subject:** Deputy Comptroller - Finance & Development

Good morning:

Our office would like to begin the process of filling the Deputy Comptroller of Finance and Development position, recently vacated by James Garavaglia's retirement.

In the fall of 2015, our office sent to Personnel a requisition and an official job description, but the Appointing Authority at that time did not leave a copy for our office.

Bryan, would it be possible to send either me or Judy Armstrong a copy of what was sent to Personnel for that position? Thank you, and I look forward to your response.

# Chana D. Morton

*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*

STL001920

## CITY OF ST. LOUIS
## (3026) DEPUTY COMPTROLLER
## INTERVIEW QUESTIONS

1. **Please begin our interview with a brief overview of your career and explain how it's prepared you for this Deputy Comptroller position.**

2. **What is the CAFR and can you describe critical sections of it? (Accounting Candidates)**

   *The candidate should articulate that the CAFR is the Comprehensive Annual Financial Report. It is a set of U.S. government financial statements comprising the financial report of a state, municipal or other governmental entity that complies with the accounting requirements promulgated by the Governmental Accounting Standards Board (GASB). Critical sections include the following:*
   - *Independent Auditors' Report*
   - *Management Discussion and Analysis*
   - *Basic Financial Statements*
     - *Government-wide Financial Statements*
     - *Fund Financial Statements*
     - *Notes*
   - *Required Supplementary Information*

3. **The Comptroller's Office is implementing a new Financial Module. Have you ever been involved in a new system implementation? How would you lead a team through such a change?**

   *Candidate should indicate that they have been involved in a new system implementation in a leadership role.*

   *Candidate should indicate that as a leader you should be the first to embrace change to set the tone and example for others. In addition, change should be approached in a positive manner in all communications. Candidate should be prepared to listen to concerns and answer questions to help others through transition.*

# CITY OF ST. LOUIS
# (2369) DEPUTY COMPTROLLER
# INTERVIEW QUESTIONS

**4. How would previous co-workers describe you?**

*Looking for a response that indicates the candidate is enthusiastic, has the technical accounting and/or finance skills and is leader who is dedicated and works well with others and puts in the time and focus to get the job done with few distractions.*

**5. How do you handle stressful situations and working under pressure?**

*The candidate should indicate that they have experience working under pressure and in stressful situations and have excelled in these situations. Looking for the candidate to walk us through how they handle these situations in a positive and constructive manner.*

**6. What are the most important values you demonstrate as a leader?**

*There is no one correct answer, but the candidate should answer thoughtfully and clearly articulate leadership values such as honesty, integrity and trust.*

**7. How do you get others to accept your ideas?**

*Candidate should indicate that they focus on the benefits of the idea and how to apply it, but at the same time stay open to other thoughts and can adjust ideas in a way that all can agree. Key is to emphasize buy in from others as opposed to dictates.*

**8. How do you go about resolving conflict?**

*Candidate should indicate that they listen to both sides and try to understand where each side is coming from to find common ground.*

8. What are some steps you can take to ensure City doesn't go over its legal appropriation each year?
- Revenue projections
- Cash Flow Analysis
- Cut off expenditures,

**9. What makes you unique? In other words what can you do for the City that sets you apart from other candidates?**

*The candidate should be able to confidently describe the traits, skills and experiences that will set them apart from other candidates. Looking for someone that not only has and can articulate the technical accounting and/or finance skills but leadership, communication, managerial and organizational skills that it will take to succeed in this job.*

**10. OVERALL EVALUATION**

Base this score on how clearly and concisely the candidate responds to the questions throughout the entire interview and weigh all aspects of the candidate's qualifications for the Deputy Comptroller position, including their educational achievement, previous employment experience, and any additional special skills or professional certifications.

STL001926

FORM (ML REV.11/17)

STL001929

**CITY OF SAINT LOUIS**

# EMPLOYMENT
# APPLICATION

**DEPARTMENT OF PERSONNEL**

THE CITY OF ST. LOUIS DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, NATIONAL ORIGIN, ANCESTRY, RELIGION, AGE, DISABILITY, SEX OR SEXUAL ORIENTATION, GENDER IDENTITY OR EXPRESSION, GENETIC INFORMATION, MARITAL STATUS OR RETALIATION

THE CITY OF SAINT LOUIS IS AN EQUAL OPPORTUNITY EMPLOYER

**GENERAL INSTRUCTIONS:**
A. Print clearly or type/write information.   B. A separate application must be filed for each position in which you are interested.
C. Notify the Department of Personnel of any change in your mailing address
D. Give complete answers to all questions. You must be able to substantiate any statement made on this form.
E. Return completed application to the City of St. Louis, Department of Personnel, 1114 Market Street, Room 700, St. Louis, MO 63101.
F. You may also file applications electronically. Visit the City web site at http://stlouis-mo.gov

1. EXACT TITLE of Position for which you are applying: **DEPUTY COMPTROLLER**
   (See examination announcement)

2. LAST NAME **Kenner**   FIRST **LaTunia**   MIDDLE **DeChelle**   SOCIAL SECURITY NUMBER

3. ADDRESS NUMBER/STREET   CITY **St. Louis**   STATE **Mo**   ZIP CODE **63104**

   E-MAIL **Kenner@stlouis-mo.gov**   ALTERNATE E-MAIL

4. DATE OF BIRTH **07/11/65**   TELEPHONE NUMBER **(314) 657-3422 (work)**   SECONDARY / TELEPHONE NUMBER **(cell)**

6. Have you ever been employed by the City of St. Louis in either a Civil Service position or a federally funded program? ☑ Yes  ☐ No
   If yes, please be sure to list the employment under EMPLOYMENT HISTORY (page 2).

7. Are you a City of St. Louis resident or are you willing to move into the City within 120 days of completion of the initial working test
   period?  ☑ Yes  ☐ No

8. Applicants for positions which require residency in the City of St. Louis will not be examined unless they are willing to move into the
   City within the allotted time. See examination announcement for additional information regarding the residency requirement.

   If you are already a City resident, how long have you continuously lived in the City of St. Louis as of the date of submission
   of this application? **30 years**

9. Do you have any physical or mental impairment which will require an accommodation in the examining process?  ☐ Yes  ☑ No
   If yes, explain under "REMARKS" (page 4).

10. Are you a citizen of the United States?  ☑ Yes  ☐ No   If no, do you have permanent resident status?  ☐ Yes  ☐ No
    Proof of permanent resident status will be required.

11. Have you ever served in the armed forces?  ☐ Yes  ☑ No   If yes, complete the following:
    Branch of service (check):  ☐ Army  ☐ Coast Guard  ☐ Marine Corps  ☐ Navy  ☐ Air Force
    Dates of service:  Entered _____   Discharged _____   Type of discharge _____

12. If you are applying for a position which requires a professional license, certificate, or registration, including driver's license,
    complete the following:
    What kind of license or certificate do you have? **N/A**   Number _____
    Where issued _____   Class of license _____   Expiration date _____

    DO NOT WRITE BELOW THIS LINE

| FOR OFFICE USE ONLY | EXAM No. | AC/INC. | ACC. | REJ. | REMARKS |
|---|---|---|---|---|---|
| | P 3026 | | | | |

Page 1 Continue on next page.

---

16. **EDUCATIONAL/TRAINING HISTORY**

Give your complete educational history below. If there is an educational requirement on the examination announcement, proof of the
education must be submitted at the time requested

High School (Circle last grade completed): 1  2  3  ④  Did you graduate? ☑ Yes  ☐ No   Year **1979** To **1983**

Name of high school **Lutheran North High School**   Date of attendance From **1979** To **1983**

Location of high school **St. Louis County**

High School Equivalence Certificate (G.E.D.)? ☐ Yes  ☐ No   Year **N/A**

College and University (undergraduate, graduate, professional)

| NAME and LOCATION | FROM Mo Yr | TO Mo Yr | TOTAL SEMESTER HOURS | MAJOR | DEGREE and DATE RECEIVED |
|---|---|---|---|---|---|
| St. Louis University | 9 83 | 6 88 | 120 | Accounting | B.S. 9/88 |
| Webster University | 9 91 | 6 96 | 30 | Finance | B.A. 6/96 |

Indicate the number of semester hours of college credit you have in each of the subject matter areas which are most related to this
position.

| SUBJECT | HOURS | SUBJECT | HOURS | SUBJECT | HOURS |
|---|---|---|---|---|---|
| Accounting | 36+ | Finance | 30+ | | |

Special education/training (business, trade, service schools, internships, residences, etc.)

| NAME and LOCATION | FROM Mo Yr | TO Mo Yr | Check FULL TIME | PART TIME | LIST SUBJECTS AND HOURS COMPLETED | DATE GRADUATED |
|---|---|---|---|---|---|---|
| | | | | | | |

17. Do you read/write/speak fluently any languages other than English?  ☐ Yes  ☑ No
    If yes, please identify which language(s)

18. If you were referred to this position by a City employee, please state the name and department of the individual:
    Name _____   Department _____

19. **REMARKS**

If more space is needed attach additional full sheets with your name and position title listed on each sheet

**AUTHORIZATION FOR RELEASE:** I hereby authorize the City of St. Louis to make such investigations and inquiries as to my
character, employment record and conviction record, medical history and/or matters as may be deemed necessary in arriving at
an employment decision. I hereby release employers, schools, law enforcement agencies and persons from all liability for any
damage whatsoever that may ensue from furnishing the same to the City of St. Louis.

**CERTIFICATE OF APPLICANT: (Read carefully before signing.)**
I certify that all answers and statements herein contained are true to the best of my knowledge and belief. I understand that any
misstatement or omission of material fact will subject me to disqualification or dismissal. I approve the above authorization for
release. Before signing, please check to insure that all questions have been answered in a thorough manner. Remember, an
incomplete application may result in the application being rejected or delayed, which could result in a lost job opportunity.

Date **11-7-19**   Signature _____

**APPLICATIONS NOT SIGNED WILL NOT BE ACCEPTED.**

Page 4



LAST NAME: Kramer  FIRST: LaTauria  MIDDLE: DeChelle

SOCIAL SECURITY NUMBER: 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

13. Do you have any objections to having your present employer contacted regarding your qualifications? ☐ Yes ☑ No

14. Availability.
A. Are you willing to accept employment at the following locations? Downtown ☑ Yes ☐ No  Airport ☑ Yes ☐ No

B. Are you willing to work the following shifts? Day Shift: ☑ Yes ☐ No  Evening Shift: ☑ Yes ☐ No  Weekends ☑ Yes ☐ No
Night Shift: ☑ Yes ☐ No  Rotating Shift: ☐ Yes ☑ No
Not all positions require shift work.

15. EMPLOYMENT HISTORY
A. PLEASE BE COMPLETE. You can be credited only with the education and experience shown on this application and any supplementary form.
B. Start with your present employment (or if unemployed, your most recent employment) and list your employment record.
C. If you held more than one job for the same employer, list each job as a separate period of employment.
NOTE: This section of the application must be complete even though the applicant may elect to attach additional material, e.g., resume, vita or addendum. An incomplete application may result in the application being rejected or delayed, which could result in a lost job opportunity. Therefore, please check to insure that each item has been completed.

**Present or Most Recent Employment**

Date employed: 7 Mo. 2008 Yr.
Date separated: Mo. 2019 Yr.
Number of hours worked per week: 40
Total length of time employed: 5 Yrs. Mos.
Salary Starting: Final:

Job Title: Interim Comptroller
Name and Address of Employer: City of St. Louis 1520 Market St. Louis, MO 63103
Phone Number: (314) 657-3422
Kind of business: government
Name and title of supervisor: Darlene Green, Comptroller

Number and Title of Employees you supervised, if any: 9 - Fiscal
Reason for Leaving (check one): Adjunct Clerk Typist and Financial Analyst
☐ Resignation ☐ Layoff ☐ Dismissed/Terminated (explain) ☑ Other (Explain)

Description of duties: Describe your duties and responsibilities in detail, (including equipment, materials and tools used, if any).
Coordinate with financial advisors, bond attorneys, other professionals to complete lease-purchase transactions, new money debt, and refinancings to finance major economic development projects. See attached resume for specific duties.

**Next Most Recent Employment**

Date employed: Mo. 2008 Yr.
Date separated: Mo. 2019 Yr.
Number of hours worked per week: 40
Total length of time employed: 11 Yrs. Mos.
Salary Starting: Final:

Job Title: Accounting Manager II
Name and Address of Employer: City of St. Louis 1114 Market St. Louis, MO 63103
Phone Number: ( )
Kind of business:
Name and title of supervisor: John Zakibe, Deputy Comptroller, Fiscal

Number and Title of Employees you supervised, if any: 9 - Acct. Technician, Acct. Supervisor
Reason for Leaving (check one):
☐ Resignation ☐ Layoff ☐ Dismissed/Terminated (explain) ☑ Other (Explain)

Description of duties: Describe your duties and responsibilities in detail, (including equipment, materials and tools used, if any).
Responsible for preparation of A-133 audit and the Schedule of Expenditures for Federal Awards. See attached resume for specific duties.

Page 2 Continue on next page.

---

**Next Most Recent Employment**

Date employed: 10 Mo. 1996 Yr.
Date separated: 5 Mo. 1998 Yr.
Number of hours worked per week: 40
Total length of time employed: Yrs. 8 Mos.
Salary Starting: Final:

Job Title: Fiscal Executive
Name and Address of Employer: Airport, Lambert-St. Louis Airport
Phone Number: ( ) 890-1835
Kind of business: Airport
Name and title of supervisor: Brizo, Deputy Comptroller
John Zakibe, Fiscal Manager

Number and Title of Employees you supervised, if any: 1 - Secretary
Reason for Leaving (check one):
☐ Resignation ☐ Layoff ☐ Dismissed/Terminated (explain) ☑ Other (Explain)

Description of duties: Describe your duties and responsibilities in detail, (including equipment, materials and tools used, if any). Project Management and Comptroller's liaison after the WW Passenger Facilities charge program. Developed an electronic payment system to electronically transmit vouchers for payments. Established bid due dates for contract payments to assist subcontractors payment within 15 days. See attached resume for specific duties.

**Next Most Recent Employment**

Date employed: 5 Mo. 1996 Yr.
Date separated: Mo. 1998 Yr.
Number of hours worked per week: 40
Total length of time employed: Yrs. 8 Mos.
Salary Starting: Final:

Job Title: Fiscal Executive
Name and Address of Employer: City of St. Louis 1200 Market St. Louis, MO 63103
Phone Number: ( )
Kind of business: government
Name and title of supervisor: Darlene Green, Comptroller

Number and Title of Employees you supervised, if any: See attached resume for specific duties.
Reason for Leaving (check one):
☐ Resignation ☐ Layoff ☐ Dismissed/Terminated (explain) ☑ Other (Explain)

Description of duties: Describe your duties and responsibilities in detail, (including equipment, materials and tools used, if any). Served as Chief of Audit for administration. See attached resume for specific duties.

**Next Most Recent Employment**

Date employed: 12 Mo. 1989 Yr.
Date separated: 5 Mo. 1996 Yr.
Number of hours worked per week: 40
Total length of time employed: 6 Yrs. Mos.
Salary Starting: Final:

Job Title: Accounting Mgr.
Name and Address of Employer: St. Louis Public Library 1301 Olive Street St. Louis, MO 63103
Phone Number: ( )
Kind of business: Library
Name and title of supervisor: LaDonna Striver, Accounting Manager

Number and Title of Employees you supervised, if any: 4 - Acct. Clerk
Reason for Leaving (check one):
☐ Resignation ☐ Layoff ☐ Dismissed/Terminated (explain) ☑ Other (Explain)

Description of duties: Describe your duties and responsibilities in detail, (including equipment, materials and tools used, if any). Responsible for review of account payable, receivable and cash receipts journal, bank reconciliation, and review of specific duties.

HAVE YOU EVER BEEN DISMISSED OR FORCED TO RESIGN FROM ANY POSITION OTHER THAN THOSE LISTED ABOVE? ☐ Yes ☑ No  If the answer is yes,
please explain under REMARKS (page 4).

If more space is needed to adequately describe your experience, attach additional full sheets with your name and position title on each sheet using the same
format as above.

Page 3 Continue on next page.

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Wednesday, June 19, 2019 11:33 AM CDT
**To:** Eunetter Steele <steelee@stlouis-mo.gov>
**Subject:** Fwd: BOARD OF E&A PROCEDURES
**Attachment(s):** "E&AProcedures.6.19.19.doc"

Eunetter,

Would you file this letter please?

Thanks,
Judy

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

————— Forwarded message ———
From: **Green, Darlene** <greend@stlouis-mo.gov>
Date: Wed, Jun 19, 2019 at 11:05 AM
Subject: BOARD OF E&A PROCEDURES
To: Ald. Lyda Krewson <krewsonL@stlouis-mo.gov>, Mayor Krewson <mayorkrewson@stlouis-mo.gov>, Stephen Conway <conways@stlouis-mo.gov>, Todd Waelterman <waeltermant@stlouis-mo.gov>, Denise Roberts <RobertsD@stlouis-mo.gov>, Addo, Koran <addok@stlouis-mo.gov>, Emily Thenhaus <thenhause@stlouis-mo.gov>, Cindy Riordan <riordanc@stlouis-mo.gov>, Sonja Pelli <pellis@stlouis-mo.gov>, Lewis Reed <ReedL@stlouis-mo.gov>, Shepard, Tom <ShepardT@stlouis-mo.gov>
Cc: Beverly Fitzsimmons <FitzsimmonsB@stlouis-mo.gov>, James Garavaglia <GaravagliaJ@stlouis-mo.gov>, Judy Armstrong <armstrongju@stlouis-mo.gov>, Kelley Anderson <andersonke@stlouis-mo.gov>, Stephanie Green <greenste@stlouis-mo.gov>, Tyson Pruitt <pruittt@stlouis-mo.gov>, Payne, Paul <PayneP@stlouis-mo.gov>, Michael Garvin <GarvinM@stlouis-mo.gov>, Thomas J. Ray <tray@armstrongteasdale.com>

Please see the attached letter from Comptroller Darlene Green.

Thank you,
Chana Morton

On behalf of:
*Darlene Green*
COMPTROLLER
City of St. Louis
greend@stlouis-mo.gov

Office: 314-622-4389
fax: 314-622-4026

STL001937



# OFFICE OF THE COMPTROLLER
## CITY OF ST. LOUIS



DARLENE GREEN
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

June 19, 2019

Mayor Lyda Krewson
Steve Conway
Todd Waelterman
Denise Roberts
Koran Addo
Emily Thenhaus
Cindy Riordan
Sonja Pelli
President Lewis Reed
Tom Shephard

Via Email

Dear All:

On Tuesday, June 18 the mayor's office bypassed the Board of Estimate and Apportionment (E&A) Secretary to post an addendum to the June 19 E&A agenda. This addendum was posted physically in City Hall and to the Comptroller's website without notifying the Comptroller's staff.

The mayor's office T.O. does not include E&A secretary and should not usurp the process or job duties thereof.

Article XVI, Section 1 of the City Charter states: "There shall be a board of estimate and apportionment which shall consist of the mayor, comptroller and president of the board of aldermen. It shall keep a record of its proceedings and appoint *an employee of the comptroller's office to act as secretary* without additional compensation."

As an employee of the Comptroller's office, the E&A Secretary has set up a process that includes procedures for receiving, processing and distributing materials related to proposed E&A agenda items. These procedures include a date for submittal in advance of a regular meeting, such that she can fulfill her necessary duties in assuring the items are complete, valid and correct to form.

Under no circumstances is an item for the agenda of E&A to be distributed outside of the E&A secretary's procedures.

An established process already exists enabling any of the three members of E&A to bring an item up to be added, discussed and voted on that is not part of the agenda assembled by the secretary; that standing item calls for "any additional items the E&A members wish to discuss."

*on the web: www.stlouis-mo.gov/comptroller*

STL001938

To post these items without the knowledge and permission of the E&A secretary, and to post them on the Comptroller's website without the knowledge and permission of Comptroller's webmaster, is a breach of security and an egregious violation of the trust that must exist between intragovernmental offices for the city government to function.

There is no legal reason or precedence established for the actions that were taken on June 18. These actions unnecessarily strain an already tenuous relationship.

We demand that the mayor's staff respect the professionalism of other offices' staff and operate within the established process to have agenda items added, deleted, or amended.

To be clear: no meetings, agendas or items for E&A are to be posted, altered or removed without the permission of the E&A secretary, and no materials may be posted to, altered or removed from the Comptroller's website without the permission of the Comptroller's webmaster.

Sincerely,

Darlene Green
COMPTROLLER

c:

Bev Fitzsimmons
Jim Garavaglia
Judy Armstrong
Kelley Anderson
Stephanie Green
Tyson Pruitt
Paul Payne
Michael Garvin
Tom Ray

STL001939



Privileged

---------- Forwarded message ----------
From: **Green, Darlene** <greend@stlouis-mo.gov>
Date: Sat, Jun 29, 2019 at 12:27 PM
Subject: Phone Call Today
To: Frank, Richard <FrankR@stlouis-mo.gov>

Good afternoon Mr. Frank – we apologize for disturbing your weekend. Do you have a minute to call our office? We are working today and just have a quick question.

Thank you,

Chana Morton

On behalf of:
*Darlene Green*
COMPTROLLER
City of St. Louis
greend@stlouis-mo.gov

Office: 314-622-4389
fax: 314-622-4026

STL001940



## YAY!!! AT&T: We have approved your account adjustment for the billing claim request 4875802

1 message

**HARP, MARY L** <mh503u@att.com>                                                                Fri, Sep 6, 2019 at 4:37 PM
To: "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>, "Armstrong, Judy" <armstrongju@stlouis-mo.gov>

Judy and Kelley

This is confirmation that the first Release & Settlement has been processed.

The $200,000 also resulted in an additional credit of $23,357.00 in taxes for a total of $223,357.00.

You will see this on the September 27th invoice.

I forwarded the 2nd Release & Settlement this week.  Please help me get that one processed, as well.

Thanks.

Mary Harp


Mary Harp

AT&T

Client Solutions Executive,

State Local and Education

618 219-0037

mary.harp@att.com

Nation's Fastest Network       Nation's Best Network.

*Based on analysis by Ookla* of Speedtest Intelligence* data average download speeds for Q1 2019. ** According to America's biggest test as announced by Global Wireless Solutions last fall.

Helpful Maintenance Numbers:

888-613-5290  MIS/ IP Maintenance

800-332-1321  Legacy SBC

800-247-2020  Legacy BellSouth

800-829-1011  AT&T Local Service Tech Support

800-222-1000  Outage/ Service Troubles/ Service Assurance

800-325-5555  Advanced Toll Free Features

**From:** AT&T Global Billing Resolution Team [mailto:DoNotReply@dtsdisputes.att-mail.com]
**Sent:** Friday, September 06, 2019 3:05 PM
**To:** HARP, MARY L <mh503u@att.com>
**Subject:** AT&T: We have approved your account adjustment for the billing claim request 4875802

# We've credited $200,000.00 to your account.

### Dispute Tracking Number: 4875802

### Request Tracking Number: 070919SM008B01AZ

### Account Number: 314A793006600

September 6, 2019

City Of St Louis
Mary Harp

Dear Mary Harp,

We've completed our investigation of claim 4875802 and have approved a credit adjustment to your account 314A793006600 for $200,000.00 before taxes. You'll see this credit applied on your invoice within two billing cycles.

An adjustment of $200000.00 plus $23357.00 in taxes to total $223357 00 was applied to account 314 622-4005-602 today. As this adjustment will post overnight, it will reflect on the customers September 27th consolidated bill 314A79-3006-600.

If you have questions about this action, contact us by email AT&T Global Resolution Team and reference dispute tracking number 4875802 to help us locate your claim details.

Thank you for using AT&T.

Sincerely,

Anna Dupont
AT&T Global Billing Resolution Team

---

Note: Payment of the non-disputed amount is required if you have not already done so. If permitted by law and by terms of service with AT&T, a late payment charge will be assessed on any past due amount determined to be accurate at the time of claim resolution.

You may receive a customer satisfaction survey to provide us with information about your level of satisfaction with your claim experience. We want to make the claim process a good customer experience and we hope to earn a rating of Very Satisfied from you.

©2016 AT&T Intellectual Property. All rights reserved. AT&T Globe logo and Mobilizing Your World and other marks are the trademarks of AT&T Intellectual Property. All other marks are the property of their respective owners.

Privacy Policy | Terms of Use

**3 attachments**

ATT00001.bin
3K



## FW: 314 A01 0085 212 City of St. Louis Parks Dept

1 message

---

**HARP, MARY L <mh503u@att.com>**
To: "hayesga@stlouis-mo.gov" <hayesga@stlouis-mo.gov>, "ArmstrongJu@stlouis-mo.gov" <ArmstrongJu@stlouis-mo.gov>, "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>, "s Sheri" <crosss@stlouis-mo.gov>, "Capraro, Emma" <capraroe@stlouis-mo.gov>
Cc: "BROADWAY, NICOLE" <nb0275@att.com>, "FORD, KEVIN" <kf572w@att.com>

Re-sending. I had Greg's email address wrong. Please follow up on this email.

**From:** HARP, MARY L
**Sent:** Wednesday, July 10, 2019 3:30 PM
**To:** "hayesga@stlouis-mo.gov" <hayesga@stlouis-mo.gov>, "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>, "ArmstrongJu@stlouis-mo.gov" <ArmstrongJu@stlouis-mo.gov>, "C mo.gov" <crosss@stlouis-mo.gov>, "Capraro, Emma" <capraroe@stlouis-mo.gov>
**Cc:** "BROADWAY, NICOLE ( <b.0275@att.com)" <nb0275@att.com >, "FORD, KEVIN (kf572w@att.com)" <kf572w@att.com>
**Subject:** 314 A01 0085 212 City of St. Louis Parks Dept
**Importance:** High

Greg,

Thank you, Judy, Kelley, Sheri, Tyler, and Emma for meeting with us today so that we can work through the issues with the contracts and billing.

I wanted to recap the elements of our discussion:

Our discussion today was predominately about 314 289 5200 802 which is the account that has your PRI and a good number of POTS (plain old telephone lines). The account rolls up to 314

We understand that you had a meeting in February of 2018 with AT&T and you requested assistance with bringing these lines under contract. Sometime after that meeting, it was decided th

I sincerely want to work with the City to resolve this and build a great working relationship.

### FROM YOUR CONSOLIDATED ACCOUNT: June 1, 2019 (this is not the most current)

- City of St. Louis Parks Dept, through June 1, 2019 invoicing, had a Total Amount Due of $419,240.47 on this consolidated account.   $ 419,240.47

    o Through the June 1, 2019 bill date, the total in Late Fees charged was $71,949.54.

        • We have submitted a request to adjust those late fees from the total.                    - $ 71,949.54

        • Pending Total Amount Due through June 1, 2019                                             $34

- Over the period of time below, the total for "Current Charges" billed was $1,133,240.65.

    | | | |
    |---|---|---|
    | o The total amount paid on the Current Charges: | - 805,439.24 | |
    | o The total amount of missing payments: | | $ 331,701.41 |
    | o Less the Late Fee Charges: | | - 71,946.54 |
    | o Through June 1, 2019 shortfall in payments: | | $ 259,751.87 |

** The "Current Charges" for these accounts is running approximately $18,500 per month.  This represents approximately 14 months of payments.  The chart below shows that

- Greg Hayes requested that $140,000 from 2019 funding could be paid on the – account balance (through June 1, 2019 billing) of $259,751.87.

    o This would bring the amount due through June 2019 (with the adjustment of late fees) to ~ $119,751.87

### HOW TO TACKLE THE REMAINING BALANCE: $119,751.87

- Nicole Broadway, SM AT&T, offered to request – approximately ½ of the invoiced amount for 6 months as a goodwill credit, in an effort to bring resolution. This would bring the $119,751

    o July current charges are:  $21,395.25.  Emma would pay Current Charges in an effort to make up the $89,751.87

        i There is a late fee charge in the July bill. We will continue to request credits for those late fees but this should help to reduce the $89,751.87 balance within 3-6 mo

    o AT&T will send a new PRI pricing schedule with the City of St. Louis Master Agreement, requesting new rates that will be in excess of $2,500 less per month than the curre

        i We will request language that allows the City to migrate to the Hosted Voice Service that is being proposed, without Early Termination Fees. Therefore, the Parks [ of ETF's.

o AT&T will send a new BLC (Business Local Calling) pricing schedule along with the Master Agreement, to further reduce the monthly recurring charges on the BLC lines.

• We expect to have the new pricing schedules within the next 10 days. Within 30 days of signature, we will be able to implement these new contract rates. The earlier this happens in you, you budgeted expenses.

The Monthly Invoices will continue to be a little frightening until all the adjustments, pricing schedule implementations, and payments are posted. We will work with the City Parks Dept. to ma

I hope this summary is in line with what you heard today. The very tiny printout is pasted below for your zooming pleasure. Please note that all of these numbers are ~estimates until they act

I look forward to working with you.

Mary Harp

Mary Harp
AT&T
Client Solutions Executive,
State Local and Education
618 239-0037
mary.harp@att.com
Nation's Fastest Network*  Nation's Best Network.**

*Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019. **According to America's biggest test as announced by Global Wireless Solutions.

** Judy, Sheri and Kelley, I will follow up in a separate email about the other bills you brought to the meeting.

**AT&T BILL RECONCILIATION FORM**

| Cust Name | Acct Number | Inv Date | Prev Bill | Payments | Adjustments | Past Due | Current Chgs | Total Due | Late Fees | Pmt Adj Detail |
|---|---|---|---|---|---|---|---|---|---|---|
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2013 | $14,569.52 | | $159.91 | $6,556.42 | $8,173.02 | $14,729.44 | $159.91 | 1. 5-30 Payment 8,193.01 |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2013 | $14,729.44 | | $84.72 | $3,473.68 | $9,095.39 | $12,569.07 | $84.72 | 1. 7-22 Payment 11,340.48 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2013 | $12,569.07 | | $86.84 | $3,560.52 | $9,069.78 | $12,630.30 | $86.84 | 1. 8-24 Payment 9,095.39 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2013 | $12,630.30 | | $190.76 | $7,821.06 | $9,071.03 | $16,892.09 | $190.76 | 1. 9-10 Payment 5,000.00 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2013 | $16,892.09 | | $195.56 | $8,017.87 | $9,066.73 | $17,084.60 | $195.56 | 1. 10-07 Payment 9,069.78 |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2013 | $17,084.60 | | $0.00 | $0.00 | $10,252.44 | $9,199.28 | $0.00 | 1. 10-25 Payment 9,071.03 |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2014 | $9,199.28 | $0.00 | $229.98 | $9,429.26 | $10,006.74 | $19,436.00 | $229.98 | 1. 1-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2014 | $19,436.00 | | $229.59 | $9,413.15 | $10,002.86 | $19,416.01 | $229.59 | 1. 1-20 Payment 10,252.44 |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2014 | $19,416.01 | | $235.23 | $9,644.50 | $10,088.99 | $19,733.49 | $235.23 | 1. 2-04 Payment 10,006.74 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2014 | $19,733.49 | $0.00 | $493.34 | $20,226.83 | $10,135.99 | $30,362.82 | $493.34 | 1. 4-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2014 | $30,362.82 | | $256.77 | $10,527.74 | $9,908.58 | $20,436.32 | $256.77 | 1. 4-14 Payment 20,091.85 |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2014 | $20,436.32 | $0.00 | $510.91 | $20,947.23 | $10,725.44 | $31,672.67 | $510.91 | 1. 6-01 Late paymentcharg |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2014 | $31,672.67 | | $290.70 | $11,918.80 | $10,725.66 | $22,644.46 | $290.70 | 1. 6-09 Payment 20,044.57 |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2014 | $22,644.46 | | $29.83 | $1,223.19 | $11,541.76 | $12,764.95 | $29.83 | 1. 8-01 Payment 21,451.10 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2014 | $12,764.95 | | $30.56 | $1,253.77 | $11,175.09 | $12,428.86 | $30.56 | 1. 8-23 Payment 11,541.76 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2014 | $12,428.86 | | $31.34 | $1,285.11 | $11,449.16 | $12,734.27 | $31.34 | 1. 9-29 Payment 11,175.09 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2014 | $12,734.27 | | $32.13 | $1,317.24 | $11,299.95 | $12,617.19 | $32.13 | 1. 10-30 Payment 11,449.1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2014 | $12,617.19 | | $32.93 | $1,350.17 | $11,279.97 | $12,630.14 | $32.93 | 1. 11-29 Payment 11,299.9 |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2015 | $12,630.14 | $0.00 | $315.75 | $12,945.89 | $11,274.51 | $24,220.40 | $315.75 | 1. 1-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2015 | $24,220.40 | | $323.51 | $13,263.94 | $14,046.98 | $27,310.82 | $323.51 | 1. 1-10 Payment 11,279.97 |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2015 | $27,310.82 | | $400.91 | $16,437.22 | $12,994.17 | $29,431.39 | $400.91 | 1. 2-07 Payment 11,274.51 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2015 | $29,431.39 | $0.00 | $735.76 | $30,167.17 | $12,985.59 | $43,152.76 | $735.76 | 1. 4-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2015 | $43,152.76 | | $402.79 | $16,514.50 | $12,986.52 | $29,501.02 | $402.79 | 1. 4-04 Payment 27,041.00 |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2015 | $29,501.02 | | $412.89 | $16,928.32 | $12,995.57 | $29,923.89 | $412.89 | 1. 5-08 Payment 12,985.59 |
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2015 | $29,923.89 | | $0.00 | $16,937.37 | $13,004.36 | $29,941.73 | $0.00 | Payment Received 6-27 12 |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2015 | $29,941.73 | | $0.00 | $3,941.80 | $14,911.84 | $18,853.64 | $0.00 | 1. 7-27 Payment 25,999.93 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2015 | $18,853.64 | | $0.00 | $3,941.80 | $14,446.03 | $18,387.83 | $0.00 | Payment Received 8-22 14 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2015 | $18,387.83 | | $0.00 | $3,941.80 | $14,668.64 | $18,610.44 | $0.00 | Payment Received 9-28 14 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2015 | $18,610.44 | | $0.00 | $3,941.80 | $14,444.65 | $18,386.45 | $0.00 | Payment Received 10-26 1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2015 | $18,386.45 | $0.00 | $0.00 | $18,386.45 | $14,456.19 | $32,842.64 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2016 | $32,842.64 | | $0.00 | $18,397.99 | $14,667.51 | $33,065.50 | $0.00 | Payment Received 12-21 1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2016 | $33,065.50 | $0.00 | $47.06 | $33,112.56 | $16,772.64 | $49,885.20 | $47.06 | 1. 2-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2016 | $49,885.20 | | $52.35 | $35,481.36 | $16,493.14 | $51,974.50 | $52.35 | 1. 2-15 Payment 14,456.19 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2016 | $51,974.50 | | $106.15 | $37,413.14 | $17,898.31 | $55,311.45 | $106.15 | 1. 3-18 Payment 14,667.51 |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2016 | $55,311.45 | | $0.00 | $22,045.67 | $17,092.77 | $39,138.44 | $0.00 | 1. 5-02 Payment 33,265.78 |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2016 | $39,138.44 | $0.00 | $138.26 | $39,276.70 | $17,093.32 | $56,370.02 | $138.26 | 1. 6-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2016 | $56,370.02 | | $118.12 | $38,589.83 | $17,126.11 | $55,715.94 | $118.12 | 1. 6-18 Payment 17,898.31 |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2016 | $55,715.94 | | $0.00 | $4,403.74 | $17,838.53 | $22,242.27 | $0.00 | 1. 7-05 Payment 34,188.09 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2016 | $22,242.27 | | $0.00 | $4,403.74 | $17,562.02 | $21,965.76 | $0.00 | Payment Received 8-15 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2016 | $21,965.76 | | $0.00 | $4,403.74 | $17,590.44 | $21,994.18 | $0.00 | Payment Received 9-23 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2016 | $21,994.18 | | $0.00 | $4,403.74 | $17,578.91 | $21,982.65 | $0.00 | Payment Received 10-25 1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2016 | $21,982.65 | $0.00 | $0.00 | $21,982.65 | $17,580.51 | $39,563.16 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2017 | $39,563.16 | | $0.00 | $4,403.74 | $17,565.67 | $21,969.41 | $0.00 | 1. 12-09 Payment 17,578.9 |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2017 | $21,969.41 | | $0.00 | $4,403.74 | $17,565.55 | $21,969.29 | $0.00 | Payment Received 2-03 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2017 | $21,969.29 | | $0.00 | $4,403.74 | $18,041.04 | $22,444.78 | $0.00 | Payment Received 3-08 17 |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2017 | $22,444.78 | $0.00 | $0.00 | $22,444.78 | $17,950.49 | $40,395.27 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2017 | $40,395.27 | $0.00 | $148.23 | $40,543.50 | $17,950.65 | $58,494.15 | $148.23 | 1. 5-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2017 | $58,494.15 | | $145.97 | $40,699.08 | $18,156.76 | $58,755.84 | $145.97 | 1. 5-30 Payment 18,041.04 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2017 | $58,755.84 | $0.00 | $598.44 | $59,354.28 | $18,307.56 | $77,661.84 | $598.44 | 1. 7-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2017 | $77,661.84 | | $0.00 | $5,444.45 | $18,311.68 | $23,756.13 | $0.00 | 1. 7-10 Payment 35,753.07 |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2017 | $23,756.13 | | $0.00 | $5,444.45 | $18,330.83 | $23,775.28 | $0.00 | Payment Received 8-21 18 |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2017 | $23,775.28 | | $0.00 | $5,444.45 | $18,321.99 | $23,766.44 | $0.00 | Payment Received 9-28 18 |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2017 | $23,766.44 | $0.00 | $0.00 | $23,766.44 | $18,322.35 | $42,088.79 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2017 | $42,088.79 | | $0.00 | $5,444.45 | $18,324.82 | $23,769.27 | $0.00 | 1. 11-08 Payment 18,321.5 |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2018 | $23,769.27 | | $0.00 | $5,444.45 | $18,499.71 | $23,944.16 | $0.00 | Payment Received 12-26 1 |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2018 | $23,944.16 | $0.00 | $0.00 | $23,944.16 | $18,421.30 | $42,365.46 | $0.00 | |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2018 | $42,365.46 | $0.00 | $185.72 | $42,551.18 | $19,753.73 | $62,304.91 | $185.72 | 1. 3-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2018 | $62,304.91 | | $183.76 | $43,988.96 | $19,831.22 | $63,820.18 | $183.76 | 1. 3-10 Payment 18,499.71 |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2018 | $63,820.18 | $0.00 | $682.24 | $64,502.42 | $19,635.54 | $84,137.96 | $682.24 | 1. 5-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2018 | $84,137.96 | $0.00 | $1,182.62 | $85,320.58 | $19,625.47 | $104,946.05 | $1,182.62 | 1. 6-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 07/01/2018 | $104,946.05 | $0.00 | $1,690.56 | $106,636.61 | $19,796.61 | $126,433.22 | $1,690.56 | 1. 7-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 08/01/2018 | $126,433.22 | $0.00 | $2,210.77 | $128,643.99 | $20,133.60 | $148,777.59 | $2,210.77 | 1. 8-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 09/01/2018 | $148,777.59 | $0.00 | $2,747.94 | $151,525.53 | $20,410.74 | $171,936.27 | $2,747.94 | 1. 9-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 10/01/2018 | $171,936.27 | $0.00 | $3,306.55 | $175,242.82 | $20,432.18 | $195,675.00 | $3,306.55 | 1. 10-01 Late paymentchar |
| PARKS DEPT CITY OF STL | 314A010085212 | 11/01/2018 | $195,675.00 | $0.00 | $3,885.52 | $199,560.52 | $21,038.30 | $220,598.82 | $3,885.52 | 1. 11-01 Late paymentchar |
| PARKS DEPT CITY OF STL | 314A010085212 | 12/01/2018 | $220,598.82 | $0.00 | $4,478.99 | $225,077.81 | $22,347.96 | $247,425.77 | $4,478.99 | 1. 12-01 Late paymentchar |
| PARKS DEPT CITY OF STL | 314A010085212 | 01/01/2019 | $247,425.77 | $0.00 | $5,102.08 | $252,527.85 | $21,780.50 | $274,308.35 | $5,102.08 | 1. 1-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 02/01/2019 | $274,308.35 | $0.00 | $5,772.76 | $280,081.11 | $22,314.51 | $302,395.62 | $5,772.76 | 1. 2-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 03/01/2019 | $302,395.62 | $0.00 | $6,444.82 | $308,840.44 | $24,735.05 | $333,575.49 | $6,444.82 | 1. 3-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 04/01/2019 | $333,575.49 | $0.00 | $8,339.39 | $341,914.88 | $16,853.75 | $358,768.63 | $8,339.39 | 1. 4-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 05/01/2019 | $358,768.63 | $0.00 | $8,969.22 | $367,737.85 | $20,233.11 | $387,970.96 | $8,969.22 | 1. 5-01 Late paymentcharg |
| PARKS DEPT CITY OF STL | 314A010085212 | 06/01/2019 | $387,970.96 | $0.00 | $9,699.27 | $397,670.23 | $20,570.24 | $418,240.47 | $9,699.27 | 1. 6-01 Late paymentcharg |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $1,135,140.65 | | $71,949.54 |

approx    $314,495.07              $259,751.87

$18489.71 x 77

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Wednesday, July 10, 2019 4:33 PM CDT
**To:** Sonia Day <days@stlouis-mo.gov>
**Subject:** Fwd: Mail Addressed to James "Jim" Garavaglia

Sonia,

Sorry, I forgot to include you on this email.
Also, any other work related **correspondence** that you send here, please address to Eunetter until further notice.

Thanks,
Judy

---------- Forwarded message ----------
From: **Armstrong, Judy** <armstrongju@stlouis-mo.gov>
Date: Wed, Jul 10, 2019 at 9:51 AM
Subject: Mail Addressed to James "Jim" Garavaglia
To: Coleman, Ryan <ColemanR@stlouis-mo.gov>, Eunetter Steele <steelee@stlouis-mo.gov>, Kelley Anderson <andersonke@stlouis-mo.gov>, LaTaunia Kenner <kennerl@stlouis-mo.gov>, Marilyn Maxwell <MaxwellM@stlouis-mo.gov>, Marsha Veal <VealM@stlouis-mo.gov>, Ray Gant <GantR@stlouis-mo.gov>, Ross Vernell <vernellr@stlouis-mo.gov>, Allen Waters <watersa@stlouis-mo.gov>, Gail Boyce <BoyceG@stlouis-mo.gov>, Randall Anderson <AndersonR@stlouis-mo.gov>, Sheila Woods <woodss@stlouis-mo.gov>, Sheri Cross <crosss@stlouis-mo.gov>, Denise Peeples <PeeplesD@stlouis-mo.gov>, Valerie Clayton <ClaytonV@stlouis-mo.gov>, Tequila Sutton <suttont@stlouis-mo.gov>, Shelby Haywood <HaywoodS@stlouis-mo.gov>
Cc: Darlene Green <GreenD@stlouis-mo.gov>

Greetings,

As we proceed through this new phase in the Comptroller's Office, let us be respectful to each other. We all have a job to do and have been instructed by our superiors of those duties. If you have a problem with what has been instituted, please come and see me. So that all duties are maintained in a efficient and professional manner, it is imperative that one person is assigned to handling all of the mail and files of Mr. James "Jim" Garavaglia.

Ms. Eunetter Steele has been instructed to go through all mail addressed to Mr. James Garavaglia. She will then distribute it to the proper personnel for handling. If you sort mail that is placed in the bins, please give Eunetter any and all mail addressed to James Garavaglia.

Also, if you are aware of anything that Jim was responsible for, that is not being done, please let me know.

Thank you,

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

--------- Forwarded message ---------
From: **Byrd Sr., Dr. E. Anthony** <byrda@stlouis-mo.gov>
Date: Mon, Oct 7, 2019 at 2:28 PM
Subject: Separation - James Garavaglia
To: Judy Armstrong <armstrongju@stlouis-mo.gov>, Shalonda Covington <covingtons@stlouis-mo.gov>, Chana Morton <mortonc@stlouis-mo.gov>

Good Afternoon,

On this afternoon I will be returning the separation paperwork regarding James Garavaglia. The reason for this is all retirements, resignations and leaves require the signature of the employee on the Employee Status Form. The employee should be instructed to come in to sign the employee status form or submit a letter that is dated and signed by the employee. Once this has been done you may resubmit for further review and final approval.

**Respectfully,**

**E. Anthony Byrd Sr., D.Min** | Payroll Specialist III / Notary public
City of St. Louis | Department of Personnel
(314) 641 - 8485 Office | (314) 622 - 3244 Fax

CONFIDENTIALITY NOTICE: This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain confidential and privileged information protected by law. If you received this email in error, any review, use, dissemination, distribution, or copying of the email is strictly prohibited. Please notify the sender immediately by return email and delete all copies from your system.

--
Shalonda Covington
Payroll Specialist
(314) 622-3265

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Friday, August 23, 2019 1:31 PM CDT
**To:** Lynn Crawford <CrawfordL@stlouis-mo.gov>
**Subject:** Fwd: Waste Management Service Agreement
**Attachment(s):** "WM 2019 signature page.pdf"

Lynn,

This was the person I had spoken with.

Judy

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

---------- Forwarded message ---------
From: **Armstrong, Judy** <armstrongju@stlouis-mo.gov>
Date: Thu, Jul 25, 2019 at 5:33 PM
Subject: Re: Waste Management Service Agreement
To: Spirovski, Tony <tspirovs@wm.com>

Good evening Tony,

The City of St. Louis has to rebid this contract. James Garavaglia, was not
an authorized signature. I have started the process by getting approved for
an emergency extension of four months from July 1, 2019 - October 31, 2019.
For the amendment of the extension I had to have a tax clearance form from
the Collector of Revenue and the License Collector. The License Collector
rejected stating that they need a copy of workman's comp. It can be faxed into
the office at 314-622-3275.

Also I have a signature page that I need to get signed by an authorized
representative of Waste Management. As soon as I have both of these,
I can move forward. Please let me know when you have faxed the
workman's comp and who to contact for a signature. See attached copies,
but I have to have my original signed for the signature page.

Let me know if you have any questions.

Thanks,
Judy

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

On Tue, Jul 23, 2019 at 2:05 PM Spirovski, Tony <tspirovs@wm.com> wrote:

Judy,

I have attached a copy of the current Service Agreement on file that runs through 06/01/2020. The signed copy was
scanned so it is a bit blurry. I have also attached a blank copy for you to refer to if need be.

STL001973

Thank you

Tony Spirovski

Account Manager

tspirovs@wm.com

Waste Management
700 E Butterfield Rd

4th Floor

Lombard, IL 60148

Inside IL Tel 800 796 9696

Outside IL Tel 800 989 2783

Fax 866 613 5718

---

Recycling is a good thing. Please recycle any printed emails.

**PLEASE SUBMIT 2 COPIES**

COMPTROLLER'S OFFICE
**TAX VERIFICATION FORM**

DATE _July 24, 2019_

TO: **COLLECTOR OF REVENUE**          **LICENSE COLLECTOR**
ROOM 410, CITY HALL          ROOM 104, CITY HALL

FROM: DEPARTMENT_____Comptroller's Office_____

ROOM NO./BUILDING _1520 Market - Room 3025_ TELEPHONE NO./EXT _314-657-8409_

CITY CONTACT PERSON (PLEASE PRINT)_____Judy L. Armstrong_____

**CONTRACT INFORMATION**

BUSINESS NAME _Waste Management of Missouri, INC_

OCCUPATION/PROFESSION _Waste Removal Company_

BUSINESS ADDRESS _700 E Butterfield Rd_ CITY _Lombard_ STATE _IL_ ZIP _60148_

F.I.D./S.S.N. _43-0992367_ TELEPHONE NO. _314-506-4700_

TYPE OF CONTRACT ·     [ ] SALES     · [X] SERVICES     [ ] BOTH

TYPE OF PRODUCT OR SERVICE_____

IF SERVICE RENDERED, PERFORMANCE WILL BE   [X] INSIDE CITY LIMITS   [ ] OUTSIDE CITY LIMITS

DOES VENDOR DELIVER PRODUCT OR MAKE SALES/SERVICE CALLS IN THE CITY?   [X] YES   [ ] NO

| COLLECTOR OF REVENUE ROOM 410, CITY HALL | LICENSE COLLECTOR          ROOM 104, CITY HALL |
|---|---|
| Date Received_7-25-19_ | Date Received_7/25/19_ |

**TAX DELINQUENCIES**

| | | PAID | EXEMPT | DELINQUENT | NEEDS LICENSE |
|---|---|---|---|---|---|
| [ ] Earnings Tax Withholding ___Year___ ___Quarter___ | | | | | |
| [ ] Annual E-234 ___Year___ | Manufacturer's Tax | | | | |
| [ ] Payroll Expense Tax ___Year___ ___Quarter___ | Business License | | | | ✓ |
| [ ] Reconciliation Report (W-3 Form) ___Year___ | Other | | | | |
| [ : ] Personal Property Tax ___Year___ | Remarks _Need a copy of Workmens Comp Can fax it in to due office 622-3275_ | | | | |
| [ ] Not on current Earnings Tax Rolls | | | | | |
| [ ] Not on current Personal Property Tax Rolls | APPROVED BY_____ (Please Sign) | | | | |
| [X] **APPROVED**   Date_7/25/19_ By_____ | **REJECTED BY** _____ (Please Sign) | | | | |
| [ ] **REJECTED**   Date_____ By_____ | Date_7/25/19_ | | | | |

COMP 74 (Rev. 2/00)

**PLEASE SUBMIT 2 COPIES**

STL001975

## CONTRACT AMENDMENT BETWEEN
## CITY OF ST. LOUIS AND WASTE MANAGEMENT OF MISSOURI, INC

This contract amendment is entered into by and between the City of St. Louis and Waste Management of Missouri, INC for the purpose of removing waste from the Gateway Transportation Center at 430 S. 15ᵗʰ Street, St. Louis, Missouri 63103. The original contract is Comptroller's document number 68773.

This contract is being amended to extend the term. This extension will be from July 1, 2019 thru October 31, 2019.

All other terms and conditions of the Contract shall remain the same.

**CITY OF ST. LOUIS**                    **VENDOR**

BY: _____       BY: _____

    Darlene Green, Comptroller              Waste Management of Missouri INC


_____            _____

Date                                    Date


_____
Dionne Flowers, City Register

_____
Date


_____
Julian Bush, City Counselor

_____
Date

APPROVED __ 07/17/2019
BOARD OF ESTIMATE AND APPORTIONMENT
Stephanie M Green

STL001976

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Tuesday, July 23, 2019 2:30 PM CDT
**To:** Michele Graham <GrahamM@stlouis-mo.gov>
**CC:** Darlene Green <GreenD@stlouis-mo.gov>
**Subject:** Fwd: Waste Management Service Agreement
**Attachment(s):** "StLouis Gateway Transport Center.pdf","ST LOUIS GATEWAY TRANSPRTN CTR_3-36.PDF"

Please see attached document where Waste Management believes
they have an extension through June 2020. The price is the same
as the original contract. Please advise if I need to submit the extension
and send it through the proper signature process after getting tax and
license clearance.

Thanks,
Judy
**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

---------- Forwarded message ---------
From: **Spirovski, Tony** <tspirovs@wm.com>
Date: Tue, Jul 23, 2019 at 2:05 PM
Subject: Waste Management Service Agreement
To: armstrongju@stlouis-mo.gov <armstrongju@stlouis-mo.gov>

Judy,

I have attached a copy of the current Service Agreement on file that runs through 06/01/2020. The signed copy was
scanned so it is a bit blurry. I have also attached a blank copy for you to refer to if need be.

Thank you

Tony Spirovski

Account Manager

tspirovs@wm.com

Waste Management
700 E Butterfield Rd

4th Floor

Lombard, IL 60148

Inside IL Tel 800 796 9696

Outside IL Tel 800 989 2783

Fax 866 613 5718

Recycling is a good thing. Please recycle any printed emails.



**Waste Management of Missouri, Inc.**
700 E Butterfield Rd 4th FL
Lombard, IL, 60148-6006
(800) 796-9696

| | |
|---|---|
| WM Agreement # | **S0008787019** |
| Customer Acct # | **100-185123** |
| Acct. Name | **ST LOUIS GATEWAY TRANSPRTN CTR** |
| Salesperson | **Dena Rossi** |
| Effective Date | **6/1/2017** |
| Last API Date | **05/22/2012** |

# Service Agreement
## Non-Hazardous Waste Service Summary

### Service Information

| | | | |
|---|---|---|---|
| Name | **ST LOUIS GATEWAY TRANSPRTN CTR** | Contact | **Jim Garavaglia** |
| Address | **430 S 15TH ST** | Telephone # | **(314) 657-3410** |
| City State Zip | **SAINT LOUIS, MO 63103-2607** | Fax # | |
| County/Parish | **SAINT LOUIS CITY** | Email | **garavagliaj@stlouis-mo.go v** |

Customer Comments:

### Billing Information

| | | | |
|---|---|---|---|
| Name | **ST LOUIS GATEWAY TRANSPRTN CTR** | Contact | **Jim Garavaglia** |
| Address | **430 15TH ST S** | Telephone # | **(314) 657-3410** |
| City State Zip | **SAINT LOUIS, MO 63103-2607** | Fax # | |
| County/Parish | **MOSLI** | Email | **garavagliaj@stlouis-mo.go v** |

PO#

### Service Description & Recurring Rates

| Quantity | Equipment | Material Stream | Frequency | | |
|---|---|---|---|---|---|
| 2 | 4 Yard FEL | MSW Commercial | 6x Per Week | **Base Rate** | $ 340.00 |
| | | | | **Fuel & Environmental/RCR** | $ 0.00* |

Current rate for Extra Pickup (per Lift): $ 180.00

| **TOTAL :** | $ 340.00* |
|---|---|

Customer's Waste Materials not to exceed an average weight of lbs/yard.
Initial One Time Service Charges*   As Needed Services*

**GRAND TOTAL** $ 340.00*

The above listed Charges are for recurring services only. Charges for all additional services will be at current rates at the time of service. These include but are not limited to: extra pickups, container removal, overages and contamination. Contact Waste Management for a full list of such additional services and current prices.

*Fuel Surcharge, Environmental Charge, and Regulatory Cost Recovery ("RCR") Charge apply to all other Charges whether or not listed on this summary; any amounts shown above are estimated, and actual amounts will be calculated at the time of invoicing based on a percentage of the Charges. Information about these charges can be found at www.wm.com/billhelp. State & Local taxes, and/or fees and a Recycle Material Offset, if applicable, will also be added to the Charges. An Administrative Charge per invoice will be assessed and can be removed by enrolling in paperless statements and automated payments.

**Contract Term for monthly rate services is for 3 year(s) from the Effective Date ('Initial Term') and it shall automatically renew thereafter for additional terms of 36 months ('Renewal Term') unless terminated as set forth herein.**

The individual signing this agreement on behalf of customer acknowledges that he/she has read and accepts the terms and conditions of this agreement which accompany this service summary sheet and that he/she has the authority to sign on behalf of the customer.

| | | | |
|---|---|---|---|
| Customer Signature | Printed Name | Title | Date |

| | | | |
|---|---|---|---|
| | | Waste Management Sales Rep. | |
| Company Waste Management of Missouri, Inc. | Printed Name | Title | Date |

Terms and Conditions on following page(s)

STL001978

**1. SERVICES RENDERED; WASTE MATERIALS.** Customer grants to Company the exclusive right, and Company through itself and its subsidiaries and corporate affiliates, shall furnish equipment and services, to collect and dispose of and/or recycle all of Customer's Waste Materials at Customer's Service Address(es) listed on the Service Summary. Customer represents and warrants that the materials to be collected under this Agreement shall be only "Waste Materials" as defined herein. For purposes of this Agreement, "Waste Materials" means all non-hazardous solid waste, organic waste and Recyclable Materials (as defined in Section 12 below) generated by Customer or at Customer's Service Address. Waste Materials includes Special Waste, such as industrial process wastes, asbestos-containing material, petroleum contaminated soils, treated/de-characterized wastes, and demolition debris, for which Customer shall complete a Special Waste Profile sheet to be approved by Company in writing. Waste Materials excludes, and Customer agrees not to deposit or permit the deposit for collection of: any waste tires, radioactive, volatile, corrosive, flammable, explosive, biomedical, infectious, bio-hazardous, regulated medical or hazardous waste, toxic substance or material, as defined by, characterized or listed under applicable federal, statt. or local laws or regulations, any materials containing information protected by federal, state or local privacy and security laws or regulations (unless tendered to Company an additional Exhibit L to this Agreement), or Special Waste not approved in writing by Company (collectively, "Excluded Materials"). Title to and liability for Excluded Material shall remain with Customer at all times. Title to Customer's Waste Materials is transferred to Company upon Company's receipt or collection unless otherwise provided in this Agreement or applicable law.

**2. TERM.** The Term of this Agreement is set forth on the Service Summary of this Agreement. Unless otherwise specified on the Service Summary, the Term shall automatically renew for the period set forth therein unless either party gives to the other party written notice (See Section 11(c)) of termination at least ninety (90) days, but not more than one hundred eighty (180) days, prior to the termination of the then-existing term. Notice of termination received at any other time will be considered ineffective and the contract will be considered automatically renewed upon completion of the then-existing term.

**3. SERVICES GUARANTY; CUSTOMER TERMINATION.** If the Company fails to perform the services described within five business days of its receipt of a written demand from Customer (See Section 11(c)), Customer may terminate this Agreement with the payment of all monies due through the termination date. If Company increases the Charges payable by Customer hereunder for reasons other than as set forth in Section 4 below, Customer shall have the right to terminate this Agreement by written notice to the Company no later than thirty (30) days after Company notifies Customer of such increase in Charges in writing. If Customer so notifies Company of its termination of this Agreement, such termination shall be of no force and effect if Company withdraws or removes such increase within fifteen (15) days after Customer provides timely notification of termination. Absent such termination, the increased Charges shall be binding and enforceable against Customer under this Agreement.

**4. CHARGES; PAYMENTS; ADJUSTMENTS.** Upon receipt of an invoice, Customer shall pay any and all charges, fees and other amounts payable under this Agreement for the services and/or equipment (including repair and maintenance) furnished by Company ("Charges"). Company reserves the right to increase the Charges payable by Customer during the Term: (a) for any changes to, or differences between, the actual equipment and services provided by Company to Customer and those specified on the Service Summary; (b) for any change in the composition of the Waste Materials or if the average weight per yard of Customer's Waste Materials exceeds the amount specified on the Service Summary; (c) for any increase in or other modification to the Company's Fuel Surcharge, Regulatory Cost Recovery Charge, Recycle Material Offset, Environmental Charge, and/or any Fees/Charges included in the Service Summary, (d) to cover any increases in disposal and/or third party transportation costs, including fuel surcharges; (e) to cover increased costs due to uncontrollable circumstances, including, without limitation, changes in local, state or federal laws or regulations, imposition of taxes, fees or surcharges or acts of God such as floods, fires, hurricanes and natural disasters; and (f) no more often than annually from the Effective Date (or if specified on the Service Summary, Customer's Last Annual Price Increase ("API") Date) for increases in any Consumer Price Index or components thereof applicable to the Services provided under this Agreement plat four percent of the then current Charges. Any increase in Charges enumerated in clauses (a) through (e) above may include an amount for Company's operating or profit margin. Company also reserves the right to charge Customer additional charges if additional services are provided as needed to Customer, including, but not limited to: container relocation or removal, gate, enclosure or roll out services; account resume services; and extra trip charges. In the event Company adjusts the Charges as provided in this Section 4, the parties agree that this Agreement as so adjusted will continue in full force and effect. Increases for reasons other than as specified herein are subject to Customer's rights under Section 3.

Any Customer invoice balance not paid within thirty (30) days of the date of invoice is subject to a late charge, and any Customer check returned for insufficient funds is subject to a Non Sufficient Funds fee, both to the maximum extent allowed by applicable law. Customer acknowledges that any late charge charged by the Company is not to be considered as interest on debt, is not a penalty, and is a reasonable charge for late payment. In the event that payment is not made when due, Company retains the right to suspend service until the past due balance is paid in full. If Company reinstates suspended services after receipt of an outstanding balance, Customer shall pay a reactivation charge In the event that service is suspended in excess of fifteen (15) days, Company may terminate this Agreement for such default and recover any equipment and all amounts owed hereunder, including liquidated damages under Section 7.

**5. CHANGES.** Changes in the frequency of collection service, schedule, number, capacity and/or type of equipment, and any changes to amounts payable under this Agreement, may be agreed to orally, in writing, by payment of the invoice or by the actions and practices of the parties. If Customer changes its Service Address during the Term, this Agreement shall remain valid and enforceable with respect to services rendered at Customer's new service location if such location is within Company's service area.

**6. EQUIPMENT, ACCESS.** All equipment furnished by Company shall remain its property, however, Customer shall have care, custody and control of the equipment and shall be liable for all loss or damage to the equipment and for its contents while at Customer's location. Customer shall not overload, move or alter the equipment or allow a third party to do so, and shall use it only for its intended purpose. At the termination of this Agreement, Customer shall return the equipment to Company in the condition in which it was provided, normal wear and tear excepted. Customer shall provide safe and unobstructed access to the equipment on the scheduled collection day. Company may suspend services or terminate this Agreement in the event Customer violates any of the requirements of this provision. Customer shall pay, if charged by Company, an additional fee for any service modifications caused by or resulting from Customer's failure to provide access. Customer warrants that Customer's property is sufficient to bear the weight of Company's equipment and vehicles and that Company shall not be responsible for any damage to the Customer's pavement or any other surface resulting from the equipment or Company's services.

**7. LIQUIDATED DAMAGES.** In the event Customer terminates this Agreement prior to the expiration of the Initial or Renewal Term ("Term") for any reason other than as set forth in Section 3, or in the event Company terminates this Agreement for Customer's default, Customer shall pay the following liquidated damages in addition to the Company's legal fees, if any: (a) if the remaining Term (including any applicable Renewal Term) under this Agreement is six or more months, Customer shall pay the average of its six most recent monthly Charges (or, if the Effective Date is within six months of Company's last invoice date, the average of all monthly Charges) multiplied by six; or (b) if the remaining Term under this Agreement is less than six months, Customer shall pay the average of its six most recent monthly Charges multiplied by the number of months remaining in the Term. Customer shall pay liquidated damages of $100 for every Customer waste tire that is found at the disposal facility. Customer acknowledges that the actual damage to Company in the event of termination is impractical or extremely difficult to fix or prove, and the foregoing liquidated damages amount is reasonable and commensurate with the anticipated loss to Company resulting from such termination and is an agreed upon fee and is not imposed as a penalty.

**8. INDEMNITY.** The Company agrees to indemnify, defend and save Customer, its parent, subsidiaries, and corporate affiliates, harmless from and against any and all liability which Customer may be responsible for or pay out as a result of bodily injuries (including death), property damage, or any violation or alleged violation of law, to the extent caused by any negligent act or omission or willful misconduct of the Company or its employees, which occurs (a) during the collection or transportation of Customer's Waste Materials, or (b) as a result of the disposal of Customer's Waste Materials in a facility owned by the Company or a Waste Management company, provided that the Company's indemnification obligations only apply to occurrences involving Excluded Materials.

Customer agrees to indemnify, defend and save the Company, its parent, subsidiaries, corporate affiliates and their joint venture partners, harmless from and against any and all liability which the Company may be responsible for or pay out as a result of bodily injuries (including death), property damage, or any violation or alleged violation of law to the extent caused by Customer's breach of this Agreement or by any negligent act or omission or willful misconduct of the Customer or its employees, agents or contractors or Customer's use, operation or possession of any equipment furnished by the Company.
Neither party shall be liable to the other for consequential, incidental or punitive damages arising out of the performance or breach of this Agreement.

**9. RIGHT OF FIRST REFUSAL.** Customer grants to Company a right of first refusal to match any offer relating to services similar to those provided hereunder which Customer receives (or intends to make) upon termination of this Agreement for any reason and Customer shall give Company prompt written notice of any such offer and a reasonable opportunity to respond to it.

**10. DISPUTE RESOLUTION-ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. BINDING ARBITRATION:** Except for those claims expressly excluded below (EXCLUDED CLAIMS), Customer and Company agree that ANY and all existing or future controversy or claim between them arising out of or related to this Agreement or any prior agreements between the parties, whether based in contract, law or equity or alleging any other legal theory, or arising prior to, in connection with, or after the termination of this Agreement or any other agreements, shall be resolved by mandatory binding arbitration (see www.wm.com for details on arbitration procedures). **CLASS ACTION WAIVER:** Customer and Company agree that under no circumstances, whether in arbitration or otherwise, may customer bring any claim against the Company, or allow any claim that the Customer may have against the Company to be asserted, as part of a class action, on a consolidated or representative basis or otherwise aggregated with claims brought by, or on behalf of, any other entity or person, including other customers of the Company. EXCLUDED CLAIMS: The following are not subject to mandatory binding arbitration: (A) either party's claims against the other in connection with bodily injury or real property damage and for environmental indemnification; and (B) Company's claims against Customer for collection or payment of Charges, damages (liquidated or otherwise) or any other amounts due or payable to the Company by the Customer under this Agreement or any prior agreements between the parties, but Customer and Company may mutually agree to arbitrate any Excluded Claims.

**11. MISCELLANEOUS.** (a) Except for the obligation to make payments hereunder, neither party shall be in default for its failure to perform or delay in performance caused by events or significant threats of events beyond its reasonable control, whether or not foreseeable, including, but not limited to, strikes, labor trouble, riots, imposition of laws or governmental orders, fires, acts of war or terrorism, acts of God, and the inability to obtain equipment, and the affected party shall be excused from performance during the occurrence of such events. (b) This Agreement shall be binding on and shall inure to the benefit of the parties hereto and their respective successors and assigns. (c) This Agreement represents the entire agreement between the parties and supersedes any and all other agreements for the same services, whether written or oral, that may exist between the parties. (d) This Agreement shall be construed in accordance with the law of the state in which the services are provided. (e) All written notification to Company required by this Agreement shall be by Certified Mail, Return Receipt Requested to Company's address on the first page of the Service Summary. (f) If any provision of this Agreement is declared invalid or unenforceable, then such provision shall be severed from and shall not affect the remainder of this Agreement; however, the parties shall amend this Agreement to give effect, to the maximum extent allowed, to the intent and meaning of the severed provision. (g) In the event the Company successfully enforces its rights against Customer hereunder, the Customer shall be required to pay the Company's attorneys' fees and court costs.

**12. RECYCLING SERVICES.** The following shall apply to fiber and non-fiber recyclables ("Recyclable Materials") and recycling services:
a. (i) Single stream, commingled Recyclable Materials ("Single Stream") will consist of 100% of Customer's clean, dry, paper or cardboard without wax liners, clean, dry and empty aluminum food and beverage containers, ferrous (iron) or steel cans, aerosol cans, and rigid container plastics #1-7, including narrow neck containers and tubs, but excluding foam and film plastics. No individual items may be excluded from Single Stream service. Glass may be included with specific approval of Company. Any material not set forth above, including tissue or paper that had been in contact with food, is unacceptable ("Unacceptable Materials"). Single Stream may contain up to 5% Unacceptable Materials. (ii) Customer shall provide wastepaper in accordance with the most current ISRI Scrap Specifications Circular and any amendments thereto or replacements thereof. (iii) All other Recyclable Materials will be delivered in accordance with the Company specifications that are available at www.recycleamerica.com or such specifications communicated to Customer by Company.
b. Recyclable Materials may not contain Excluded Materials or chemical or other properties that are deleterious or capable of causing material damage to any part of Company's property, its personnel or the public or materially impair the strength or the durability of the Company's structures or equipment. Company may reject in whole or in part Recyclable Materials not meeting the specifications, and Customer shall reimburse Company for all losses incurred with respect to such Recyclable Materials including costs of transportation and disposal.
c. Where Company has agreed in writing to provide a market-based rebate to Customer, the following shall apply. Customer acknowledges that the market value for Recyclable Materials will fluctuate based upon various factors, and such materials may at times have no value or that the value may be negative. Company will establish the value of Recyclable Materials each month based upon such various factors, including but not limited to quantity, quality and location. For recycling services, Company shall pay or charge Customer on or about the last day of each month for Recyclable Materials accepted during the preceding month, after deduction of any Charges owed to Company by Customer. Any invoice shall be payable upon receipt. Where recycling services are provided, Charges may include separate fuel and environmental surcharges as set forth at www.recycleamerica.com.
d. Notwithstanding anything to the contrary set forth above, the Liquidated Damages calculation, set forth in Section 7 of this Agreement, shall not apply to any Customer breach of the Agreement pertaining to services for Recyclable Materials, which have been determined by Company to have a positive value. If a breach occurs under such circumstances, the damages shall be determined by calculating actual damages rather than Liquidated Damages.
e. Service arrangements will be agreed upon between Customer and Company for the service locations set forth in this Agreement. For trailer load quantities, Customer shall load trailers to full visible capacity to achieve 40,000 pounds minimum shipping weight and trailers shall be loaded or caused to be loaded in accordance with the most current ISRI/AF&PA Shipping Guide. Freight and/or adjustments may apply to light loads. Customer shall be responsible for any loss, damage or destruction to equipment including trailers for any cause while located at Customer's location. For baled wastepaper picked up in less than trailer load quantities, minimum quantity for pickup is six (6) bales and for purposes of payment, weights shall be estimated weights. Company reserves the right at its sole discretion upon notice to Customer to discontinue acceptance of any category of Recyclable Materials as a result of market conditions related to such materials and makes no representations as to the recyclability of the materials which are subject to this contract.

STL001979



Waste Management of Missouri, Inc.
700 E Butterfield Rd 4th FL
Lombard, IL, 60148-9006
(800) 796-9696

| | |
|---|---|
| WM Agreement # | S0009797019 |
| Customer Acct # | 100-186123 |
| | ST LOUIS GATEWAY |
| Acct. Name | TRANSPRTN CTR |
| Salesperson | Dena Rossi |
| Effective Date | 6/1/2017 |
| Last API Date | 05/22/2012 |

# Service Agreement
## Non-Hazardous Waste Service Summary

| Service Information | | | | Billing Information | | | |
|---|---|---|---|---|---|---|---|
| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | ROBIN S JONES | Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | VICKY |
| Address | 430 S 15TH ST | Telephone # | 3148121430 | Address | 430 15TH ST S | Telephone # | 3148121430 |
| City State Zip | SAINT LOUIS, MO 63102-2607 | Fax # | | City State Zip | SAINT LOUIS, MO 63102-2607 | Fax # | 3148121440 |
| County/Parish | SAINT LOUIS CITY | Email | jonesr@stlouiscity.com | County/Parish | MOSLI | Email | wakelandv@stlouis-mo.gov |
| Customer Comments: | | | | PO# | | | |

### Service Description & Recurring Rates

| Quantity | Equipment | Material Stream | Frequency | | |
|---|---|---|---|---|---|
| | | | | Base Rate | $ 340.00 |
| 2 | 4 Yard FEL | MSW Commercial | 6x Per Week | Fuel & Environmental/RCR | $ 0.00 |

Current rate for Extra Pickup (per Lift): $ 180.00

Customer's Waste Materials not to exceed an average weight of lbs/yard.
Initial One Time Service Charges*

As Needed Services*
The above listed Charges are for recurring services only. Charges for all additional services will be at current rates at the time of service. These include but are not limited to: extra pickups, container removal, overages and contamination. Contact Waste Management for a full list of such additional services and current prices.

*Fuel Surcharge, Environmental Charge, and Regulatory Cost Recovery ("RCR") Charge apply to all other Charges whether or not listed on this summary; any amounts shown above are estimated, and actual amounts will be calculated at the time of invoicing based on a percentage of the Charges. Information about these charges can be found at www.wm.com/billhelp. State & Local taxes, and/or fees and a Recycle Material Offset, if applicable, will also be added to the Charges. An Administrative Charge per invoice will be assessed and can be removed by enrolling in paperless statements and automated payments.

Contract Term for monthly rate services is for 3 year(s) from the Effective Date ('Initial Term') and it shall automatically renew thereafter for additional terms of 36 months ('Renewal Term') unless terminated as set forth herein.

The individual signing this agreement on behalf of customer acknowledges that he/she has read and accepts the terms and conditions of this agreement which accompany this service summary sheet and that he/she has the authority to sign on behalf of the customer.

| | | | |
|---|---|---|---|
| Customer Signature | James M Garavaglia Printed Name | Deputy Comptroller Title | 5-22-17 Date |
| Company Waste Management of Missouri, Inc. | Dena Rossi Printed Name | Waste Management Sales Rep. Title | 5/25/17 Date |

Terms and Conditions on following page(s)

STL001980

Mr. Garavaglia was put on forced leave on July 18, 2019 after an investigation uncovered he has put the city of St. Louis at risk by signing city contracts without being authorized to do so. Several examples have been discovered where Mr. Garavaglia has signed city contracts and or contract extensions including automatic extensions without authorization dating back to 2009 when his title and job duties were that of Asset Manager. Mr. Garavaglia allowed some department telecommunication invoices and some city wide telecommunication invoices to remain past due and unpaid without working to do the research to resolve the issues and without reporting the same to his superior dating back to January 2018.

The investigation has been broadened to include the state auditor's audit and review. The areas of concern currently include but is not limited to contacts at both the Transportation Center and the Telecommunications Division of the Comptroller's Office.

It was discovered during the investigation that the internal audit section of the Comptroller's Office also requested to audit the Transportation Center, but was denied by Mr. Garavaglia. As background, the investigation ensued after Mr Garavaglia was put on forced leave for insubordination and subterfuge on July 2, 2019. It was discovered that Mr. Garavaglia had misrepresented the facts to his superior for a real estate closing transaction and subsequently mishandled closing documents for the same. In summary, Mr. Garavaglia 1. failed to perform or delegate a simple tax clearance task before causing real estate closing transaction (item) to be posted on the Estimate and Apportionment (E&A) Agenda, and 2. at the same time Mr. Garavaglia attempted to cause the item to be posted via subterfuge by misrepresenting the truth to his superior about the item and misrepresenting the truth about his superior's support for the item to other employees. This episode and the actual handling of the closing documents caused much chaos and a reason for the first forced leave dated 7/2/19 and to take a closer look at Mr. Garavaglia actions.

Sent from my iPhone

PD-204 (Rev. 6/24/07)

# City of St. Louis
CITY C ... I SUIS
# Employee Service Rating :PARTMEI .· ' PSONNEL
For all Employees in the Classified Service -8  PM 12: 52

1. Employee Name:    LaTaunia ~~Wilder~~ /<e h n e r     2. Rating Period:
                   June 10, 2017

3. Department and [    160 – Comptroller's Office     4. Job Class Title:
                   Accounting Manager II

## PURPOSE

The Service Rating process is intended to promote the effective and economical operation of the City of St. Louis by serving as a critical element of the City's employee performance management.system. This form is designed to comply with Section 3(h) of Amended Article XVIII of the Charter of the City of St. Louis. Service Ratings must be completed and submitted by the departments according to the procedures outlined in the Service Rating Manual, and shall be given consideration in personnel-related employment decisions such as examinations and promotions. This form also serves as a development tool to facilitate discussion between supervisors and their employees about ways to improve performance, based on established standards of performance.

## RATING FORM INSTRUCTIONS

1. Review the Service Rating Manual, specifically the "Procedures for Successful Rating Form Completion" section, for detailed instructions.

2. Payroll personnel must fill in **Items 1-4**.

3. The **First Rater** should review **Items 1-4** for accuracy and then complete **Items 5-16** (include **Items 12 and 13** only for Supervisory Employees) and sign the rating in **Item 17**.

4. The **Second Rater** should review the First Rater's evaluation, and then add to **Items 5-16**, if necessary (include **Items 12 and 13** only for Supervisory Employees), and sign the rating in **Item 17**.

5. An explanation must be included in the section titled "**Justification/Comments**" for each factor if any ratings on **Items 5-14** differ from the previous rating period (add additional sheets if necessary).

    Explanation must also be given in the case of a "Highly Successful" or "Unsuccessful" rating, regardless of whether the rating has changed from the previous rating period, documenting the reason for the rating in behaviorally specific terms.

6. The **First Rater** must complete **Item 18** and **discuss the Service Rating** with the employee, and at the end of the conference the **employee** may fill out **Item 19** (optional). The **employee** must then sign in **Item 20** and verify correct residency information.

7. Forward to the **Appointing Authority** for completion of **Item 21**.

8. Make a copy of the Service Rating for the employee, with the date that the copy was given to the employee noted in **Item 22**. Make a copy for the agency's records and send the original to the Department of Personnel by the date indicated in Item 2 of the Service Rating.

9. The use of white-out on service rating forms is prohibited. Any changes to the original Service Rating must be circled and initialed by the individual making the change.

STL001990

## DEFINITIONS

**Highly Successful:** Achieves a superior level of performance by consistently **exceeding** all expectations related to the specific performance factor; consistently exceeds established performance standards; a truly top performer.

**Successful:** Consistently and reliably **meets** expectations related to the specific performance factor; performance standards are fully met with no significant performance deficiencies.

**Unsuccessful:** Fails to consistently meet expectations related to the specific performance factor; performance standards are not consistently met. Employees receiving an Overall Rating of unsuccessful must complete a Mandatory Improvement Plan (see Item 16).

| Factors Affecting Performance | Rater | HS | S | U |
|---|---|---|---|---|
| 5. **CUSTOMER SERVICE:** Displays friendly, courteous, respectful behavior toward both internal and external customers. Listens patiently and attentively to determine customer needs, sees actions through to completion or suggests reasonable alternative(s) if unable to do what customer wants. Committed to delivering product and services in a way that reflects positively upon the department and the City. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |
| 6. **INTERPERSONAL SKILLS:** Willingly works with and assists others. Shares information and resources to maximize their benefits. Works to improve his/her department/work unit rather than just his/her area of individual responsibility. Approaches differences with others in a positive, problem-solving manner. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |
| 7. **JUDGMENT:** Exercises good problem solving skills. Determines which problems to handle independently and which to refer to supervisor or other personnel. Demonstrates sound decision-making process. Exercises discretion, observes confidentiality, and accepts responsibility for one's own actions. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |
| 8. **PRODUCTIVITY:** Produces the amount of work expected of the position. Completes work in a timely fashion. Establishes appropriate priorities for fulfilling various job tasks. Meets established deadlines. Executes work in a productive and efficient manner. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |
| 9. **QUALITY:** Performs work accurately and without excessive need for revision after review. Is attentive to important details. Does not get bogged down in unnecessary detail. Identifies problems at an early stage and takes corrective action. Supports quality improvement efforts. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

STL001991



| Factors Affecting Performance (cont.) | Rater | HS | S | U |
|---|---|---|---|---|
| 10. **SAFETY:** Has learned applicable safety rules and ergonomic principles, and uses any necessary personal protective equipment to perform his/her job. Exercises safe job performance and implements the necessary ergonomic principles to reduce job hazards. Works with and encourages coworkers to perform their job safely. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| | Rater | HS | S | U |
|---|---|---|---|---|
| 11. **WORK HABITS:** Complies with established work rules, policies, and procedures. Uses care with City property. Complies with City's Code of Conduct as well as all other professional ethics. Takes initiative, utilizes time effectively, and avoids unscheduled absence. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| For Supervisory Employees Only | Rater | HS | S | U |
|---|---|---|---|---|
| 12. **PERFORMANCE MANAGEMENT:** Provides clear performance objectives and standards for subordinates. Gives subordinates frequent and timely performance feedback. Completes accurate Service Ratings for subordinates in a timely manner. Encourages the development of subordinates based on past performance. Communicates with employees in a professional manner. Creates a motivational environment for staff. | 1st | | | · |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| | Rater | HS | S | U |
|---|---|---|---|---|
| 13. **PROJECT MANAGEMENT:** Effectively plans and lays out work. Provides appropriate level of guidance, organization, and direction to subordinates. Supervises and follows up on assignments to ensure proper levels of performance from workgroup. Deals appropriately with customers regarding unsatisfactory work by subordinates. Accomplishes stated objectives within designated time frame. | 1st | | | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| Overall Rating | Rater | HS | S | U |
|---|---|---|---|---|
| 14. **OVERALL RATING:** Indicate your general rating of the employee's total work performance during the evaluation period. For non-supervisory employees, consider ratings on Items 5-11. For supervisory employees, consider Items 5-13. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

### 15. Professional Development (Add additional sheets of necessary)

List actions discussed with employee to address performance deficiencies, or to further develop employee's potential. This section must be used for **UNSUCCESSFUL** factor ratings that do not result in **OVERALL RATING** of **UNSUCCESSFUL**.

 Employee Service Rating, Page 4

PD-204 (Rev. 6/24/17)

## 16. Mandatory Improvement Activities

An **OVERALL RATING** of **UNSUCCESSFUL** requires the development of a Mandatory Improvement Plan (MIP) for the employee. Please refer to the Service Rating Manual. A copy of the MIP must be submitted with the Service Rating. If such a plan is required, enter **DATE FOR COMPLETION OF MIP** _____
(Date)

## 17. Raters' Signatures

I hereby certify that this Service Rating is an accurate record of this employee's performance during the current rating period. I have provided **Comments/Justification** in **Items 5-14** for current ratings that differ from ratings given to this employee at the conclusion of the last rating period and for "Highly Successful" or "Unsuccessful" ratings.

**First Rater:** *James M Caraway* — Deputy Comptroller — 6/7/2017
(Signature) (Title) (Date)

**Second Rater:** _____ _____ _____
(Signature) (Title) (Date)

## 18. License or Registration (to be verified & completed by First Rater)

If position requires a license, registration, certification, etc., complete the following:

_____ _____ _____
(State or Agency granting license, certification, etc.) (License/Registration Number) (Expiration Date)

## 19. Employee Remarks (Optional; Add additional sheets if necessary)

## 20. Certification by Employee

I hereby certify that I have personally reviewed this Service Rating. My signature does not indicate agreement with this rating. I certify that information provided in **Item 18** is correct, and that the address and phone number reported in this Item is my current address and phone number. I understand that a current employee may request a review of the rating by the Department of Personnel and that the **LAST DATE** for requesting such a review is ten (**10**) **calendar days** from the date (**Item 22**) a copy of this rating was given to me. An employee is subject to disciplinary action for refusal to sign the rating.

(Signature of Employee) | Redacted (Address of Residence with ZIP) | Redacted (Phone)

Section 2 of Article VIII of the City Charter requires all City Employees reside in the corporate limits of the City of St. Louis. For any additional information, refer to Department of Personnel Administrative Regulation # 114.

Is the above address and phone number the same as your current address and phone number on file?

✓ (Yes) ____ (No) ____ (Date) (If **No**, see your payroll clerk immediately to update)

## 21. Appointing Authority Certification

Appointing Authority Remarks/Action:

**OVERALL RATING:** ☐ Highly Successful ☒ Successful ☐ Unsuccessful
(Signature of Appointing Authority) Executive Assistant IV (Title) 6/7/17 (Date)

## 22. Date Copy of Rating was Given to Employee

Date: JUN 0 8 2017



# City of St. Louis
# Employee Service Rating
## For all Employees in the Classified Service



1. Employee Name: LaTaunia Kenner

3. Department and [ 160 – Comptroller's Office
June 9, 2018
Accounting Manager II

2. Rating Period:

4. Job Class Title:

## PURPOSE

The Service Rating process is intended to promote the effective and economical operation of the City of St. Louis by serving as a critical element of the City's employee performance management system. This form is designed to comply with Section 3(h) of Amended Article XVIII of the Charter of the City of St. Louis. Service Ratings must be completed and submitted by the departments according to the procedures outlined in the Service Rating Manual, and shall be given consideration in personnel-related employment decisions such as examinations and promotions. This form also serves as a development tool to facilitate discussion between supervisors and their employees about ways to improve performance, based on established standards of performance.

## RATING FORM INSTRUCTIONS

1. Review the Service Rating Manual, specifically the "Procedures for Successful Rating Form Completion" section, for detailed instructions.

2. Payroll personnel must fill in **Items 1-4**.

3. The **First Rater** should review **Items 1-4** for accuracy and then complete **Items 5-16** (include **Items 12 and 13** only for Supervisory Employees) and sign the rating in **Item 17**.

4. The **Second Rater** should review the First Rater's evaluation, and then add to **Items 5-16**, if necessary (include **Items 12 and 13** only for Supervisory Employees), and sign the rating in **Item 17**.

5. An explanation must be included in the section titled **"Justification/Comments"** for each factor if any ratings on **Items 5-14** differ from the previous rating period (add additional sheets if necessary).

   Explanation must also be given in the case of a "Highly Successful" or "Unsuccessful" rating, regardless of whether the rating has changed from the previous rating period, documenting the reason for the rating in behaviorally specific terms.

6. The **First Rater** must complete **Item 18** and **discuss the Service Rating** with the employee, and at the end of the conference the **employee** may fill out **Item 19** (optional). The **employee** must then sign in **Item 20** and verify correct residency information.

7. Forward to the **Appointing Authority** for completion of **Item 21**.

8. Make a copy of the Service Rating for the employee, with the date that the copy was given to the employee noted in **Item 22**. Make a copy for the agency's records and send the original to the Department of Personnel by the date indicated in Item 2 of the Service Rating.

9. The use of white-out on service rating forms is prohibited. Any changes to the original Service Rating must be circled and initialed by the individual making the change.

## DEFINITIONS

**Highly Successful:** Achieves a superior level of performance by consistently **exceeding** all expectations related to the specific performance factor; consistently exceeds established performance standards; a truly top performer.

**Successful:** Consistently and reliably **meets** expectations related to the specific performance factor; performance standards are fully met with no significant performance deficiencies.

**Unsuccessful:** Fails to consistently meet expectations related to the specific performance factor; performance standards are not consistently met. Employees receiving an Overall Rating of unsuccessful must complete a Mandatory Improvement Plan (see Item 16).

| Factors Affecting Performance | Rater | HS | S | U |
|---|---|---|---|---|
| 5. **CUSTOMER SERVICE:** Displays friendly, courteous, respectful behavior toward both internal and external customers. Listens patiently and attentively to determine customer needs, sees actions through to completion or suggests reasonable alternative(s) if unable to do what customer wants. Committed to delivering product and services in a way that reflects positively upon the department and the City. | 1st | ✓ | | |
| | 2nd | | | |
| Justification/Comments: *Ms Kenner is successfully managing the "Green Help" program. She must positively interact with program customers, lenders and equipment providers to get energy updates to customer homes. She has gone through great lengths to build the program into the success it is.* | | | | |
| 6. **INTERPERSONAL SKILLS:** Willingly works with and assists others. Shares information and resources to maximize their benefits. Works to improve his/her department/work unit rather than just his/her area of individual responsibility. Approaches differences with others in a positive, problem-solving manner. | 1st | ✓ | | |
| | 2nd | | | |
| Justification/Comments: *Ms Kenner in her role with the office must interact with many people both inside and outside the city. Her success in her job is closely related to her ability to work well with others, solve problems and be positive in all situations.* | | | | |
| 7. **JUDGMENT:** Exercises good problem solving skills. Determines which problems to handle independently and which to refer to supervisor or other personnel. Demonstrates sound decision-making process. Exercises discretion, observes confidentiality, and accepts responsibility for one's own actions. | 1st | | ✓ | |
| | 2nd | | | |
| Justification/Comments: | | | | |
| 8. **PRODUCTIVITY:** Produces the amount of work expected of the position. Completes work in a timely fashion. Establishes appropriate priorities for fulfilling various job tasks. Meets established deadlines. Executes work in a productive and efficient manner. | 1st | | ✓ | |
| | 2nd | | | |
| Justification/Comments: | | | | |
| 9. **QUALITY:** Performs work accurately and without excessive need for revision after review. Is attentive to important details. Does not get bogged down in unnecessary detail. Identifies problems at an early stage and takes corrective action. Supports quality improvement efforts. | 1st | | ✓ | |
| | 2nd | | | |
| Justification/Comments: | | | | |

STL001995



| Factors Affecting Performance (cont.) | Rater | HS | S | U |
|---|---|---|---|---|
| 10. **SAFETY:** Has learned applicable safety rules and ergonomic principles, and uses any necessary personal protective equipment to perform his/her job. Exercises safe job performance and implements the necessary ergonomic principles to reduce job hazards. Works with and encourages coworkers to perform their job safely. | 1st | | ✓ | |
| | 2nd | | | |

**Justification/Comments:**

| | | | | |
|---|---|---|---|---|
| 11. **WORK HABITS:** Complies with established work rules, policies, and procedures. Uses care with City property. Complies with City's Code of Conduct as well as all other professional ethics. Takes initiative, utilizes time effectively, and avoids unscheduled absence. | 1st | | ✓ | |
| | 2nd | | | |

**Justification/Comments:**

| For Supervisory Employees Only | Rater | HS | S | U |
|---|---|---|---|---|
| 12. **PERFORMANCE MANAGEMENT:** Provides clear performance objectives and standards for subordinates. Gives subordinates frequent and timely performance feedback. Completes accurate Service Ratings for subordinates in a timely manner. Encourages the development of subordinates based on past performance. Communicates with employees in a professional manner. Creates a motivational environment for staff. | 1st | | | |
| | 2nd | | | |

**Justification/Comments:**

| | | | | |
|---|---|---|---|---|
| 13. **PROJECT MANAGEMENT:** Effectively plans and lays out work. Provides appropriate level of guidance, organization, and direction to subordinates. Supervises and follows up on assignments to ensure proper levels of performance from workgroup. Deals appropriately with customers regarding unsatisfactory work by subordinates. Accomplishes stated objectives within designated time frame. | 1st | | | |
| | 2nd | | | |

**Justification/Comments:**

| Overall Rating | Rater | HS | S | U |
|---|---|---|---|---|
| 14. **OVERALL RATING:** Indicate your general rating of the employee's total work performance during the evaluation period. For non-supervisory employees, consider ratings on Items 5-11. For supervisory employees, consider Items 5-13. | 1st | | ✓ | |
| | 2nd | | | |

**Justification/Comments:**

**15. Professional Development (Add additional sheets of necessary)**

List actions discussed with employee to address performance deficiencies, or to further develop employee's potential. This section must be used for **UNSUCCESSFUL** factor ratings that <u>do not</u> result in **OVERALL RATING** of **UNSUCCESSFUL**.

STL001996

PD-204 (Rev. 6/24/0')

## 16. Mandatory Improvement Activities

An **OVERALL RATING** of **UNSUCCESSFUL** requires the development of a Mandatory Improvement Plan (MIP) for the employee. Please refer to the Service Rating Manual. A copy of the MIP must be submitted with the Service Rating. If such a plan is required, enter **DATE FOR COMPLETION OF MIP** _____

(Date)

## 17. Raters' Signatures

I hereby certify that this Service Rating is an accurate record of this employee's performance during the current rating period. I have provided **Comments/Justification** in **Items 5-14** for current ratings that differ from ratings given to this employee at the conclusion of the last rating period and for "Highly Successful" or "Unsuccessful" ratings.

**First Rater:** _James M Denavar_    _Deputy Comptroller_    _5-30-18_
(Signature)                (Title)                (Date)

**Second Rater:** _____    _____    _____
(Signature)                (Title)                (Date)

## 18. License or Registration (to be verified & completed by First Rater)

If position requires a license, registration, certification, etc., complete the following:

_____    _____    _____
(State or Agency granting license, certification, etc.)             (License/Registration Number)             (Expiration Date)

## 19. Employee Remarks (Optional; Add additional sheets if necessary)

## 20. Certification by Employee

I hereby certify that I have personally reviewed this Service Rating. My signature does not indicate agreement with this rating. I certify that information provided in **Item 18** is correct, and that the address and phone number reported in this Item is my current address and phone number. I understand that a current employee may request a review of the rating by the Department of Personnel and that the **LAST DATE** for requesting such a review is ten (**10**) **calendar days** from the date (**Item 22**) a copy of this rating was given to me. An employee is subject to disciplinary action for refusal to sign the rating.

_[signature]_    Redacted    Redacted
(Signature of Employee)        (Address of Residence with ZIP)        (Phone)

Section 2 of Article VIII of the City Charter requires all City Employees reside in the corporate limits of the City of St. Louis. For any additional information, refer to Department of Personnel Administrative Regulation # 114.

Is the above address and phone number the same as your current address and phone number on file?

_YES_    _____    _5/29/18_    (If **No**, see your payroll clerk immediately to update)
(Yes)        (No)        (Date)

## 21. Appointing Authority Certification

Appointing Authority Remarks/Action:

**OVERALL RATING:**    ☐ Highly Successful    ☒ Successful    ☐ Unsuccessful

_[signature]_    _Executive Assistant II_    _5/29/2018_
(Signature of Appointing Authority)        (Title)        (Date)

## 22. Date Copy of Rating was Given to Employee

Date: _5-29-18_

STL001997



# City of St. Louis
# Employee Service Rating
**For all Employees in the Classified Service**

DEPARTMENT OF ST. LOUIS
DEPARTMENT OF PERSON...

2019 JUN -7 PM 12: 01

| 1. Employee Name: | LaTaunia Kenner | 2. Rating Period: |
| | June 8, 2019 | |
| 3. Department and [ | 160 – Comptroller's Office | 4. Job Class Title: |
| | Accounting Manager | |

## PURPOSE

The Service Rating process is intended to promote the effective and economical operation of the City of St. Louis by serving as a critical element of the City's employee performance management system. This form is designed to comply with Section 3(h) of Amended Article XVIII of the Charter of the City of St. Louis. Service Ratings must be completed and submitted by the departments according to the procedures outlined in the Service Rating Manual, and shall be given consideration in personnel-related employment decisions such as examinations and promotions. This form also serves as a development tool to facilitate discussion between supervisors and their employees about ways to improve performance, based on established standards of performance.

## RATING FORM INSTRUCTIONS

1. Review the Service Rating Manual, specifically the "Procedures for Successful Rating Form Completion" section, for detailed instructions.

2. Payroll personnel must fill in **Items 1-4**.

3. The **First Rater** should review **Items 1-4** for accuracy and then complete **Items 5-16** (include **Items 12 and 13** only for Supervisory Employees) and sign the rating in **Item 17**.

4. The **Second Rater** should review the First Rater's evaluation, and then add to **Items 5-16**, if necessary (include **Items 12 and 13** only for Supervisory Employees), and sign the rating in **Item 17**.

5. An explanation must be included in the section titled "**Justification/Comments**" for each factor if any ratings on **Items 5-14** differ from the previous rating period (add additional sheets if necessary).

   Explanation must also be given in the case of a "Highly Successful" or "Unsuccessful" rating, regardless of whether the rating has changed from the previous rating period, documenting the reason for the rating in behaviorally specific terms.

6. The **First Rater** must complete **Item 18** and **discuss the Service Rating** with the employee, and at the end of the conference the **employee** may fill out **Item 19** (optional). The **employee** must then sign in **Item 20** and verify correct residency information.

7. Forward to the **Appointing Authority** for completion of **Item 21**.

8. Make a copy of the Service Rating for the employee, with the date that the copy was given to the employee noted in **Item 22**. Make a copy for the agency's records and send the original to the Department of Personnel by the date indicated in Item 2 of the Service Rating.

9. The use of white-out on service rating forms is prohibited. Any changes to the original Service Rating must be circled and initialed by the individual making the change.



## DEFINITIONS

**Highly Successful:** Achieves a superior level of performance by consistently **exceeding** all expectations related to the specific performance factor; consistently exceeds established performance standards; a truly top performer.

**Successful:** Consistently and reliably **meets** expectations related to the specific performance factor; performance standards are fully met with no significant performance deficiencies.

**Unsuccessful:** Fails to consistently meet expectations related to the specific performance factor; performance standards are not consistently met. Employees receiving an Overall Rating of unsuccessful must complete a Mandatory Improvement Plan (see Item 16).

| Factors Affecting Performance | Rater | HS | S | U |
|---|---|---|---|---|
| 5. **CUSTOMER SERVICE:** Displays friendly, courteous, respectful behavior toward both internal and external customers. Listens patiently and attentively to determine customer needs, sees actions through to completion or suggests reasonable alternative(s) if unable to do what customer wants. Committed to delivering product and services in a way that reflects positively upon the department and the City. | 1st | ✓ | | |
| | 2nd | | | |
| Justification/Comments: *Since the inception of the "Green Help" program Ms Kenner has spent countless hours cultivating clients. Now that the program is up and running, manning intranet, she continues to have no one with action with hour clients now of excellent customer service. She also has been involved in a number of important programs* | | | | |
| 6. **INTERPERSONAL SKILLS:** Willingly works with and assists others. Shares information and resources to maximize their benefits. Works to improve his/her department/work unit rather than just his/her area of individual responsibility. Approaches differences with others in a positive, problem-solving manner. | 1st | ✓ | | |
| | 2nd | | | |
| Justification/Comments: *This skill continues to serve Ms Kenner in her interactions with citizens, contractors and various City employees. She works well in sometimes difficult situations always finding solutions whenever problems arise* | | | | |
| 7. **JUDGMENT:** Exercises good problem solving skills. Determines which problems to handle independently and which to refer to supervisor or other personnel. Demonstrates sound decision-making process. Exercises discretion, observes confidentiality, and accepts responsibility for one's own actions. | 1st | | ✓ | |
| | 2nd | | | |
| Justification/Comments: | | | | |
| 8. **PRODUCTIVITY:** Produces the amount of work expected of the position. Completes work in a timely fashion. Establishes appropriate priorities for fulfilling various job tasks. Meets established deadlines. Executes work in a productive and efficient manner. | 1st | | ✓ | |
| | 2nd | | | |
| Justification/Comments: | | | | |
| 9. **QUALITY:** Performs work accurately and without excessive need for revision after review. Is attentive to important details. Does not get bogged down in unnecessary detail. Identifies problems at an early stage and takes corrective action. Supports quality improvement efforts. | 1st | | ✓ | |
| | 2nd | | | |
| Justification/Comments: | | | | |



| Factors Affecting Performance (cont.) | Rater | HS | S | U |
|---|---|---|---|---|
| 10. **SAFETY:** Has learned applicable safety rules and ergonomic principles, and uses any necessary personal protective equipment to perform his/her job. Exercises safe job performance and implements the necessary ergonomic principles to reduce job hazards. Works with and encourages coworkers to perform their job safely. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| | Rater | HS | S | U |
|---|---|---|---|---|
| 11. **WORK HABITS:** Complies with established work rules, policies, and procedures. Uses care with City property. Complies with City's Code of Conduct as well as all other professional ethics. Takes initiative, utilizes time effectively, and avoids unscheduled absence. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| For Supervisory Employees Only | Rater | HS | S | U |
|---|---|---|---|---|
| 12. **PERFORMANCE MANAGEMENT:** Provides clear performance objectives and standards for subordinates. Gives subordinates frequent and timely performance feedback. Completes accurate Service Ratings for subordinates in a timely manner. Encourages the development of subordinates based on past performance. Communicates with employees in a professional manner. Creates a motivational environment for staff. | 1st | | | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| | Rater | HS | S | U |
|---|---|---|---|---|
| 13. **PROJECT MANAGEMENT:** Effectively plans and lays out work. Provides appropriate level of guidance, organization, and direction to subordinates. Supervises and follows up on assignments to ensure proper levels of performance from workgroup. Deals appropriately with customers regarding unsatisfactory work by subordinates. Accomplishes stated objectives within designated time frame. | 1st | | | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

| Overall Rating | Rater | HS | S | U |
|---|---|---|---|---|
| 14. **OVERALL RATING:** Indicate your general rating of the employee's total work performance during the evaluation period. For non-supervisory employees, consider ratings on Items 5-11. For supervisory employees, consider Items 5-13. | 1st | | ✓ | |
| | 2nd | | | |
| **Justification/Comments:** | | | | |

## 15. Professional Development (Add additional sheets of necessary)

List actions discussed with employee to address performance deficiencies, or to further develop employee's potential. This section must be used for **UNSUCCESSFUL** factor ratings that do not result in **OVERALL RATING** of **UNSUCCESSFUL**.

STL002000

PD-204 (Rev. 6/24/07)

## 16. Mandatory Improvement Activities

An **OVERALL RATING** of **UNSUCCESSFUL** requires the development of a Mandatory Improvement Plan (MIP) for the employee. Please refer to the Service Rating Manual. A copy of the MIP must be submitted with the Service Rating. If such a plan is required, enter **DATE FOR COMPLETION OF MIP** _____

(Date)

## 17. Raters' Signatures

I hereby certify that this Service Rating is an accurate record of this employee's performance during the current rating period. I have provided **Comments/Justification** in **Items 5-14** for current ratings that differ from ratings given to this employee at the conclusion of the last rating period and for "Highly Successful" or "Unsuccessful" ratings.

**First Rater:** _James M. Zarana_           _Deputy Comptroller_           _6-6-19_
                    (Signature)                          (Title)                    (Date)

**Second Rater:** _____          _____          _____
                      (Signature)                       (Title)                      (Date)

## 18. License or Registration (to be verified & completed by First Rater)

If position requires a license, registration, certification, etc., complete the following:

_____          _____          _____
(State or Agency granting license, certification, etc.)          (License/Registration Number)          (Expiration Date)

## 19. Employee Remarks (Optional; Add additional sheets if necessary)

## 20. Certification by Employee

I hereby certify that I have personally reviewed this Service Rating. My signature does not indicate agreement with this rating. I certify that information provided in **Item 18** is correct, and that the address and phone number reported in this Item is my current address and phone number. I understand that a current employee may request a review of the rating by the Department of Personnel and that the **LAST DATE** for requesting such a review is ten **(10) calendar days** from the date **(Item 22)** a copy of this rating was given to me. An employee is subject to disciplinary action for refusal to sign the rating.

_signature_                                    Redacted                          Redacted
(Signature of Employee)                  (Address of Residence with ZIP)              (Phone)

Section 2 of Article VIII of the City Charter requires all City Employees reside in the corporate limits of the City of St. Louis. For any additional information, refer to Department of Personnel Administrative Regulation # 114.

Is the above address and phone number the same as your current address and phone number on file?

_Yes_          _____          _6/6/19_          (If **No**, see your payroll clerk immediately to update)
(Yes)              (No)              (Date)

## 21. Appointing Authority Certification

Appointing Authority Remarks/Action:

**OVERALL RATING:** □ Highly Successful          ☒ Successful          □ Unsuccessful

_signature_                          _Executive Assistant II_          _6/7/2019_
(Signature of Appointing Authority)              (Title)                  (Date)

## 22. Date Copy of Rating was Given to Employee

Date: ___JUN 0 7 2019___

STL002001

**From:** Thomas J. Ray <tray@ArmstrongTeasdale.com>
**Sent:** Wednesday, June 26, 2019 3:28 PM CDT
**To:** Morton Chana <mortonc@stlouis-mo.gov>
**CC:** woodss@stlouis-mo.gov <woodss@stlouis-mo.gov>; rdenny@spencerfane.com <rdenny@spencerfane.com>; Garavaglia James <garavagliaj@stlouis-mo.gov>
**Subject:** Muni Courts 5th Amendment

Chana, this might be a problem tomorrow. Jim took a call from the Mayor's secretary, Sherry, and said to send these dox to him. He should have said to send them to you because the signatures need to be completed by Friday or there will be a default and the dox have to get to the title company.

So, and Jim is off tomorrow, when Sheila gets these dox and calls me, I am going to tell her to send them to you for the Comptroller's signature. If you cannot get the Comptroller to sign, let me know and I will ask if Bev can sign. Then the dox go to the Register and Roger Denny (482-4858) will bring his clients signature pages to the Register to complete our dox and take them to the title company.

Just a heads up!

Tom Ray
Armstrong Teasdale LLP
314 259 4730

*************************PRIVATE AND CONFIDENTIAL************************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

STL002043

**From:** HAYES, GREG <hayesga@stlouis-mo.gov>
**Sent:** Tuesday, July 09, 2019 9:39 PM CDT
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>
**CC:** Darlene Green <GreenD@stlouis-mo.gov>; Barbara Carl <carlb@stlouis-mo.gov>; Emma Capraro <capraroe@stlouis-mo.gov>; Smith, Tyler <smithjt@stlouis-mo.gov>; Kathy Sullivan <SullivanK@stlouis-mo.gov>; Eunetter Steele <steelee@stlouis-mo.gov>
**Subject:** Re: AT&T bills

I called the on call # tonight & I do NOT report for jury duty tomorrow. I will be attending the 10am meeting.

Thanks

GH

On Tuesday, July 9, 2019, HAYES, GREG <hayesga@stlouis-mo.gov> wrote:

Judy & Kelly, thanks for the quick follow up & in advance for your availability & time. I will be there if I am not reporting for jury duty tomorrow. All will know in advance if I can be at the 10:00am meeting tomorrow or not. Barb, thanks for setting it up earlier.

Thanks again.

GH

On Tuesday, July 9, 2019, Armstrong, Judy <armstrongju@stlouis-mo.gov> wrote:
Good morning Greg,

Kelley & I will make ourselves available for the meeting on tomorrow.
We too are trying to learn all we can about this problem and to find
a resolution. Please keep us posted as to the time and place.

Thanks,
Judy

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO  63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

On Tue, Jul 9, 2019 at 9:02 AM HAYES, GREG <hayesga@stlouis-mo.gov> wrote:

Judy & Kelly, simply checking to see if one of you is the Comptroller's Office contact for this matter(s). If not, pls advise who is. A Mary Harp from AT&T called Kathy Sullivan yesterday & said her supervisor is in town tomorrow & would like to meet to discuss these. Jim Garavaglia, some of our staff & I met with an AT&T rep about 1 - 1 1/2 years ago but this overall matter has not really reached a resolution to date. FYI, I call the Jury Commissioner's Office today after 4:30 to see if I report to jury duty tomorrow at 8am or not. I think it's important that we meet with this individual tomorrow as a next step & if I'm unavailable b/c of jury duty I'll still have representation, What is your possible availability tomorrow ?

Thanks in advance on this important matter & I'd like to call her back this no later than early pm today. Feel free to call or email w/ any related questions.

GH

STL002044

**From:** Carl, Barb <carlb@stlouis-mo.gov>
**Sent:** Tuesday, July 09, 2019 11:42 AM CDT
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>; Smith, Tyler <smithjt@stlouis-mo.gov>; Emma Capraro <capraroe@stlouis-mo.gov>
**CC:** HAYES, GREG <hayesga@stlouis-mo.gov>; Kimberly Haegele <haegelek@stlouis-mo.gov>; Darlene Green <GreenD@stlouis-mo.gov>; Eunetter Steele <steelee@stlouis-mo.gov>
**Subject:** Re: AT&T bills

Good afternoon all,
Set for 10:00 am tomorrow 07/10/19, here at the Parks Administrative Offices, 5600 Clayton Ave in Forest Park. Sending Google invite to set on calendars.

See you then
Barbara

On Tue, Jul 9, 2019 at 10:51 AM Carl, Barb <carlb@stlouis-mo.gov> wrote:
Good afternoon all,
Before I offer AT&T the time frame of 10:00 am to 11:30 am, will all be available to meet here at the Parks Administrative Offices here in Forest Park during that time?

Thanks,
Barbara

On Tue, Jul 9, 2019 at 9:41 AM Armstrong, Judy <armstrongju@stlouis-mo.gov> wrote:
Good morning Greg,

Kelley & I will make ourselves available for the meeting on tomorrow.
We too are trying to learn all we can about this problem and to find
a resolution. Please keep us posted as to the time and place.

Thanks,
Judy

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

On Tue, Jul 9, 2019 at 9:02 AM HAYES, GREG <hayesga@stlouis-mo.gov> wrote:
Judy & Kelly, simply checking to see if one of you is the Comptroller's Office contact for this matter(s). If not, pls advise who is. A Mary Harp from AT&T called Kathy Sullivan yesterday & said her supervisor is in town tomorrow & would like to meet to discuss these. Jim Garavaglia, some of our staff & I met with an AT&T rep about 1 - 1 1/2 years ago but this overall matter has not really reached a resolution to date. FYI, I call the Jury Commissioner's Office today after 4:30 to see if I report to jury duty tomorrow at 8am or not. I think it's important that we meet with this individual tomorrow as a next step & if I'm unavailable b/c of jury duty I'll still have representation, What is your possible availability tomorrow ?

Thanks in advance on this important matter & I'd like to call her back this no later than early pm today. Feel free to call or email w/ any related questions.

GH

--
Barbara Carl
Executive Secretary II to Director Greg Hayes
City of St. Louis, Parks, Recreation & Forestry
5600 Clayton Ave, St. Louis, MO 63110
314.289.5371
314.535.3901 (fax)

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain confidential and privileged information protected by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of the e-mail is strictly prohibited. Please notify the sender immediately by return e-mail and delete all copies from your system.

--
Barbara Carl
Executive Secretary II to Director Greg Hayes
City of St. Louis, Parks, Recreation & Forestry
5600 Clayton Ave, St. Louis, MO  63110
314.289.5371
314.535.3901 (fax)

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain confidential and privileged information protected by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of the e-mail is strictly prohibited. Please notify the sender immediately by return e-mail and delete all copies from your system.

**From:** Carl, Barb <carlb@stlouis-mo.gov>
**Sent:** Tuesday, July 09, 2019 10:51 AM CDT
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>; Smith, Tyler <smithjt@stlouis-mo.gov>; Emma Capraro <capraroe@stlouis-mo.gov>
**CC:** HAYES, GREG <hayesga@stlouis-mo.gov>; Kathy Sullivan <SullivanK@stlouis-mo.gov>; Kimberly Haegele <haegelek@stlouis-mo.gov>; Darlene Green <GreenD@stlouis-mo.gov>; Eunetter Steele <steelee@stlouis-mo.gov>
**Subject:** Re: AT&T bills

Good afternoon all,
Before I offer AT&T the time frame of 10:00 am to 11:30 am, will all be available to meet here at the Parks Administrative Offices here in Forest Park during that time?

Thanks,
Barbara

On Tue, Jul 9, 2019 at 9:41 AM Armstrong, Judy <armstrongju@stlouis-mo.gov> wrote:
> Good morning Greg,
>
> Kelley & I will make ourselves available for the meeting on tomorrow.
> We too are trying to learn all we can about this problem and to find
> a resolution. Please keep us posted as to the time and place.
>
> Thanks,
> Judy
>
> **Judy L Armstrong | Executive Assistant II**
> Comptroller's Office | Appointing Authority
> 1520 Market St. Rm. 3005, St. Louis, MO 63103
> 314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
> armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/
>
>
>
> On Tue, Jul 9, 2019 at 9:02 AM HAYES, GREG <hayesga@stlouis-mo.gov> wrote:
>> Judy & Kelly, simply checking to see if one of you is the Comptroller's Office contact for this matter(s). If not, pls advise
>> who is. A Mary Harp from AT&T called Kathy Sullivan yesterday & said her supervisor is in town tomorrow & would like
>> to meet to discuss these. Jim Garavaglia, some of our staff & I met with an AT&T rep about 1 - 1 1/2 years ago but this
>> overall matter has not really reached a resolution to date. FYI, I call the Jury Commissioner's Office today after 4:30 to
>> see if I report to jury duty tomorrow at 8am or not. I think it's important that we meet with this individual tomorrow as a
>> next step & if I'm unavailable b/c of jury duty I'll still have representation, What is your possible availability tomorrow ?
>>
>> Thanks in advance on this important matter & I'd like to call her back this no later than early pm today. Feel free to call
>> or email w/ any related questions.
>>
>> GH
>>
>>
>> --
>> Barbara Carl
>> Executive Secretary II to Director Greg Hayes
>> City of St. Louis, Parks, Recreation & Forestry
>> 5600 Clayton Ave, St. Louis, MO 63110
>> 314.289.5371
>> 314.535.3901 (fax)

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain confidential and privileged information protected by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of the e-mail is strictly prohibited. Please notify the sender immediately by return e-mail and delete all copies from your system.

**From:** HAYES, GREG <hayesga@stlouis-mo.gov>
**Sent:** Tuesday, July 09, 2019 2:35 PM CDT
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>
**CC:** Darlene Green <GreenD@stlouis-mo.gov>; Barbara Carl <carlb@stlouis-mo.gov>; Emma Capraro <capraroe@stlouis-mo.gov>; Smith, Tyler <smithjt@stlouis-mo.gov>; Kathy Sullivan <SullivanK@stlouis-mo.gov>; Eunetter Steele <steelee@stlouis-mo.gov>
**Subject:** Re: AT&T bills

Judy & Kelly, thanks for the quick follow up & in advance for your availability & time. I will be there if I am not reporting for jury duty tomorrow. All will know in advance if I can be at the 10:00am meeting tomorrow or not. Barb, thanks for setting it up earlier.

Thanks again.

GH

On Tuesday, July 9, 2019, Armstrong, Judy <armstrongju@stlouis-mo.gov> wrote:
Good morning Greg,

Kelley & I will make ourselves available for the meeting on tomorrow. We too are trying to learn all we can about this problem and to find a resolution. Please keep us posted as to the time and place.

Thanks,
Judy

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

On Tue, Jul 9, 2019 at 9:02 AM HAYES, GREG <hayesga@stlouis-mo.gov> wrote:
Judy & Kelly, simply checking to see if one of you is the Comptroller's Office contact for this matter(s). If not, pls advise who is. A Mary Harp from AT&T called Kathy Sullivan yesterday & said her supervisor is in town tomorrow & would like to meet to discuss these. Jim Garavaglia, some of our staff & I met with an AT&T rep about 1 - 1 1/2 years ago but this overall matter has not really reached a resolution to date. FYI, I call the Jury Commissioner's Office today after 4:30 to see if I report to jury duty tomorrow at 8am or not. I think it's important that we meet with this individual tomorrow as a next step & if I'm unavailable b/c of jury duty I'll still have representation, What is your possible availability tomorrow ?

Thanks in advance on this important matter & I'd like to call her back this no later than early pm today. Feel free to call or email w/ any related questions.

GH

STL002048

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Tuesday, July 09, 2019 9:41 AM CDT
**To:** HAYES, GREG <hayesga@stlouis-mo.gov>; Darlene Green <GreenD@stlouis-mo.gov>
**CC:** Kelley Anderson <andersonke@stlouis-mo.gov>; Barbara Carl <carlb@stlouis-mo.gov>; Emma Capraro <capraroe@stlouis-mo.gov>; Smith, Tyler <smithjt@stlouis-mo.gov>; Kathy Sullivan <SullivanK@stlouis-mo.gov>; Eunetter Steele <steelee@stlouis-mo.gov>
**Subject:** Re: AT&T bills

Good morning Greg,

Kelley & I will make ourselves available for the meeting on tomorrow.
We too are trying to learn all we can about this problem and to find
a resolution. Please keep us posted as to the time and place.

Thanks,
Judy

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

On Tue, Jul 9, 2019 at 9:02 AM HAYES, GREG <hayesga@stlouis-mo.gov> wrote:

Judy & Kelly, simply checking to see if one of you is the Comptroller's Office contact for this matter(s). If not, pls advise who is. A Mary Harp from AT&T called Kathy Sullivan yesterday & said her supervisor is in town tomorrow & would like to meet to discuss these. Jim Garavaglia, some of our staff & I met with an AT&T rep about 1 - 1 1/2 years ago but this overall matter has not really reached a resolution to date. FYI, I call the Jury Commissioner's Office today after 4:30 to see if I report to jury duty tomorrow at 8am or not. I think it's important that we meet with this individual tomorrow as a next step & if I'm unavailable b/c of jury duty I'll still have representation, What is your possible availability tomorrow ?

Thanks in advance on this important matter & I'd like to call her back this no later than early pm today. Feel free to call or email w/ any related questions.

GH

STL002049

**From:** HAYES, GREG <hayesga@stlouis-mo.gov>
**Sent:** Tuesday, July 09, 2019 2:35 PM CDT
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>
**CC:** Darlene Green <GreenD@stlouis-mo.gov>; Barbara Carl <carlb@stlouis-mo.gov>; Emma Capraro <capraroe@stlouis-mo.gov>; Smith, Tyler <smithjt@stlouis-mo.gov>; Kathy Sullivan <SullivanK@stlouis-mo.gov>; Eunetter Steele <steelee@stlouis-mo.gov>
**BCC:** FitzsimmonsB@stlouis-mo.gov <FitzsimmonsB@stlouis-mo.gov>
**Subject:** Re: AT&T bills

Judy & Kelly, thanks for the quick follow up & in advance for your availability & time. I will be there if I am not reporting for jury duty tomorrow. All will know in advance if I can be at the 10:00am meeting tomorrow or not. Barb, thanks for setting it up earlier.

Thanks again.

GH

On Tuesday, July 9, 2019, Armstrong, Judy <armstrongju@stlouis-mo.gov> wrote:
> Good morning Greg,
>
> Kelley & I will make ourselves available for the meeting on tomorrow.
> We too are trying to learn all we can about this problem and to find
> a resolution. Please keep us posted as to the time and place.
>
> Thanks,
> Judy
>
> **Judy L Armstrong | Executive Assistant II**
> Comptroller's Office | Appointing Authority
> 1520 Market St. Rm. 3005, St. Louis, MO 63103
> 314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
> armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/
>
>
>
> On Tue, Jul 9, 2019 at 9:02 AM HAYES, GREG <hayesga@stlouis-mo.gov> wrote:
>> Judy & Kelly, simply checking to see if one of you is the Comptroller's Office contact for this matter(s). If not, pls advise who is. A Mary Harp from AT&T called Kathy Sullivan yesterday & said her supervisor is in town tomorrow & would like to meet to discuss these. Jim Garavaglia, some of our staff & I met with an AT&T rep about 1 - 1 1/2 years ago but this overall matter has not really reached a resolution to date. FYI, I call the Jury Commissioner's Office today after 4:30 to see if I report to jury duty tomorrow at 8am or not. I think it's important that we meet with this individual tomorrow as a next step & if I'm unavailable b/c of jury duty I'll still have representation, What is your possible availability tomorrow ?
>>
>> Thanks in advance on this important matter & I'd like to call her back this no later than early pm today. Feel free to call or email w/ any related questions.
>>
>> GH

STL002050

**From:** HAYES, GREG <hayesga@stlouis-mo.gov>
**Sent:** Tuesday, July 09, 2019 9:39 PM CDT
**To:** Armstrong, Judy <armstrongju@stlouis-mo.gov>; Kelley Anderson <andersonke@stlouis-mo.gov>
**CC:** Darlene Green <GreenD@stlouis-mo.gov>; Barbara Carl <carlb@stlouis-mo.gov>; Emma Capraro <capraroe@stlouis-mo.gov>; Smith, Tyler <smithjt@stlouis-mo.gov>; Kathy Sullivan <SullivanK@stlouis-mo.gov>; Eunetter Steele <steelee@stlouis-mo.gov>
**BCC:** FitzsimmonsB@stlouis-mo.gov <FitzsimmonsB@stlouis-mo.gov>
**Subject:** Re: AT&T bills

I called the on call # tonight & I do NOT report for jury duty tomorrow. I will be attending the 10am meeting.

Thanks

GH

On Tuesday, July 9, 2019, HAYES, GREG <hayesga@stlouis-mo.gov> wrote:

Judy & Kelly, thanks for the quick follow up & in advance for your availability & time. I will be there if I am not reporting for jury duty tomorrow. All will know in advance if I can be at the 10:00am meeting tomorrow or not. Barb, thanks for setting it up earlier.

Thanks again.

GH

On Tuesday, July 9, 2019, Armstrong, Judy <armstrongju@stlouis-mo.gov> wrote:

Good morning Greg,

Kelley & I will make ourselves available for the meeting on tomorrow.
We too are trying to learn all we can about this problem and to find
a resolution. Please keep us posted as to the time and place.

Thanks,
Judy

Judy L Armstrong | Executive Assistant II
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/

On Tue, Jul 9, 2019 at 9:02 AM HAYES, GREG <hayesga@stlouis-mo.gov> wrote:

Judy & Kelly, simply checking to see if one of you is the Comptroller's Office contact for this matter(s). If not, pls advise who is. A Mary Harp from AT&T called Kathy Sullivan yesterday & said her supervisor is in town tomorrow & would like to meet to discuss these. Jim Garavaglia, some of our staff & I met with an AT&T rep about 1 - 1 1/2 years ago but this overall matter has not really reached a resolution to date. FYI, I call the Jury Commissioner's Office today after 4:30 to see if I report to jury duty tomorrow at 8am or not. I think it's important that we meet with this individual tomorrow as a next step & if I'm unavailable b/c of jury duty I'll still have representation. What is your possible availability tomorrow ?

Thanks in advance on this important matter & I'd like to call her back this no later than early pm today. Feel free to call or email w/ any related questions.

GH

I got it....


James M. Garavaglia,
Deputy Comptroller
Finance and Development
1520 Market St ~ Room 3005
St. Louis Mo. 63103
314-657-3410


On Tue, Feb 26, 2019 at 4:45 PM Fitzsimmons, Beverly <fitzsimmonsb@stlouis-mo.gov> wrote:

---------- Forwarded message ---------
From: **Green, Darlene** <greend@stlouis-mo.gov>
Date: Tue, Feb 26, 2019 at 1:33 PM
Subject: Fwd: AT&T Unpaid Phone Invoices
To: Beverly Fitzsimmons <FitzsimmonsB@stlouis-mo.gov>


Bev,

Is this something 311 would handle or does IT take care of phone bills? Thanks!

D. Cox - office assistant
for
*Darlene Green*
COMPTROLLER
City of St. Louis
greend@stlouis-mo.gov

Office: 314-622-4389
fax: 314-622-4026


---------- Forwarded message ---------
From: <cinweb@stlouis-mo.gov>
Date: Tue, Feb 26, 2019 at 1:29 PM
Subject: AT&T Unpaid Phone Invoices
To: <greend@stlouis-mo.gov>


Hello, this is a message sent from your stlouis-mo.gov profile.

**To:** Comptroller Darlene Green

**From:** Dawn Macon dawn.m.macon@att. com

**Subject:** AT&T Unpaid Phone Invoices

**Message:**
It is very important that someone who handles accounts payable for the City of St. Louis Missouri please contact me @
888 995-4357 ext 5657641 to discuss several past due telephone invoices to avoid interruption in services.


--
Bev Fitzsimmons
Deputy Comptroller
Comptroller's Office
City of St. Louis
1200 Market St. Room 311

St. Louis, MO  63103
(314) 589-6035

STL002053

**From:** Garavaglia, James <garavagliaj@stlouis-mo.gov>
**Sent:** Tuesday, March 26, 2019 4:17 PM CDT
**To:** Pruitt, Tyson <pruittt@stlouis-mo.gov>
**CC:** Beverly Fitzsimmons <fitzsimmonsb@stlouis-mo.gov>
**Subject:** Re: ATT bills

I am not familiar with the specifics in this case, but I know that the SLATE bill and ours for 1520 were somehow confused in AT&T's billing system . I believe SLATE is awaiting some credit in order to determine what they need to pay . Our bill has been corrected and is being handled on a timely basis . thanks.

James M. Garavaglia,
Deputy Comptroller
Finance and Development
1520 Market St ~ Room 3005
St. Louis Mo. 63103
314-657-3410

On Tue, Mar 26, 2019 at 1:53 PM Pruitt, Tyson <pruittt@stlouis-mo.gov> wrote:
Good afternoon Jim and Bev,

Please see the following question from Lauren Trager about an AT&T bill. Of note is the "past due" amount--which I assume is incorrect but I need your guidance/info to be able to respond.

Thank you,
-T

**Tyson M. Pruitt**
Public Information Officer to the Honorable Darlene Green
Comptroller, City of St. Louis

email: pruittt@stlouis-mo.gov
desk: 314-613-7360
fax: 314-622-4750
news: stlouis-mo.gov/government/departments/comptroller/news

---------- Forwarded message ---------
From: **Lauren S Trager** <Lauren.Trager@kmov.com>
Date: Tue, Mar 26, 2019 at 1:22 PM
Subject: ATT bills
To: Pruitt, Tyson <pruittt@stlouis-mo.gov>

Hi Tyson,

As I mentioned on the phone, I am trying to understand a bill that was recently received by SLATE (see attached) for $52,000 from AT&T. I spoke with Steve Conway today, who suggested I talk with the Comptroller's office, since he indicated the Comptroller's Office was "sitting on the bill" and that this is a problem that Office has had with all AT&T bills.

Has there been some issue with bills from AT&T? If so, what are the issues? Is it impacting a number of departments? Are bills not being paid on time, for some reason? If so, are the city agencies accruing interest? For example, the SLATE bill states there is about $700 as a late payment. Is SLATE responsible for that late payment?

Any assistance or information you can provide would be greatly appreciated.

Thanks very much.

Lauren

**Lauren Trager** | Investigative Reporter

lauren.trager@kmov.com | KMOV St Louis
**t** 314 444 6328 | **m** 314 309 0571

This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.

**From:** Pruitt, Tyson <pruittt@stlouis-mo.gov>
**Sent:** Tuesday, March 26, 2019 4:34 PM CDT
**To:** Garavaglia, James <garavagliaj@stlouis-mo.gov>
**CC:** Beverly Fitzsimmons <fitzsimmonsb@stlouis-mo.gov>
**Subject:** Re: ATT bills

Thanks Jim,

I spoke with Lauren and explained that we have some issues with accounts being credited correctly and that AT&T is working to correct the issues.

**Tyson M. Pruitt**
Public Information Officer to the Honorable Darlene Green
Comptroller, City of St. Louis

email: pruittt@stlouis-mo.gov
desk: 314-613-7360
fax: 314-622-4750
news: stlouis-mo.gov/government/departments/comptroller/news

On Tue, Mar 26, 2019 at 4:17 PM Garavaglia, James <garavagliaj@stlouis-mo.gov> wrote:
> I am not familiar with the specifics in this case, but I know that the SLATE bill and ours for 1520 were somehow confused in AT&T's billing system . I believe SLATE is awaiting some credit in order to determine what they need to pay . Our bill has been corrected and is being handled on a timely basis . thanks.
>
>
> James M. Garavaglia,
> Deputy Comptroller
> Finance and Development
> 1520 Market St ~ Room 3005
> St. Louis Mo. 63103
> 314-657-3410
>
>
> On Tue, Mar 26, 2019 at 1:53 PM Pruitt, Tyson <pruittt@stlouis-mo.gov> wrote:
> > Good afternoon Jim and Bev,
> >
> > Please see the following question from Lauren Trager about an AT&T bill. Of note is the "past due" amount--which I assume is incorrect but I need your guidance/info to be able to respond.
> >
> > Thank you,
> > -T
> >
> > **Tyson M. Pruitt**
> > Public Information Officer to the Honorable Darlene Green
> > Comptroller, City of St. Louis
> >
> > email: pruittt@stlouis-mo.gov
> > desk: 314-613-7360
> > fax: 314-622-4750
> > news: stlouis-mo.gov/government/departments/comptroller/news
> >
> >
> > ---------- Forwarded message ---------
> > From: **Lauren S Trager** <Lauren.Trager@kmov.com>
> > Date: Tue, Mar 26, 2019 at 1:22 PM
> > Subject: ATT bills
> > To: Pruitt, Tyson <pruittt@stlouis-mo.gov>
> >
> >
> > Hi Tyson,
> >
> > As I mentioned on the phone, I am trying to understand a bill that was recently received by SLATE (see attached) for $52,000 from AT&T. I spoke with Steve Conway today, who suggested I talk with the Comptroller's office, since he

STL002056

indicated the Comptroller's Office was "sitting on the bill" and that this is a problem that Office has had with all AT&T bills.

Has there been some issue with bills from AT&T? If so, what are the issues? Is it impacting a number of departments? Are bills not being paid on time, for some reason? If so, are the city agencies accruing interest? For example, the SLATE bill states there is about $700 as a late payment. Is SLATE responsible for that late payment?

Any assistance or information you can provide would be greatly appreciated.

Thanks very much.

Lauren

**Lauren Trager** | Investigative Reporter

lauren.trager@kmov.com | KMOV St Louis
**t** 314 444 6328 | **m** 314 309 0571

This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.

**From:** Garavaglia, James <garavagliaj@stlouis-mo.gov>
**Sent:** Friday, June 28, 2019 4:09 PM CDT
**To:** Fitzsimmons, Beverly <fitzsimmonsb@stlouis-mo.gov>
**Subject:** Re: ATT Parks

They went out of contract and stopped paying bills . It's a total mess .... we finally have someone at AT&T working on it . But , won't be resolved for a while .

They owe a bunch of money as you might expect .....

On Fri, Jun 28, 2019 at 4:30 PM Fitzsimmons, Beverly <fitzsimmonsb@stlouis-mo.gov> wrote:
What is going on with ATT bills and Pars division....Looks like didn't pay this year and last year ranged between $5K and $8K

--
Bev Fitzsimmons
Deputy Comptroller
Comptroller's Office
City of St. Louis
1200 Market St. Room 311
St. Louis, MO 63103
(314) 589-6035

--
James M. Garavaglia,
Deputy Comptroller
Finance and Development
1520 Market St ~ Room 3005
St. Louis Mo. 63103
314-657-3410

STL002058

**From:** Green, Darlene <greend@stlouis-mo.gov>
**Sent:** Friday, August 02, 2019 1:15 PM CDT
**To:** NSS Help Desk NSS Help Desk NSS Help Desk <helpdesk@stlouis-mo.gov>
**Subject:** Re: Computer Files

Dear Help Desk:

I would like to request access for my assistant, Chana Morton, to all of the network files accessed and utilized by Mr. James Garavaglia. I would also like to request that you place a copy of Mr. James Garavaglia's "F" drive files, onto Chana's "F" drive.

Thank you and please let me know if you need any additional information.

*Darlene Green*
COMPTROLLER
City of St. Louis
greend@stlouis-mo.gov

Office: 314-622-4389
fax: 314-622-4026

On Fri, Aug 2, 2019 at 10:49 AM Green, Darlene <greend@stlouis-mo.gov> wrote:
Dear Help Desk.

I would like to request access for my Secretary Chana Morton to the Comptroller's office G drive (AST) utilized by James Garavaglia. Our office needs access to files located on this drive for work continuation purposes.

Thank you,

**From:** Morton, Chana <mortonc@stlouis-mo.gov>
**Sent:** Monday, October 14, 2019 11:31 AM CDT
**To:** Boeckelmann, Bryan <boeckelmannb@stlouis-mo.gov>
**CC:** Swearngin, Aaron <swearngina@stlouis-mo.gov>; Armstrong, Judy <ArmstrongJU@stlouis-mo.gov>
**Subject:** Re: Deputy Comptroller - Finance & Development

Thank you, Bryan - always good to hear from (and work with) you again as well!

# Chana D. Morton

*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*


On Mon, Oct 14, 2019 at 10:50 AM Boeckelmann, Bryan <boeckelmannb@stlouis-mo.gov> wrote:
Hi Chana,

It's always nice to hear from you and I hope you have been well:)

I would be happy to assist. I will pull what I have on file and email you scanned copies shortly.

Thanks.

Bryan Boeckelmann
Manager, Personnel Services & Examinations
Department of Personnel
Carnahan Courthouse
1114 Market Street, Room 700
St. Louis, MO 63101
(314) 622-5798 (Personnel Services)
(314) 622-3570 (Recruitment & Examination)
(314) 622-4293 Fax
BoeckelmannB@stlouis-mo.gov


On Mon, Oct 14, 2019 at 10:48 AM Morton, Chana <mortonc@stlouis-mo.gov> wrote:
Good morning:

Our office would like to begin the process of filling the Deputy Comptroller of Finance and Development position, recently vacated by James Garavaglia's retirement.

In the fall of 2015, our office sent to Personnel a requisition and an official job description, but the Appointing Authority at that time did not leave a copy for our office.

Bryan, would it be possible to send either me or Judy Armstrong a copy of what was sent to Personnel for that position? Thank you, and I look forward to your response.

## Chana D. Morton

*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*

STL002060

**From:** Boeckelmann, Bryan <boeckelmannb@stlouis-mo.gov>
**Sent:** Monday, October 14, 2019 11:52 AM CDT
**To:** Morton, Chana <mortonc@stlouis-mo.gov>
**CC:** Swearngin, Aaron <swearngina@stlouis-mo.gov>; Armstrong, Judy <ArmstrongJU@stlouis-mo.gov>
**Subject:** Re: Deputy Comptroller - Finance & Development

My pleasure.

Bryan Boeckelmann
Manager, Personnel Services & Examinations
Department of Personnel
Carnahan Courthouse
1114 Market Street, Room 700
St. Louis, MO 63101
(314) 622-5798 (Personnel Services)
(314) 622-3570 (Recruitment & Examination)
(314) 622-4293 Fax
BoeckelmannB@stlouis-mo.gov

On Mon, Oct 14, 2019 at 11:51 AM Morton, Chana <mortonc@stlouis-mo.gov> wrote:
This is perfect. Thanks again Bryan.

## Chana D. Morton
*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*

On Mon, Oct 14, 2019 at 11:33 AM Boeckelmann, Bryan <boeckelmannb@stlouis-mo.gov> wrote:
Thank you! Attached is the requisition you requested.

Please let me know if I can be of further assistance.

Best,

Bryan Boeckelmann
Manager, Personnel Services & Examinations
Department of Personnel
Carnahan Courthouse
1114 Market Street, Room 700
St. Louis, MO 63101
(314) 622-5798 (Personnel Services)
(314) 622-3570 (Recruitment & Examination)
(314) 622-4293 Fax
BoeckelmannB@stlouis-mo.gov

On Mon, Oct 14, 2019 at 11:31 AM Morton, Chana <mortonc@stlouis-mo.gov> wrote:
Thank you, Bryan - always good to hear from (and work with) you again as well!

## Chana D. Morton
*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*

**STL002061**

On Mon, Oct 14, 2019 at 10:50 AM Boeckelmann, Bryan <boeckelmannb@stlouis-mo.gov> wrote:
Hi Chana,

It's always nice to hear from you and I hope you have been well:)

I would be happy to assist. I will pull what I have on file and email you scanned copies shortly.

Thanks.

Bryan Boeckelmann
Manager, Personnel Services & Examinations
Department of Personnel
Carnahan Courthouse
1114 Market Street, Room 700
St. Louis, MO 63101
(314) 622-5798 (Personnel Services)
(314) 622-3570 (Recruitment & Examination)
(314) 622-4293 Fax
BoeckelmannB@stlouis-mo.gov

On Mon, Oct 14, 2019 at 10:48 AM Morton, Chana <mortonc@stlouis-mo.gov> wrote:
Good morning:

Our office would like to begin the process of filling the Deputy Comptroller of Finance and Development position, recently vacated by James Garavaglia's retirement.

In the fall of 2015, our office sent to Personnel a requisition and an official job description, but the Appointing Authority at that time did not leave a copy for our office.

Bryan, would it be possible to send either me or Judy Armstrong a copy of what was sent to Personnel for that position? Thank you, and I look forward to your response.

# Chana D. Morton

*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*

STL002062

**From:** Boeckelmann, Bryan <boeckelmannb@stlouis-mo.gov>
**Sent:** Monday, October 14, 2019 10:50 AM CDT
**To:** Morton, Chana <mortonc@stlouis-mo.gov>
**CC:** Swearngin, Aaron <swearngina@stlouis-mo.gov>; Armstrong, Judy <ArmstrongJU@stlouis-mo.gov>
**Subject:** Re: Deputy Comptroller - Finance & Development

Hi Chana,

It's always nice to hear from you and I hope you have been well:)

I would be happy to assist. I will pull what I have on file and email you scanned copies shortly.

Thanks.

Bryan Boeckelmann
Manager, Personnel Services & Examinations
Department of Personnel
Carnahan Courthouse
1114 Market Street, Room 700
St. Louis, MO 63101
(314) 622-5798 (Personnel Services)
(314) 622-3570 (Recruitment & Examination)
(314) 622-4293 Fax
BoeckelmannB@stlouis-mo.gov


On Mon, Oct 14, 2019 at 10:48 AM Morton, Chana <mortonc@stlouis-mo.gov> wrote:
Good morning:

Our office would like to begin the process of filling the Deputy Comptroller of Finance and Development position, recently vacated by James Garavaglia's retirement.

In the fall of 2015, our office sent to Personnel a requisition and an official job description, but the Appointing Authority at that time did not leave a copy for our office.

Bryan, would it be possible to send either me or Judy Armstrong a copy of what was sent to Personnel for that position? Thank you, and I look forward to your response.

# Chana D. Morton

*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*

STL002063

**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Thursday, July 25, 2019 5:33 PM CDT
**To:** Spirovski, Tony <tspirovs@wm.com>
**Subject:** Re: Waste Management Service Agreement
**Attachment(s):** "WM 2019 signature page.pdf"

Good evening Tony,

The City of St. Louis has to rebid this contract. James Garavaglia, was not
an authorized signature. I have started the process by getting approved for
an emergency extension of four months from July 1, 2019 - October 31, 2019.
For the amendment of the extension I had to have a tax clearance form from
the Collector of Revenue and the License Collector. The License Collector
rejected stating that they need a copy of workman's comp. It can be faxed into
the office at 314-622-3275.

Also I have a signature page that I need to get signed by an authorized
representative of Waste Management. As soon as I have both of these,
I can move forward. Please let me know when you have faxed the
workman's comp and who to contact for a signature. See attached copies,
but I have to have my original signed for the signature page.

Let me know if you have any questions.

Thanks,
Judy

**Judy L. Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/


On Tue, Jul 23, 2019 at 2:05 PM Spirovski, Tony <tspirovs@wm.com> wrote:

Judy,


I have attached a copy of the current Service Agreement on file that runs through 06/01/2020. The signed copy was
scanned so it is a bit blurry. I have also attached a blank copy for you to refer to if need be.


Thank you


Tony Spirovski

Account Manager

tspirovs@wm.com


Waste Management
700 E Butterfield Rd

4th Floor

Lombard, IL 60148

Inside IL Tel 800 796 9696

Outside IL Tel 800 989 2783

STL002143

**From:** Spirovski, Tony <tspirovs@wm.com>
**Sent:** Tuesday, July 23, 2019 2:05 PM CDT
**To:** armstrongju@stlouis-mo.gov <armstrongju@stlouis-mo.gov>
**Subject:** Waste Management Service Agreement
**Attachment(s):** "StLouis Gateway Transport Center.pdf","ST LOUIS GATEWAY TRANSPRTN CTR_3-36.PDF"

Judy,

I have attached a copy of the current Service Agreement on file that runs through 06/01/2020. The signed copy was scanned so it is a bit blurry. I have also attached a blank copy for you to refer to if need be.

Thank you

Tony Spirovski
Account Manager
tspirovs@wm.com

Waste Management
700 E Butterfield Rd
4th Floor
Lombard, IL 60148
Inside IL Tel 800 796 9696
Outside IL Tel 800 989 2783
Fax 866 613 5718

Recycling is a good thing. Please recycle any printed emails.



**Waste Management of Missouri, Inc.**
700 E Butterfield Rd 4th FL
Lombard, IL, 60148-6006
(800) 796-9696

| | |
|---|---|
| WM Agreement # | S0008787019 |
| Customer Acct # | 100-185123 |
| Acct. Name | ST LOUIS GATEWAY TRANSPRTN CTR |
| Salesperson | Dena Rossi |
| Effective Date | 6/1/2017 |
| Last API Date | 05/22/2012 |

# Service Agreement
## Non-Hazardous Waste Service Summary

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | Jim Garavaglia | | | | |
| Address | 430 S 15TH ST | Telephone # | (314) 657-3410 | | | | |
| City State Zip | SAINT LOUIS, MO 63103-2607 | Fax # | | | | | |
| County/Parish | SAINT LOUIS CITY | Email | garavagliaj@stlouis-mo.gov | | | | |

Customer Comments:

### Billing Information

| | | | |
|---|---|---|---|
| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | Jim Garavaglia |
| Address | 430 15TH ST S | Telephone # | (314) 657-3410 |
| City State Zip | SAINT LOUIS, MO 63103-2607 | Fax # | |
| County/Parish | MOSLI | Email | garavagliaj@stlouis-mo.gov |

PO#

### Service Description & Recurring Rates

| Quantity | Equipment | Material Stream | Frequency | | |
|---|---|---|---|---|---|
| 2 | 4 Yard FEL | MSW Commercial | 6x Per Week | Base Rate | $ 340.00 |
| | | | | Fuel & Environmental/RCR | $ 0.00 * |

Current rate for Extra Pickup (per Lift): $ 180.00

**TOTAL:** $ 340.00 *

Customer's Waste Materials not to exceed an average weight of lbs/yard.
Initial One Time Service Charges*       As Needed Services*

**GRAND TOTAL** $ 340.00*

The above listed Charges are for recurring services only. Charges for all additional services will be at current rates at the time of service. These include but are not limited to: extra pickups, container removal, overages and contamination. Contact Waste Management for a full list of such additional services and current prices.

*Fuel Surcharge, Environmental Charge, and Regulatory Cost Recovery ("RCR") Charge apply to all other Charges whether or not listed on this summary; any amounts shown above are estimated, and actual amounts will be calculated at the time of invoicing based on a percentage of the Charges. Information about these charges can be found at www.wm.com/billhelp. State & Local taxes, and/or fees and a Recycle Material Offset, if applicable, will also be added to the Charges. An Administrative Charge per invoice will be assessed and can be removed by enrolling in paperless statements and automated payments.

Contract Term for monthly rate services is for 3 year(s) from the Effective Date ('Initial Term') and it shall automatically renew thereafter for additional terms of 36 months ('Renewal Term') unless terminated as set forth herein.

The individual signing this agreement on behalf of customer acknowledges that he/she has read and accepts the terms and conditions of this agreement which accompany this service summary sheet and that he/she has the authority to sign on behalf of the customer.

| | | | |
|---|---|---|---|
| Customer Signature | Printed Name | Title | Date |

| | | | |
|---|---|---|---|
| | | Waste Management Sales Rep. | |
| Company Waste Management of Missouri, Inc. | Printed Name | Title | Date |

Terms and Conditions on following page(s)

**1. SERVICES RENDERED; WASTE MATERIALS.** Customer grants to Company the exclusive right, and Company through itself and its subsidiaries and corporate affiliates, shall furnish equipment and services, to collect and dispose of and/or recycle all of Customer's Waste Materials at Customer's Service Address(es) listed on the Service Summary. Customer represents and warrants that the materials to be collected under this Agreement shall be only "Waste Materials" as defined herein. For purposes of this Agreement, "Waste Materials" means all non-hazardous solid waste, organic waste and Recyclable Materials (as defined in Section 12 below) generated by Customer or at Customer's Service Address. Waste Materials includes Special Waste, such as industrial process wastes, asbestos-containing material, petroleum contaminated soils, treated/de-characterized wastes, and demolition debris, for which Customer shall complete a Special Waste Profile sheet to be approved by Company in writing. Waste Materials excludes, and Customer agrees not to deposit or permit the deposit for collection of: any waste tires, radioactive, volatile, corrosive, flammable, explosive, biomedical, infectious, bio-hazardous, regulated medical or hazardous waste, toxic substance or material, as defined by, characterized or listed under applicable federal, state, or local laws or regulations, any materials containing information protected by federal, state or local privacy and security laws or regulations (unless rendered to Company, using an additional Exhibit L to this Agreement), or Special Waste not approved in writing by Company (collectively, "Excluded Materials"). Title to and liability for Excluded Material shall remain with Customer at all times. Title to Customer's Waste Materials is transferred to Company upon Company's receipt or collection unless otherwise provided in this Agreement or applicable law.

**2. TERM.** The Term of this Agreement is set forth on the Service Summary of this Agreement. Unless otherwise specified on the Service Summary, the Term shall automatically renew for the period set forth therein unless either party gives to the other party written notice (See Section 11(e)) of termination at least ninety (90) days, but not more than one hundred eighty (180) days, prior to the termination of the then-existing term. Notice of termination received at any other time will be considered ineffective and the contract will be considered automatically renewed upon completion of the then-existing term.

**3. SERVICES GUARANTY; CUSTOMER TERMINATION.** If the Company fails to perform the services described within five business days of its receipt of a written demand from Customer (See Section 11(e)), Customer may terminate this Agreement with the payment of all monies due through the termination date. If Company increases the Charges payable to Customer hereunder for reasons other than as set forth in Section 4 below, Customer shall have the right to terminate this Agreement by written notice to the Company no later than thirty (30) days after Company notifies Customer of such increase in Charges in writing. If Customer so notifies Company of its termination of this Agreement, such termination shall be of no force and effect if Company withdraws or removes such increase within fifteen (15) days after Customer provides timely notification of termination. Absent such termination, the increased Charges shall be binding and enforceable against Customer under this Agreement.

**4. CHARGES; PAYMENTS; ADJUSTMENTS.** Upon receipt of an invoice, Customer shall pay any and all charges, fees and other amounts payable under this Agreement for the services and/or equipment (including repair and maintenance) furnished by Company ("Charges") . Company reserves the right to increase the Charges payable by Customer during the Term: (a) for any changes to, or differences between, the actual equipment and services provided by Company to Customer and those specified on the Service Summary; (b) for any change in the composition of the Waste Materials or if the average weight per yard of Customer's Waste Materials exceeds the amount specified on the Service Summary; (c) for any increase in or other modification to the Company's Fuel Surcharge, Regulatory Cost Recovery Charge, Recycle Material Offset, Environmental Charge, and/or any Fees/Charges included in the Service Summary; (d) to cover any increases in disposal and/or third party transportation costs, including fuel surcharges; (e) to cover increased costs due to uncontrollable circumstances, including, without limitation, changes in local, state or federal laws or regulations, imposition of taxes, fees or surcharges or acts of God such as floods, fires, hurricanes and natural disasters; and (f) no more often than annually from the Effective Date (or if specified on the Service Summary, Customer's Last Annual Price Increase ("APT") Date) for increases in any Consumer Price Index or components thereof applicable to the Services provided under this Agreement plus four percent of the then current Charges. Any increase in Charges enumerated in clauses (a) through (e) above may include an amount for Company's operating or profit margin. Company also reserves the right to charge Customer additional charges if additional services are provided to Customer, including, but not limited to: container relocation or renewal; gate, enclosure or roll out services; account resume services; and extra trip charges. In the event Company adjusts the Charges as provided in this Section 4, the parties agree that this Agreement as so adjusted will continue in full force and effect. Increases for reasons other than as specified herein are subject to Customer's rights under Section 3.

Any Customer invoice balance not paid within thirty (30) days of the date of invoice is subject to a late charge, and any Customer check returned for insufficient funds is subject to a Non Sufficient Funds fee, both to the maximum extent allowed by applicable law. Customer acknowledges that any late charge charged by the Company is not to be considered as interest on debt, is not a penalty, and is a reasonable charge for late payment. In the event that payment is not made when due, Company retains the right to suspend service until the past due balance is paid in full. If Company reinstates suspended services after receipt of an outstanding balance, Customer shall pay a reactivation charge In the event that service is suspended in excess of fifteen (15) days, Company may terminate this Agreement for such default and recover any equipment and all amounts owed hereunder, including liquidated damages under Section 7.

**5. CHANGES.** Changes in the frequency of collection service, schedule, number, capacity and/or type of equipment, and any changes to amounts payable under this Agreement, may be agreed to orally, in writing, by payment of the invoice or by the actions and practices of the parties. If Customer changes its Service Address during the Term, this Agreement shall remain valid and enforceable with respect to services rendered at Customer's new service location if such location is within Company's service area.

**6. EQUIPMENT, ACCESS.** All equipment furnished by Company shall remain its property; however, Customer shall have care, custody and control of the equipment and shall be liable for all loss or damage to the equipment and for its contents while at Customer's location. Customer shall not overload, move or alter the equipment or allow a third party to do so, and shall use it only for its intended purpose. At the termination of this Agreement, Customer shall return the equipment to Company in the condition in which it was provided, normal wear and tear excepted. Customer shall provide safe and unobstructed access to the equipment on the scheduled collection day. Company may suspend services or terminate this Agreement in the event Customer violates any of the requirements of this provision. Customer shall pay, if charged by Company, an additional fee for any service modifications caused by or resulting from Customer's failure to provide access. Customer warrants that Customer's property is sufficient to bear the weight of Company's equipment and vehicles and that Company shall not be responsible for any damage to the Customer's pavement or any other surface resulting from the equipment or Company's services.

**7. LIQUIDATED DAMAGES.** In the event Customer terminates this Agreement prior to the expiration of the Initial or Renewal Term ("Term") for any reason other than as set forth in Section 3, or in the event Company terminates this Agreement for Customer's default, Customer shall pay the following liquidated damages in addition to the Company's legal fees, if any: (a) if the remaining Term (including any applicable Renewal Term) under this Agreement is six or more months, Customer shall pay the average of its six most recent monthly Charges (or, if the Effective Date is within six months of Company's last invoice date, the average of all monthly Charges) multiplied by six; or (b) if the remaining Term under this Agreement is less than six months, Customer shall pay the average of its six most recent monthly Charges multiplied by the number of months remaining in the Term. Customer shall pay liquidated damages of $100 for every Customer waste tire that is found at the disposal facility. Customer acknowledges that the actual damage to Company in the event of termination is impractical or extremely difficult to fix or prove, and the foregoing liquidated damages amount is reasonable and commensurate with the anticipated loss to Company resulting from such termination and is an agreed upon fee and is not imposed as a penalty.

**8. INDEMNITY.** The Company agrees to indemnify, defend and save Customer, its parent, subsidiaries, and corporate affiliates, harmless from and against any and all liability which Customer may be responsible for or pay out as a result of bodily injuries (including death), property damage, or any violation of applicable law, to the extent caused by any negligent act or omission or willful misconduct of the Company or its employees, which occurs (a) during the collection or transportation of Customer's Waste Materials, or (b) as a result of the disposal of Customer's Waste Materials in a facility owned by the Company or a Waste Management company, provided that the Company's indemnification obligations will not apply to occurrences involving Excluded Materials.

Customer agrees to indemnify, defend and save the Company, its parent, subsidiaries, corporate affiliates and their joint venture partners, harmless from and against any and all liability which the Company may be responsible for or pay out as a result of bodily injuries (including death), property damage, or any violation or alleged violation of law to the extent caused by Customer's breach of this Agreement or by any negligent act or omission or willful misconduct of the Customer or its employees, agents or contractors or Customer's use, operation or possession of any equipment furnished by the Company.
Neither party shall be liable to the other for consequential, incidental or punitive damages arising out of the performance or breach of this Agreement.

**9. RIGHT OF FIRST REFUSAL.** Customer grants to Company a right of first refusal to match any offer relating to services similar to those provided hereunder which Customer receives (or intends to make) upon termination of this Agreement for any reason and Customer shall give Company prompt written notice of any such offer and a reasonable opportunity to respond to it.

**10. DISPUTE RESOLUTION-ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. BINDING ARBITRATION:** Except for those claims expressly excluded below (EXCLUDED CLAIMS), Customer and Company agree that ANY and all existing or future controversy or claim between them arising out of or related to this Agreement or any prior agreements between the parties, whether based in contract, law or equity or alleging any other legal theory, or arising prior to, in connection with, or after the termination of this Agreement or any other agreements, shall be resolved by mandatory binding arbitration (see www.wm.com for details on arbitration procedures). CLASS ACTION WAIVER: Customer and Company agree that under no circumstances, whether in arbitration or otherwise, may customer bring any claim against the Company, or allow any claim that the Customer may have against the Company to be asserted, as part of a class action, on a consolidated or representative basis or otherwise aggregated with claims brought by, or on behalf of, any other entity or person, including other customers of the Company.EXCLUDED CLAIMS: The following are not subject to mandatory binding arbitration: (A) either party's claims against the other in connection with bodily injury or real property damage and for environmental indemnification; and (B) Company's claims against Customer for collection or payment of Charges (liquidated or otherwise) or any other amounts due or payable to the Company by the Customer under this Agreement or any prior agreements between the parties, but Customer and Company may mutually agree to arbitrate any Excluded Claims.

**11. MISCELLANEOUS.** (a) Except for the obligation to make payments hereunder, neither party shall be in default for its failure to perform or delay in performance caused by events or significant threats of events beyond its reasonable control, whether or not foreseeable, including, but not limited to, strikes, labor trouble, riots, imposition of laws or governmental orders, fires, acts of war or terrorism, acts of God, and the inability to obtain equipment, and the affected party shall be excused from performance during the occurrence of such events. (b) This Agreement shall be binding on and shall inure to the benefit of the parties hereto and their respective successors and assigns. (c) This Agreement represents the entire agreement between the parties and supersedes any and all other agreements for the same services, whether written or oral, that may exist between the parties. (d) This Agreement shall be construed in accordance with the law of the state in which the services are provided. (e) All written notification to Company required by this Agreement shall be by Certified Mail. Return Receipt Requested to Company's address on the first page of the Service Summary. (f) If any provision of this Agreement is declared invalid or unenforceable, then such provision shall be severed from and shall not affect the remainder of this Agreement; however, the parties shall amend this Agreement to give effect, to the maximum extent allowed, to the intent and meaning of the severed provision. (g) In the event the Company successfully enforces its rights against Customer hereunder, the Customer shall be required to pay the Company's attorneys' fees and court costs.

**12. RECYCLING SERVICES.** The following shall apply to fiber and non-fiber recyclables ("Recyclable Materials") and recycling services:
a. (i) Single stream, commingled Recyclable Materials ("Single Stream") will consist of 100% of Customer's clean, dry, paper or cardboard without wax liners; clean, dry and empty aluminum food and beverage containers, ferrous (iron) or steel cans, aerosol cans, and rigid container plastics #1-7, including narrow neck containers and tubs, but excluding foam and film plastics. No individual items may be excluded from Single Stream service. Glass may be included with specific approval of Company. Any material not set forth above, including Glass or any that had been in contact with food, is unacceptable ("Unacceptable Materials"). Single Stream may contain up to 5% Unacceptable Materials. (ii) Customer shall provide wastepaper in accordance with the most current ISRI Scrap Specifications Circular and any amendments thereto or replacements thereof. (iii) All other Recyclable Materials will be delivered in accordance with the Company specifications that are available at www.recycleamerica.com or such specifications communicated to Customer by Company.
b. Recyclable Materials may not contain Excluded Materials or chemical or other properties that are deleterious or capable of causing material damage to any part of Company's property, its personnel or the public or materially impair the strength or the durability of the Company's structures or equipment. Company may reject in whole or in part Recyclable Materials not meeting the specifications, and Customer shall reimburse Company for all losses incurred with respect to such Recyclable Materials including costs of transportation and disposal.
c. Where Company has agreed in writing to provide a market-based rebate to Customer, the following shall apply. Customer acknowledges that the market value for Recyclable Materials will fluctuate based upon various factors, and such materials may at times have no value or that the value may be negative. Company will establish the value of Recyclable Materials each month based upon such various factors, including but not limited to quantity, quality and location. For recycling services, Company shall pay or charge Customer on or about the last day of each month for Recyclable Materials accepted during the preceding month, after deduction of any Charges owed to Company by Customer. Any invoice shall be payable upon receipt. Where recycling services are provided, Charges may include separate fuel and environmental surcharges as set forth at www.recycleamerica.com.
d. Notwithstanding anything to the contrary set forth above, the Liquidated Damages calculation, set forth in Section 7 of this Agreement, shall not apply to any Customer breach of the Agreement pertaining to services for Recyclable Materials, which have been determined by Company to have a positive value. If a breach occurs under such circumstances, the damages shall be determined by calculating actual damages rather than Liquidated Damages.
e. Service arrangements will be agreed upon between Customer and Company for the service locations set forth in this Agreement. For trailer load quantities, Customer shall load trailers to full visible capacity to achieve 40,000 pounds minimum shipping weight and trailers shall be loaded or caused to be loaded in accordance with the most current ISRI/AF&PA Shipping Guide. Freight and/or adjustments may apply to light loads. Customer shall be responsible for any loss, damage or destruction to equipment including trailers for any cause while located at Customer's location. For baled wastepaper picked up in less than trailer load quantities, minimum quantity for pickup is six (6) bales and for purposes of payment, weights shall be estimated weights. Company reserves the right at its sole discretion upon notice to Customer to discontinue acceptance of any category of Recyclable Materials as a result of market conditions related to such materials and makes no representations as to the availability of the materials which are subject to this section.



**Waste Management of Missouri, Inc.**
700 E Butterfield Rd 4th FL
Lombard, IL, 00148-8006
(800) 796-8686

| | |
|---|---|
| WM Agreement # | S0008787019 |
| Customer Acct # | 100-186123 |
| Acct. Name | ST LOUIS GATEWAY TRANSPRTN CTR |
| Salesperson | Dena Rossi |
| Effective Date | 8/1/2017 |
| Last API Date | 08/22/2012 |

# Service Agreement
Non-Hazardous Waste Service Summary

## Service Information

| | | | |
|---|---|---|---|
| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | ROBIN S JONES |
| Address | 430 S 15TH ST | Telephone # | 3148121430 |
| City State Zip | SAINT LOUIS, MO 63102-2807 | Fax # | |
| County/Parish | SAINT LOUIS CITY | Email | jonesr@stlouiscity.com |

Customer Comments:

## Billing Information

| | | | |
|---|---|---|---|
| Name | ST LOUIS GATEWAY TRANSPRTN CTR | Contact | VICKY |
| Address | 430 15TH ST S | Telephone # | 3148121440 |
| City State Zip | SAINT LOUIS, MO 63103-2807 | Fax # | |
| County/Parish | MOSLI | Email | wakelandv@stlouis-mo.gov |

PO#

## Service Description & Recurring Rates

| Quantity | Equipment | Material Stream | Frequency | | |
|---|---|---|---|---|---|
| | | | | Base Rate | $ 340.00 |
| 2 | 4 Yard PEL | MSW Commercial | 6x Per Week | Fuel & Environmental/RCR | $ 0.00 |

Current rate for Extra Pickup (per Lift): $ 180.00

Customer's Waste Materials not to exceed an average weight of lbs/yard.

**Initial One Time Service Charges¹**

**As Needed Services²**
The above listed Charges are for recurring services only. Charges for all additional services will be at current rates at the time of service. These include but are not limited to: extra pickups, container removal, overages and contamination. Contact Waste Management for a full list of such additional services and current prices.

¹Fuel Surcharge, Environmental Charge, and Regulatory Cost Recovery ("RCR") Charge apply to all other Charges whether or not listed on this summary; any amounts shown above are estimated, and actual amounts will be calculated at the time of invoicing based on a percentage of the Charges. Information about these charges can be found at www.wm.com/billhelp. State & Local taxes, and/or fees and a Recycle Material Offset, if applicable, will also be added to the Charges. An Administrative Charge per invoice will be assessed and can be removed by enrolling in paperless statements and automated payments.

Contract Term for monthly rate services is for 3 year(s) from the Effective Date ('Initial Term') and it shall automatically renew thereafter for additional terms of 36 months ('Renewal Term') unless terminated as set forth herein.

The individual signing this agreement on behalf of customer acknowledges that he/she has read and accepts the terms and conditions of this agreement which accompany this service summary sheet and that he/she has the authority to sign on behalf of the customer.

| | | | |
|---|---|---|---|
| Customer Signature | James M Garavaglia (Printed Name) | Deputy Comptroller (Title) | 5-22-17 (Date) |
| Company Waste Management of Missouri Inc. | Dena Rossi (Printed Name) | Waste Management Sales Rep. (Title) | 5/25/17 (Date) |

Terms and Conditions on following page(s)

# Nicole Galloway, CPA
## Missouri State Auditor

City of St. Louis

Office of the Comptroller

Report No. 2020-021

May 2020

auditor.mo.gov

STL002172


## Findings in the audit of City of St. Louis Office of the Comptroller

| | |
|---|---|
| Accounting Controls and Procedures | Comptroller's office personnel do not record all monies received on prenumbered receipt slips or in a log and do not always restrictively endorse checks or money orders immediately upon receipt. Comptroller's office personnel do not adequately review disbursement vouchers submitted by county offices (Circuit Attorney, Treasurer, Sheriff, etc.) prior to processing payments. The Comptroller's office has not established procedures to ensure new vendors not associated with a city contract are adequately validated prior to being included in the accounting system. |
| Fire Insurance Recovery Procedures | The Comptroller's office has not established adequate procedures to ensure fire insurance recovery monies held in escrow are properly handled and disbursed as required. In addition, a listing of recovery monies held is not reconciled to the Fire Insurance Recoveries Fund balance periodically. |
| Capital Assets | Records and procedures to account for city property are not adequate. |

> In the areas audited, the overall performance of this entity was **Good**.*

*The rating(s) cover only audited areas and do not reflect an opinion on the overall operation of the entity. Within that context, the rating scale indicates the following:

**Excellent:** The audit results indicate this entity is very well managed. The report contains no findings. In addition, if applicable, prior recommendations have been implemented.

**Good:** The audit results indicate this entity is well managed. The report contains few findings, and the entity has indicated most or all recommendations have already been, or will be, implemented. In addition, if applicable, many of the prior recommendations have been implemented.

**Fair:** The audit results indicate this entity needs to improve operations in several areas. The report contains several findings, or one or more findings that require management's immediate attention, and/or the entity has indicated several recommendations will not be implemented. In addition, if applicable, several prior recommendations have not been implemented.

**Poor:** The audit results indicate this entity needs to significantly improve operations. The report contains numerous findings that require management's immediate attention, and/or the entity has indicated most recommendations will not be implemented. In addition, if applicable, most prior recommendations have not been implemented.

STL002173

# City of St. Louis - Office of the Comptroller
# Table of Contents

State Auditor's Report                                                                 2

Management Advisory
Report - State Auditor's
Findings
1. Accounting Controls and Procedures......................................................4
2. Fire Insurance Recovery Procedures.....................................................7
3. Capital Assets.....................................................................................8

Organization and Statistical                                                          11
Information

STL002174



# NICOLE GALLOWAY, CPA
## Missouri State Auditor

To the Honorable Comptroller
City of St. Louis, Missouri

We have audited certain operations of the City of St. Louis Office of the Comptroller in fulfillment of our duties under Section 29.200.3, RSMo. The State Auditor initiated audits of the City of St. Louis in response to a formal request from the Board of Aldermen. The city engaged KPMG LLP, Certified Public Accountants (CPAs), to audit the city's financial statements for the years ended June 30, 2019, and 2018. To minimize duplication of effort, we reviewed the CPA firm's reports. The scope of our audit included, but was not limited to the year ended June 30, 2018. The objectives of our audit were to:

1.     Evaluate the office's internal controls over significant management and financial functions.

2.     Evaluate the office's compliance with certain legal provisions.

3.     Evaluate the economy and efficiency of certain management practices and procedures, including certain financial transactions.

Our methodology included reviewing written policies and procedures, financial records, and other pertinent documents; interviewing various personnel of the office, as well as certain external parties; and testing selected transactions. We obtained an understanding of internal controls that are significant within the context of the audit objectives and assessed whether such controls have been properly designed and placed in operation. We tested certain of those controls to obtain evidence regarding the effectiveness of their design and operation. We also obtained an understanding of legal provisions that are significant within the context of the audit objectives, and we assessed the risk that illegal acts, including fraud, and violations of applicable contract, grant agreement, or other legal provisions could occur. Based on that risk assessment, we designed and performed procedures to provide reasonable assurance of detecting instances of noncompliance significant to those provisions.

We conducted our audit in accordance with the standards applicable to performance audits contained in *Government Auditing Standards*, issued by the Comptroller General of the United States. Those standards require that we plan and perform our audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides such a basis.

The accompanying Organization and Statistical Information is presented for informational purposes. This information was obtained from the agency's management and was not subjected to the procedures applied in our audit of the Office of the Comptroller.

2

STL002175

For the areas audited, we identified (1) deficiencies in internal controls, (2) noncompliance with legal provisions, and (3) the need for improvement in management practices and procedures. The accompanying Management Advisory Report presents our findings arising from our audit of the City of St. Louis Office of the Comptroller.

Additional audits of various officials and departments of the City of St. Louis are in process, and any additional findings and recommendations will be included in subsequent reports.

Nicole R. Galloway, CPA
State Auditor

The following auditors participated in the preparation of this report:

Director of Audits:     Kelly Davis, M.Acct., CPA, CFE
Audit Manager:          Heather R. Stiles, MBA, CPA, CFE
In-Charge Auditor:      Erin N. Dierksen
Audit Staff:            Rachel Cline, M.S. Acct., CPA
                        Ryan P. Tierney, MAcc
                        Satyam Shah

3

STL002176

# City of St. Louis Office of the Comptroller
# Management Advisory Report
# State Auditor's Findings

## 1. Accounting Controls and Procedures

The Comptroller's office has not established sufficient controls or procedures for receipting, recording, reconciling, and transmitting monies. In addition, the office does not have adequate procedures in place to ensure disbursement vouchers are sufficiently reviewed prior to processing and new vendors are properly verified.

### 1.1 Receipting, recording, and transmitting

Comptroller's office personnel do not record all monies received on prenumbered receipt slips or in a log and do not always restrictively endorse checks or money orders immediately upon receipt. In addition, monies received are not always transmitted timely to the Treasurer's office and Comptroller's office personnel do not consistently and timely reconcile receipt logs to receipt transmittals to ensure all monies received are transmitted for deposit.

The Accounting Services section of the Comptroller's office directly receives most payments made to the Comptroller's office. Checks and money orders received are entered into a receipt log maintained by the section's personnel and restrictively endorsed upon receipt, and forwarded to the Financial Reporting section for coding and transmittal to the Treasurer. However, in other office sections, personnel do not always issue a prenumbered receipt slip or enter the receipt in a receipt log, and checks and money orders are not always restrictively endorsed immediately upon receipt. For example, personnel in the office's Real Estate section do not issue prenumbered receipt slips or log monies when received. Instead, money received is forwarded to the Accounting Services section to be logged and restrictively endorsed.

During our review of monies received and logged by the Accounting Services section between January 29, 2018, and February 2, 2018, we noted 6 checks totaling $72,522, associated with the Real Estate section, were received on February 1, 2018, and not coded by the Financial Reporting section until February 9, 2018 and transmitted to the Treasurer's office until February 12, 2018 (7 business days later). In addition, office personnel only reconciled 6 of the 49 checks recorded in the receipt log during this period to a receipt transmittal timely.

Failure to implement adequate receipting, recording, and transmitting procedures increases the risk that loss, theft, or misuse of monies received will go undetected and accounting records will contain errors. To adequately account for collections and reduce the risk of loss or misuse of monies, all monies received should be recorded on either official prenumbered receipt slips or a log and restrictively endorsed immediately upon receipt and the receipt records should be reconciled to the transmittal to the Treasurer's office by someone independent of the receipting and collection functions.

### 1.2 Expenditure review

Comptroller's office personnel do not adequately review disbursement vouchers submitted by county offices (Circuit Attorney, Treasurer, Sheriff,

4



etc.) prior to processing payments. They indicated if a disbursement voucher submitted by a county office is missing required information (contract number, purchase order number, bid documentation, etc.), the voucher is processed without attempting to obtain that information as is done for any incomplete city office disbursement voucher. Comptroller's office personnel indicated they do not believe they have the authority to question county expenditures if the funds have been budgeted. Our review of expenditures noted 2 of 6 disbursement vouchers received from county offices did not have all required information. Comptroller's office personnel indicated they completely rely on the county officials' approval to ensure the expenditure is appropriate.

Adequate, consistent review and approval of all city expenditures is necessary to ensure transactions are accounted for properly and assets are adequately safeguarded.

## 1.3 Vendor verification

The Comptroller's office has not established procedures to ensure new vendors not associated with a city contract are adequately validated prior to being included in the accounting system. To establish a new vendor for a contract, the Contract Administration section requires documentation of business legitimacy including licensure and tax compliance. Comptroller's office personnel do not perform similar verification for new vendors not associated with a contract.

Unverified vendor information increases the risk that false vendors could be established resulting in the loss, theft, or misuse of city funds going undetected.

## Recommendations

The Comptroller's office:

1.1 Ensure all monies received are immediately recorded on an official prenumbered receipt slip or receipt log that is reconciled to monies transmitted to the Treasurer's office by someone independent of the receipting and collection function. The Comptroller should also transmit all monies timely and restrictively endorse checks and money orders immediately upon receipt.

1.2 Ensure all information required to process a payment voucher is properly documented before processing the payment.

1.3 Ensure procedures are in place to review and approve all new vendors prior to adding them to the accounting system.

## Auditee's Response

*1.1 The Comptroller's office will improve its procedures and require all checks to be mailed to a central location - the Accounting Services section in city hall room 311 - in order to ensure proper controls for*

STL002178


*logging and restrictively endorsing the checks received. The improvements will ensure the receipts will be transmitted to the Treasurer's office for deposit timely. If there is a question regarding the coding of the check, a note will be documented in the comment section of the check log. Reconciliation of the check log will be completed on a weekly basis. Any questions regarding the reconciliation will be brought to the Financial Reporting Manager's attention immediately.*

*The processing of checks received shall be further improved with the implementation of the new accounting system.*

1.2    *The Comptroller's office has comprehensive policies and procedures in place for the review and approval of all city expenditures. The Comptroller's office requires all offices, including county offices, to provide detailed documentation when submitting expenditures for approval. However, county expenditures are ultimately approved by the county office and are regulated and controlled exclusively by state law. The Comptroller's office can be challenged regarding authority to suspend or otherwise delay the processing of expenditures approved and submitted by a county office.*

*The Missouri Supreme Court affirmed this principle in City of St. Louis v. Doss, 807 S.W.2d 61 (Mo. 1991):*

> *Subjecting county officials to the regulation of the diverse public entities for whom they perform services would soon lead to chaos. So long as the License Collector performs functions which are those identified with a county office, and so long as that office is elected in the state election as are other county offices, it remains a county office and subject to legislative control.*

*The Comptroller's office will seek a legal opinion to further clarify the documentation requirements for county offices going forward. Further improvements will also be encouraged with the implementation of the new accounting system in the near future. In the meantime, the Comptroller's office will continue to process all expenditures with accurate documentation as required.*

1.3    *Procedures for vendor files will be updated to properly review and approve new vendors prior to being added to the accounting system. The new accounting system will improve the vendor review processes.*

STL002179



## 2. Fire Insurance Recovery Procedures

The Comptroller's office has not established adequate procedures to ensure fire insurance recovery monies held in escrow are properly handled and disbursed as required. In addition, a listing of recovery monies held is not reconciled to Fire Insurance Recoveries Fund balance periodically. As of February 28, 2019, the Fire Insurance Recoveries Fund had a balance of $3,887,307.

According to Chapter 25.66 of the City Code, insurance carriers must pay 25 percent of the insurance proceeds to the Comptroller when a payment on a claim made for damage to a building or structure due to fire, explosion, or other casualty loss exceeds 50 percent of the face value of the policy on the building or structure. The Comptroller must hold the money in an interest bearing account. If the owner repairs or demolishes a building without cost to the city, the insurance proceeds are refunded to the insured party.

If the city incurs costs to repair or demolish the property, the Comptroller's office is authorized to issue a special bill against the property for certified costs and requires the bill to be paid from the money held by the Comptroller, with any excess to be paid to the insured party. If a property is transferred to the Land Reutilization Authority, Saint Louis Development Corporation or any other city agency, department, or division, city code allows the bill to be waived.

Funds not disbursed

As of February 28, 2019, the Comptroller held fire insurance recovery monies in escrow for 202 properties. Twenty-five of these properties had an escrow balance of at least $10,000 that had initially been received by the Comptroller's office in 2010 or earlier. Structures on 8 of these 25 properties had been demolished with the lots vacant as of 2010. However, Comptroller's office personnel have not returned remaining recovery monies associated with these 8 properties to the insured party and could not explain why this had not occurred. The amount held totaled $113,050.

Escrow listing

The Comptroller's office does not reconcile the fire insurance recoveries database to the fund balance of the Fire Insurance Recoveries Fund and ensure all monies are accounted for and records are complete. Detailed information about money held and the related properties is documented in the Fire Insurance Recoveries database. We obtained a list of properties recorded in the database as of February 28, 2019. According to the listing, the Comptroller's office held $3,640,692 in recovery money at that time. However, the fund balance for the Fire Insurance Recoveries Fund was $3,887,307, $246,615 more than database records indicated. We requested an updated listing from the database and the fund balance as of January 31, 2020. The fund balance, $3,527,485, still exceeded the amount listed in the database as held, $3,388,448, by $139,037 indicating database records may be incomplete and missing information on some properties.

STL002180



**Conclusion**

Fire insurance recoveries monies held in escrow are restricted funds held for property owners until remediation is complete. Periodic follow-up on properties with a balance is necessary to ensure holdings are properly disbursed, and any balance remaining is returned to the owner or disbursed as otherwise provided by state law.[1] In addition, a monthly reconciliation between the list of properties with balances to monies held in the Fire Insurance Recoveries Fund is necessary to ensure proper accountability, records are complete, and monies are sufficient to meet liabilities.

**Recommendation**

The Comptroller's office should establish procedures to ensure Fire Insurance Recoveries monies held in escrow are properly handled and disbursed as required. In addition, monthly lists of properties with escrow balances should be reconciled to the Fire Insurance Recoveries Fund balance. Unidentified differences should be promptly investigated and resolved.

**Auditee's Response**

*The Comptroller's office is updating policies and procedures in an effort to limit the number of employees who receive checks. All payments will be required to be mailed to one central location - the Accounting Services section - and backup information will be proved to the other sections as needed. The improvements will assure that proper internal controls are in place to ensure all checks received are restrictively endorsed and properly recorded in the collection log immediately upon receipt.*

*The Real Estate section will improve its follow-up on properties with departments and owners to ensure monies held are properly disbursed timely according to state law.*

*Additionally, a monthly reconciliation will be performed to reconcile the escrow balances in the Fire Insurance Recoveries Fund to the internal database of listed properties by the Real Estate section and be submitted to the supervisor for review and approval. A final reconciliation between the Accounting Services section and the Real Estate section will be performed annually, along with an annual review performed by the Internal Audit section.*

# 3. Capital Assets

Records and procedures to account for city property are not adequate. As a result, assets are more susceptible to theft or misuse and capital asset records are incomplete and inaccurate.

According to the Fixed Asset Management System (FAMS) policy and procedure manual, the Comptroller's office is responsible for maintaining a

---

[1] Section 447.532, RSMo, provides that intangible personal property held for an owner by a political subdivision that remains unclaimed for more than three years is deemed abandoned and shall be turned over to the State Treasurer's Unclaimed Property Division.

8

STL002181


complete detailed record of all city property, coordinating the annual physical inventory of all city property, and having the Internal Audit section conduct periodic physical inventories.

Each city department is required to conduct an annual physical inventory of all of that department's property, reconcile the inventory to the capital asset listing provided by the Comptroller's office, and notify the Comptroller's office of capital asset additions, retirements, transfers, and adjustments or corrections necessary to ensure city records are accurate and complete.

We identified the following concerns during our review of capital assets.

- The FAMS manual has not been updated to reflect current practices.

- Capital asset additions, retirements, and transfers between offices are not consistently reported to the Comptroller's office for input into the FAMS.

- City personnel are not required to tag, number, or otherwise identify capital assets.

- Annual physical inventories of some city assets are not conducted or reconciled to the capital asset listing.

Adequate capital asset records and updated policies and procedures are necessary to provide controls over city property; safeguard city assets that are susceptible to loss, theft, or misuse; and provide a basis for proper financial reporting and insurance coverage. In addition, property control tags should be affixed to all property items to help improve accountability and ensure assets are properly identified as belonging to the city.

Recommendation

The Comptroller's office ensure complete and detailed capital asset records are maintained and capital asset policies are updated. In addition, the Comptroller's office should require city personnel properly tag, number, or otherwise identify all applicable city property, and conduct and document an annual inventory.

Auditee's Response

*The Comptroller's office has comprehensive fixed asset policies and procedures in place to ensure accurate accounting and reporting of all city assets. In our policy and procedures manual, known as the FAMS manual, all city departments are required to notify the Comptroller's office promptly of any additions or deletions to their inventory. In addition, department coordinators are also required to maintain a separate internal listing of fixed assets in their department and perform a yearly physical inventory count to ensure accuracy. Finally, departments are required to perform an annual reconciliation of the internal listing to the master listing and general ledger maintained by the Comptroller's office. In addition to these requirements and*

9

STL002182



*among others, the Internal Audit section performs upwards of 10 fixed asset audits annually of various city departments.*

*As we move forward, the fixed asset department of the Comptroller's office, in conjunction with all city department asset coordinators, will begin tagging all fixed assets as "Property of the City of St. Louis." Additionally, the fixed asset department will begin requiring all department coordinators to report the results of their annual physical inventory to our office by September 1st of each year. This will ensure the procedures put forward by the Comptroller's office are being followed.*

*The Comptroller's office, working through the fixed asset department, will continue to require city departments follow all procedures found in the FAMS manual. We will update the FAMS manual as needed and continue to work with department coordinators to ensure these efforts are clearly carried out.*

STL002183

The Comptroller is responsible for all city fiscal affairs including the city's property, assets, and claims. The Comptroller is the Chief Financial Officer for the city, serves on various city boards and commissions, and is one of three members of the Board of Estimate and Apportionment. Darlene Green was first appointed Comptroller in October 1995 and first elected Comptroller in August 1996. She was reelected to her current 4-year term in April 2017. At June 30, 2018, the Office of the Comptroller employed approximately 93 full-time employees.

The Office of the Comptroller has 10 sections including Accounting Services, Asset Management, Contract Administration, Federal Grants, Finance and Development, Financial Reporting, Gateway Transportation Center, Internal Audit, Payroll Services, and Tax Increment Financing.

The Accounting Services section is responsible for all of the city's accounting activities. This section reviews and processes accounts payable, manages and balances the city's accounting and financial records, supervises payroll, updates the Central Business Index business tax and license records, assists in decisions for risk to insure or self-insure, and administers the citywide travel policy.

The Asset Management section includes the municipal garage, real estate, records retention, and telecommunications. This section installs and maintains city telephone systems, handles the purchase or sale of real estate, leases and collects rent on city and port property leases, manages the fire insurance escrow recovery monies, operates the municipal garage, provides pool vehicles for city departments, and supervises the microfilm and archival library.

The Contract Administration section is responsible for processing and tracking city contracts with city vendors. This section reviews contracts to ensure compliance with applicable laws and policies, such as tax and license compliance, proper departmental approval, ordinance authority, insurance required, and amount encumbered.

The Federal Grants section is responsible for administering the disbursement of federal and state grant funds and the city's Single Audit. This section reviews grant funded contracts (with the exception of the Community Development Administration), grant reimbursement requests, and accounts for grant receipts.

The Finance and Development section is responsible for the management of the city's financing arrangements, administration of debt issuances, and the city's debt policies. This section assists with financing decisions for economic development and special projects that are dedicated to improving the city's economic condition. This section ensures compliance with debt covenants, applicable laws, and disclosure compliance guidelines.

11

STL002184



The Financial Reporting section is responsible for the city's financial reporting. This section prepares internal financial and revenue reports including the Comprehensive Annual Financial Report, Cash Basis Report, and Monthly Revenue and Fund Status reports. Additionally, the Financial Reporting section is responsible for reviewing and tracking bank reconciliations, tracking investment and financing arrangements, and administration of the lateral sewer program.

The Gateway Transportation Center section manages all transportation and other vendor contracts for the Gateway Transportation Center. The center is a multimodal transportation hub for passenger train, long distance bus, public light rail, and public bus service.

The Internal Audit section provides independent assurance and consulting services to virtually all city departments. This section performs payroll reviews, contract audits, and other various internal audits and reviews to support the assurance that applicable laws, policies, and procedures are being followed. The city's fraud hotline is also administered by this section.

Payroll Services is responsible for the processing of payroll checks and ensuring all classified service employees receive the proper pay and have the appropriate payroll deductions.

The Tax Increment Financing (TIF) section is responsible for financial reporting and debt payment of tax increment financing projects approved by the TIF Commission. The TIF section is also responsible for financial reports and reimbursement of special development projects financed by the city's general revenue.

12

STL002185

**From:** e-helpdesk <e-helpdesk@stlouis-mo.gov>
**Sent:** Monday, July 22, 2019 1:10 PM CDT
**To:** greend@stlouis-mo.gov <greend@stlouis-mo.gov>
**Subject:** {TID:58269} Ticket # 58269 - Computer File Access - James Garavaglia

Ticket changes:

New Ticket

**Subject:** Computer File Access - James Garavaglia

I would like to request access to James Garavaglia's computer files. Mr. Garavaglia is currently on leave and we need to be able to have access to all work-related files located on his computer (e.g. C, F, G drives).

I would like to grant access to these files to my Executive Assistant, Ms. Judy Armstrong. You can reach Ms. Armstrong by calling: 314-657-3409 or by emailing her at: Armstrongju@stlouis-mo.gov.

We thank you in advance for your assistance - please feel free to contact Ms. Armstrong or my assistant, Chana Morton, if you need any additional information.

**Comments By:** Sandra Harrison

*This comment contains no attachments*

View ticket

STL002186

**From:** e-helpdesk <e-helpdesk@stlouis-mo.gov>
**Sent:** Tuesday, July 23, 2019 1:42 PM CDT
**To:** greend@stlouis-mo.gov <greend@stlouis-mo.gov>
**Subject:** {TID:58297} Ticket # 58297 - Computer File Access - James Garavaglia delegated to Judy Armstrong

Ticket changes:

New Ticket

**Subject:** Computer File Access - James Garavaglia delegated to Judy Armstrong

I would like to request access to James Garavaglia's computer files. Mr. Garavaglia is currently on leave and we need to be able to have access to all work-related files located on his computer ( G drives)
Path equals HVM-FS-11\DATA\CMP\AST

**Comments By:** Sandra Harrison

*This comment contains no attachments*

View ticket

STL002187

**From:** e-helpdesk <e-helpdesk@stlouis-mo.gov>
**Sent:** Wednesday, July 24, 2019 1:24 PM CDT
**To:** greend@stlouis-mo.gov <greend@stlouis-mo.gov>
**Subject:** {TID:58297} Ticket # 58297 - Computer File Access - James Garavaglia delegated to Judy Armstrong

**Subject:**

Judy Armstrong has been given rights to the requested folder and sub folders

\\hvm-fs-11\data\cmp\ast\

**Comments By:** Walter Davis

*This ticket contains no attachments*

View ticket

**STL002188**

**From:** e-helpdesk <e-helpdesk@stlouis-mo.gov>
**Sent:** Friday, August 02, 2019 1:59 PM CDT
**To:** greend@stlouis-mo.gov <greend@stlouis-mo.gov>
**Subject:** {TID:58470} Ticket # 58470 - Request for access to James Garavaglia's network drives

Ticket changes:

New Ticket

**Subject:** Request for access to James Garavaglia's network drives

I would like to request access for my assistant, Chana Morton, to all of the network files accessed and utilized by Mr. James Garavaglia. I would also like to request that you place a copy of Mr. James Garavaglia's "F" drive files, onto Chana's "F" drive.

**Comments By:** Sandra Harrison

*This comment contains no attachments*

View ticket

STL002189