SJ Exhibit 17

From: Maxwell, Marilyn <maxwellm@stlouis-mo.gov>
Sent: Tuesday, September 17, 2019 8:11 AM CDT
To: Judy Armstrong <armstrongju@stlouis-mo.gov>
Subject: Fwd: FW: 20140314-8368 Fire.pdf
Attachment(s): "SOW 18-19 PARKS DEPT..pdf","SOW 18-19 FIRE DEPT..pdf","SOW 2018-2019 STREETS DEPT..pdf"

---------- Forwarded message ----------
From: **BEAUCHAMP, LISA R** <ls2821@att.com>
Date: Tue, Sep 17, 2019 at 8:04 AM
Subject: FW: 20140314-8368 Fire.pdf
To: maxwellm@stlouis-mo.gov <maxwellm@stlouis-mo.gov>, Garavaglia, James <garavagliaj@stlouis-mo.gov>
Cc: GANT, PATRICK J <pg9751@att.com>, HARP, MARY L <mh503u@att.com>, COOPER, DEBRA E <dc7254@att.com>

Marilyn & Jim,

I am following up on the attached 3 maintenance agreements which are up for renewal this month. Can you please let me know how you want to proceed?

Lisa Beauchamp

Customer Contracts Specialist

AFO – Business Services

AT&T Technology and Operations

54 N Mill Street Pontiac, MI 48342

248-456-9643 | ls2821@att.com

This email and any attachments are confidential AT&T property intended solely for the recipients. If you received this message in error, please notify me and immediately delete this message from your computer. Any retention, distribution or other use of this email is strictly prohibited.

From: BEAUCHAMP, LISA R
Sent: Thursday, August 22, 2019 9:03 AM
To: maxwellm@stlouis-mo.gov; Garavaglia, James <garavagliaj@stlouis-mo.gov>
Cc: GANT, PATRICK J <pg9751@att.com>; HARP, MARY L <mh503u@att.com>; COOPER, DEBRA E <dc7254@att.com>
Subject: RE: 20140314-8368 Fire.pdf

Marilyn,

Attached are the 3 maintenance agreements we have on file and they are all due to expire next month. Will you be

SJ Exhibit 17

EXHIBIT 1-Green 4-12-JAW

STL002155

renewing these services with AT&T? If so, I can prepare new SOW's for the new term. All pricing will remain the same. In the past, I worked with Jim Garavaglia with the City, so I have included him on this email.

Thank you,

Lisa Beauchamp

Customer Contracts Specialist

AFO – Business Services

AT&T Technology and Operations

54 N Mill Street Pontiac, MI 48342

248-456-9643 | ls2821@att.com

This email and any attachments are confidential AT&T property intended solely for the recipients. If you received this message in error, please notify me and immediately delete this message from your computer. Any retention, distribution or other use of this email is strictly prohibited.

**From:** COOPER, DEBRA E <dc7254@att.com>
**Sent:** Tuesday, August 13, 2019 9:35 AM
**To:** maxwellm@stlouis-mo.gov
**Cc:** GANT, PATRICK J <pg9751@att.com>; HARP, MARY L <mh503u@att.com>; BEAUCHAMP, LISA R <ls2821@att.com>
**Subject:** FW: 20140314-8368 Fire.pdf

Marilyn,

Lisa will be in touch with you regarding your renewal once she returns from vacation on Monday. However, your maintenance is good through September 10th.

Regards,

**Debbie Cooper**

AT&T Consulting & Network Integration

Skype- (314)450-2536

Fax- (314)335-5738

dc7254@att.com

STL002156



**From:** HARP, MARY L
**Sent:** Monday, August 12, 2019 2:08 PM
**To:** COOPER, DEBRA E <dc7254@att.com>
**Cc:** GANT, PATRICK J <pg9751@att.com>; Maxwell, Marilyn <maxwellm@stlouis-mo.gov>
**Subject:** 20140314-8368 Fire.pdf

Deb and Pat

City of St. Louis is trying to figure out if this is under contract. DataComm says it is.

Can you let me know?

Is this equipment under contract? Marilyn Maxwell with the City is copied. I will be out of the office soon and I don't want them without answers while I'm out.

Mary

*Mary Harp*

*AT&T*

*Client Solutions Executive,*

*State Local and Education*

*618 219-0037*

*mary.harp@att.com*

**Nation's Fastest Network*  Nation's Best Network.**

*Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019. **According to America's biggest test as announced by Global Wireless Solutions last fall.

Helpful Maintenance Numbers:

888-613-6330  MIS/ IP Maintenance

800-332-1321  Legacy SBC

800-247-2020  Legacy BellSouth

800-829-1011  AT&T Local Service Tech Support

800-222-1000  Outage/ Service Troubles/ Service Assurance

800-325-5555  Advanced Toll Free Features

STL002157

<20140314-8368 Fire.pdf>

--
Marilyn Maxwell
Telecommunications Specialist
City of St. Louis
Comptroller's Office
1520 Market Street Suite 3005
St. Louis, MO 63103
Phone: (314) 657 3417
Fax: (314) 588 0550
E mail: MaxwellM@stlouis-mo.gov

STL002158

20140314-8368-4



**STATEMENT OF WORK**
(City of St Louis – Fire Dept – CS1000 Maintenance)

132039UA

**Sub-Rider D7 Statement of Work**
**AT&T Equipment Resale and Related Services Pricing Schedule**

Pricing Schedule ECATS No. 20140314-8368
SOW ECATS No.:
CPR: 66102024
UA 132039UA

| CUSTOMER (Legal Name ("Customer")) | AT&T Corp ("AT&T") (designate by specifying a signing entity other than AT&T Corp) | AT&T Branch Sales Contact Name |
|---|---|---|
| City of St Louis | SBC Global Services, Inc. dba AT&T Global Services ("AT&T") | Name: Gaylon Blair, Jr. |
| **CUSTOMER Address** | **AT&T Corp. Address and Contact** | **AT&T Branch Sales Contact Information** |
| Fire Department<br>1421 N Jefferson<br>St Louis<br>MO US<br>63106 | One AT&T Plaza<br>Dallas, TX 75202<br>Attn: General Attorney | Street Address<br>City<br>State / Province Country<br>Domestic / International Zip Code<br>Fax :<br>Email :<br>Sales/Branch Manager:<br>SCVP Name: |
| **CUSTOMER Contact** | | **AT&T Contact Information** |
| Name: Jim Garavaglia<br>Title: Asset Manager<br>Telephone: 314-622-4830<br>Fax:<br>Email: garavagliaj@stlouis-mo.gov<br>Billing Telephone Number:<br>Customer Number: | | Name:<br>Address:<br>City:<br>State / Province: Country:<br>Domestic / Intl / Zip Code:<br>Telephone:<br>Email: |
| **CUSTOMER Billing/Shipping** | | |
| Street Address<br>St Louis<br>MO US<br>63106<br>Name: Jim Garavaglia<br>Title:<br>Telephone: 314-522-2900<br>Fax:<br>Email: garavagliaj@stlouis-mo.gov | | |

This Statement of Work ("SOW") constitutes a Quote until executed by Customer, at which time it will be considered an Order. The Quote expires sixty (60) days after the Date of Submission.

This SOW shall be void if not executed by Customer and received by AT&T within thirty (30) days of the date AT&T executed the, or if Customer alters, adds or deletes any of the provisions in the version executed by AT&T.

AT&T Global Services is an affiliate of AT&T Corp and is authorized to execute this SOW.

AGREED:

CUSTOMER: **City of St Louis**

By _____
(Authorized Agent or Representative)

JM GARAVAGLIA
(Typed or Printed Name)

(Title) DEPUTY COMPTROLLER

(Date) 10-23-18

AGREED:

AT&T Global Services

By _____
(Authorized Agent or Representative)

(Typed or Printed Name)

(Title) James Holcomb
Sr Solutions Architect
(Date) 24 September 2018

ra793f

Nortel 5/15/13 - Standard

STL002159



STATEMENT OF WORK
(City of St Louis – Fire Dept – CS1000 Maintenance)

Ship To Address: 1421 N Jefferson, St Louis MO 63106

Installation Site Address: 1421 N Jefferson, St Louis MO 63106

Date of Submission: 9/4/18

Purchase Order Number:

SELECTION OF EQUIPMENT SERVICE PLAN:

AT&T Voice Maintenance Solutions:  ☒ Essential Plus  ☐ Dedicated  ☐ Custom

Support Levels: Technical Support (24X7) with Advanced Hardware Parts Replacement  ☒ 24X7

Technical Support (8X5) with Advanced Hardware Parts Replacement  ☐ 8X5

Initial Term: 1 Years  From: 09/11/18  To: 09/10/19  Annual Price: $ 11,374.42
Service Plan Payment Terms (default is annual): ☐Prepay ☐Annual ☐Semi-Annual ☐Quarterly ☐Monthly
☐Financing: (Name of Leasing Company)

**PASS Basic Entitlement**

Partner Assurance Support Services (PASS Basic) has been included for all applicable locations for the manufacturer to provide corrective software content to AT&T, such as software patches and updates to correct known software issues or defects on behalf of the Customer.

Please see the following exhibits:
Exhibit 1: Materials Covered for Maintenance

Nortel 5/15/13 - Standard

STL002160



STATEMENT OF WORK
(City of St Louis – Fire Dept – CS1000 Maintenance)

Exhibit 1

Materials Covered for Maintenance:

CPR/Contract # : 66102024

1421 N Jefferson
St Louis MO 63103

Materials Covered:

224 port/channel CS1000
4 channel Call Pilot
SEB modem
Maintenance terminal
Maintenance printer
External modem

Maintenance includes all associated telephone sets unless otherwise specifically excluded below or in the associated terms and conditions of this Agreement.

### EQUIPMENT NOT COVERED UNDER MAINTENANCE PLAN:

Application PC/servers, any materials not listed
Maintenance excludes headsets, portable telephones (cordless/wireless), answering machines, Contact Center servers, UPS systems, power conditioners and power supplies (including batteries and chargers), consumables and any Software which is at a revision level not supported by the Software licensor.

### SPECIAL TERMS AND CONDITIONS:

The term fro Maintenance Services (the Maintenance Term) and level of Maintenance Services are set forth in this Statement of Work. Upon expiration of the term of the Maintenance Services, Customer may request pricing for a renewal. Upon mutual agreement the parties will execute a new SOW for such renewal

Nortel 5/15/13 - Standard

STL002161

20140314-8368-6



STATEMENT OF WORK
(City of St Louis – Parks Dept – CS1000 Maintenance)

132039UA

## Sub-Rider D7 Statement of Work
## AT&T Equipment Resale and Related Services Pricing Schedule

Pricing Schedule ECATS No.: 20140314-8368
SOW ECATS No.:
CPR: 66103351
UA 132039UA

| CUSTOMER Legal (name) ("Customer") | AT&T Corp. ("AT&T") (fill in info for other entity if signing entity other than AT&T Corp) | AT&T Branch Sales Contact Name |
|---|---|---|
| City of St Louis | SBC Global Services, Inc. dba AT&T Global Services ("AT&T") | Name: Gaylon Blair, Jr. |
| **CUSTOMER Address:** | **AT&T Corp. Address and Contact** | **AT&T Branch Sales Contact Information** |
| Parks Department<br>5600 Clayton Rd<br>St Louis<br>MO   US<br>63110 | One AT&T Plaza<br>Dallas, TX 75202<br>Attn: General Attorney | Street Address<br>City<br>State / Province   Country<br>Domestic / International Zip Code<br>Fax :<br>Email :<br>Sales/Branch Manager:<br>SCVP Name: |
| **CUSTOMER Contact** | | **AT&T Contact Information** |
| Name: Jim Garavaglia<br>Title: Asset Manager<br>Telephone: 314-622-4830<br>Fax<br>Email: garavagliaj@stlouis-mo.gov<br>Billing Telephone Number<br>Customer Number: | | Name:<br>Address:<br>City:<br>State / Province:   Country:<br>Domestic / Intl / Zip Code:<br>Telephone:<br>Email: |
| **CUSTOMER Bill to Address** | | |
| Street Address<br>St Louis<br>MO   US<br>63106<br>Name: Jim Garavaglia<br>Title:<br>Telephone: 314-522-2900<br>Fax<br>Email: garavagliaj@stlouis-mo.gov | | |

This Statement of Work ("SOW") constitutes a Quote until executed by Customer, at which time it will be considered an Order. The Quote expires sixty (60) days after the Date of Submission.

This SOW shall be void if not executed by Customer and received by AT&T within thirty (30) days of the date AT&T executed the, or if Customer alters, adds or deletes any of the provisions in the version executed by AT&T.

AT&T Global Services is an affiliate of AT&T Corp and is authorized to execute this SOW.

AGREED:

CUSTOMER: City of St Louis

By _____
(Authorized Agent or Representative)

JM GARAVAGLIA
(Typed or Printed Name)

(Title) DEPUTY COMPTROLLER

(Date) 10-23-18

AGREED:

AT&T Global Services

By _____
(Authorized Agent or Representative)

(Typed or Printed Name)

James Holcomb
(Title) Sr Solutions Architect
24 September 2018

(Date)

ra793f

Nortel 05/15/13 - Standard



**STATEMENT OF WORK**
**(City of St Louis – Parks Dept – CS1000 Maintenance)**

**Ship To Address:** 5600 Clayton Rd, St Louis MO 63110
**Installation Site Address:** 5600 Clayton Rd, St Louis MO 63110

**Date of Submission:** 9/4/18
**Purchase Order Number:**

### SELECTION OF EQUIPMENT SERVICE PLAN:

AT&T Voice Maintenance Solutions:   ☒ Essential Plus   ☐ Dedicated   ☐ Custom

**Support Levels:** Technical Support (24X7) with Advanced Hardware Parts Replacement   ☒ 24X7

Technical Support (8X5) with Advanced Hardware Parts Replacement   ☐ 8X5

Initial Term: 1 Years  From: 09/11/18  To: 09/10/19   Annual Price: $ 8,584.09
Service Plan Payment Terms (default is annual): ☐ Prepay ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly
☐ Financing: **(Name of Leasing Company)**

### PASS Basic Entitlement

Partner Assurance Support Services (PASS Basic) has been included for all applicable locations for the manufacturer to provide corrective software content to AT&T, such as software patches and updates to correct known software issues or defects on behalf of the Customer.

Please see the following exhibits:
Exhibit 1: Materials Covered for Maintenance

 **STATEMENT OF WORK**
(City of St Louis – Parks Dept – CS1000 Maintenance)

Exhibit 1

Materials Covered for Maintenance:

CPR/Contract # : 66103351

5600 Clayton Rd
St Louis MO 63110

Materials Covered:

192 port/channel CS1000
6 channel Call Pilot
SEB modem
Maintenance terminal
Maintenance printer
External modem

Maintenance includes all associated telephone sets unless otherwise specifically excluded below or in the associated terms and conditions of this Agreement.

EQUIPMENT NOT COVERED UNDER MAINTENANCE PLAN:

Application PC/servers, any materials not listed
Maintenance excludes headsets, portable telephones (cordless/wireless), answering machines, Contact Center servers, UPS systems, power conditioners and power supplies (including batteries and chargers), consumables and any Software which is at a revision level not supported by the Software licensor.

SPECIAL TERMS AND CONDITIONS:

The term fro Maintenance Services (the Maintenance Term) and level of Maintenance Services are set forth in this Statement of Work.  Upon expiration of the term of the Maintenance Services, Customer may request pricing for a renewal  Upon mutual agreement the parties will execute a new SOW for such renewal.

Nortel 05/15/13 - Standard

20140314-8368-5



132039UA

**STATEMENT OF WORK**
**(City of St Louis – Streets Dept – CS1000 Maintenance)**

Sub-Rider D7 Statement of Work
AT&T Equipment Resale and Related Services Pricing Schedule

Pricing Schedule ECATS No.: 20140314-8368
SOW ECATS No.:
CPR: 66103487
UA: 132039UA

| CUSTOMER Legal Name ("Customer") | AT&T Corp or AT&T ID (designate other entity if an entity other than AT&T Corp) | AT&T Branch Sales Contact Name |
|---|---|---|
| City of St Louis | SBC Global Services, Inc. dba AT&T Global Services ("AT&T") | Name: Gaylon Blair, Jr. |
| **CUSTOMER Address** | **AT&T Corp. Address and Contact** | **AT&T Branch Sales Contact Information** |
| Streets Department<br>1900 Hampton<br>St Louis<br>MO  US<br>63139 | One AT&T Plaza<br>Dallas, TX 75202<br>Attn: General Attorney | Street Address<br>City<br>State / Province   Country<br>Domestic / International Zip Code<br>Fax :<br>Email :<br>Sales/Branch Manager:<br>SCVP Name: |
| **CUSTOMER Contact** | | **AT&T Contact Information** |
| Name: Jim Garavaglia<br>Title: Asset Manager<br>Telephone: 314-622-4830<br>Fax:<br>Email: garavagliaj@stlouis-mo.gov<br>Billing Telephone Number:<br>Customer Number: | | Name:<br>Address:<br>City:<br>State / Province:    Country:<br>Domestic / Intl / Zip Code:<br>Telephone:<br>Email: |
| **CUSTOMER Billing Address and Contact** | | |
| Street Address<br>St Louis<br>MO  US<br>63106<br>Name: Jim Garavaglia<br>Title:<br>Telephone: 314-522-2900<br>Fax:<br>Email: garavagliaj@stlouis-mo.gov | | |

This Statement of Work ("SOW") constitutes a Quote until executed by Customer, at which time it will be considered an Order. The Quote expires sixty (60) days after the Date of Submission.

This SOW shall be void if not executed by Customer and received by AT&T within thirty (30) days of the date AT&T executed the, or if Customer alters, adds or deletes any of the provisions in the version executed by AT&T.

AT&T Global Services is an affiliate of AT&T Corp and is authorized to execute this SOW.

AGREED:                                                      AGREED:
CUSTOMER: **City of St Louis**                                AT&T Global Services

By _____                             By _____
   (Authorized Agent or Representative)                          (Authorized Agent or Representative)

JM GARAVAGLIA
(Typed or Printed Name)                                      (Typed or Printed Name)

                                                             James Holcomb
(Title) DEPUTY COMPTROLLER                                   (Title) Sr Solutions Architect
                                                                    24 September 2018
(Date) 10-23-18                                              (Date)                                    ra793f

Nortel 05/15/13 - Standard

STL002165



**STATEMENT OF WORK**
**(City of St Louis – Streets Dept – CS1000 Maintenance)**

**Ship To Address:** 1900 Hampton, St Louis MO 63139
**Installation Site Address:** 1900 Hampton, St Louis MO 63139

**Date of Submission:** 9/4/18
**Purchase Order Number:**

### SELECTION OF EQUIPMENT SERVICE PLAN:

AT&T Voice Maintenance Solutions:   ☒ Essential Plus   ☐ Dedicated   ☐ Custom

**Support Levels:** Technical Support (24X7) with Advanced Hardware Parts Replacement   ☒ 24X7

Technical Support (8X5) with Advanced Hardware Parts Replacement   ☐ 8X5

Initial Term: 1 Years   From: 09/11/18   To: 09/10/19   Annual Price: $ 9,184.69
Service Plan Payment Terms (default is annual): ☐ Prepay ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly
☐ Financing: **(Name of Leasing Company)**

### PASS Basic Entitlement

Partner Assurance Support Services (PASS Basic) has been included for all applicable locations for the manufacturer to provide corrective software content to AT&T, such as software patches and updates to correct known software issues or defects on behalf of the Customer.

Please see the following exhibits:
Exhibit 1: Materials Covered for Maintenance



**STATEMENT OF WORK**
(City of St Louis – Streets Dept – CS1000 Maintenance)

Exhibit 1

Materials Covered for Maintenance:

CPR/Contract # : 66103487

1900 Hampton
St Louis MO  63139

Materials Covered:

184 port/channel CS1000
8 channel Call Pilot
SEB modem
Maintenance terminal
Maintenance printer
External modem
Adtran CSU
Interalia annoucer

Maintenance includes all associated telephone sets unless otherwise specifically excluded below or in the associated terms and conditions of this Agreement.

EQUIPMENT NOT COVERED UNDER MAINTENANCE PLAN:

Application PC/servers, any materials not listed
Maintenance excludes headsets, portable telephones (cordless/wireless), answering machines, Contact Center servers, UPS systems, power conditioners and power supplies (including batteries and chargers), consumables and any Software which is at a revision level not supported by the Software licensor.

SPECIAL TERMS AND CONDITIONS:

The term fro Maintenance Services (the Maintenance Term) and level of Maintenance Services are set forth in this Statement of Work. Upon expiration of the term of the Maintenance Services, Customer may request pricing for a renewal. Upon mutual agreement the parties will execute a new SOW for such renewal.

Nortel 05/15/13 - Standard

STL002167