SJ Exhibit 19

 

OFFICE OF THE COMPTROLLER
CITY OF ST. LOUIS

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

July 2, 2019

Mr. James Garavaglia
Deputy Comptroller, Finance & Development
Comptroller's Office, Ste. 3005
1520 Market St.
St. Louis, MO 63101

Dear Mr. Garavaglia:

As of Tuesday, July 2, 2019, you are being placed on official Forced Leave, pending a pre-termination hearing. During your leave you have the right to use any accumulated vacation or Comp time, per City Regulation #117. You will receive correspondence regarding the specifics of your pre-termination review in the near future.

Please be advised that due to the sensitive nature of your position, you are not authorized to enter any offices operated by the Office of the Comptroller and must refrain from interacting with any emails, files or other official materials pertaining to the Office of the Comptroller. You are to also cease from conducting any official or unofficial Comptroller's office business while on Forced Leave; this includes contacting any vendors, professionals, or staff.

Effective immediately, you are to relinquish all City badges, keys, and all other relatable materials to Ms. Judy Armstrong, Appointing Authority for the Office of the Comptroller.

Sincerely,

Darlene Green
COMPTROLLER

c: Richard Frank, Personnel Director
Judy Armstrong, Appointing Authority

DG:cdm

*on the web: www.stlouis-mo.gov/comptroller*

SJ Exhibit 19

Garavaglia Depo. Exhibit 7

GARAVAGLIA 353

 **OFFICE OF THE COMPTROLLER**
CITY OF ST. LOUIS 

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

July 2, 2019

*Approved*
*NL*
*7-2-19*

Mr. Richard Frank
Director, Department of Personnel
Carnahan Courthouse
1114 Market St., Room 700
St. Louis, MO 63101

Dear Mr. Frank:

I am respectfully requesting that you place Mr. James Garavaglia, Deputy Comptroller of Finance and Development, on official Forced Leave, effective Tuesday, July 2, 2019.

Due to the sensitive nature of his position, it is imperative that this Forced Leave be enacted as soon as possible, and that a restriction be placed upon Mr. Garavaglia's access to all offices within the Department of the Comptroller, as well as all departmental files, emails, official departmental contractors, vendors and personnel.

Thank you for your consideration of this request and I look forward to your response.

Sincerely,

Darlene Green
COMPTROLLER

c: Judy Armstrong, Appointing Authority

DG:cdm

## UTHOFF, GRAEBER, BOBINETTE & BLANKE
### ATTORNEYS AT LAW

Telephone
(314) 621-9550

906 Olive Street, Suite 700
St. Louis, Missouri 63101
Website: www.ugbblaw.com

Facsimile
(314) 621-2697

July 10, 2019

**SENT VIA US MAIL AND VIA FACSIMILE TO (314) 622-3225**

Civil Service Commission of the City of St. Louis
Attn: Ashley McClain, Administrative Assistant
1114 Market Street, Room 712
St. Louis, MO 63101

Re:   James Garavaglia-Deputy Comptroller-Forced Leave Appeal

Dear Ms. McClain:

Please accept this letter as my entry of appearance and consent to act on behalf of James Garavaglia in the above-referenced case.

In addition, on behalf of Mr. Garavaglia, this letter serves as timely notice of his request to appeal his placement on forced leave effective July 2, 2019 by the Appointing Authority, Darlene Green, the Comptroller for the City of St. Louis. Pursuant to Administrative Regulation 117, Section VI, and Section II of the Commission's Evidentiary Hearing Process Rules, my client is requesting that the Commission conduct an evidentiary hearing on this appeal and, thereafter, immediately return him to duty and receive pay for any period of the forced leave which resulted in a dock of his pay.

Thank you for your attention in this matter.

Sincerely yours,

Paul L. Schmitz

PLS/

GARAVAGLIA 385