# SJ Exhibit 20

 

**OFFICE OF THE COMPTROLLER**
**CITY OF ST. LOUIS**

DARLENE GREEN
Comptroller

212 City Hall
(314) 622-4389
FAX: (314) 622-4026

July 18, 2019

Mr. Richard Frank
Director, Department of Personnel
Carnahan Courthouse
1114 Market Street, Room 700
St. Louis, MO 63101

Dear Mr. Frank,

As of today, July 18, 2019, I would like to officially withdraw my request of Forced Leave for Mr. James Garavaglia, as stated in my letter to you dated July 2, 2019.

Thank you for your attention to this matter and please feel free to contact me if you have any questions.

Sincerely,

*Darlene Green*

Darlene Green
COMPTROLLER

c: James Garavaglia
Judy Armstrong, Appointing Authority
Nancy Kistler, Deputy City Counselor

SJ Exhibit 20



Garavaglia Depo. Exhibit 8

STL000078

 

**OFFICE OF THE COMPTROLLER**
**CITY OF ST. LOUIS**

DARLENE GREEN
Comptroller

212 City Hall
(314) 622-4389
FAX: (314) 622-4026

July 18, 2019

Mr. Richard Frank
Director, Department of Personnel
Carnahan Courthouse
1114 Market St., Room 700
St. Louis, MO 63101

Dear Mr. Frank:

I am respectfully requesting that you place Mr. James Garavaglia, Deputy Comptroller of Finance and Development, on official Forced Leave, effective Thursday, July 18, 2019, pending an investigation into some serious fiscal improprieties that have come to light.

The Forced Leave is being requested as James Garavaglia has access to confidential files and computer systems; with this in mind, and due to the sensitive nature of his position, it is imperative that this Forced Leave be enacted as soon as possible. We are also requesting permission to place a restriction upon Mr. Garavaglia's access to all offices within the Department of the Comptroller, as well as all departmental files, emails, official departmental contractors, vendors and personnel.

Thank you for your consideration of this request and I look forward to your response.

Sincerely,

*Darlene Green*

Darlene Green
COMPTROLLER

c: Judy Armstrong, Appointing Authority

DG:cdm


STL001304

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. James Garavaglia
5405 Elizabeth Ave.
St. Louis, MO 63100

9590 9402 5135 9092 0625 29

2. Article Number (Transfer from service label)

7014 2120 0001 7745 0058

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

STL001305

 

**OFFICE OF THE COMPTROLLER**
**CITY OF ST. LOUIS**

DARLENE GREEN
Comptroller

212 City Hall
(314) 622-4389
FAX: (314) 622-4026

July 18, 2019

Mr. James Garavaglia
5405 Elizabeth Ave.
St. Louis, MO 63100

*HAND DELIVERED – 7/19/19*

Dear Mr. Garavaglia:

As of today, Thursday, July 18, 2019, you are being placed on official Forced Leave of absence, pending an internal investigation into some serious fiscal improprieties that have come to light. During your Forced Leave you have the right to use any accumulated vacation or comp time, per City Regulation #117.

The Forced Leave is being enacted immediately due to the sensitive nature of your position, and your access to confidential files and computer systems. Please be advised that while on Forced Leave you are not authorized to enter any offices operated by the Office of the Comptroller and must refrain from interacting with any emails, files or other official materials of the Office of the Comptroller. You are to also cease from conducting any official or unofficial business while on Forced Leave; this includes contacting vendors, professionals, or staff.

Effective immediately, you are to relinquish any and all City badges, keys, and all other relatable properties to Ms. Judy Armstrong, Appointing Authority for the Office of the Comptroller.

Sincerely,

*Darlene Green*

Darlene Green
COMPTROLLER

c: Richard Frank, Personnel Director
 Judy Armstrong, Appointing Authority

*Letter Revised 7/18/19*



stlouis-mo.gov/government/departments/comptroller

STL001306

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)* | C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Mr. James Garavaglia**<br>**5405 Elizabeth Ave.**<br>**St. Louis, MO 63100** | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Was not home placed in mail-Box | |
| 9590 9402 5135 9092 0625 43 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...d Mail<br>☐ ...d Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7014 2120 0001 7745 1116 | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |

## UTHOFF, GRAEBER, BOBINETTE & BLANKE
### ATTORNEYS AT LAW

|  | 906 Olive Street, Suite 300 |  |
| --- | --- | --- |
| Telephone | St. Louis, Missouri 63102 | Facsimile |
| (314) 621-9550 | Website: www.ugbblaw.com | (314) 621-2697 |

July 23, 2019

**SENT VIA EMAIL TO mcclaina@stlouis-mo.gov**
Civil Service Commission of the City of St. Louis
Attn: Ashley McClain, Administrative Assistant
1114 Market Street, Room 712
St. Louis, MO 63101

    Re: James Garavaglia-Deputy Comptroller-Forced Leave Appeal

Dear Ms. McClain:

    I remain counsel for Mr. Garavaglia and incorporate by reference my entry of appearance on behalf of my client that was made on July 10, 2019. As a new notice was issued on July 18, 2019, this letter serves as timely notice of his request to appeal this *second* placement on forced leave, effective July 18, 2019, by the Appointing Authority, Darlene Green, the Comptroller for the City of St. Louis. Pursuant to Administrative Regulation 117, Section VI, and Section II of the Commission's Evidentiary Hearing Process Rules, my client is requesting that the Commission conduct an evidentiary hearing on this appeal and, thereafter, immediately return him to duty and receive pay for any period of the forced leave which resulted in a dock of his pay.

    Thank you for your attention in this matter.

Sincerely yours,

Paul L. Schmitz

PLS/