SJ Exhibit 21



LEO W. DONAHUE
CHAIRMAN

STANLEY NEWSOME, SR.
VICE CHAIRMAN

STEVEN M. BARNEY
MEMBER

# City of St. Louis

CIVIL SERVICE COMMISSION
1114 MARKET STREET, ROOM 700
ST. LOUIS, MISSOURI 63101 - 2043
314-622-3403

RICHARD R. FRANK
SECRETARY

August 28, 2019

Mr. Paul Schmitz
Uthoff, Graeber, Bobinette & Blanke
906 Olive Street, Suite 300
Saint Louis, MO 63101

Ms. Nancy Kistler
Deputy City Counselor
City Hall
1200 Market Street, Room 314

   Re: James Garavaglia – Forced Leave of July 18, 2019

Dear Mr. Schmitz and Ms. Kistler:

  This is to advise that the Director has approved the written request of Comptroller Green, dated August 28, 2019, to officially withdraw the request of forced leave for Mr. James Garavaglia dated July 18, 2019.

  As a result, the hearing scheduled for tomorrow appealing Mr. Garavaglia's forced leave has been cancelled and the appeal has been administratively closed.

  Any accrued leave time Mr. Garavaglia used during this period of forced leave from July 18, 2019 through August 28, 2019, shall be restored.

  Please do not hesitate to contact me if anything else is needed.

Very truly yours,

Ashley McClain
Administrative Assistant

SJ Exhibit 21

Garavaglia Depo. Exhibit 9

STL000190

 

**OFFICE OF THE COMPTROLLER**
**CITY OF ST. LOUIS**

DARLENE GREEN
Comptroller

212 City Hall
(314) 622-4389
FAX: (314) 622-4026

August 28, 2019

Director Richard Frank
Department of Personnel
Carnahan Courthouse
1114 Market Street, Room 700
St. Louis, MO 63101
**Via Email & Hand-delivered**

Dear Mr. Frank,

As of today, August 28, 2019, I would like to officially withdraw my request of Forced Leave for Mr. James Garavaglia, as stated in my letter to you dated July 18, 2019.

Thank you for your attention to this matter and please feel free to contact me if you need any additional information or if you have any questions.

Sincerely,

Darlene Green
COMPTROLLER

Attachment (1)

c: James Garavaglia
   Judy Armstrong, Appointing Authority
   Nancy Kistler, Deputy City Counselor

*DG:cdm*



STL000192

 

**OFFICE OF THE COMPTROLLER**
**CITY OF ST. LOUIS**

DARLENE GREEN
Comptroller

212 City Hall
(314) 622-4389
FAX: (314) 622-4026

August 28, 2019

Mr. James Garavaglia
5405 Elizabeth
St. Louis, MO 63110

Via: Hand-Delivered

RE: Pre-Termination Hearing

Dear Mr. Garavaglia:

A pre-termination hearing has been scheduled for Thursday, September 12, 2019 at 9am; this hearing will be conducted at 1520 Market Street, Suite 3005. Mr. Garavaglia, this hearing is according to the City of St. Louis Personnel Regulation NO. 117, Section VII. During this informal hearing, I will read the charges against you and provide supporting documentation or evidence, and you or your representative will have the opportunity to respond and present any evidence that you may have.

You are hereby charged with the following workplace violations:

1. You have improperly signed multiple city contracts and contract extensions including automatic extensions without legal authorization to do so, putting the city at risk, dating back to 2009.

2. Your failure to properly perform your duties and do the research to rectify issues has caused multiple telecommunication invoices to remain past due and unpaid for 18 months or more and you failed to report the same to your superior dating back to January 2018 and earlier.

3. The Internal Audit section was denied access to audit the Transportation Center by you without cause and you failed to inform your superior of the same.

4. You failed to perform or delegate a simple tax clearance task before attempting to cause real estate closing transaction (item) to be posted on the Estimate and Apportionment (E&A) Agenda.

5. You improperly attempted to cause the item to be posted via subterfuge by misrepresenting the facts (truth) to your superior about the item and misrepresenting the facts (truth) about your superior's support for the item to other employees.

6. You were insubordinate in the manner in which you improperly managed the signing process for the real estate closing documents.

7. The investigation into your fiscal improprieties has been broadened to include the state auditor's.



STL001308

The above mentioned fiscal improprieties are inconsistent with protecting the public and fiscal integrity of the office and are supported by documentation, including, but not limited to, emails. The multiple acts of fiscal irregularities and failure to disclose to your supervisor when discovered, insubordination, subterfuge, and failure to perform your duties is unbecoming of a high level employee such as yourself and cannot be allowed to continue.

*Various provisions of the City of St. Louis Department of Personnel, Administrative and Joint Regulations:

> https://www.stlouis-mo.gov/government/departments/personnel/documents/ordinances-regulations/personnel-administrative-and-joint-regulations.cfm

Various provisions of the Employee Code of Conduct including, but not limited to, the following:

> City Supervisors are responsible for:
> "Setting an example of competence and appropriate ethical behavior
> Maintaining a workplace environment that encourages open communication,
> free of the fear of reprisal, in the belief that respectful honesty is the surest
> way to identify problem areas, address them fairly, and resolve them."
>
> City Employees are responsible for:
> "Competence and ethical behavior; regularly reviewing this Code and comparing their own behavior to the responsibilities and standards described in this code."
>
> https://www.stlouis-mo.gov/government/departments/personnel/documents/index.cfm

The purpose of this pre-termination hearing is to allow you the opportunity to respond to the charges, review any evidence against you, and present any evidence on your behalf, including any mitigating circumstances that may be involved.

You may have a representative at the pre-termination hearing. It is your responsibility to notify your representative, if any, of the time, date, and location of the hearing and provide him/her with all documentation provided to you. Either you or your representative can make arrangements to review any evidence against you from receipt of this notification up until the time of the hearing itself. Failure to appear will result in you waiving your right to the said hearing.

Page 3
Pre-Termination Notification

A request to have this Pre-Termination Hearing rescheduled must be made in writing to me within 24 hours of the scheduled hearing date of September 12, 2019.

Sincerely,

*Darlene Green*
Darlene Green
COMPTROLLER

Enclosures:  Regulation No. 117 Disciplinary Policy
Administrative Joint Regulations - Personnel
City of St. Louis Employee Code of Conduct

c:  Judy Armstrong, Appointing Authority
Richard Frank, Director of Personnel

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Mr. James Garavaglia<br>5405 Elizabeth Ave.<br>St. Louis, MO 63110 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5135 9092 0625 67 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7014 2120 0001 7745 0065 | ☐ Collect on Delivery Restricted Delivery<br>  I Mail<br>  I Mail Restricted Delivery<br>  (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

STL001311