SJ Exhibit 22

 

# OFFICE OF THE COMPTROLLER
# CITY OF ST. LOUIS

16817

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

May 20, 2016

Mr. Richard R. Frank
Director of Personnel
1114 Market St., Rm. 700
St. Louis, MO 63101

Dear Mr. Frank:

I would like to respectfully request that the Department of Personnel approve a 10% salary increase for Mr. Jim Garavaglia, upon his promotion to Deputy Comptroller, as of May 13, 2016.

I appreciate your consideration of this request, and look forward to your response. Please feel free to contact me, or my office, if you have any questions or need additional information.

Sincerely,

Darlene Green
COMPTROLLER

DG/cdm

2016 JUN -3 PM 4:50
CITY OF ST. LOUIS

on the web: www.stlouis-mo.gov/comptroller


Garavaglia Depo. Exhibit 30

SJ Exhibit 22

STL000707



# The City of St. Louis
DEPARTMENT OF PERSONNEL

**RICHARD R. FRANK**
DIRECTOR OF PERSONNEL

1114 MARKET STREET, ROOM 700
ST. LOUIS, MISSOURI 63101-2043

**FRANCIS G. SLAY**
MAYOR

June 6, 2016

Ms. Darlene Green
Comptroller
Comptroller's Office
Room 212 City Hall
St. Louis, Missouri 63103

Dear Ms. Green:

    The Department of Personnel is in receipt of your letter dated May 20, 2016 requesting a ten (10%) salary adjustment over James Garavaglia's current salary upon his promotion to the position of Deputy Comptroller.

    Based on your recommendation, please be advised that in accordance with Section 6(a)(1), I am hereby approving your request. Therefore, upon Mr. Garavaglia's appointment to the position of Deputy Comptroller (01488-21M-1) his salary shall be $4,867.00 bi-weekly (step 15), approximately 10%.

    If you should have any questions regarding this letter, please contact the Classification and Compensation Section at 622-3565.

Very truly yours,

DEPARTMENT OF PERSONNEL

*[signature]*

Richard R. Frank
Director

RRF:KFH

Copy: Terry Dabrowski

STL000708

# CITY OF ST. LOUIS
# EMPLOYEE STATUS FORM

PRESENT STATUS IN SHADED AREA
CHANGES ARE ENTERED IN APPROPRIATE SPACE BELOW PRESENT STATUS

| SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | PRESENT CLASS TITLE | 05/18/16 |
|---|---|---|---|
| [redacted] | GARAVAGLIA JAMES M | ASSET MANAGER, II | |
| | AGENCY AND ORGANIZATION UNIT: COMPTROLLERS OFFICE | | TRANSACTION NUMBER |

## CLASSIFICATION

| TYPE | CLASS | GRADE | SHIFT | STEP | BIWEEKLY RATE | BIWEEKLY HOURS | % FULL TIME | PERFORMANCE RATE | DEPT. | PAY LOC |
|---|---|---|---|---|---|---|---|---|---|---|
| O | 1486 | 19 | | M1 | 4425 00 | 80 0 | 100 | 0 00 | 160 | |
| | 1480 | 21 | | M1 | 4867 00 (Step 15) | | | | | |

| F. EXEMPT | S. EXEMPT | RACE | FICA | PENSION | SEX | BIRTHDATE | DATE OF CHANGE |
|---|---|---|---|---|---|---|---|
| M 0 | 0 0 | W | Y | I | M | 09 20 52 | 05 14 16 |
| | | A,B,H,I,W or O | Y or N | F,P,I or N | F or M | MONTH DAY YEAR | 06 07 16 MONTH DAY YEAR |

| EMPLOYEE'S NAME | SOCIAL SECURITY NUMBER | SPECIAL FWT | SPECIAL SWT | CHARITY |
|---|---|---|---|---|
| GARAVAGLIA JAMES M | [redacted] | 80 00 | 15 00 | 1 00 |

| KEEP | UBCF | FIREMEN'S RELIEF | UNIFORM | DEFERRED COMP | POLICE RELIEF | ISA |
|---|---|---|---|---|---|---|
| 00 | 00 | 00 | 00 | 400 00 | 00 | 00 |

| POLICE ASSOCIATION | POLICE FUNERAL | DENTAL | NCF | WCSRF | MOST | ARTS/ED | AF |
|---|---|---|---|---|---|---|---|
| 00 | 00 | 00 | 00 | 00 | 00 57 | 00 | 00 |
| 64 | | | | | | | |

| BACKSTOP | DCOMPLOAN | ED IC | URENT | CONSCO | EARTH | UCCI/ |
|---|---|---|---|---|---|---|
| 1 00 | 00 | 00 | 00 53 | 00 | 00 | 00 14 85 |
| | 58 | | | | | |

| MEDICAL /F | LIFE INSURANCE | AD & D | DEPENDENT LIFE | CREDIT UNION | PARKING | UNION DUES | BONDS |
|---|---|---|---|---|---|---|---|
| 350 05 | 00 | 1 95 | 00 | 00 | 39 23 | 00 | 00 |

**THESE DEDUCTIONS MAY NOT BE CHANGED WITH THIS FORM**

| EMPLOYEE'S ADDRESS | | | ACCOUNTING CODE | | | |
|---|---|---|---|---|---|---|
| 5405 | ELIZABETH | 63110 | 1010 | 1600000 | 5101000 | 200 |
| HOUSE NO. SFX PFX | STREET NAME | ZIP CODE | FUND | REPORT CENTER | ACCOUNT | PROJECT |

## SEPARATION FROM PAYROLL

| DEATH | DISMISSAL | LAYOFF | RESIGNATION | END OF TEMP. APT. | LEAVE OF ABSENCE | LAST DAY ON PAYROLL | DEPARTMENT | TERM. EMP. RET. | RETURN FROM LEAVE DATE OF RETURN |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | MONTH DAY YEAR | | R | MONTH DAY YEAR |

REASON FOR DATA CHANGE: Promotion to Deputy Comptroller (10% increase "salary adjustment")

TO APPOINTING AUTHORITY: INDICATE DETAILS OF AND REASONS FOR SEPARATION OR DEMOTION. STATE CAUSE OF DEATH. TO EMPLOYEE: ANY REGULAR PERMANENT EMPLOYEE WHO BELIEVES THAT HE OR SHE HAS BEEN DISMISSED WITHOUT JUST CAUSE, MAY, WITHIN TEN (10) DAYS OF THE EFFECTIVE DATE OF SUCH ACTION, REQUEST A HEARING BY THE CIVIL SERVICE COMMISSION. REASONS FOR RESIGNATION OR REQUEST FOR LEAVE MUST BE STATED. (FOR MORE SPACE TYPE ON SEPARATE SHEET AND ATTACH.

| LAST DAY AT WORK: | METHOD AND DATE OF NOTICE TO EMPLOYEE: | LENGTH OF LEAVE: FROM TO |
|---|---|---|

EMPLOYEE AUTHORIZATION SIGNATURE CHANGE IN STATUS (IF REQUIRED): X    DATE:

SIGNATURE, TITLE, AND AGENCY OF NEW APPOINTING AUTHORITY: (FOR TRANSFER)

NAME AND TITLE OF APPOINTING AUTHORITY SUBMITTING THIS FORM: Judy Armstrong, Executive Assistant II    SIGNATURE: [signed]    DATE OF SUBMISSION: 6/7/16

PAYROLL CLERK: Shalonda Covington    DATE: 6/7/16

USE OF DEPARTMENT OF PERSONNEL:

DIRECTOR OF PERSONNEL    EFFECTIVE DATE OF ACTION    TRANSMITTED TO    ENTERED

npt-1 Rev. 9/03

STL000698

# CITY OF ST. LOUIS
# EMPLOYEE STATUS FORM

PRESENT STATUS IN SHADED AREA
CHANGES ARE ENTERED IN APPROPRIATE SPACE BELOW PRESENT STATUS

| SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | PRESENT CLASS TITLE | 02/07/17 |
|---|---|---|---|
| [REDACTED] | GARAVAGLIA JAMES M | DEPUTY COMPTROLLER | |
| | AGENCY AND ORGANIZATION UNIT: COMPTROLLERS OFFICE | | TRANSACTION NUMBER |

## CLASSIFICATION

| TYPE | CLASS | GRADE | SHIFT | STEP | BIWEEKLY RATE | BIWEEKLY HOURS | % FULL TIME | PERFORMANCE RATE | DEPT. | PAY LOC |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1488 | 21 | M1 | STEP 16 | 4867.00 / 4940.00 | 0.0 | 100 | 0.00 | 160 | |

| F. EXEMPT | S. EXEMPT | RACE | FICA | PENSION | SEX | BIRTHDATE | DATE OF CHANGE |
|---|---|---|---|---|---|---|---|
| M 0 | 0 0 | W (A,B,H,I,W or O) | Y (Y or N) | I (F,P,I or N) | M (F or M) | 09 20 52 | 02 04 17 / 06 11 17 |

| EMPLOYEE'S NAME | SOCIAL SECURITY NUMBER | SPECIAL FWT | SPECIAL SWT | CHARITY |
|---|---|---|---|---|
| GARAVAGLIA JAMES M | [REDACTED] | 80.00 | 15.00 | .00 |

| KEEP | UBCF | FIREMEN'S RELIEF | UNIFORM | DEFERRED COMP. | POLICE RELIEF | ISA |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 500.00 | .00 | .00 |

| POLICE ASSOCIATION | POLICE FUNERAL | DENTAL /F | NCF | WCSRF | MOST | ARTS/ED | AF |
|---|---|---|---|---|---|---|---|
| .00 | 1.00 | 9.80 | .00 | .00 | .00 | .00 | .00 |

| BACKSTOP | DCOMPLOAN | ED IC | USENT | CONSCO | EARTH | UCCI |
|---|---|---|---|---|---|---|
| 1.00 | .00 | .00 | .00 | .00 | .00 | .00 |

| MEDICAL /F | LIFE INSURANCE | AD & D | DEPENDENT LIFE | CREDIT UNION | PARKING | UNION DUES | BONDS |
|---|---|---|---|---|---|---|---|
| 340.24 | .00 | 1.25 | .00 | .00 | 39.23 | .00 | .00 |

THESE DEDUCTIONS MAY NOT BE CHANGED WITH THIS FORM

| EMPLOYEE'S ADDRESS | | | ACCOUNTING CODE | | | |
|---|---|---|---|---|---|---|
| 5405 | ELIZABETH | 63110 | 1010 | 1600000 | 5101000 | 200 |
| HOUSE NO. SFX PFX | STREET NAME, CITY, AND STATE | ZIP CODE | FUND | REPORT CENTER | ACCOUNT | PROJECT |

### SEPARATION FROM PAYROLL / RETURN FROM LEAVE

DEATH | DISMISSAL | LAYOFF | RESIGNATION | END OF TEMP. APT. | LEAVE OF ABSENCE | LAST DAY ON PAYROLL | DEPARTMENT | TERM. EMP. RET. R | DATE OF RETURN

REASON FOR DATA CHANGE: Merit (Step) increase.

TO APPOINTING AUTHORITY: INDICATE REASON(S) FOR DISMISSAL, DISCIPLINARY DEMOTION OR TEMPORARY REDUCTION IN PAY. TO EMPLOYEE: ANY PERMANENT EMPLOYEE MAY APPEAL A DISCIPLINARY DEMOTION OR TEMPORARY REDUCTION IN PAY TO THE CIVIL SERVICE COMMISSION WITHIN TEN (10) CALENDAR DAYS OF THE DATE OF NOTICE TO EMPLOYEE AS REFLECTED ON THE EMPLOYEE STATUS FORM. ANY PERMANENT EMPLOYEE MAY APPEAL A DISMISSAL TO THE CIVIL SERVICE COMMISSION WITHIN TEN (10) CALENDAR DAYS OF THE EFFECTIVE DATE OF THE LETTER SENT BY ACTION OF THE DIRECTOR OF PERSONNEL.

LAST DAY AT WORK: | METHOD AND DATE OF NOTICE TO EMPLOYEE: | LENGTH OF LEAVE: FROM — TO

EMPLOYEE AUTHORIZATION SIGNATURE OR CHANGE IN STATUS (IF REQUIRED): X | DATE:

SIGNATURE, TITLE, AND AGENCY OF NEW APPOINTING AUTHORITY: (FOR TRANSFER)

NAME AND TITLE OF APPOINTING AUTHORITY SUBMITTING THIS FORM: Judy L. Armstrong, Exec. Assistant II
SIGNATURE: [signed]
DATE OF SUBMISSION: 6/15/17

PAYROLL CLERK: Shalonda Covington
DATE: 6/15/17

FOR USE OF DEPARTMENT OF PERSONNEL:
APPROVED: _____ DIRECTOR OF PERSONNEL
EFFECTIVE DATE OF ACTION
TRANSMITTED TO COMPTROLLER, BY: LBell 6-19-17
ENTERED ROSTER, BY:

Compt.-1 Rev. 11/16
DEPARTMENT OF PERSONNEL

STL000689

# CITY OF ST. LOUIS
## EMPLOYEE STATUS FORM

▼ PRESENT STATUS IN SHADED AREA

CHANGES ARE ENTERED IN APPROPRIATE SPACE BELOW PRESENT STATUS

| SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | PRESENT CLASS TITLE | 04/17/18 |
|---|---|---|---|
| [redacted] | GARAVAGLIA JAMES M | DEPUTY COMPTROLLER | |
| | AGENCY AND ORGANIZATION UNIT | | TRANSACTION NUMBER |
| | COMPTROLLERS OFFICE | | |

### CLASSIFICATION

| TYPE | CLASS | GRADE | SHIFT | STEP | BIWEEKLY RATE | BIWEEKLY HOURS | % FULL TIME | PERFORMANCE RATE | DEPT. | PAY LOC |
|---|---|---|---|---|---|---|---|---|---|---|
| Q | 1488 | 21 | M1 | STEP — 17 | 4940 00 / 5014 00 | 80 0 | 100 | 0 00 | 160 | |

| F. EXEMPT | S. EXEMPT | RACE | FICA | PENSION | SEX | BIRTHDATE | DATE OF CHANGE |
|---|---|---|---|---|---|---|---|
| M 0 | 0 0 | W | Y | I | M | 09 20 52 | 04 14 18 / 06 10 18 |
| | | A,B,H,I,W or O | Y or N | F,P,I or N | F or M | MONTH DAY YEAR | MONTH DAY YEAR |

| EMPLOYEE'S NAME | SOCIAL SECURITY NUMBER | SPECIAL FWT | SPECIAL SWT | CHARITY |
|---|---|---|---|---|
| GARAVAGLIA JAMES M | [redacted] | 80 00 | 15 00 | 00 |

| | KEEP | UBCF | FIREMEN'S RELIEF | UNIFORM | DEFERRED COMP. | POLICE RELIEF | ISA |
|---|---|---|---|---|---|---|---|
| 00 | 00 | 00 | 00 | 00 | 100 00 | 00 | 00 |

| POLICE ASSOCIATION | POLICE FUNERAL | DENTAL /F | NCF | WCSRF | MOST | ARTS/ED | AF |
|---|---|---|---|---|---|---|---|
| 64 00 | 1 00 | 10 18 | 00 | 00 | 57 00 | 00 | 00 |

| BACKSTOP | DCOMPLOAN | | ED IC | URENT | CONSCO | EARTH | DELTA |
|---|---|---|---|---|---|---|---|
| 1 00 | 00 58 | 00 | 00 53 | 00 | 00 | 00 | 00 |

| MEDICAL NONE /F 64 11 | LIFE INSURANCE | AD & D | DEPENDENT LIFE | CREDIT UNION | PARKING | UNION DUES | BONDS |
|---|---|---|---|---|---|---|---|
| | 00 | 1 95 | 00 | 00 | 39 23 | 00 | 00 |

**THESE DEDUCTIONS MAY NOT BE CHANGED WITH THIS FORM**

| EMPLOYEE'S ADDRESS | | | | ACCOUNTING CODE | | | |
|---|---|---|---|---|---|---|---|
| 5405 | ELIZABETH | | 63110 | 1010 | 1600000 | 5101000 | 200 |
| HOUSE NO. SFX PFX | STREET NAME, CITY, AND STATE | | ZIP CODE | FUND | REPORT CENTER | ACCOUNT | PROJECT |

### SEPARATION FROM PAYROLL

| DEATH | DISMISSAL | LAYOFF | RESIGNATION | END OF TEMP. APT. | LEAVE OF ABSENCE | LAST DAY ON PAYROLL (MONTH DAY YEAR) | DEPARTMENT | TERM. EMP. RET. | RETURN FROM LEAVE DATE OF RETURN (MONTH DAY YEAR) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | R | |

REASON FOR DATA CHANGE: Merit (Step) increase.

TO APPOINTING AUTHORITY: INDICATE REASON(S) FOR DISMISSAL, DISCIPLINARY DEMOTION OR TEMPORARY REDUCTION IN PAY. TO EMPLOYEE: ANY PERMANENT EMPLOYEE MAY APPEAL A DISCIPLINARY DEMOTION OR TEMPORARY REDUCTION IN PAY TO THE CIVIL SERVICE COMMISSION WITHIN TEN (10) CALENDAR DAYS OF THE DATE OF NOTICE TO EMPLOYEE AS REFLECTED ON THE EMPLOYEE STATUS FORM. ANY PERMANENT EMPLOYEE MAY APPEAL A DISMISSAL TO THE CIVIL SERVICE COMMISSION WITHIN TEN (10) CALENDAR DAYS OF THE EFFECTIVE DATE OF THE LETTER SENT BY ACTION OF THE DIRECTOR OF PERSONNEL.

| LAST DAY AT WORK: | METHOD AND DATE OF NOTICE TO EMPLOYEE: | LENGTH OF LEAVE: FROM — TO |
|---|---|---|

EMPLOYEE AUTHORIZATION SIGNATURE FOR CHANGE IN STATUS (IF REQUIRED): X    DATE:

SIGNATURE, TITLE, AND AGENCY OF NEW APPOINTING AUTHORITY: (FOR TRANSFER)

| NAME AND TITLE OF APPOINTING AUTHORITY SUBMITTING THIS FORM: | SIGNATURE | DATE OF SUBMISSION: |
|---|---|---|
| [Bev]erly Fitzsimmons, Deputy Comptroller | [signed] | 6/20/18 |
| PAYROLL CLERK: Shalonda Covington | | DATE: 6/20/18 |

USE OF DEPARTMENT OF PERSONNEL:

APPROVED: _____ DIRECTOR OF PERSONNEL    EFFECTIVE DATE OF ACTION 6.22.18    TRANSMITTED TO COMPTROLLER BY: [signed]    ENTERED ROSTER BY:

Compt.-1 Rev. 11/16
DEPARTMENT OF PERSONNEL

STL000687

# CITY OF ST. LOUIS
# EMPLOYEE STATUS FORM

PRESENT STATUS IN SHADED AREA
CHANGES ARE ENTERED IN APPROPRIATE SPACE BELOW PRESENT STATUS

| SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | PRESENT CLASS TITLE | 06/25/19 |
|---|---|---|---|
| [redacted] | GARAVAGLIA JAMES M | DEPUTY COMPTROLLER | |
| | AGENCY AND ORGANIZATION UNIT: COMPTROLLERS OFFICE | | TRANSACTION NUMBER |

| TYPE | CLASS | GRADE | SCHED SHIFT & O.T. | STEP | BIWEEKLY RATE | BIWEEKLY HOURS | % FULL TIME | PERFORMANCE RATE | DEPT. | PAY LOC |
|---|---|---|---|---|---|---|---|---|---|---|
| O | 1488 | 21 | M1 | 18 | 5089.00 | 80.0 | 100 | 0.00 | 160 | |

| F. EXEMPT | S. EXEMPT | RACE | FICA | PENSION | SEX | BIRTHDATE | DATE OF CHANGE |
|---|---|---|---|---|---|---|---|
| M 0 | S 0 | W | Y | I | M | 09 20 52 | 06 22 19 / 10 01 19 |

| EMPLOYEE'S NAME | SOCIAL SECURITY NUMBER | SPECIAL FWT | SPECIAL SWT | CHARITY |
|---|---|---|---|---|
| GARAVAGLIA JAMES M | [redacted] | 80.00 | 15.00 | .00 |

| | | UBCF | FIREMEN'S RELIEF | UNIFORM | DEFERRED COMP. | POLICE RELIEF | ISA |
|---|---|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | 100.00 | .00 | .00 |

| AMERICA'S CHARITIES | COMM. HEALTH | DENTAL /F | NCF | WCSRF | M.O.S.T. | ARTS/ED | AFLAC |
|---|---|---|---|---|---|---|---|
| .00 | 1.00 | 10.18 | .00 | .00 | .00 | .00 | .00 |
| 64 | | | | | 57 | | |

URENT

| BACKSTOPPERS | D-COMP LOAN | LEGAL | EDUC. INCENTIVE | | ADD'L INSURANCE | EARTH SHARE | DENTAL-2 |
|---|---|---|---|---|---|---|---|
| 1.00 | .00 | .00 | .00 | 53 | .00 | .00 | .00 |
| | 58 | | | | | | |

| MEDICAL /F | LIFE INSURANCE | AD & D | DEPENDENT LIFE | CREDIT UNION | PARKING | UNION DUES | |
|---|---|---|---|---|---|---|---|
| 69.20 | .00 | 1.95 | .00 | .00 | 39.23 | .00 | .00 |

THESE DEDUCTIONS MAY NOT BE CHANGED WITH THIS FORM

| EMPLOYEE'S ADDRESS | | | ACCOUNTING CODE | | | |
|---|---|---|---|---|---|---|
| 5405 | ELIZABETH | 63110 | 1010 | 1600000 | 5101000 | 200 |
| HOUSE NO. SFX PFX | STREET NAME, CITY, AND STATE | ZIP CODE | FUND | REPORT CENTER | ACCOUNT | PROJECT |

## SEPARATION FROM PAYROLL

| DEATH | DISMISSAL | LAYOFF | RESIGNATION | END OF TEMP. APT. | LEAVE OF ABSENCE | LAST DAY ON PAYROLL | DEPARTMENT | TERM. EMP. RET. | RETURN FROM LEAVE DATE OF RETURN |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 09 30 19 | 160 | X R | |

REASON FOR DATA CHANGE: Retired effective 10/1/19.

TO APPOINTING AUTHORITY: INDICATE REASON(S) FOR DISMISSAL, DISCIPLINARY DEMOTION OR TEMPORARY REDUCTION IN PAY. TO EMPLOYEE: ANY PERMANENT EMPLOYEE MAY APPEAL A DISCIPLINARY DEMOTION OR TEMPORARY REDUCTION IN PAY TO THE CIVIL SERVICE COMMISSION WITHIN TEN (10) CALENDAR DAYS OF THE DATE OF NOTICE TO EMPLOYEE AS REFLECTED ON THE EMPLOYEE STATUS FORM. ANY PERMANENT EMPLOYEE MAY APPEAL A DISMISSAL TO THE CIVIL SERVICE COMMISSION WITHIN TEN (10) CALENDAR DAYS OF THE EFFECTIVE DATE OF THE LETTER SENT BY ACTION OF THE DIRECTOR OF PERSONNEL.

OAD: 04/27/87

Balances as of PPE 10/12/19, Sick: 1,810 (to be paid half in 4 equal installments), Vac. 600 to be paid on last pay check (10/18/19), medical: 499.

| LAST DAY AT WORK: June 26, 2019 | METHOD AND DATE OF NOTICE TO EMPLOYEE: U.S. Mail 10/18/19 | LENGTH OF LEAVE: FROM — TO |
|---|---|---|

EMPLOYEE AUTHORIZATION SIGNATURE FOR CHANGE IN STATUS (IF REQUIRED): X    DATE:

SIGNATURE, TITLE, AND AGENCY OF NEW APPOINTING AUTHORITY: (FOR TRANSFER)

NAME AND TITLE OF APPOINTING AUTHORITY SUBMITTING THIS FORM: Judy L. Armstrong, Fiscal Support Operations Man    SIGNATURE: [signed]    DATE OF SUBMISSION: 9/27/19

PAYROLL CLERK: Shalonda Covington    DATE: 9/27/19

FOR USE OF DEPARTMENT OF PERSONNEL:

APPROVED: _____    DIRECTOR OF PERSONNEL    EFFECTIVE DATE OF ACTION    TRANSMITTED TO COMPTROLLER, BY: 10-10-19    ENTERED ROSTER, BY:

PD/Compt.-1 Rev. 2/18
1-DEPARTMENT OF PERSONNEL

STL000678