SJ Exhibit 23

 

**OFFICE OF THE COMPTROLLER**
**CITY OF ST. LOUIS**

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

May 20, 2016

The Honorable Francis Slay
Mayor, City of St. Louis
1200 Market Street, Room 200
St. Louis, Missouri 63103

And

The Honorable Tishaura Jones
Treasurer, City of St. Louis
1200 Market Street, Room 220
St. Louis, Missouri 63103

Dear Mayor Slay and Treasurer Jones:

Please be advised pursuant to the Charter, Article XV, Section 3, that my signature and the signature of Deputy Comptroller Beverly Fitzsimmons, will be the only authorized signatures to draw warrants and to execute contracts, for the time period of 8:00a.m. Monday, May 23, 2016, until further notice.

This letter supersedes any other that may be on file.

Respectfully,

*Darlene Green*

Darlene Green
COMPTROLLER

cc: City Counselor's Office
Parrie May, Register
Beverly Fitzsimmons

GRN000456

SJ Exhibit 23