# SJ Exhibit 24




**OFFICE OF THE COMPTROLLER**
**CITY OF ST. LOUIS**

**DARLENE GREEN**
Comptroller

212 City Hall
(314) 622-4389
FAX 622-4026

# MEMORANDUM

**To:** James Garavaglia
Deputy Comptroller
Finance and Development

**From:** Comptroller Darlene Green

**Date:** July 21, 2017

**Re:** Unauthorized Signature

---

It has come to my attention that you, as Deputy Comptroller of Finance and Development, erroneously attempted to execute a lease agreement extension between the City of St. Louis and St Louis Composting (see attached). As you know, currently there are only two authorized signatures for contracts and their extensions. As Comptroller, I am authorized and I have also authorized Deputy Comptroller, Beverly Fitzsimmons.

I am puzzled as to how this could have happened; this is an improper procedure. Please work with Beverly Fitzsimmons so that Michele Graham, Contract Compliance Officer, can process and provide a properly executed extension to the contract.

Attachment

c: Beverly Fitzsimmons
Alan Jankowski
Michele Graham
Greg Hayes
Vanessa Carter
Kathy Sullivan

*on the web: www.stlouis-mo.gov/comptroller*

SJ Exhibit 24

Garavaglia Depo. Exhibit 14

GRN000462




**DEPARTMENT OF PARKS, RECREATION & FORESTRY**
**CITY OF ST. LOUIS**

5600 CLAYTON AVENUE IN FOREST PARK
ST. LOUIS, MO 63110-1310

LYDA KREWSON
MAYOR

GREG HAYES
DIRECTOR

(314) 289-5310
FAX (314) 535-3901

DIVISION OF PARKS
(314) 289-5300

DIVISION OF RECREATION
(314) 289-5320

DIVISION OF FORESTRY
(314) 613-7200

July 10, 2017

Mr. Patrick Geraty
President, St. Louis Composting
39 Old Elam Avenue
Valley Park, MO 63088

Dear Mr. Geraty:

Enclosed please find the fully executed Extension of the Lease Agreement between the City of St. Louis and St. Louis Composting for an additional one year period, expiring August 31, 2018.

We were advised by Mr. James Garavaglia, Deputy Comptroller, that it was not necessary that the City Counselor approve the extension nor did it require the signature of the Register.

If you have any questions, please feel free to contact me at 289-5387.

Sincerely,

Kathy Sullivan
Executive Assistant

Enclosure

CC: Greg Hayes
    Janis Garavaglia
    Vanessa Carter

GRN000463

EXTENSION OF LEASE AGREEMENT

The Lease Agreement entered into September 1, 2014 between the City of St. Louis acting by and through its Comptroller and St. Louis Composting, Inc., being Comptroller's Document #67892, is hereby extended for an additional one year period from September 1, 2017 through August 31, 2018.

Pursuant to Section 2 – Rent - Base rental for this one year extension shall be $19,200.00 per year paid in advance in monthly installments of $1,600. Checks received from vendor are handled the same as initial term.

All other terms of the LEASE shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have hereunto affixed their hands as set forth below:

LESSEE
ST. LOUIS COMPOSTING, INC.

By: _____
Patrick Geraty, President

LESSOR
CITY OF ST. LOUIS

By: _____
Darlene Green, Comptroller
JAMES M. GARAVAGLIA DEPUTY

APPROVED AS TO LEGAL FORM:

By: _____
City Counselor

ATTEST

_____
Register