SJ Exhibit 26

**AT&T Equipment Solutions - Voice CPE Support Services**

**Addendum To Master Agreement**

Addendum No.

This Addendum ("Addendum"), entered into by SBC Global Services, Inc. dba AT&T Global Services ("AT&T") and City of St. Louis ("Customer") and effective as of the date last signed below ("Effective Date"), is an attachment to that certain Master Agreement ("Agreement") dated October 11, 2006 between the parties thereto. The definitions contained in the Agreement are herein incorporated by reference.

**Customer Name:** City of St. Louis  Water Department
**Customer Billing Address:** 1640 S. Kingshighway
St. Louis, MO 63110

**Customer Billing Number:**

**Location of Equipment (Delivery/Installation Site Address):**

1640 S. Kingshighway

St. Louis, MO 63110

**Date of Submission:** **Lessor:** NA

**Delivery Date:** **Installation/Cutover Date:**

**Purchase Order Number:**

### PURCHASE PRICE

1. Total Price of Equipment.............................................
2. Total Charge for Installation/Cutover..........................
3. Total Purchase Price ...............................................
* Taxes & Shipping will be listed separately on the invoice.

**PAYMENT TERMS[1]** (select one based on criteria below)

| | ☐ Option 1 | ☐ Option 2 | ☐ Option 3 | ☐ Option 4 | $ Due |
|---|---|---|---|---|---|
| | Initial here | Initial here | Initial here | Initial here | |
| Down Payment: | 50% | 25% | 25% | ( ) | |
| Delivery: | | | 50% | ( ) | |
| Cutover: | 50% | 75% | 25% | ( ) | |
| TOTAL: | | | | | |

[1] Option 1 is the standard billing terms for business sales. Option 2 is used for large businesses or other businesses that are purchasing over $16,000 and have been in business at least 2 years with DAB Paydex of > 60. Option 3 is only allowed if the Purchase Price is over $50,000 and the scheduled cutover date is more than 60 days after execution of this Addendum. Option 4 is for non-standard billing and payment term requests and is subject to the approval of credit verification. All options are subject to Credit Approval.

**SELECTION OF MAINTENANCE AND SERVICE PLANS: (For Warranty see Section 5)**

**AT&T Maintenance Services**

☒Complete ☐Essential ☐ Dedicated ☐Custom

☒ ACCEPT - Customer Initials: _____ ☐ DECLINE - Customer Initials: _____

Initial Term: ( 1 ) Years From: _____ To: _____ Annual Price: $12,642.00

**Payment Term: (default is annual)** ☐ Prepay ☐Annual ☐Semi-Annual ☐Quarterly ☐Monthly ☐Financing

*CONFIDENTIAL INFORMATION*
*This Agreement is for use by authorized employees of the parties hereto only and is not for*
*general distribution within or outside their companies.*

Garavaglia
Depo.
Exhibit 20

SJ Exhibit

26

Contact Center Software Support Services (CPE Maintenance Services and Software Release Subscription are Purchased Separately)

☐ Complete   ☐ Essential

☐ ACCEPT - Customer Initials: _____   ☒ DECLINE – Customer Initials: _____

Initial Term: (___) Years   From: _____  To: _____   Annual Price: _____

**Payment Terms (default is annual):**
☐ Prepayment  ☐ Annual  ☐ Semi-Annual  ☐ Quarterly  ☐ Monthly  ☐ Financing

Software Release Subscription Service (CPE Maintenance Services and Call Center Software Support Services are Purchased Separately)

☐ ACCEPT - Customer Initials: _____   ☒ DECLINE – Customer Initials: _____

Initial Term: (___) Years   From: _____  To: _____   Annual Price: _____

**Payment Terms (default is annual):**   Total Price: _____ (See Equipment List for details)

☐ Prepayment  ☐ Annual

This Addendum may be withdrawn by AT&T if not signed and returned by the Customer within sixty (60) days from the Date of Submission referred to above.

**SO AGREED** by the Parties' respective authorized signatories:

| CITY OF ST. LOUIS WATER DEPARTMENT | AT&T GLOBAL SERVICES |
|---|---|
| By: *Darlene Green* | By: *[signature]* |
| Name: *Darlene Green* | Name: *Larry A. Cohen* |
| Title: *Comptroller* | Title: *Customer Contracts Spec* |
| Date: *3 - 6 - 09* | Date: *1/5/09* |

*NOTE: This Addendum must always be associated with a Master Agreement and may not be executed as a standalone agreement.*

**Attachments:**
1. Statements of Work e.g. SOW, SCOW, PIG  ☐
2. Bill of Materials for Equipment and Services  ☒
3. Invoicing Schedule and Payment Terms  ☐
4. Implementation Timeline  ☐
5. Certificate of Acceptance  ☐
6. Other: /_____/  ☐

COMPTROLLER'S OFFICE
DOCUMENT # 58918

***CONFIDENTIAL INFORMATION***
*This Agreement is for use by authorized employees of the parties hereto only and is not for general distribution within or outside their companies.*

GRN000490

**CITY OF ST. LOUIS**

Approved as to Form:

_____  2-26-09
City Counselor          Date

_____ MAR 18 2009
Register                Date

GRN000491

## AT&T Equipment Solutions - Voice CPE Support Services
### Addendum To Master Agreement

1. **SCOPE**

   This Addendum covers AT&T's sale of voice customer premise equipment ("CPE" or "Equipment") (under the attached Bill of Materials, Order or other applicable document), installation and/or maintenance Service for such Equipment to be provided by AT&T under the Maintenance Plan identified above (the Maintenance Plan"), and as further described below. The Equipment is further described in the attached Bill of Materials, Order, SOW, Equipment listing or other applicable attachment. This Addendum also covers any Orders issued under this Addendum, as well as any additions or replacement to the Equipment or Service.

2. **AT&T SERVICE AND SERVICE EXCLUSIONS**

   A. During the term of the Maintenance Plan, AT&T will repair Equipment that malfunctions due to wear and tear resulting from normal use in accordance with standard operating instructions. Items excluded from coverage under the Maintenance Plan are headsets, portable telephones (cordless/wireless), answering machines. Customer provided servers, UPS systems, power conditioners, power supplies (including batteries and chargers), intra-building distribution cabling, consumables and any Software which is at a revision level not supported by the Software licensor. AT&T does not remove or recycle batteries

   B. The Maintenance Plan and any and all warranties provided to Customer in this Addendum or the Master Agreement do not cover malfunctions or defects resulting from abnormal or nonstandard uses or conditions including, but not limited to, the following types of causes: failure to provide a suitable environment for the Equipment, including exposure to improper temperature, humidity, chemicals or airborne agents; Customer abuse, misuse or use contrary to standard operating instructions; improper electrical voltages or currents; power or lightning surges or power interruption; improper storage or placement of the Equipment; damage caused by unauthorized attachments or modification; use with or interconnection of the Equipment to incompatible electrical or mechanical devices; and the installation, maintenance or disassembly, repair or alteration of the Equipment by any person other than AT&T, or an entity expressly approved by AT&T in writing; or Force Majeure occurrences. In such excepted cases, Customer will pay AT&T in accordance with AT&T's then prevailing rates in connection with diagnosing such excepted problems and for any resulting repairs. (i) Customer is solely responsible for adequately backing up data and ensuring that its networks/systems are secured against unauthorized intrusion; and (ii) acknowledges that CPE/Software that supports telephony over Transmission Control Protocol/Internet Protocol (TCP/IP) may experience certain compromises in performance, reliability and security even when performing as warranted and that failure to follow manufacturer/licensor recommendations may make such compromises more acute.

   C. AT&T's maintenance Service provided under the Maintenance Plan shall include preventive and remedial maintenance, as required by the CPE manufacturer's specifications or by AT&T. Replacement parts and products may be new or equivalent to new in performance. Such parts and products will be furnished on an exchange basis and the returned parts and products will become the property of AT&T. AT&T's preventive and remedial maintenance Service obligations hereunder do not include, and AT&T is not otherwise obligated to provide replacement parts, software upgrades, software patches, second tier help desk support, or maintenance Service resulting in CPE functionality which exceeds that expressly provided in manufacturers' or suppliers' specifications at the time such product was installed (including Year 2000 functionality).

   D. AT&T makes no guarantee as to parts availability or technical support for Equipment or Software that has been discontinued by its manufacturer or reached "end of life" status. In the event replacement parts, software, or support are not readily available, AT&T shall advise Customer and Customer shall have the option at AT&T's discretion whether to replace or upgrade the Equipment or Software with a similar product at AT&T's then prevailing rates. In the event Customer declines to authorize such replacement, AT&T shall delete such Equipment from this Addendum and cease providing Service for such Equipment, and AT&T will issue, if applicable, a pro-rata refund for such deletion. Additionally, Customer agrees to pay any additional charges that may be incurred by AT&T for product support services from the manufacturer for products that are manufacturer discontinued or have been placed into "end of life" status.

   E. The periodic charges specified herein include all the stated maintenance Service performed at any time in connection with Emergencies and Non-Emergencies during Normal Business Hours. An "Emergency" is defined as any malfunction that leaves Customer unable to place or receive calls through the CPE, or any other failure agreed to in writing by the Parties.

*CONFIDENTIAL INFORMATION*
*This Agreement is for use by authorized employees of the parties hereto only and is not for*
*general distribution within or outside their companies.*

GRN000492

## AT&T Equipment Solutions - Voice CPE Support Services
### Addendum To Master Agreement

F. Service performed outside of Normal Business Hours or outside the scope of the Maintenance Plan (as described in section 6 below) will be charged on a per occurrence basis billed in fifteen (15) minute increments with a minimum of two (2) hours at AT&T's then prevailing hourly or premium hourly rate including travel time to and from Customer's Site. Customer shall also be responsible for travel and living expenses, when required. Provisioning of such Service shall be at the discretion of AT&T and shall be subject to the availability of personnel and parts, if applicable.

G. In the event AT&T responds to Customer's request for Service and AT&T reasonably determines that the problem was not caused by the Equipment maintained herein, Customer will be responsible for additional charges for such response at AT&T's then prevailing rates.

H. AT&T's responsibility with respect to its obligation to provide maintenance Service under this Addendum shall be limited to the Customer's side of the CPE residing on the Demarcation Point ("Demarcation Point" is defined as the point between facilities controlled or owned by the local telephone carrier and those facilities controlled or owned by Customer). Maintenance Services include maintenance as described herein for: (i) the CPE and/or associated system software stated herein, and (ii) such other equipment and/or software which is subsequently added to this Addendum by an Order, attachment or other applicable document. In the event that AT&T responds to Customer's request for Service and Customer's claim of CPE malfunction is due to problems on the local telephone utility's side of the Demarcation Point due to malfunctions in equipment or software other than that covered by this Addendum, Customer will be responsible for additional charges for such response in accordance with AT&T's then prevailing rates.

I. AT&T may suspend performance or terminate this Addendum if Customer fails to pay all amounts due by the applicable due date and such failure is not cured within 10 days of receiving AT&T's notice of non-payment.

3. **SHIPPING AND DELIVERY**

   A. All shipping, transportation and delivery charges for the Equipment, including expedites, shall be paid by Customer. AT&T shall use commercially reasonable efforts to deliver the Equipment by the delivery date specified in this Addendum. Customer may, upon written notice to AT&T no later than ten (10) days prior to delivery, postpone the delivery, installation or Cutover dates specified in this Addendum one (1) time.

   B. Such postponement shall not exceed thirty (30) days from the originally scheduled delivery, installation or Cutover dates and is subject to price changes.

4. **INSTALLATION AND CUTOVER**

   In the event AT&T connects the Equipment or installs the Software on such Customer owned equipment, AT&T shall not be liable for any damage to such Customer owned equipment, unless due to AT&T's sole negligence. AT&T shall use commercially reasonable efforts to complete installation and Cutover of the Equipment by the dates specified in this Addendum. Cutover shall be deemed accomplished upon connection to the telephone network to place and receive calls. Cutover of Equipment that is not dependent on the telephone network will occur when the Equipment is operational.

5. **WARRANTY**

   A. Unless otherwise provided within Bill of Materials, Statement of Work or other attachment, the "Warranty Period" for Equipment shall be twelve (12) months (and in the case of AT&T-provided Software related to the Equipment, ninety (90) days (or such longer period provided by AT&T's applicable Software licensor)) from the date of delivery to the carrier for shipment, or from the date of installation when AT&T provides installation (or from such other date as determined by the applicable Equipment/Software manufacturer/licensor). AT&T warrants that during the Warranty Period, the CPE/Software shall materially conform to the manufacturer's/licensor's published specifications. If Customer notifies AT&T of a material defect during the Warranty Period, AT&T shall, at AT&T's sole option, repair or replace the Equipment/Software, free of charge to Customer. AT&T's repair or replacement of CPE/Software shall be Customer's sole remedy for breach of the warranty as stated herein. All warranty Services will be performed **during Normal Business Hours (8:00 AM - 5:00 PM local time)** unless the Customer has purchased **Complete level of Warranty service (as described in section 6 below)** at the time of initial purchase. All warranty Services performed outside of Normal Business Hours will be charged on a per occurrence basis billed in fifteen (15) minute increments with a minimum of two (2) hours at AT&T's then prevailing hourly or premium hourly rate including travel time to and from Customer's Site.

   B. During the Warranty Period, any change in the location of CPE must be performed by AT&T and shall be at Customer's expense.

   C. Customer may request warranty Service twenty-four (24) hours a day, seven (7) days a week by calling AT&T. If Customer's problem is an Emergency, AT&T will use reasonable commercial efforts to respond to Customer's report of a malfunction by beginning remote diagnosis, as appropriate within two (2) business hours for PBX systems and four (4) business hours for key, hybrid or any other system, and will complete the appropriate repairs as soon as reasonably practical. **Remote diagnostics require customer provided access line and remote access device on all covered equipment with capabilities.**

*CONFIDENTIAL INFORMATION*
*This Agreement is for use by authorized employees of the parties hereto only and is not for*
*general distribution within or outside their companies.*


GRN000493

D. In the event the problem is a non-Emergency, AT&T shall use reasonable commercial efforts to respond to Customer's report of a malfunction by beginning remote diagnosis, as appropriate, within eight (8) **business** hours and will complete the appropriate repairs as soon as reasonably practical. AT&T will arrange to replace defective telephone sets and cords by shipping replacements to the customer's site, Customer must return the defective equipment within ten (10) days or AT&T shall invoice Customer for the full replacement cost. AT&T reserves the right to inspect all defective equipment and AT&T shall have final determination of the status of such equipment.

### 6. AT&T MAINTENANCE SERVICE DESCRIPTIONS

A. **AT&T Voice CPE Maintenance Services – Complete.** Customer may request maintenance Service twenty-four (24) hours a day, seven (7) days a week by calling AT&T. If Customer's problem is an Emergency, AT&T will use reasonable commercial efforts to respond to Customer's report of a malfunction by beginning remote diagnosis, as appropriate, within two (2) hours for PBX systems and four (4) hours for key, hybrid or any other system, and will complete the appropriate repairs as soon as reasonably practical; Remote diagnostics require customer provided **access line and remote access device on all covered equipment with capabilities.** In the event the problem is a non-Emergency, AT&T shall use reasonable commercial efforts to respond to Customer's report of a malfunction by beginning remote diagnosis, as appropriate, within eight (8) **business** hours and will complete the appropriate repairs as soon as reasonably practical. AT&T will arrange to replace defective telephone sets and cords by shipping replacements to the customer's site., Customer must return the defective equipment within ten (10) days or AT&T shall invoice Customer for the full replacement cost. AT&T reserves the right to inspect all defective equipment and shall have final determination of the status of such equipment.

B. **AT&T Voice CPE Maintenance Services – Essential.** Customer may request maintenance Service twenty-four (24) hours a day, seven (7) days a week by calling AT&T. If Customer's problem is an Emergency, AT&T will use reasonable commercial efforts to respond to Customer's report of a malfunction by beginning remote diagnosis, as appropriate within two (2) **business** hours for PBX systems and four (4) **business** hours for key, hybrid or any other system, and will complete the appropriate repairs as soon as reasonably practical. Remote **diagnostics require customer provided access line and remote access device on all covered equipment with capabilities.** In the event the problem is a non-Emergency, AT&T shall use reasonable commercial efforts to respond to Customer's report of a malfunction by beginning remote diagnosis, as appropriate, within eight (8) **business** hours, and will complete the appropriate repairs as soon as reasonably practical. AT&T will arrange to replace defective telephone sets and cords by shipping replacements to the customer's site. Customer must return the defective equipment within ten (10) days or AT&T shall invoice Customer for the full replacement cost. AT&T reserves the right to inspect all defective equipment and AT&T shall have final determination of the status of such equipment. "Business hours" refers to services performed during Normal Business Hours. Any Services performed outside of the Normal Business Hours shall be performed within mutually agreed to time periods.

C. **AT&T Voice CPE Maintenance Services – Dedicated.** (i) AT&T will provide technician, Customer Service Representative, Project Manager, or other agreed upon resource(s) as set forth herein or within an associated Statement of Work, on an annual basis to perform installation, maintenance, and/or move, add or change activities. (ii) AT&T shall, at its sole discretion, assign either a qualified AT&T employee or contractor ("Resource") or a combination of both to provide Services to Customer during Normal Business Hours. (iii) Each Resource will be granted time off for lunch and breaks as mandated by any labor agreement, Federal, State, County or City laws that are applicable. Customer must provide adequate office facilities/quarters/storage for Resource to administer daily responsibilities. (iv) Customer may also purchase optional replacement parts coverage associated with Dedicated. (v) Customer may request maintenance Service twenty-four (24) hours a day, seven (7) days a week by calling AT&T. If Customer's problem is an Emergency, AT&T will use reasonable commercial efforts to respond to Customer's report of a malfunction by beginning remote diagnosis, as appropriate within two (2) **business** hours for PBX systems and four (4) **business** hours for key, hybrid or any other system, and will complete the appropriate repairs as soon as reasonably practical. Remote diagnostics require customer provided access line and remote access device on all covered equipment with capabilities. Any Services performed outside of the Normal Business Hours shall be performed within mutually agreed to time periods.

D. **AT&T Voice CPE Maintenance Services – Custom.** Custom provided maintenance shall include the Services as agreed to by Parties as described in the document.

### 7. OPTIONAL AT&T VOICE CPE SUPPORT SERVICE PLAN DESCRIPTIONS

A. **Contact Center Software Support Services Option:**

If selected on page 2 above, Customer elects to purchase AT&T Software Support Services as additional support to

*CONFIDENTIAL INFORMATION*
*This Agreement is for use by authorized employees of the parties hereto only and is not for*
*general distribution within or outside their companies.*

GRN000494

AT&T Equipment Solutions - Voice CPE Support Services

Addendum To Master Agreement

the selected maintenance plan. The additional support is described below:

(i) AT&T's software support services may include preventive and/or remedial maintenance, as required by AT&T or its supplier. The software support services may also include technical telephone consultation and diagnostic assistance, problem origination and expedite resolution. Software support services are typically performed remotely. AT&T may provide on-site support services as AT&T deems necessary. AT&T's preventive and remedial software support services obligation hereunder do not include, and is not otherwise obligated to provide software releases, updates, upgrades or maintenance service resulting in Contact Center Software functionality which exceeds that expressly provided in AT&T's or its suppliers' specifications at the time such Software was installed (including Year 2000 functionality). Any software which is at a revision level not supported by the software licensor will be excluded from coverage.

(a) **Contact Center Software Support Services – Complete.** This service option is available with the AT&T Voice CPE Support Services - Complete Maintenance Plan. Customer may request software support service twenty-four (24) hours a day, seven (7) days a week by calling AT&T. If Customer's problem is Severity Level 1 (as described herein), AT&T shall, within two (2) hours after Customer's notification is logged in at AT&T's Data Services Customer Care Center (DSCC), commence error correction activity from a remote location. In the event AT&T does not respond within two (2) hours to Customer's Severity Level 1 (as described herein), the problem will be escalated. If Customer's problem is a Severity Level 2 or 3 (as described herein), AT&T shall use reasonable efforts, within eight (8) business hours after Customer's problem is logged in by the DSCC, to commence error correction activity from a remote location.

(b) **Contact Center Software Support Services – Essential.** This service option is available with the AT&T Voice CPE Support Services - Essential Maintenance Plan. Customer may request maintenance service twenty-four (24) hours a day, seven (7) days a week by calling AT&T. If Customer's problem is Severity Level 1 (as described herein), AT&T shall, within two (2) business hours after Customer's notification is logged in at AT&T's DSCC commence error correction activity from a remote location. In the event AT&T does not respond within two (2) business hours, during AT&T's Normal Business Day, to Customer's Severity Level 1 (as described herein), the problem will be escalated. If Customer's problem is a Severity Level 2 or 3 (as described herein), AT&T shall use reasonable efforts, within eight (8) business hours, after Customer's problem is logged in by the DSCC, to commence error correction activity from a remote location, during AT&T's Normal Business Day.

(ii) **Severity Levels Defined**

(a) Severity Level 1. Application is inoperative; inability to use application materially impacts Customer's operations. If a bypass procedure is not utilized, AT&T will continue error correction activity according to selected maintenance plan or optionally, on a time and materials basis. In addition, AT&T shall provide verbal status reports on Severity Level 1 errors at intervals of no less than twice per day to designated Customer support representative, until a bypass is found.

(b) Severity Level 2. Application is usable with limited functions. Error condition is not critical to continuing operation. Customer or AT&T has determined the method of work around for the error condition.

(c) Severity Level 3. Application is usable, but a minor problem exists.

B. **Software Release Subscription Services Option (Applies only to specific Nortel products).** Customer elects to purchase Software Release Subscription Services as described below:

(i) **Software Release does not include maintenance coverage on Customers CPE.** Maintenance coverage must be purchased separately.

(ii) Software Release Subscription (SRS) provides entitlement to new General Announcement (GA) releases of software as approved for use by AT&T for specified Nortel Networks Enterprise Systems (Nortel) at a fixed price. SRS is a non-transferable, non-refundable contracted service offering, which provides customers access to future major and minor software releases, "like-for-like" with existing customer owned software for the term of the SRS Service Plan. Hardware, labor or maintenance costs associated with any upgrades are not covered and any licenses/software that are added during the term of the SRS Service Plan will incur additional charges. In accordance with this agreement, all system hardware upgrades, software upgrades, Moves, Adds, Changes, and repairs must be performed by AT&T. Failure to adhere to this policy will result in additional charges or cancellation of this agreement.

(iii) AT&T makes no guarantees as to the number of new software releases that will be released by the manufacturer for the term of the SRS Service Plan. Once AT&T has approved a new software release for general availability, the customer may notify their Sales Representative of their desire to upgrade. Failure to

*CONFIDENTIAL INFORMATION*
*This Agreement is for use by authorized employees of the parties hereto only and is not for*
*general distribution within or outside their companies.*



GRN000495

upgrade to the latest software release may result in incompatibility with new or existing applications. Additional charges will be incurred to upgrade if software level is not kept at the current level.

(iv) AT&T is not otherwise obligated to provide software release information, updates, upgrades or maintenance service resulting in Software functionality which exceeds that expressly provided in AT&T's or its suppliers' specifications at the time such Software was installed (including Year 2000 functionality). Section 3.9, of the Master Agreement (Warranties; Disclaimer of other Warranties) applies to any software subscription by Customer under this Section.

## 8. AGENCY

During the term of this Addendum, Customer will not permit any other person to maintain, repair or modify the CPE or to connect any other equipment. To the extent necessary for AT&T to perform its Services under this Addendum, Customer agrees that AT&T will be Customer's Site agent to represent Customer in any dealings with any telephone company or government agency with respect to CPE maintenance provided hereunder. Customer assumes all ongoing responsibility of directory listings, credit cards, system security, billing arrangements and other items not related to Equipment or Services provided by AT&T unless expressly stated otherwise under this Addendum or some other express written agreement between Customer and AT&T.

## 9. CHANGE IN EQUIPMENT

AT&T will have the right and option of conducting periodic equipment reviews for additions and/or deletions which may have occurred and all service pricing shall be adjusted accordingly. In the event Customer elects to terminate portion(s) or reduce the grade of the maintenance Services provided hereunder, Customer shall be liable for fifty percent (50%) of the fees for the terminated or reduced portion of the maintenance for the remainder of the term of this Addendum plus any non-recoverable costs including, but not limited to, those amounts paid or due and payable to third parties as incurred by AT&T directly in connection with the provisioning of such Equipment and Services for Customer.

## 10. RENEWAL

Unless terminated by either Party upon at least thirty (30) days written notice prior to expiration of the then existing Term, and to avoid Service interruption, the then current Term of any services included in this Addendum shall automatically extend for consecutive one (1) year Term(s) at AT&T's then current pricing for such Services. Upon extension of any Maintenance or Service Plan, the services provided by AT&T shall remain unchanged (except with respect to pricing) unless both Parties agree in writing to any changes at the time of extension. AT&T may only increase the price of the Maintenance or Service Plans provided herein at: (i) the expiration of the initial term; (ii) commencement of any subsequent extension term; or (iii) the time Equipment is changed, upgraded or added to this Addendum. AT&T will provide Customer with a 30 day notice of such increases.

## 11. AT&T CAPITAL SERVICES ("AT&T-CS") FINANCING OPTION

_____ [Individual's initials on behalf of Customer]

Customer elects to finance the Total Purchase Price through AT&T-CS. Customer hereby requests that AT&T invoice AT&T-CS and arrange for payment as described below:

AT&T will invoice Customer in care of AT&T-CS for 100% of the Total Purchase Price upon Cutover (as defined in the Agreement) and the invoice shall be paid promptly after its delivery to AT&T-CS, provided that all required lease documentation has been properly executed and received by AT&T-CS. If all lease documentation is not executed and received by AT&T-CS Customer agrees and will pay the Total Purchase Price to AT&T upon receipt of an invoice.

**END OF DOCUMENT**

*CONFIDENTIAL INFORMATION*
*This Agreement is for use by authorized employees of the parties hereto only and is not for*
*general distribution within or outside their companies.*



GRN000496

Addendum No.

## City of St. Louis   Water Department
## 1640 S. Kingshighway
## St. Louis, MO 63110

CPR/Contract # : 16160199

Maintenance Plan: Complete
Initial Term: 12 months
Annual Maintenance Charges for Initial Term: $ 12,642.00

EQUIPMENT COVERED UNDER MAINTENANCE PLAN:

| | | |
|---|---|---|
| CS1000 | ports | 240 |
| Call Pilot voicemail | | 1 |
| SEB modem | | 1 |
| US Robotics modem | | 1 |
| Miran | | 1 |
| Adtran CSU | | 2 |

Maintenance includes all associated telephone sets unless otherwise specifically excluded below or in the associated terms and conditions of this Agreement.

An SEB modem is required for remote alarm monitoring

Pricing does not include applicable taxes

EQUIPMENT NOT COVERED UNDER MAINTENANCE PLAN:

Maintenance excludes headsets, portable telephones (cordless/wireless), answering machines, Contact Center servers, UPS systems, power conditioners and power supplies (including batteries and chargers), consumables, paging equipment, data equipment, application support, soundstations, ancillary not listed and any software which is at a revision level not supported by the Software licensor.

SPECIAL TERMS AND CONDITIONS:

Customer Initials : _____

CONFIDENTIAL INFORMATION
This Agreement is for use by authorized employees of the parties and is not for general distribution within or outside their companies

GRN000497



## OFFICE OF THE COMPTROLLER
## CITY OF ST. LOUIS



DARLENE GREEN
Comptroller

212 City Hall
(314) 622-3588
FAX: (314) 622-4026

February 2, 2009

The Honorable Board of
Estimate & Apportionment
Room 414 City Hall
St. Louis, MO 63103
Attention: Ms. Yudora Watson

Approved: 2-13-09
BOARD OF ESTIMATE AND APPORTIONMENT
SECRETARY

Dear Ms. Watson:

Attached for E&A approval are two contracts with AT&T as described below:

- A 60 month agreement to provide VOIP services at 1520 Market to serve City departments moving from various locations. This contract establishes a framework in which individual number rates will be determined based on features added to each line. Costs are expected to be about $8,000 per month with funding sources found in various department budgets who are relocating to this facility.

- A one year maintenance contract to provide maintenance to the telecommunications equipment located at the City's Water Division at 1640 S. Kingshighway. Cost for providing this service is $12,642.00 with funding to be found in account 1510-415-5638000.

We appreciate your attention and consideration in this matter and if you have any questions or need additional information, please don't hesitate to call.

Sincerely,

James M. Garavaglia
James M. Garavaglia
Asset Manager

Attachments

cc:     Ivy Neyland Pinkston
        John Zakibe

RECEIVED
FEB - 4 2009
COMPTROLLER'S OFFICE

GRN000498