SJ Exhibit 27

20140314-8368-3



# STATEMENT OF WORK
(City of St Louis – Streets Dept – CS1000 Maintenance)

Sub-Rider D7 Statement of Work   132039UA
AT&T Equipment Resale and Related Services Pricing Schedule
Pricing Schedule ECATS No.:20140314-8368
SOW ECATS No.:
CPR: 06103487

| CUSTOMER Legal Name ("Customer") | AT&T Corp. ("AT&T") (designate other entity if signing entity other than AT&T Corp) | AT&T Branch Sales Contact Name |
|---|---|---|
| City of St Louis | SBC Global Services, Inc. dba AT&T Global Services ("AT&T") | Name: Gaylon Blair, Jr. |
| **CUSTOMER Address** <br> Streets Department <br> 1900 Hampton <br> St Louis <br> MO  US <br> 63139 | **AT&T Corp. Address and Contact** <br> One AT&T Plaza <br> Dallas, TX 75202 <br> Attn: General Attorney | **AT&T Branch Sales Contact Information** <br> Street Address <br> City <br> State / Province    Country <br> Domestic / International Zip Code <br> Fax : <br> Email : <br> Sales/Branch Manager: <br> SCVP Name: |
| **CUSTOMER Contact** <br> Name: Jim Garavaglia <br> Title: Asset Manager <br> Telephone: 314-622-4630 <br> Fax: <br> Email: garavagliaj@stlouis-mo.gov <br> Billing Telephone Number: <br> Customer Number: | | **AT&T Contact Information** <br> Name: <br> Address: <br> City: <br> State / Province:    Country: <br> Domestic / Intl / Zip Code: <br> Telephone: <br> Email: |
| **CUSTOMER Billing Address and Contact** <br> Street Address <br> St Louis <br> MO  US <br> 63106 <br> Name: Jim Garavaglia <br> Title: <br> Telephone: 314-522-2900 <br> Fax: <br> Email: garavagliaj@stlouis-mo.gov | | |

This Statement of Work ("SOW") constitutes a Quote until executed by Customer, at which time it will be considered an Order. The Quote expires sixty (60) days after the Date of Submission.

AT&T Global Services is an affiliate of AT&T Corp and is authorized to execute this SOW.

AGREED:                                              AGREED:
CUSTOMER: City of St Louis                           AT&T Global Services
By: _Darlene Green_ (signature)                      By: _Cheryl Wankowski_ (signature)
    (Authorized Agent or Representative)                 (Authorized Agent or Representative)

(Typed or Printed Name)                              (Typed or Printed Name)   Cheryl Wankowski

(Title)                                              (Title)   Senior Customer Contracts

(Date)                                               (Date)   25 Aug 2016      JR650X

Nortel 05/15/13

COMPTROLLER'S OFFICE
DOCUMENT # 70594

Approved: 8-23-16
BOARD OF ESTIMATE AND APPORTIONMENT
SECRETARY

Garavaglia Depo. Exhibit 21

SJ Exhibit 27

CITY OF ST. LOUIS

Approved as to Form:

_____ 8-29-2016
City Counselor          Date

_Karen Jackson_ 09-14-16
Register-Deputy    Date



## STATEMENT OF WORK
(City of St Louis – Streets Dept – CS1000 Maintenance)

Ship To Address: 1900 Hampton, St Louis MO 63139
Installation Site Address: 1900 Hampton, St Louis MO 63139

Date of Submission: 08/02/16
Purchase Order Number:

### SELECTION OF EQUIPMENT SERVICE PLAN:

AT&T Voice Maintenance Solutions:  ☒ Essential Plus   ☐ Dedicated   ☐ Custom

**Support Levels:** Technical Support (24X7) with Advanced Hardware Parts Replacement  ☒ 24X7

Technical Support (8X5) with Advanced Hardware Parts Replacement  ☐ 8X5

Initial Term: 1 Years  From: 09/11/16  To: 09/10/17  Annual Price: $ 9,184.69
Service Plan Payment Terms (default is annual): ☐ Prepay ☐ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly
☐ Financing: (Name of Leasing Company)

**PASS Basic Entitlement**

Partner Assurance Support Services (PASS Basic) has been included for all applicable locations for the manufacturer to provide corrective software content to AT&T, such as software patches and updates to correct known software issues or defects on behalf of the Customer.

Please see the following exhibits:
Exhibit 1: Materials Covered for Maintenance

Nortel 05/10/13



## STATEMENT OF WORK
### (City of St Louis – Streets Dept – CS1000 Maintenance)

Materials Covered for Maintenance:

CPR/Contract # : 66103487

1900 Hampton
St Louis MO 63139

Materials Covered:

184 port/channel CS1000
8 channel Call Pilot
SEB modem
Maintenance terminal
Maintenance printer
External modem
Adtran CSU
Interalia annoucer

Maintenance includes all associated telephone sets unless otherwise specifically excluded below or in the associated terms and conditions of this Agreement.

EQUIPMENT **NOT** COVERED UNDER MAINTENANCE PLAN:

Application PC/servers, any materials not listed
Maintenance excludes headsets, portable telephones (cordless/wireless), answering machines, Contact Center servers, UPS systems, power conditioners and power supplies (including batteries and chargers), consumables and any Software which is at a revision level not supported by the Software licensor.

SPECIAL TERMS AND CONDITIONS:

The term fro Maintenance Services (the Maintenance Term) and level of Maintenance Services are set forth in this Statement of Work. Upon expiration of the term of the Maintenance Services, Customer may request pricing for a renewal. Upon mutual agreement the parties will execute a new SOW for such renewal.

# AFFIDAVIT OF WORK AUTHORIZATION ANNUAL RENEWAL DOCUMENT

The contractor who meets the section 285.525, RSMo, definition of a business entity must complete and return the following Affidavit of Work Authorization Annual Renewal Document.

Comes now **Lisa Menendez** (Name of Business Entity Authorized Representative) as **Assoc Director - HR Svcs** (Position/Title) first being duly sworn on my oath, affirm <u>AT&T Services, Inc. & on behalf of itself and its related companies</u> (Business Entity Name) is enrolled and will continue to participate in the E-Verify federal work authorization program with respect to employees hired after enrollment in the program who are proposed to work in connection with the services related to contract(s) with the City of St. Louis for the duration of the contract(s), if awarded in accordance with subsection 2 of section 285.530, RSMo. I also affirm that <u>AT&T Services, Inc. & on behalf of itself and its related companies</u> (Business Entity Name) does not and will not knowingly employ a person who is an unauthorized alien in connection with the contracted services provided under the contract(s) for the duration of the contract(s), if awarded.

*In Affirmation thereof, the facts stated above are true and correct. (The undersigned understands that false statements made in this filing are subject to the penalties provided under section 575.040, RSMo.)*

_____  **Lisa Menendez**
Authorized Representative's Signature       Printed Name

**Assoc Director - HR Services**      **9/8/2015**
Title                                                               Date

**lt3254@att.com**                         **322556**
E-Mail Address                              E-Verify Company ID Number

Subscribed and sworn to before me this **8th** (DAY) of **September 2015** (MONTH, YEAR) I am commissioned as a notary public within the County of **Comal** (NAME OF COUNTY), State of **Texas** (NAME OF STATE), and my commission expires on **July 30, 2016** (DATE).

**Patricia Marshall**              **9/8/2015**
Signature of Notary                   Date

```
PATRICIA MARSHALL
Notary Public, State of Texas
My Commission Expires
July 30, 2016
```

 

# OFFICE OF THE COMPTROLLER
# CITY OF ST. LOUIS

**DARLENE GREEN**
Comptroller

1200 Market St.
212 City Hall
St. Louis, Missouri 63103
(314) 622-3588
Fax: (314) 622-4026

August 5, 2016

The Honorable Board of
Estimate & Apportionment
Room 414 City Hall
St. Louis, MO 63103
Attention: Ms. Yudora Watson

Dear Ms. Watson:

The Comptroller's Office requests E&A approval of a contract between the City of St. Louis and AT&T for maintenance services at the Street Department, 1900 Hampton Avenue. This agreement is for one year at a cost of $9,184.69. Funding for this account can be found in the FY 16-17 budget in account 1010-5110000-5636000

We appreciate your attention and consideration in this matter.

Sincerely,

James M. Garavaglia
Deputy Comptroller
Finance and Development

cc:     Beverly Fitzsimmons

Approved: 8-23-16
BOARD OF ESTIMATE AND APPORTIONMENT
SECRETARY

Website: stlouis-mo.gov/comptroller

GRN000545