
**PLAINTIFF'S EXHIBIT** ✓

CITY OF ST. LOUIS - CANDIDATE REFERRAL

3026    Class Title: Deputy Comptroller

Date Issued: 1/8/20

Appointing Authority: Honorable Darlene Green, Comptroller

Class Title: Deputy Comptroller

Number of Vacancies: 1
Referral ID: REQ:20-14  REF:001
Appointment Duration: Permanent
Contact Person: EUNETTER STEELE

Selection must be made from the candidates who are available.
Certification is active until: 1/29/20
Date letters sent to candidates: 1/8/20

To be completed by the Appointing Authority:
I declare that I have made the noted appointment in accordance with the provisions of the Charter of the City of Saint Louis and Rules of the Department of Personnel and Civil Service Commission and the disposition noted is correct to the best of my knowledge and belief:

Signature: _Darlene Green_    Date: 1/16/20

| | | Referral Code | Effective Date |
|---|---|---|---|
| LATAUNIA D. KENNER<br>2347 PARK AVENUE, UNIT D<br>ST. LOUIS MO 63104<br>(314) 435-8785<br>(314) 657-3422 | Qualcds: 4<br>EligType: 4AR<br>Rank: 1 | HR | 1-21-20 |
| PARIMAL H. MEHTA<br>3025 CAROLINE STREET<br>ST. LOUIS MO 63104<br>(314) 657-1664<br>(314) 769-6367 | Qualcds: 4<br>EligType: 4AR<br>Rank: 2 | NS | |

COPY