**Roger Denny** Partner
Spencer Fane LLP

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
O 314.333.3948 | F 314.862.4656
rdenny@spencerfane.com | spencerfane.com

**From:** Morton, Chana <mortonc@stlouis-mo.gov>
**Sent:** Wednesday, June 26, 2019 4:14 PM
**To:** Thomas J. Ray <tray@armstrongteasdale.com>
**Cc:** woodss@stlouis-mo.gov; Denny, Roger <rdenny@spencerfane.com>; Garavaglia James <garavagliaj@stlouis-mo.gov>
**Subject:** Re: Muni Courts 5th Amendment

I have asked Sheila to bring these documents back to City Hall, and to our office before the end of the day today so that the Comptroller can sign them as soon as possible.

Thanks, Tom for letting us know.

Sincerely,

## Chana D. Morton

*Executive Secretary to*

*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*

mortonc@stlouis-mo.gov

On Wed, Jun 26, 2019 at 3:28 PM Thomas J. Ray <tray@armstrongteasdale.com> wrote:

Chana, this might be a problem tomorrow. Jim took a call from the Mayor's secretary, Sherry, and said to send these dox to him. He should have said to send them to you because the signatures need to be completed by Friday or there will be a default and the dox have to get to the title company.

So, and JIm is off tomorrow, when Sheila gets these dox and calls me, I am going to tell her to send them to you for the Comptroller's signature. If you cannot get the Comptroller to sign, let me know and I will ask if Bev can sign. Then the dox go to the Register and Roger Denny (482-4858) will bring his clients signature pages to the Register to complete our dox and take them to the title company.

Just a heads up!

Tom Ray
Armstrong Teasdale LLP
314 259 4730



PLAINTIFF'S EXHIBIT X

************************PRIVATE AND CONFIDENTIAL************************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you

have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

**From:** Denny, Roger <rdenny@spencerfane.com>
**Sent:** Thursday, June 27, 2019 11:09 AM CDT
**To:** Morton, Chana <mortonc@stlouis-mo.gov>; Thomas J. Ray <tray@armstrongteasdale.com>
**CC:** woodss@stlouis-mo.gov <woodss@stlouis-mo.gov>; Garavaglia James <garavagliaj@stlouis-mo.gov>
**Subject:** RE: Muni Courts 5th Amendment

Chana:

Are you available for me to come to City Hall with the remaining signature pages on the agreements? If so, I can be there in ~15 minutes.

Thanks,

Roger

**Roger Denny** Partner
Spencer Fane LLP

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
O 314.333.3948 | F 314.862.4656
rdenny@spencerfane.com | spencerfane.com

**From:** Morton, Chana <mortonc@stlouis-mo.gov>
**Sent:** Wednesday, June 26, 2019 4:14 PM
**To:** Thomas J. Ray <tray@armstrongteasdale.com>
**Cc:** woodss@stlouis-mo.gov; Denny, Roger <rdenny@spencerfane.com>; Garavaglia James <garavagliaj@stlouis-mo.gov>
**Subject:** Re: Muni Courts 5th Amendment

I have asked Sheila to bring these documents back to City Hall, and to our office before the end of the day today so that the Comptroller can sign them as soon as possible.

Thanks, Tom for letting us know.

Sincerely,

# Chana D. Morton

*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*

On Wed, Jun 26, 2019 at 3:28 PM Thomas J. Ray <tray@armstrongteasdale.com> wrote:

Chana, this might be a problem tomorrow. Jim took a call from the Mayor's secretary, Sherry, and said to send these dox to him. He should have said to send them to you because the signatures need to be completed by Friday or there will be a default and the dox have to get to the title company.

So, and JIm is off tomorrow, when Sheila gets these dox and calls me, I am going to tell her to send them to you for the Comptroller's signature. If you cannot get the Comptroller to sign, let me know and I will ask if Bev can sign. Then the dox go to the Register and Roger Denny (482-4858) will bring his clients signature pages to the Register to complete our dox and take them to the title company.

Just a heads up!

Tom Ray
Armstrong Teasdale LLP
314 259 4730

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us

immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.

STL002128