**4 attachments**

- **MCB - FIFTH Amendment to Escrow Agreement w_ Reverter(3385442.1).docx**
  25K

- **MCB - FIFTH Correction QCD(3385391.1).docx**
  31K

- **E&A Agenda Request (2019 Extension)(3385363.1).docx**
  20K

- **Municipal Courts Extension Documents.eml**
  111K

---

**Thomas J. Ray** <tray@armstrongteasdale.com>  Fri, Jun 14, 2019 at 4:30 PM
To: "Denny, Roger" <rdenny@spencerfane.com>
Cc: "Preston, Robert" <rpreston@spencerfane.com>, "Garavaglai, James (garavagliaj@stlouis-mo.gov)" <garavagliaj@stlouis-mo.gov>

Roger:

Here is the latest and it is not caused by you but you are collaterally damaged. The Airport Bond BPA needs to be signed by the Mayor today and she wanted the blanks completed as to debt service, interest rates, etc., none of which can be inserted till you close. The Mayor asked the Comptroller for what she had presently and the Comptroller balked. Your request was going to the Secretary of E&A simultaneously and now the Deputy Comptroller (not Jim) won't add your item without the Comptroller's approval. And no one wants to ask for that right now. So, get one of the others when you get their vote to add it. The deadline is 24 hours before.

My guess at this time is that the Comptroller may not attend and if so, you will need both votes.

I will keep you advised of any change as I learn it.

Tom Ray
Armstrong Teasdale LLP
314 259 4730

On Jun 14, 2019, at 9:38 AM, Denny, Roger <rdenny@spencerfane.com> wrote:

> Tom
>
> It looks like wires got crossed on the documents and someone handed you the set from our last extension. The documents I sent, re-attached, contained your fees (see item 1 of the QCD). It was in the Escrow Agreement from the prior extension, only because the fees were being paid contemporaneously, as opposed to at the time of execution. Do you guys have a bill that you need paid now?
>
> Thanks
>
> Roger
>
> Roger Denny  Partner
> Spencer Fane LLP

**PLAINTIFF'S EXHIBIT CC**

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
O 314.333.3948 | F 314.862.4656
rdenny@spencerfane.com | spencerfane.com


**From:** Thomas J. Ray <tray@ArmstrongTeasdale.com>
**Sent:** Friday, June 14, 2019 9:08 AM
**To:** Denny, Roger <rdenny@spencerfane.com>
**Cc:** Preston, Robert <rpreston@spencerfane.com>; 'Garavaglai, James (garavagliaj@stlouis-mo.gov)' <garavagliaj@stlouis-mo.gov>
**Subject:** RE: Municipal Courts Extension Documents [IWOV-iDocs.FID3015298]


Roger, attached are redlines of the above. I thought we spoke of continuing the matter to October but Jim accepts December for the last time. Anything on the parking with Jack Pohrer? I see you removed the payments of our fees prior to close in what was Par. 3 of the Amendment. I want that reinserted even though it may be zero. Please forward clean copies to Jim and me. The third item above is Jim's letter for Shelia to print today. I am heading to a funeral shortly so I will be gone, and have a cataract issue on Tuesday so I won't be here.


Last, Jim will place it on the E&A Agenda and as soon as you have a E&A member's vote or, even better, both votes, please advise us so we can speak to the Comptroller


<image001.jpg>
Armstrong Teasdale LLP
**Thomas J. Ray**
7700 Forsyth Blvd   Suite 1800, St. Louis  Missouri 63105-1847
DIRECT: 314.259.4730 | FAX: 314.612.2223 | MAIN OFFICE: 314.621.5070
tray@armstrongteasdale.com
www.armstrongteasdale.com

**********************PRIVATE AND CONFIDENTIAL***********************
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

**From:** Denny, Roger [mailto:rdenny@spencerfane.com]
**Sent:** Thursday, June 13, 2019 5:45 PM
**To:** Thomas J. Ray
**Cc:** Preston, Robert
**Subject:** Municipal Courts Extension Documents


Tom:

Attached for your review are the agenda request and the extension documents for Municipal Courts. I will follow this e-mail with a separate e-mail regarding project status and continuing "check-ins" during the extension period. After you've reviewed this information, please let me know if you have any questions, comments or concerns.

Thanks,

Roger


Roger Denny  Partner
Spencer Fane LLP

---

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
**O 314.333.3948 | F 314.862.4656**
rdenny@spencerfane.com | spencerfane.com




<mime-attachment>


 image001.jpg  6K

2/10/2017     City of Saint Louis Mail - Re: Municipal Courts Project



Green, Darlene <greend@stlouis-mo.gov>

## Re: Municipal Courts Project
1 message

**Jim Garavaglia** <garavagliaj@stlouis-mo.gov>     Fri, Feb 10, 2017 at 11:35 AM
To: "Boyd, Jared" <boydja@stlouis-mo.gov>
Cc: "Thomas J. Ray" <tray@armstrongteasdale.com>, Darlene Green <greend@stlouis-mo.gov>

Hi Jared, if you will recall a couple of months ago when we last spoke on this subject I told you that I thought we were close to a deal. We continue to move toward that goal. We last met with the developer last week. They are still undecided on their exact parking needs . It is our intention as soon as those needs are formalized we would like to meet with the Treasurer and yourself to present the project and, of course, the parking requirements. If an interim discussion is desirable, please don't hesitate to contact me.
All the best
On Feb 10, 2017, at 10:47 AM, Boyd, Jared <boydja@stlouis-mo.gov> wrote:

> Jim,
>
> Wanted to check in with you regarding the Municipal Courts project. We received notice of a Tax Increment Financing Commission meeting regarding the Municipal Courts project and would like to the status of this project.
>
> Best regards,
>
> L. Jared Boyd
> Chief of Staff and Counsel
> City of St. Louis Treasurer's Office
> 133 South 11th Street, Suite 530
> St. Louis, MO 63102
> 314.612.1478
> BoydJa@stlouis-mo.gov



Garavaglia, James <garavagliaj@stlouis-mo.gov>

## RE: Municipal Courts Extension Documents [IWOV-iDocs.FID3015298]
3 messages

**Thomas J. Ray** <tray@armstrongteasdale.com>          Fri, Jun 14, 2019 at 9:08 AM
To: "Denny, Roger" <rdenny@spencerfane.com>
Cc: "Preston, Robert" <rpreston@spencerfane.com>, "Garavaglai, James (garavagliaj@stlouis-mo.gov)" <garavagliaj@stlouis-mo.gov>

Roger, attached are redlines of the above. I thought we spoke of continuing the matter to October but Jim accepts December for the last time. Anything on the parking with Jack Pohrer? I see you removed the payments of our fees prior to close in what was Par. 3 of the Amendment. I want that reinserted even though it may be zero. Please forward clean copies to Jim and me. The third item above is Jim's letter for Shelia to print today. I am heading to a funeral shortly so I will be gone, and have a cataract issue on Tuesday so I won't be here.

Last, Jim will place it on the E&A Agenda and as soon as you have a E&A member's vote or, even better, both votes, please advise us so we can speak to the Comptroller

[http://www.armstrongteasdale.com/signature/logo.jpg]
Armstrong Teasdale LLP
Thomas J. Ray
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.259.4730 | FAX: 314.612.2223 | MAIN OFFICE: 314.621.5070
tray@armstrongteasdale.com<mailto:tray@armstrongteasdale.com>
www.armstrongteasdale.com<http://www.armstrongteasdale.com>


***********************PRIVATE AND CONFIDENTIAL***********************
This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.


From: Denny, Roger [mailto:rdenny@spencerfane.com]
Sent: Thursday, June 13, 2019 5:45 PM
To: Thomas J. Ray
Cc: Preston, Robert
Subject: Municipal Courts Extension Documents

Tom:

Attached for your review are the agenda request and the extension documents for Municipal Courts. I will follow this e-mail with a separate e-mail regarding project status and continuing "check-ins" during the extension period. After you've reviewed this information, please let me know if you have any questions, comments or concerns.

Thanks,

Roger

Roger Denny  Partner
Spencer Fane LLP

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105

7/16/2019        City of Saint Louis Mail - RE: Municipal Courts Extension Documents [IWOV-iDocs.FID3015298]

O 314.333.3948 | F 314.862.4656

rdenny@spencerfane.com<mailto:rdenny@spencerfane.com> | spencerfane.com<http://www.spencerfane.com/>

**4 attachments**


image001.jpg
6K


**redline Fifth Amendment.DOCX**
34K


**redline Fifth Correcton.DOCX**
45K


**E&A Agenda Request (2019 Extension)(3385363.1).DOCX**
20K

**Denny, Roger** <rdenny@spencerfane.com>        Fri, Jun 14, 2019 at 9:38 AM
To: "Thomas J. Ray" <tray@armstrongteasdale.com>
Cc: "Preston, Robert" <rpreston@spencerfane.com>, "Garavaglai, James (garavagliaj@stlouis-mo.gov)" <garavagliaj@stlouis-mo.gov>

Tom:

It looks like wires got crossed on the documents and someone handed you the set from our last extension. The documents I sent, re-attached, contained your fees (see item 1 of the QCD). It was in the Escrow Agreement from the prior extension, only because the fees were being paid contemporaneously, as opposed to at the time of execution. Do you guys have a bill that you need paid now?

Thanks,

Roger


Roger Denny  Partner
Spencer Fane LLP

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
**O** 314.333.3948 | **F** 314.862.4656
rdenny@spencerfane.com | spencerfane.com

7/16/2019                                City of Saint Louis Mail - RE: Municipal Courts Extension Documents [IWOV-iDocs.FID3015298]

**From:** Thomas J. Ray <tray@ArmstrongTeasdale.com>
**Sent:** Friday, June 14, 2019 9:08 AM
**To:** Denny, Roger <rdenny@spencerfane.com>
**Cc:** Preston, Robert <rpreston@spencerfane.com>; 'Garavaglai, James (garavagliaj@stlouis-mo.gov)' <garavagliaj@stlouis-mo.gov>
**Subject:** RE: Municipal Courts Extension Documents [IWOV-iDocs.FID3015298]

Roger, attached are redlines of the above. I thought we spoke of continuing the matter to October but Jim accepts December for the last time. Anything on the parking with Jack Pohrer? I see you removed the payments of our fees prior to close in what was Par. 3 of the Amendment. I want that reinserted even though it may be zero. Please forward clean copies to Jim and me. The third item above is Jim's letter for Shelia to print today. I am heading to a funeral shortly so I will be gone, and have a cataract issue on Tuesday so I won't be here.

Last, Jim will place it on the E&A Agenda and as soon as you have a E&A member's vote or, even better, both votes, please advise us so we can speak to the Comptroller



Armstrong Teasdale LLP
Thomas J. Ray
7700 Forsyth Blvd , Suite 1800, St Louis, Missouri 63105-1847
DIRECT: 314.259.4730 | FAX: 314.612.2223 | MAIN OFFICE: 314.621.5070
tray@armstrongteasdale.com
www.armstrongteasdale.com

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

**From:** Denny, Roger [mailto:rdenny@spencerfane.com]
**Sent:** Thursday, June 13, 2019 5:45 PM
**To:** Thomas J. Ray
**Cc:** Preston, Robert
**Subject:** Municipal Courts Extension Documents

Tom:

Attached for your review are the agenda request and the extension documents for Municipal Courts. I will follow this e-mail with a separate e-mail regarding project status and continuing "check-ins" during the extension period. After you've reviewed this information, please let me know if you have any questions, comments or concerns.

7/16/2019 City of Saint Louis Mail - RE: Municipal Courts Extension Documents [IWOV-iDocs.FID3015298]

Thanks,

Roger


Roger Denny  Partner
Spencer Fane LLP

---

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
**O** 314.333.3948 | **F** 314.862.4656
rdenny@spencerfane.com | spencerfane.com




---------- Forwarded message ----------
From: "Denny, Roger" <rdenny@spencerfane.com>
To: "Thomas J. Ray" <tray@armstrongteasdale.com>
Cc: "Preston, Robert" <rpreston@spencerfane.com>
Bcc:
Date: Thu, 13 Jun 2019 22:45:12 +0000
Subject: Municipal Courts Extension Documents

Tom:


Attached for your review are the agenda request and the extension documents for Municipal Courts. I will follow this e-mail with a separate e-mail regarding project status and continuing "check-ins" during the extension period. After you've reviewed this information, please let me know if you have any questions, comments or concerns.

Thanks,

Roger


Roger Denny  Partner
Spencer Fane LLP

---

1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
**O** 314.333.3948 | **F** 314.862.4656
rdenny@spencerfane.com | spencerfane.com