```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
 2                  EASTERN DIVISION
 3   James Garavaglia,      )
                            )
 4      Plaintiff,           )
                            )
 5   v.                     ) Case No. 4:20-CV-1681-CDP
                            )
 6   City of St. Louis,     )
     et al.,                 )
 7                          )
        Defendants.          )
 8
 9
10
11
12            DEPOSITION OF LINDA THOMAS
13
14         Taken on behalf of the Plaintiff
                   April 19, 2022
15
           Julie Ann Whiting, CCR 830, RPR
16
17
18
19
20
21
22
23
24
25
```

PLAINTIFF'S EXHIBIT JJ

1  putting somebody on forced leave?  Under what
2  circumstance?
3      A    I told her what was required under the
4  Administrative Regulation 117.
5      Q    Which was what?
6      A    That she had to provide a letter to the
7  employee with the charges against them and give a
8  copy of that to the Director of the Personnel within
9  72 hours for him to approve or disapprove, whatever
10 the case might be.
11     Q    Did you also tell her she also had to make
12 a request to the Department of Personnel to put --
13     A    Yes.  That's what the letter was.
14     Q    Okay.  Well, you were talking about a
15 letter to Jim Garavaglia.
16     A    No.  I'm talking about the letter to the
17 Director of Personnel.  The letter to Jim was to
18 tell him he was being put on forced leave under the
19 regulation, but the letter she was talking to me
20 about was to the Director of Personnel, because she
21 had to get his approval --
22     Q    Right.
23     A    -- with 72 hours.
24     Q    Was there any discussion at that meeting
25 as to what the alleged -- or accusations were or the

 1  alleged things she was identifying to justify the
 2  forced leave?
 3      A   The only thing she mentioned at that
 4  meeting was something about a telephone bill and
 5  signatures on contracts.
 6      Q   Anything more specific about the phone
 7  bill?  I'm talking about at this meeting.
 8      A   At the meeting with the Comptroller?
 9      Q   Yes, the first one.
10      A   Just that it -- there was a bill that was
11  over $400,000.  That was it.  No more specific about
12  the contracts.
13      Q   Anything about the bill?
14      A   No.
15      Q   What did she tell you about signatures on
16  contracts?
17      A   Nothing.  That's it.
18      Q   Well, she must -- I mean, she didn't tell
19  you anything about why?
20      A   She told me there was a problem with
21  signatures on contracts.
22      Q   But she didn't tell you anything more?
23      A   No, she did not.
24      Q   Okay.  Did you have any knowledge at that
25  time as to what the rules were in the Comptroller's

```
 1      Q    Okay.  So you weren't involved in the
 2   phone call?
 3      A    No, I was not.
 4      Q    You didn't know about it until afterwards?
 5      A    Correct.
 6      Q    Do you know who else was on that call?
 7      A    No, I do not.
 8      Q    Do you know if Chana Martin played a role
 9   in arranging for that phone call?
10      A    I have --
11           MR. NORWOOD:  Morton.
12      Q    (By Mr. Blanke)  I keep saying Martin.
13   I'm trying to say Morton, but it's not coming --
14      A    I have no idea.
15      Q    Okay.  You don't remember.  Okay.  You
16   don't know?
17      A    (Witness nods.)
18           MR. NORWOOD:  Do you know?
19           MS. McMILLEN:  Was that a no, for the
20   record?
21      A    It was a no.  I'm sorry.
22      Q    (By Mr. Blanke)  Do you know what was
23   discussed in that phone conversation that Rick Frank
24   told you about between Judy Armstrong and himself?
25      A    I believe that was the conversation where
```

1  he discussed with them that the forced leave
2  letter -- he wasn't comfortable with and needed it
3  changed, but I wasn't party to it.
4      Q    **Why would he have done that if it -- was**
5  **this phone call between Rick Frank and Chana Morton**
6  **before or after your phone call with Comptroller**
7  **Green?**
8           MS. HAMILTON:  I'm going to object that
9       that mischaracterizes the witness' testimony as
10      to the parties to the call.  Subject to that,
11      you can answer.
12     Q    **(By Mr. Blanke)  Well, let me rephrase it.**
13          MR. BLANKE:  Can you read it back?
14      Because I'm not sure what I said.  I must have
15      made a mistake.  Can you read that question
16      back?
17          (The last question was read.)
18          MR. BLANKE:  I'll withdraw that question
19      and try to do it the correct he way.
20     Q    **(By Mr. Blanke)  Was the phone call**
21  **between Rick Frank and Judy Armstrong that**
22  **Rick Frank told you that -- okay -- and your phone**
23  **call with Darlene Green that Rick Frank asked you to**
24  **make before or -- which one came first?**
25     A    The conversation with Judy Armstrong would

```
 1   have come first.
 2        Q    Okay.  So do you know why, then, after he
 3   already talked to Judy Armstrong that he wanted you
 4   to call Comptroller Green?
 5        A    I have no idea.
 6        Q    Okay.  Did Rick Frank tell you that in his
 7   phone call with Judy Armstrong that -- or even after
 8   that that a correction would be made to the forced
 9   leave request?
10        A    Well, he asked me to call the Comptroller
11   to make the request -- the correction.
12             MS. HAMILTON:  And I'll just --
13        Q    (By Mr. Blanke)  Did he tell you any --
14             MR. BLANKE:  I'm sorry?
15             MS. HAMILTON:  I'll just say the documents
16        may refresh the witness' recollection.
17             MR. BLANKE:  Yeah, I'll do that.  I just
18        want to know what she recalls, first of all.
19        Q    (By Mr. Blanke)  Did you know -- can you
20   be any more specific about what you discussed with
21   Comptroller Green on your phone call with her?
22        A    Just that the Director wanted those
23   changes -- wanted changes.
24        Q    About what were the changes, do you
25   remember?
```