

Armstrong, Judy <armstrongju@stlouis-mo.gov>

## YAY!!! AT&T: We have approved your account adjustment for the billing claim request 4875802

1 message

---

**HARP, MARY L** <mh503u@att.com>  Fri, Sep 6, 2019 at 4:37 PM
To: "andersonke@stlouis-mo.gov" <andersonke@stlouis-mo.gov>, "Armstrong, Judy" <armstrongju@stlouis-mo.gov>

Judy and Kelley

This is confirmation that the first Release & Settlement has been processed.

The $200,000 also resulted in an additional credit of $23,357.00 in taxes for a total of $223,357.00.

You will see this on the September 27th invoice.

I forwarded the 2nd Release & Settlement this week. Please help me get that one processed, as well.

Thanks.

Mary Harp


*Mary Harp*

*AT&T*

*Client Solutions Executive,*

*State Local and Education*

*618 219-0037*

*mary.harp@att.com*

Nation's Fastest Network*   Nation's Best Network.**

*Based on analysis by Ookla® of Speedtest Intelligence® data average download speeds for Q1 2019. **According to America's biggest test as announced by Global Wireless Solutions last fall.

Helpful Maintenance Numbers:

888-613-6330  MIS/ IP Maintenance



PLAINTIFF'S EXHIBIT LL

STL001941

800-332-1321 Legacy SBC

800-247-2020 Legacy BellSouth

800-829-1011 AT&T Local Service Tech Support

800-222-1000 Outage/ Service Troubles/ Service Assurance

800-325-5555 Advanced Toll Free Features

**From:** AT&T Global Billing Resolution Team [mailto:DoNotReply@dtsdisputes.att-mail.com]
**Sent:** Friday, September 06, 2019 3:05 PM
**To:** HARP, MARY L <mh503u@att.com>
**Subject:** AT&T: We have approved your account adjustment for the billing claim request 4875802

# We've credited $200,000.00 to your account.

### Dispute Tracking Number: 4875802

### Request Tracking Number: 070919SM008B01AZ

### Account Number: 314A793006600

---

September 6, 2019

City Of St Louis
Mary Harp

Dear Mary Harp,

We've completed our investigation of claim 4875802 and have approved a credit adjustment to your account 314A793006600 for $200,000.00 before taxes. You'll see this credit applied on your invoice within two billing cycles.

An adjustment of $200000.00 plus $23357.00 in taxes to total $223357 00 was applied to account 314 622-4005-602 today. As this adjustment will post overnight, it will reflect on the customers September 27th consolidated bill 314A79-3006-600.

If you have questions about this action, contact us by email AT&T Global Resolution Team and reference dispute tracking number 4875802 to help us locate your claim details.

Thank you for using AT&T.

Sincerely,

Anna Dupont
AT&T Global Billing Resolution Team

---

Note: Payment of the non-disputed amount is required if you have not already done so. If permitted by law and by terms of service with AT&T, a late payment charge will be assessed on any past due amount determined to be accurate at the time of claim resolution.

You may receive a customer satisfaction survey to provide us with information about your level of satisfaction with your claim experience. We want to make the claim process a good customer experience and we hope to earn a rating of Very Satisfied from you.

©2016 AT&T Intellectual Property. All rights reserved. AT&T Globe logo and Mobilizing Your World and other marks are the trademarks of AT&T Intellectual Property. All other marks are the property of their respective owners.

**3 attachments**

ATT00001.bin
3K

STL001943