Armstrong Teasdale – Assistant
Corp. Bockman    Cindy R.
314-552-6642  x3835
or 314-621-5070

BB 1 –
Teresa Ritter – Jim    phone mtg 5pm    No Docs Will Recv Tomorrow
                Sherry
Stamp on        Tom  ME
BB-7 – Stephanie Green
Certify that was passed
        Jim – No Help
Tom to Cancel – Family Issue
– Sheila 3:50 No Docs 4:40 No Docs

Doesn't appear to
Process for signing of the
be Tom as a follow-up to you
as of 10am – we haven't recd the
Documents
                15, Sect II
Be Available –

PLAINTIFF'S EXHIBIT NN

~~Marsha~~

~~open~~ Rec'd 1:30pm

( 398-0982 — ~~Todd~~ 6/27/19 11:50am )

1.) Keys — Monday
2.) Swipe Card (Master?) Who Authorized
3.) ~~xxxx~~ — Airport —

— reassignment —

Tax

Document 10:30am

+32
20  34
/2/