

**OFFICE OF THE COMPTROLLER**
CITY OF SAINT LOUIS

**VIRVUS JONES**
*Comptroller*

212 CITY HALL
622-3297

August 1, 1995

Mr. William C. Duffe, Director
Department of Personnel
1300 Convention Plaza, Room 300
St. Louis, Missouri 63103

Dear Mr. Duffe:

The purpose of this letter is to request the appointment of Ivy Neyland-Pinkston to the position of Deputy Comptroller. In her expanded role, Ivy will oversee the operations of the following operating sections in the Comptroller's Office:

    Asset Management
    Internal Audit Section
    Research & Information

Thomas Bozzo, the current Deputy Comptroller, will continue to oversee the following sections:

    Accounting Services
    Information System Services
    Federal Grants Section

Enclosed you will find a copy of the Administrative Office's Table of Organization for your review.

As you know, Ms. Neyland-Pinkston holds an M.B.A. from Saint Louis University and has 16 years of combined management experience in finance, strategic planning, management, economic development, marketing, and accounting. Her experience, leadership, and dedication in representing the City and ensuring that all City transactions are fiscally sound are concrete reasons for my decision on her appointment.


PLAINTIFF'S EXHIBIT
OO

If possible, please make the appointment effective on the next pay period. Please call me at 622-4389, if you have any questions.

Once again, thank you.

Sincerely,

Virvus Jones
Comptroller

VJ/pmk

Enclosure

# ADMINISTRATIVE OFFICE

July 27, 1995



**VIRVUS JONES**
COMPTROLLER
1489-02-E1

---

**MARY ANN MACHOWSKI**
ADMINISTRATIVE ASST. II
1622-19-M1

**PATRICIA M. KOLLER**
ADMINISTRATIVE ASST. I
1621-16-G2

**SANDRA GRANBERRY**
SECRETARY TO THE BOARD OF E & A - 1177-15-G2

---

**ADMINISTRATION**
LENNITA LE'MOIR
EXECUTIVE ASST. TO COMPTROLLER - 1483-26-M1

**LES BOND**
FISCAL EXECUTIVE
1486-30-M1

**KERRY ALEXANDER**
SPECIAL ASST. TO THE COMPTROLLER - 1482-24-M1

**ANGELA BANKS**
SYSTEMS DEVELOPMENT MGR.
1366-28-M1

---

**THOMAS J. BOZZO**
ACCOUNTING/INFO. SYSTEMS
DEPUTY COMPTROLLER
1488-31-M1

- **ACCOUNTING SERVICES**
  JOHN ZAKIBE
  FISCAL MANAGER
  1448-28-M1

- **FEDERAL GRANTS**
  ALICE STANLEY
  FISCAL MANAGER
  1448-28-M1

- **INFO. SYSTEM SERVICES**
  MARILYN SIEBENMAN
  INFORMATION SYSTEMS MGR.
  1367-30-M1

---

**IVY NEYLAND-PINKSTON**
FISCAL, AUDIT, NETWORK, ASSET SYSTEMS
DEPUTY COMPTROLLER
1488-31-M1

- **ASSET MANAGEMENT**
  JIM GARAVAGLIA
  ASSET MANAGER
  1485-28-M1

- **INTERNAL AUDIT SECTION**
  CHARLES A. STEWART
  FISCAL CONSULTANT

- **RESEARCH & INFORMATION**
  MARK FORTUNE
  INFO. SYSTEMS MANAGER
  1367-30-M1



# The City of St. Louis

**DEPARTMENT OF PERSONNEL**
ROOM 100 - CITY HALL
ST. LOUIS, MISSOURI 63103

**WILLIAM C. DUFFE**
DIRECTOR OF PERSONNEL

**DEANE H. LOONEY**
ASSISTANT DIRECTOR

September 21, 1995

Honorable Virvus Jones
Comptroller
City of St. Louis
Room 212 City Hall
St. Louis, Missouri  63103

Dear Mr. Jones:

The Department of Personnel is in receipt of your letter dated August 1, 1995, regarding the reorganization of your office.

Please be advised that after a careful review of the planned reorganization, the operating sections to be placed under the supervision of Ms. Neyland-Pinkston, and the duties that she will assume in her expanded management role, it has been determined that the position she currently occupies should be reallocated to the class of Deputy Comptroller. Please have an "Employee Status" form prepared changing Ms. Neyland-Pinkston's class title, code, and pay grade from Fiscal Manager (1448-28M-1) to Deputy Comptroller (1488-31M-1). Ms. Neyland-Pinkston's new bi-weekly rate will be $2,837. These changes are effective September 17, 1995. In preparing the form, please include the statement "Change in title to more accurately reflect the duties and responsibilities of the position."

If there are any questions about this determination, please contact our Compensation and Employee Relations Division at 622-3565.

Very truly yours,

DEPARTMENT OF PERSONNEL

William C. Duffe
Director of Personnel

WCD:RLM:prp

cc: Linda Thomas



Classification:     0 1488 31 M1
BI-weekly rate:     2837.00
Date of Change:     09/17/95

Reason for data Change:
Change in the title to more accurately reflect the duties and responsibilities of the position.