**From:** Armstrong, Judy <armstrongju@stlouis-mo.gov>
**Sent:** Wednesday, July 10, 2019 4:33 PM CDT
**To:** Sonia Day <days@stlouis-mo.gov>
**Subject:** Fwd: Mail Addressed to James "Jim" Garavaglia

Sonia,

Sorry, I forgot to include you on this email.
Also, any other work related **correspondence** that you send here, please address to Eunetter until further notice.

Thanks,
Judy

---------- Forwarded message ----------
From: **Armstrong, Judy** <armstrongju@stlouis-mo.gov>
Date: Wed, Jul 10, 2019 at 9:51 AM
Subject: Mail Addressed to James "Jim" Garavaglia
To: Coleman, Ryan <ColemanR@stlouis-mo.gov>, Eunetter Steele <steelee@stlouis-mo.gov>, Kelley Anderson <andersonke@stlouis-mo.gov>, LaTaunia Kenner <kennerl@stlouis-mo.gov>, Marilyn Maxwell <MaxwellM@stlouis-mo.gov>, Marsha Veal <VealM@stlouis-mo.gov>, Ray Gant <GantR@stlouis-mo.gov>, Ross Vernell <vernellr@stlouis-mo.gov>, Allen Waters <watersa@stlouis-mo.gov>, Gail Boyce <BoyceG@stlouis-mo.gov>, Randall Anderson <AndersonR@stlouis-mo.gov>, Sheila Woods <woodss@stlouis-mo.gov>, Sheri Cross <crosss@stlouis-mo.gov>, Denise Peeples <PeeplesD@stlouis-mo.gov>, Valerie Clayton <ClaytonV@stlouis-mo.gov>, Tequila Sutton <suttont@stlouis-mo.gov>, Shelby Haywood <HaywoodS@stlouis-mo.gov>
Cc: Darlene Green <GreenD@stlouis-mo.gov>

Greetings,

As we proceed through this new phase in the Comptroller's Office, let us be respectful to each other.
We all have a job to do and have been instructed by our superiors of those duties. If you have a problem with what has been instituted, please come and see me. So that all duties are maintained in a efficient and professional manner, it is imperative that one person is assigned to handling all of the mail and files of Mr. James "Jim" Garavaglia.

Ms. Eunetter Steele has been instructed to go through all mail addressed to Mr. James Garavaglia. She will then distribute it to the proper personnel for handling. If you sort mail that is placed in the bins, please give Eunetter any and all mail addressed to James Garavaglia.

Also, if you are aware of anything that Jim was responsible for, that is not being done, please let me know.

Thank you,

**Judy L Armstrong | Executive Assistant II**
Comptroller's Office | Appointing Authority
1520 Market St. Rm. 3005, St. Louis, MO 63103
314-657-3409 Office | 314-612-1690 Fax | 314-420-3906 Cell
armstrongju@stlouis-mo.gov | http://stlouis-mo.gov/


PLAINTIFF'S EXHIBIT RR

STL001950