**From:** Morton, Chana <mortonc@stlouis-mo.gov>
**Sent:** Thursday, June 27, 2019 1:02 PM CDT
**To:** Denny, Roger <rdenny@spencerfane.com>
**CC:** Thomas J. Ray <tray@armstrongteasdale.com>; woodss@stlouis-mo.gov <woodss@stlouis-mo.gov>; Garavaglia James <garavagliaj@stlouis-mo.gov>
**Subject:** Re: Muni Courts 5th Amendment

We still do not have the documents here in our office. Yes, you can bring the signature pages...

# Chana D. Morton

*Executive Secretary to*
*the Honorable Comptroller Darlene Green*
*1200 Market Street, Room 212*
*Saint Louis, Mo 63103*
*(314) 622-4389*
*mortonc@stlouis-mo.gov*


On Thu, Jun 27, 2019 at 11:09 AM Denny, Roger <rdenny@spencerfane.com> wrote:

> Chana:
>
> Are you available for me to come to City Hall with the remaining signature pages on the agreements? If so, I can be there in ~15 minutes.
>
> Thanks,
>
> Roger
>
> Roger Denny  Partner
> Spencer Fane LLP
>
> 1 North Brentwood Boulevard, Suite 1000 | St. Louis, MO 63105
> O 314.333.3948 | F 314.862.4656
> rdenny@spencerfane.com | spencerfane.com
>
>
> **From:** Morton, Chana <mortonc@stlouis-mo.gov>
> **Sent:** Wednesday, June 26, 2019 4:14 PM
> **To:** Thomas J. Ray <tray@armstrongteasdale.com>
> **Cc:** woodss@stlouis-mo.gov; Denny, Roger <rdenny@spencerfane.com>; Garavaglia James <garavagliaj@stlouis-mo.gov>
> **Subject:** Re: Muni Courts 5th Amendment
>
> I have asked Sheila to bring these documents back to City Hall, and to our office before the end of the day today so that the Comptroller can sign them as soon as possible.
>
> Thanks, Tom for letting us know.
>
> Sincerely,

PLAINTIFF'S EXHIBIT SS