1 promotion or adjusted to the nearest step in the new pay matrix which is not less than but is

2 closest to a rate which is five percent (5%) higher than the rate received immediately prior to

3 promotion. An appointing authority, with the prior approval of the Director of Personnel, may

4 increase the pay of an employee up to twenty percent (20%), adjusted to the nearest step, when

5 such action is needed to attract experienced, qualified candidates for a position. Such salary

6 determinations shall take into consideration the nature and magnitude of the accretion of duties

7 and responsibilities resulting from the promotion. However, no employee shall be paid less than

8 the minimum rate nor more than the maximum rate for the new class of position, except as

9 otherwise provided in this ordinance.

10

11 (2) Temporary Promotion: When an employee, whose salary range is established in

12 Section 2(a) or 2(b), is certified and temporarily promoted to a vacant position, for a limited

13 duration, the employee's current salary shall be adjusted as provided in Paragraph (a)(1) of this

14 Section. Upon expiration of the temporary promotion, the employee shall be returned to his/her

15 former rate of pay, adjusted by any increases the employee would have received in the absence

16 of the temporary promotion. In no case shall the employee's salary be above the maximum of

17 the salary range, unless otherwise provided for in this ordinance.

18

19 Employees whose salary ranges are established in Section 2(c) of this ordinance, upon

20 receipt of a temporary promotion, shall be granted the new rank with a salary adjustment based

21 on appropriate years of service in accordance with procedures established for a regular

22 promotion. At the end of the temporary promotion, the employee shall be returned to the rank



PLAINTIFF'S EXHIBIT UU