

Green, Darlene <greend@stlouis-mo.gov>

## Fwd: Approval Required / CITY OF ST LOUIS Release & Settlement Agreement
1 message

**Garavaglia, James** <garavagliaj@stlouis-mo.gov>  Mon, Sep 17, 2018 at 1:18 PM
To: Kelley Anderson <andersonke@stlouis-mo.gov>
Cc: Darlene Green <GreenD@stlouis-mo.gov>

Kelley, we have been in discussions/negotiations regarding an overbilling to our main "downtown" campus telephone bill for some time. Attached is a settlement for $200,000 to address that issue. As you will see, it is time sensitive for the Comptroller's signature. Can you look it over before we present it to her? Thanks

James M. Garavaglia,
Deputy Comptroller
Finance and Development
1520 Market St ~ Room 3005
St. Louis Mo, 63103
314-657-3410

---------- Forwarded message ----------
From: **JONES, VALORIA A** <vw1514@att.com>
Date: Mon, Sep 17, 2018 at 12:51 PM
Subject: Approval Required / CITY OF ST LOUIS Release & Settlement Agreement
To: "garavagliaj@stlouis-mo.gov" <garavagliaj@stlouis-mo.gov>
Cc: "JONES, VALORIA A" <vw1514@att.com>, "BROADWAY, NICOLE" <nb0275@att.com>, "BLAIR, RAY" <GB8373@att.com>

Hi Jim,

We are pleased to have come to a resolution on your billing claim for Account 314 A79-3006 600. The attached Release and Settlement document outlines the details for you. If you have any questions, please do not hesitate to contact me. Please respond by cob 09/24/2018.

**Thanks,**

***Valoria Jones (Lori)***

***Lead Billing Ops Manager***

***Global Billing Resolution Team***

***Finance Billing Operations, AT&T Inc.***

***312 364 4511***

***vw1514@att.com***



PLAINTIFF'S EXHIBIT VV

*This email and any files transmitted with it are the property of AT&T, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error,*