Link to YouTube video of the City of St. Louis Estimate & Apportionment meeting of 6/19/19.

    https://www.youtube.com/watch?v=fVZ08Ke-0cE

