UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GARAVAGLIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20 CV 1681 CDP |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered October 5, 2021 (ECF 60),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that to the extent plaintiff James Garavaglia's Second Amended Complaint asserts claims against defendant Darlene Green under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act, and the Missouri Human Rights Act, and asserts claims other than for constructive discharge, said claims are dismissed.

In accordance with the Memorandum and Order entered this date,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that summary judgment is entered in favor of defendants City of St. Louis and Darlene Green and against plaintiff James Garavaglia on plaintiff's claim of constructive discharge.

Plaintiff James Garavaglia's Second Amended Complaint is therefore dismissed in its entirety with prejudice.   Plaintiff shall bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of July, 2022.