## Exhibit A to Bill of Costs

| Date | Description | Amount |
|---|---|---:|
| 01/21/2022 | Deposition of James Garavaglia | $895.00 |
| 02/17/2022 | Deposition of Comptroller Darlene Green | $1,144.20 |
| 03/08/2022 | Deposition of William Rogers | $492.80 |
| 03/10/2022 | Deposition of Richard Frank | $797.30 |
| 04/07/2022 | Deposition of Chana Morton | $470.80 |
| 04/12/2022 | Deposition of Judy Armstrong | $1,183.50 |
| 04/19/2022 | Depositions of Beverly Fitzsimmons and Linda Thomas | $1,389.20 |
| | **Total** | **$6,372.80** |

# INVOICE



1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166613 | 2/2/2022 | 121372 |
| Job Date | Case No. ||
| 1/21/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

1 CERTIFIED COPY OF TRANSCRIPT OF:
    James Garavaglia    413.00  Page    1,032.50
    Index Page Discount    55.00  Page    -137.50

**TOTAL DUE   >>>      $895.00**

Location of Job  : Lewis Rice LLC
    Suite 2500
    600 Washington
    Saint Louis, MO 63101

Late Order Transcript
dd

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

ACH Transaction details:

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.  : 166613
Invoice Date : 2/2/2022
**Total Due** : **$895.00**

Remit To: **Lexitas**
    **PO Box 734298**
    **Dept. 2023**
    **Dallas , TX 75373-4298**

Job No.    : 121372
BU ID      : STL
Case No.   : 420CV1681CDP
Case Name  : James Garavaglia v City of St Louis et al

# I N V O I C E



2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166613 | 2/2/2022 | 121372 |
| Job Date | Case No. ||
| 1/21/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Account Number: 312068692
Routing Number: 111000614

We appreciate your business, and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

|  |  |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$895.00** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.   : 166613
Invoice Date  : 2/2/2022
**Total Due**    : **$895.00**

Remit To: **Lexitas**
          **PO Box 734298**
          **Dept. 2023**
          **Dallas , TX 75373-4298**

Job No.    : 121372
BU ID      : STL
Case No.   : 420CV1681CDP
Case Name  : James Garavaglia v City of St Louis et al

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Sheena Hamilton
St. Louis City Counselor
1200 Market Street
Room 314
St. Louis, MO, 63103

| | |
|---|---|
| Invoice #: | **5632040** |
| Invoice Date: | **3/9/2022** |
| Balance Due: | **$1,144.20** |

**Case: James Garavaglia v. City Of St. Louis, Et Al. (4:20cv1681cdp)** — **Proceeding Type: Depositions**

Job #: 5083764   |   Job Date: 2/17/2022   |   Delivery: Normal

Location:  St Louis, MO
Billing Atty:  Sheena Hamilton
Scheduling Atty:  Richard Blanke | Uthoff Graeber Bobinette & Blanke Esq

| Witness: Darlene Green | Amount |
|---|---|
| Transcript Services | $957.20 |
| Exhibits | $159.00 |
| Delivery and Handling | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,144.20 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,144.20 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | **5632040** |
| Invoice Date: | **3/9/2022** |
| Balance Due: | **$1,144.20** |

153871



# I N V O I C E
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169099 | 3/10/2022 | 123801 |
| Job Date | Case No. ||
| 3/8/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   William Rogers                                                        176.00   Page                    492.80

                                         **TOTAL DUE   >>>                                                 $492.80**

Location of Job    : Remote Zoom

dd

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614

We appreciate your business, and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

---

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.    : 169099
Invoice Date   : 3/10/2022
**Total Due**  : **$492.80**

Remit To:  **Lexitas**
           **PO Box 734298**
           **Dept. 2023**
           **Dallas , TX 75373-4298**

Job No.     : 123801
BU ID       : STL
Case No.    : 420CV1681CDP
Case Name   : James Garavaglia v City of St Louis et al

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169099 | 3/10/2022 | 123801 |
| Job Date | Case No. | |
| 3/8/2022 | 420CV1681CDP | |
| Case Name | | |
| James Garavaglia v City of St Louis et al | | |
| Payment Terms | | |
| | | |

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $492.80 |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.  : 169099
Invoice Date : 3/10/2022
**Total Due**   : **$492.80**

Remit To: **Lexitas**
  **PO Box 734298**
  **Dept. 2023**
  **Dallas , TX 75373-4298**

Job No.     : 123801
BU ID       : STL
Case No.    : 420CV1681CDP
Case Name   : James Garavaglia v City of St Louis et al

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169572 | 3/17/2022 | 123802 |
| Job Date | Case No. ||
| 3/10/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

1 CERTIFIED COPY OF TRANSCRIPT OF:

|   | | | | |
|---|---:|---|---:|---|
| Richard R Frank | 289.00 | Page | 722.50 ||
| ~Exhibits- Scanned | 144.00 | Page | 64.80 ||
| Archive | 1.00 | Flat | 10.00 ||
| **TOTAL DUE   >>>** | | | **$797.30** ||

Location of Job   : Lewis Rice LLC
                    Suite 2500
                    600 Washington
                    Saint Louis, MO 63101

dd

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

**Tax ID:** 46-4363191

                              *Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.    : 169572
Invoice Date   : 3/17/2022
**Total Due**  : **$797.30**

Remit To:  **Lexitas**
           **PO Box 734298**
           **Dept. 2023**
           **Dallas , TX 75373-4298**

Job No.      : 123802
BU ID        : STL
Case No.     : 420CV1681CDP
Case Name    : James Garavaglia v City of St Louis et al

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169572 | 3/17/2022 | 123802 |
| Job Date | Case No. ||
| 3/10/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614

We appreciate your business, and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

|  |  |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$797.30** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.  : 169572
Invoice Date : 3/17/2022
**Total Due**    : **$797.30**

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

Job No.    : 123802
BU ID       : STL
Case No.  : 420CV1681CDP
Case Name : James Garavaglia v City of St Louis et al

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171222 | 4/11/2022 | 126068 |
| Job Date | Case No. ||
| 4/7/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
| |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

---

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---:|---|---:|
| Chana Morton | 155.00 | Page | 426.25 |
| Index Page Discount | 18.00 | Page | -49.50 |
| ~Exhibits- Scanned | 171.00 | Page | 94.05 |
| | | **TOTAL DUE   >>>** | **$470.80** |

Location of Job   : Lewis Rice LLC
                      Suite 2500
                      600 Washington
                      Saint Louis, MO 63101

dd

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.   : 171222
Invoice Date  : 4/11/2022
**Total Due**   : **$470.80**

Remit To: **Lexitas**
          **PO Box 734298**
          **Dept. 2023**
          **Dallas , TX 75373-4298**

Job No.    : 126068
BU ID      : STL
Case No.   : 420CV1681CDP
Case Name  : James Garavaglia v City of St Louis et al

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171222 | 4/11/2022 | 126068 |
| Job Date | Case No. ||
| 4/7/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton  
St Louis City Counselors Office  
Room 314  
1200 Market Street  
Saint Louis, MO 63103  

ACH Transaction details:  
Account Number: 312068692  
Routing Number: 111000614  

We appreciate your business, and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

|  |  |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $470.80 |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton  
St Louis City Counselors Office  
Room 314  
1200 Market Street  
Saint Louis, MO 63103  

Invoice No.   : 171222  
Invoice Date  : 4/11/2022  
**Total Due**   : **$470.80**

Remit To: **Lexitas**  
**PO Box 734298**  
**Dept. 2023**  
**Dallas , TX 75373-4298**

Job No.     : 126068  
BU ID       : STL  
Case No.    : 420CV1681CDP  
Case Name   : James Garavaglia v City of St Louis et al

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171549 | 4/14/2022 | 126070 |
| Job Date | Case No. ||
| 4/12/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

---

EXPEDITED TRANSCRIPT COPY OF:

| | | | |
|---|---:|---|---:|
| Judy Armstrong | 262.00 | Page | 1,244.50 |
| Index Page Discount | 31.00 | Page | -147.25 |
| ~Exhibits- Scanned | 345.00 | Page | 86.25 |
| | **TOTAL DUE   >>>** | | **$1,183.50** |

Location of Job  : Lewis Rice LLC
                    Suite 2500
                    600 Washington
                    Saint Louis, MO 63101

3 Day Expedite
dd

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.   : 171549
Invoice Date  : 4/14/2022
**Total Due**    : **$1,183.50**

Remit To: **Lexitas**
           **PO Box 734298**
           **Dept. 2023**
           **Dallas , TX 75373-4298**

Job No.     : 126070
BU ID       : STL
Case No.    : 420CV1681CDP
Case Name   : James Garavaglia v City of St Louis et al

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171549 | 4/14/2022 | 126070 |
| Job Date | Case No. ||
| 4/12/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton  
St Louis City Counselors Office  
Room 314  
1200 Market Street  
Saint Louis, MO 63103

ACH Transaction details:  
Account Number: 312068692  
Routing Number: 111000614

We appreciate your business, and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

|  |  |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,183.50** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton  
St Louis City Counselors Office  
Room 314  
1200 Market Street  
Saint Louis, MO 63103

Invoice No.   : 171549  
Invoice Date  : 4/14/2022  
**Total Due**    : **$1,183.50**

Remit To: **Lexitas**  
           **PO Box 734298**  
           **Dept. 2023**  
           **Dallas , TX 75373-4298**

Job No.     : 126070  
BU ID       : STL  
Case No.    : 420CV1681CDP  
Case Name   : James Garavaglia v City of St Louis et al

# INVOICE



1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 172012 | 4/21/2022 | 126093 |
| Job Date | Case No. ||
| 4/19/2022 | 420CV1681CDP ||
| Case Name |||
| James Garavaglia v City of St Louis et al |||
| Payment Terms |||
|  |||

Sheena Hamilton  
St Louis City Counselors Office  
Room 314  
1200 Market Street  
Saint Louis, MO 63103

EXPEDITED TRANSCRIPT COPY OF:

| | | | |
|---|---:|---|---:|
| Beverly Fitzsimmons | 174.00 | Page | 861.30 |
| ~Exhibits- Scanned | 359.00 | Page | 197.45 |
| E-Tran - Litigation bundle | 1.00 | Flat | 45.00 |
| Index Page Discount | 23.00 | Page | -113.85 |

EXPEDITED TRANSCRIPT COPY OF:

| | | | |
|---|---:|---|---:|
| Linda Thomas | 86.00 | Page | 425.70 |
| ~Exhibits- Scanned | 60.00 | Page | 33.00 |
| Index Page Discount | 12.00 | Page | -59.40 |

**TOTAL DUE   >>>   $1,389.20**

Location of Job   : Lewis Rice LLC  
      Suite 102  
      12935 North Outer Forty  
      Saint Louis, MO 63141

2 Day Expedite  
dd

Our remit to address has changed, please update your records at your earliest convenience. Send all future payments to the new lockbox address below. We have also listed new Banking Instructions for Wire and ACH payments. All remittance advices for ACH and Wire transfers should be sent to accounting@lexitaslegal.com

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton  
St Louis City Counselors Office  
Room 314  
1200 Market Street  
Saint Louis, MO 63103

Invoice No.   : 172012  
Invoice Date  : 4/21/2022  
**Total Due**     : **$1,389.20**

Remit To: **Lexitas**  
    **PO Box 734298**  
    **Dept. 2023**  
    **Dallas , TX 75373-4298**

Job No.    : 126093  
BU ID      : STL  
Case No.   : 420CV1681CDP  
Case Name  : James Garavaglia v City of St Louis et al



# I N V O I C E

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 172012 | 4/21/2022 | 126093 |
| **Job Date** | **Case No.** ||
| 4/19/2022 | 420CV1681CDP ||
| **Case Name** |||
| James Garavaglia v City of St Louis et al |||
| **Payment Terms** |||
|  |||

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Wire Transfer details:
Account Number: 312068692
Routing Number: 021000021
Swift Code: CHASUS33
New York, New York

ACH Transaction details:
Account Number: 312068692
Routing Number: 111000614

We appreciate your business, and look forward to working with you in the future.  In the meantime, please don't hesitate to call us at (314) 644-2191.

|  |  |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,389.20** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Sheena Hamilton
St Louis City Counselors Office
Room 314
1200 Market Street
Saint Louis, MO 63103

Invoice No.    : 172012
Invoice Date   : 4/21/2022
**Total Due**   : **$1,389.20**

Remit To: **Lexitas**
**PO Box 734298**
**Dept. 2023**
**Dallas , TX 75373-4298**

Job No.      : 126093
BU ID        : STL
Case No.     : 420CV1681CDP
Case Name    : James Garavaglia v City of St Louis et al